AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM L. CLEMMONS, JR.

V.

AMERICAN POSTAL WORKERS UNION, AFL-CIO
ETAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00115

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 01/18/2006

TO: (Name and address of Defendant)

AMERICAN POSTAL WORKER
UNION, AFL
ATTN: PRES. SAM ANDERSON
2118 SOUTH MICHIGAN AVE
CHICAGO, IL 60616

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF _PRO SE_ (name and address)

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
MAR 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER WHITTINGTON
CLERK

JAN 18 2006
DATE

_M. Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/9/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SAM CLEMMONS, PLAINTIFF | PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S.P.S MAIL | $32.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/8/2006
                    Date

Signature of Server: *Sam H. Clemmons*

Address of Server:
548 SAINT CHARLES PL
BROOKHAVEN MS 39601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
MAR 0 2 2006
RECEIVED

UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 Saint Charles PL
Brookhaven, MS 39601

        CIVIL ACTION    CASE NUMBER: 1:06CV00115

V                      JUDGE: ROYCE C. LAMBERTH
                        DECK TYPE: EMPLOYMENT
                               DISCRIMINATION
                        DATE STAMP: 01/18/2006

USPS MAIL PROCESSOR'S UNION STEWART
Attn: John Hall, Sr., Keith Robinson &
Samuel Anderson, President
AMERICAN POSTAL WORKERS UNION, AFL-CIO
U.S. MERIT SYSTEM PROTECTION BOARD
2118 SOUTH MICHIGAN AVENUE
CHICAGO, IL 60616
Phone: 312-983-8607

AFFIDAVIT OF SERVICE

I, _SAM L CLEMMONS PLAINTIFF PRO SE_, hereby declare that on the __8TH__ of __FEB__ 20_06_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to _MR. SAMUEL ANDERSON PRES._ (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Gwen Lucas_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Gwen Lucas    C. Date of Delivery: 2/9/06 |
| 1. Article Addressed to:<br>AMERICAN POSTAL WORKER UNION, AFL-MAIL PROCESSOR<br>ATTN: MR. SAMUEL ANDERSON, PRES<br>2118 SOUTH MICHIGAN AVE<br>CHICAGO, IL 60616 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>CLEARS<br><br>3. Service Type<br>☐ Certified Mail ☑ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | EQ2424633222US 1/5 |
| PS Form 3811, February 2004 | Domestic Return Receipt     102595-02-M-1540 |

Postal Service and The Merit System Protection Board

14

UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 Saint Charles PL
Brookhaven, MS 39601

          CIVIL ACTION    CASE NUMBER: 1:06CV00115

V

                                     JUDGE: ROYCE C. LAMBERTH
                                     DECK TYPE: EMPLOYMENT
                                                     DISCRIMINATION
                                     DATE STAMP: 01/18/2006

USPS MAIL PROCESSOR'S UNION STEWART
Attn: John Hall, Sr., Keith Robinson &
Samuel Anderson, President
AMERICAN POSTAL WORKERS UNION, AFL-CIO
U.S. MERIT SYSTEM PROTECTION BOARD
2118 SOUTH MICHIGAN AVENUE
CHICAGO, IL 60616
Phone: 312-983-8607

**AFFIDAVIT OF SERVICE**

I, _SAM L. CLEMMONS, PLAINTIFF, PRO SE_, hereby declare that on the ___8TH___ of ___FEB___ 20_06_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to _MR. KEITH ROBINSON_ (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. KEITH ROBINSON
416 N. HILLSIDE AVE
HILLSIDE, IL 60162

2. Article Number
(Transfer from service label)   EQ2412L8287US 05

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Keith Robinson_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
KEITH ROBINSON   2-9-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Postal Service and The Merit System Protection Board.

```
       Barrett Parkway Station
            Kennesaw, Georgia
                301149997
             1204440259-0098
02/08/2006    (770)422-4103    04:18:13 PM
         ----- Sales Receipt -----
Product          Sale   Unit        Final
Description      Qty    Price       Price

HILLSIDE IL 60162                   $14.40
Express Mail PO-ADD
  5.00 oz.
  Label #:      EQ241268287US
  Next Day Noon / Normal
  Delivery
  Return Rcpt (Green Card)           $1.85
                                  ========
           Issue PVI:                $16.25

CHICAGO IL 60616 Express            $14.40
Mail PO-ADD
  4.90 oz.
  Label #:      EQ242463322US
  Next Day Noon / Normal
  Delivery
  Return Rcpt (Green Card)           $1.85
                                  ========
           Issue PVI:                $16.25

Total:                               $32.50
Paid by:
AMEX                                 $32.50
  Account #:          XXXXXXXXXXXX2006
  Approval #:            543446
  Transaction #:           752
  23 902850908 4104710777

Bill#:  1000200465374
Clerk:  02

 — All sales final on stamps and postage. —
    Refunds for guaranteed services only.
         Thank you for your business.
                Customer Copy
```

**Express Mail Label 1 (EQ 241268287 US):**

FROM: MRS. MARY L. LEE
P.O. BOX 28558
ATLANTA, GA 30358

SLC v. USPS

TO: MR. KEITH ROBINSON
416 N. HILLSIDE AVE
HILLSIDE, IL 60162
PHONE: 708-949-6463

**Express Mail Label 2 (EQ 242463322 US):**

FROM: M. L. LEE
P.O. BOX 28558
ATLANTA, GA 30358

SLC v. USPS

TO: AMERICAN POSTAL WORKERS UNION, AFL
MAIL PROCESSOR-CLERKS UNION
ATTN: MR. SAMUEL ANDERSON, PRES.
2116 SOUTH MICHIGAN AVENUE
CHICAGO, IL 60616
PHONE: (312) 923-8607