*Sam L. Clemmons*
*548 Saint Charles PL*
*Brookhaven, MS 39601*

March 2, 2006

U.S. District Court for the District of Columbia
Attn: Office of the Clerk
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

CASE NUMBER: 1:06CV00115

RE: JUDGE: ROYCE C. LAMBERTH
DECK TYPE: EMPLOYMENT DISCRIMINATION
DATE STAMP: 01/18/2006

Dear Clerk of the Court:

According to court order in reference to case number **1:06CV00115**, the defendant has failed to comply with the **20 days** order to response and therefore this case should be closed with a judgment by default in favor of the plaintiff.

Affidavit of service has been provided to the courts.

I (the plaintiff) will await such summary judgment documentation from the courts.

Respectfully yours,

Sam L. Clemmons
Plaintiff, Pro Se

Note: Affidavit of Service has been submitted to the courts

RECEIVED
MAR 2 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT