Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

_____

Plaintiff(s)

v.

Civil Action No. 06-115

AMERICAN POSTAL WORKERS UNION,
AFL., et al.

_____

Defendant(s)

RE: AMERICAN POSTAL WORKERS UNION AFL.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 02/09/2006, and an affidavit on behalf of the plaintiff having been filed, it is this 3rd day of March, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
T. Gumiel
Deputy Clerk