UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS UNION, )<br>AFL-CIO, ET. AL. )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:06cv00115 (RCL) |

**MOTION OF THE AMERICAN POSTAL WORKERS UNION,
AFL-CIO TO VACATE ENTRY OF DEFAULT**

COMES NOW the American Postal Workers Union, AFL-CIO ("APWU"), by and through its undersigned attorneys, and moves this Court pursuant to Rule 55(c) of the Federal Rules of Civil Procedure to vacate the entry of default entered against it on March 3, 2006 and allow it to file a response to Plaintiff's complaint.

This motion is supported by the attached Memorandum of Points and Authorities in Support Thereof, the Declarations of Terry Stapleton, Samuel Anderson and Exhibits attached thereto, and is accompanied by the APWU's Verified Answer pursuant to LCvR 7(g).

Dated: March 17, 2006          Respectfully submitted,

                                              O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                          By:    /s/ Peter J. Leff
                                                    Peter J. Leff DC Bar # 457476
                                                    1300 L Street NW Suite 1200
                                                    Washington, DC 20005-4126
                                                    (202)898-1707/FAX(202)682-9276

                                                    Attorneys for American Postal
                                                    Workers Union, AFL-CIO