UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS UNION, )<br>AFL-CIO, ET. AL. )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:06cv00115 (RCL) |

**PROPOSED ORDER**

UPON CONSIDERATION of the Motion to Vacate Entry of Default of Defendant American Postal Workers Union, AFL-CIO, it is

ORDERED that the Motion to Vacate Entry of Default is GRANTED and it is further,

ORDERED that the Entry of Default, Docket Entry #5, entered on March 3, 2006 is vacated for good cause and it is further,

ORDERED that the American Postal Workers Union, AFL-CIO shall be allowed 10 days from the date of this Order to file a response to the Plaintiff's complaint.

Dated:_____       _____

UNITED STATES DISTRICT JUDGE

copies to:


Sam L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601
(866) 409-7758

Peter J. Leff
1300 L Street NW Suite 1200
Washington, DC 20005-4126
(202)898-1707/FAX(202)682-9276