AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM L. CLEMMONS, JR.

**SUMMONS IN A CIVIL CASE**

V.

AMERICAN POSTAL WORKERS UNION, AFL-CIO,
ET AL

CASE NUMBER  1:06CV00115

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 01/18/2006

TO: (Name and address of Defendant)
U.S. POSTAL SERVICE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓▓ (name and address)
PRO SE

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

DATE: JAN 1 8 2006

RECEIVED
APR 4 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3/10/06 |
| NAME OF SERVER (PRINT) SAM CLEMMONS | TITLE PLAINTIFF, PRO SE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 433 W. HARRISON STREET RM. 40212-A, CHICAGO, IL 60607-9403

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. EXPRESS MAIL | U.S. POSTAL SERVICE | $16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/10/06         *Sam L. Clemmons*, PLAINTIFF PRO SE
              Date             Signature of Server

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
Address of Server
PH # 866-409-7758

**RECEIVED**
APR 4 – 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

14

UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 Saint Charles PL
Brookhaven, MS 39601

      CIVIL ACTION NO:  CASE NUMBER: 1:06CV00115

V

              JUDGE: ROYCE C. LAMBERTH
              DECK TYPE: EMPLOYMENT
                  DISCRIMINATION

USPS MAIL PROCESSOR'S UNION STEWART
Attn: John Hall, Sr., Keith Robinson &
Samuel Anderson, President
AMERICAN POSTAL WORKERS UNION, AFL-CIO
U.S. MERIT SYSTEM PROTECTION BOARD
2118 SOUTH MICHIGAN AVENUE
CHICAGO, IL 60616
Phone: 312-983-8607

**AFFIDAVIT OF SERVICE**

I, _SAM L. CLEMMONS_____, hereby declare that on the _8TH_ of _MARCH_ 20_06_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to _U.S. POSTAL SERVICE, ATTN: BARBARA J. SINGLETON_ (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. POSTAL SERVICE
ATTN: BARBARA J. SINGLETON
433 W. HARRISON STREET
RM 40212-A
CHICAGO, IL 60607-9403

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _LaMona Charlest_  ☐ Agent ☐ Addressee

B. Received by (Printed Name): LAMONA CHARLEST
C. Date of Delivery: 3-10-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☒ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): ED9738707L7US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Postal Service and The Merit System Protection Board.

```
        SANDY SPRINGS FINANCE UNIT
              ATLANTA, Georgia
                 303289997
               1204440024-0095
 03/08/2006    (800)275-8777     03:57:14 PM

 ─────────────── Sales Receipt ───────────────
 Product         Sale   Unit        Final
 Description     Qty    Price       Price

 CHICAGO IL 60607 EM                $14.40
 PO-Add Flat Rate
   5.00 oz.
    Label #:       ED973870767US
    Next Day Noon  / Normal
    Delivery
    Return Rcpt (Green Card)         $1.85
                                   ========
              Issue PVI:            $16.25

 WASHINGTON DC 20419 EM             $14.40
 PO-Add Flat Rate
   5.00 oz.
    Label #:       ED973870753US
    Next Day Noon  / Normal
    Delivery
    Return Rcpt (Green Card)         $1.85
                                   ========
              Issue PVI:            $16.25

 WASHINGTON DC 20530                $14.40
 Express Mail PO-ADD
   5.00 oz.
    Label #:       EQ242463340US
    Next Day Noon  / Normal
    Delivery
    Return Rcpt (Green Card)         $1.85
                                   ========
              Issue PVI:            $16.25

 WASHINGTON DC 20001                $14.40
 Express Mail PO-ADD
   5.70 oz.
    Label #:       EQ242463353US
    Next Day Noon  / Normal
    Delivery
    Return Rcpt (Green Card)         $1.85
                                   ========
              Issue PVI:            $16.25

                                  ─────────
 Total:                             $65.00

 Paid by:
 AMEX                               $65.00
    Account #          XXXXXXXXXXXX2006
    Approval #:        502082
    Transaction #:     448
    23 902850395 4104710777


 Bill#:  1000501607286
 Clerk:  27

 ── All sales final on stamps and postage. ──
      Refunds for guaranteed services only.
           Thank you for your business.
                  Customer Copy
```