AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM L. CLEMMONS, JR.

V.

AMERICAN POSTAL WORKERS UNION, AFL-CIO
ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00115

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 01/18/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF *PRO SE* (name and address)

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE: JAN 1 8 2006

RECEIVED
APR 4 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/9/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SAM CLEMMONS | PLAINTIFF, PRO SE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 950 PENNSYLVANIA AVE, N.W. WASHINGTON, DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. EXPRESS MAIL | U.S. POSTAL SERVICE | $16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/9/06    _____
              Date       Signature of Server

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
*Address of Server*
PH # 866-403-7758

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 Saint Charles PL
Brookhaven, MS 39601

     CIVIL ACTION NO:  CASE NUMBER: 1:06CV00115

 V

               JUDGE: ROYCE C. LAMBERTH
               DECK TYPE: EMPLOYMENT
                    DISCRIMINATION
               DATE STAMP: 01/18/2006

USPS MAIL PROCESSOR'S UNION STEWART
Attn: John Hall, Sr., Keith Robinson &
Samuel Anderson, President
AMERICAN POSTAL WORKERS UNION, AFL-CIO
U.S. MERIT SYSTEM PROTECTION BOARD
2118 SOUTH MICHIGAN AVENUE
CHICAGO, IL 60616
Phone: 312-983-8607

## AFFIDAVIT OF SERVICE

I, _SAM L. CLEMMONS_____, hereby declare that on the __8TH__ of __MARCH__ 20_06_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to _THE U.S. ATTORNEY GENERAL_ (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

(USPS)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAR 0 9 2006

3. Service Type
☐ Certified Mail    ☒ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    EQ2424633340US  US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

```
          SANDY SPRINGS FINANCE UNIT
              ATLANTA, Georgia
                  303289997
                1204440024-0095
03/08/2006    (800)275-8777      03:57:14 PM

─────────────── Sales Receipt ───────────────
Product         Sale    Unit       Final
Description     Qty     Price      Price

CHICAGO IL 60607 EM                $14.40
PO-Add Flat Rate
  5.00 oz.
   Label #:        ED973870767US
   Next Day Noon   / Normal
   Delivery
   Return Rcpt (Green Card)         $1.85
                                 ========
          Issue PVI:               $16.25

WASHINGTON DC 20419 EM             $14.40
PO-Add Flat Rate
  5.00 oz.
   Label #:        ED973870753US
   Next Day Noon   / Normal
   Delivery
   Return Rcpt (Green Card)         $1.85
                                 ========
          Issue PVI:               $16.25

WASHINGTON DC 20530                $14.40
Express Mail PO-ADD
  5.00 oz.
   Label #:        E0242463340US
   Next Day Noon   / Normal
   Delivery
   Return Rcpt (Green Card)         $1.85
                                 ========
          Issue PVI:               $16.25

WASHINGTON DC 20001                $14.40
Express Mail PO-ADD
  5.70 oz.
   Label #:        E0242463353US
   Next Day Noon   / Normal
   Delivery
   Return Rcpt (Green Card)         $1.85
                                 ========
          Issue PVI:               $16.25
                                 ────────
Total:                             $65.00

Paid by:
AMEX                               $65.00
   Account #          XXXXXXXXXXXX2006
   Approval #:        502082
   Transaction #:     448
   23 902850395 4104710777


Bill#:  1000501607286
Clerk:  27

— All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.
             Customer Copy
```