P.O. Box 28558
Atlanta, GA 30358



# Fax

| | | | |
|---|---|---|---|
| **To:** | Clerk Union Stewart President | **From:** | Mary L. Lee, Paralegal Services |
| **Fax:** | 312-842-4261 | **Date:** | May 26, 2005 |
| **Phone:** | 312-842-8246 | **Pages:** | 5 |
| **Re:** | CH-0752-99-0118-I-1 (FRAUD) | **CC:** | Sam Clemmons (See Certificate of Service) |

Clemmons vs. The United States Postal Service & The Merit System Protection Board

☒ Urgent    ☒ For Review    ☒ Please Comment    ☒ Please Reply    ☐ Please Recycle

•**Comments:**

Please provide this fax document to both pervious and present residing President of the Union Mr. John Hall, Sr. and Mr. Samuel Anderson

You can fax me whatever there is need to me at 770-794-1872 I'll be on standby.

Mary L. Lee

***************************
*** ACTIVITY REPORT ***
***************************

| ST. TIME | CONNECTION TEL | CONNECTION ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|---|
| 05/26 15:52 | 13128424261 | | 1119 | TRANSMIT | ECM | 3 | OK | 01'17 |
| 05/26 16:32 | 13128424261 | | 1120 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | STOP | |
| 05/26 16:34 | 13128424261 | | 1121 | TRANSMIT | ECM | 5 | OK | 03'01 |
| 05/27 12:27 | | | 5646 | AUTO RX | G3 | 0 | NG | 00'45 |
| | | | | | | 0 | #005 | |
| 05/28 14:26 | | | 5647 | AUTO RX | G3 | 0 | NG | 00'45 |
| | | | | | | 0 | #005 | |
| 05/28 14:47 | 601 835 0759 | | 5648 | AUTO RX | COL | 7 | OK | 15'21 |
| 05/28 15:16 | 601 835 0759 | | 5649 | AUTO RX | COL | 5 | OK | 15'22 |
| 05/28 15:32 | 601 835 0759 | | 5650 | AUTO RX | COL | 5 | OK | 18'40 |
| 05/28 15:57 | | | 5651 | AUTO RX | G3 | 0 | NG | 00'44 |
| | | | | | | 0 | #005 | |
| 05/29 13:07 | | | 5652 | AUTO RX | ECM | 1 | OK | 00'30 |
| 05/31 08:36 | 16018350980 | | 1122 | TRANSMIT | ECM | 10 | OK | 04'13 |
| 05/31 08:41 | 16018350980 | | 1123 | TRANSMIT | ECM | 1 | OK | 00'44 |
| 05/31 13:14 | | | 5653 | AUTO RX | ECM | 1 | OK | 00'30 |
| 06/01 13:30 | | | 5654 | AUTO RX | G3 | 0 | NG | 00'45 |
| | | | | | | 0 | #005 | |
| 06/01 14:16 | | | 5655 | AUTO RX | ECM | 1 | OK | 00'30 |
| 06/02 14:14 | | | 5656 | AUTO RX | COL | 3 | OK | 04'37 |
| 06/03 13:42 | | | 5657 | AUTO RX | G3 | 2 | OK | 01'03 |
| 06/04 09:42 | | | 5658 | AUTO RX | G3 | 0 | NG | 00'44 |
| | | | | | | 0 | #005 | |
| 06/04 14:17 | 7705284027 | | 1124 | TRANSMIT | ECM | 1 | OK | 00'25 |
| 06/04 15:48 | | | 5659 | MEMORY RX | ECM | 3 | OK | 01'07 |

# CERTIFICATE OF SERVICE

I certify that the attached documents were sent by regular mail and faxed this day to each of the following:

Marjorie Marks
**U.S. Office of Personnel Management**
1900 E Street, NW
Room 7412
Washington, DC 20415

**Clerk of the Board**
Merit System Protection Board
1120 Vermont Avenue, NW Room 806
Washington, DC 20419

**Appellant's Union Representative**
John Hall, Sr.
2118 South Michigan Avenue
Chicago, IL 60616

**Appellant**
Samuel L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602

**Member of Congress**
Congress of the United States
House of Representatives
Washington, DC 20515-1302

**Member of the Senate**
United States Senate
Suite 487, Russell Senate Office Building
Washington, DC 20510-2403

5-12-05
Date

Mary L. Lee
Paralegal Assistant