First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

U [illegible] SERVICE
[illegible]
[illegible] IRVING PARK ROAD
CHICAGO IL 60701-9511

Mr. Samuel L. Clemmons
2020 N Clarendon Ave apt # 305
Chi Il 60613-3201

CLEM933 606133026 1099 03 09/25/99
NOTIFY SENDER OF NEW ADDRESS
CLEMMONS'SAMUEL
1533 RAYMOND RD #79
JACKSON MS 39204-4268

## EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|

**DETAIL EARNINGS**

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1099 | 320 | W | 4000 | 43960 |
| 2 | M | 04 | 1099 | 320 | O | 11 | 181 |
| 2 | M | 04 | 1099 | 320 | N | 2476 | 2352 |
| 2 | M | 04 | 1099 | 320 | S | 797 | 2189 |
| 1 | M | 04 | 1099 | 320 | W | 3900 | 42861 |
| 1 | M | 04 | 1099 | 320 | N | 1992 | 1892 |
| | | | FLSA | | | 4011 | 07 |

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 93442 | 93442 |
| FED TAXSO | 12486 | 12486 |
| STTAX ILSO | 2803 | 2803 |
| RETIRE 8 | 695 | 695 |
| MEDICARE | 1355 | 1355 |
| SOSEC | 5793 | 5793 |

**LEAVE STATUS**

| | |
|---|---|
| **ANNUAL LEAVE** | |
| FROM PREV YR | |
| EARNED THIS YR | 600 |
| EARNED BAL | |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | |
| **SICK LEAVE** | |
| FROM PREV YR | |
| EARNED THIS YR | 300 |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | 300 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| USPS RETIREMENT | .00 |

NET PAY 703.10

PS FORM 1223-B, JUNE 1985

---

## EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 01 98 | 00890086 |

**DETAIL EARNINGS**

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1099 | 320 | W | 2400 | 26376 |
| 2 | M | 04 | 1099 | 320 | N | 2181 | 2072 |
| 2 | M | 04 | 1099 | 320 | S | 600 | 1648 |
| 1 | M | 04 | 1099 | 320 | S | 788 | 2165 |
| 1 | M | 04 | 1099 | 320 | W | 3188 | 35036 |
| 1 | M | 04 | 1099 | 320 | O | 24 | 396 |
| 1 | M | 04 | 1099 | 320 | N | 1988 | 1889 |
| | | | | | L | 1200 | 13188 |

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 82770 | 82770 |
| FED TAXSO | 00 | 00 |
| STTAX ILSO | 00 | 00 |
| RETIRE 8 | 597 | 597 |
| MEDICARE | 1200 | 1200 |
| UN H | 1250 | 1250 |
| SOSEC | 5132 | 5132 |

**LEAVE STATUS**

| | |
|---|---|
| **ANNUAL LEAVE** | |
| FROM PREV YR | |
| EARNED THIS YR | 1100 |
| EARNED BAL | |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | |
| **SICK LEAVE** | |
| FROM PREV YR | |
| EARNED THIS YR | 700 |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | 700 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| USPS RETIREMENT | 6.95 |

NET PAY 745.91

PS FORM 1223-B, JUNE 1985

---

## EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 02 98 | 00071771 |

**DETAIL EARNINGS**

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1099 | 320 | W | 2386 | 26222 |
| 2 | M | 04 | 1099 | 320 | N | 2209 | 2099 |
| 1 | M | 04 | 1099 | 320 | W | 3000 | 32970 |
| 1 | M | 04 | 1099 | 320 | N | 2717 | 2581 |
| 1 | M | 04 | 1099 | 320 | S | 600 | 1648 |

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 65520 | 148290 |
| FED TAXSO | 00 | 00 |
| STTAX ILSO | 00 | 00 |
| RETIRE 8 | 474 | 1071 |
| MEDICARE | 950 | 2150 |
| UN H | 1250 | 2500 |
| INS1Z | 430 | 430 |
| SOSEC | 4062 | 9194 |

**LEAVE STATUS**

| | |
|---|---|
| **ANNUAL LEAVE** | |
| FROM PREV YR | 1100 |
| EARNED THIS YR | 400 |
| EARNED BAL | |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 200 |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | 900 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | 600 |
| CUMULATIVE | 600 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| USPS RETIREMENT | 6.95 |

NET PAY 583.54 NT BK

PS FORM 1223-B, JUNE 1985

EARNINGS STATEMENT — PS FORM 1223-B, JUNE 1985

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 03 98 | 00070374 |

DETAIL EARNINGS

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1099 | 320 | W | 2988 | 32838 |
| 2 | M | 04 | 1099 | 320 | N | 2731 | 2594 |
| 2 | M | 04 | 1099 | 320 | S | 592 | 1626 |
| 1 | M | 04 | 1099 | 320 | S | 600 | 1648 |
| 1 | M | 04 | 1099 | 320 | W | 2400 | 26376 |
| 1 | M | 04 | 1099 | 320 | N | 2750 | 2613 |
| 1 | M | 04 | 1099 | 320 | H | 600 | 6594 |
| | | | | | L | 600 | 6594 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 80883 | 229173 |
| FED TAXS0 | 00 | 00 |
| ST TAX ILS0 | 00 | 00 |
| RETIRE 8 | 526 | 1597 |
| MEDICARE | 1173 | 3323 |
| UN H | 1250 | 3750 |
| INS1Z | 430 | 860 |
| SOSEC | 5015 | 14209 |

LEAVE STATUS

| | |
|---|---|
| **ANNUAL LEAVE** | |
| FROM PREV YR | 1100 |
| EARNED THIS YR | 800 |
| EARNED BAL | |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 500 |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | 1200 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | 600 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| **USPS RETIREMENT** | |

NET PAY 724.89 NT BK 6.95

---

EARNINGS STATEMENT — PS FORM 1223-B, JUNE 1985

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 04 98 | 00072523 |

DETAIL EARNINGS

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1099 | 320 | W | 3174 | 34882 |
| 2 | M | 04 | 1099 | 320 | N | 2755 | 2617 |
| 2 | M | 04 | 1099 | 320 | S | 646 | 1775 |
| 1 | M | 04 | 1099 | 320 | W | 3172 | 34860 |
| 1 | M | 04 | 1099 | 320 | N | 2814 | 2673 |
| 1 | M | 04 | 1099 | 320 | S | 598 | 1643 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 78450 | 307623 |
| FED TAXS0 | 00 | 00 |
| ST TAX ILS0 | 00 | 00 |
| RETIRE 8 | 558 | 2155 |
| MEDICARE | 1138 | 4461 |
| UN H | 1250 | 5000 |
| INS1Z | 430 | 1290 |
| SOSEC | 4864 | 19073 |

LEAVE STATUS

| | |
|---|---|
| **ANNUAL LEAVE** | |
| FROM PREV YR | 1100 |
| EARNED THIS YR | 1300 |
| EARNED BAL | |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 800 |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | 1500 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | 600 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| **USPS RETIREMENT** | |

NET PAY 702.10 NT BK 6.95

---

EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 05 98 | 00071940 |

DETAIL EARNINGS

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1099 | 320 | W | 3092 | 33981 |
| 2 | M | 04 | 1099 | 320 | N | 2828 | 2687 |
| 2 | M | 04 | 1099 | 320 | S | 609 | 1673 |
| 1 | M | 04 | 1099 | 320 | W | 2402 | 26398 |
| 1 | M | 04 | 1099 | 320 | N | 2143 | 2036 |
| 1 | M | 04 | 1099 | 320 | S | 652 | 1791 |
| | | | | | L | 600 | 6594 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 75160 | 382783 |
| FED TAXS0 | 00 | 00 |
| ST TAX ILS0 | 00 | 00 |
| RETIRE 8 | 536 | 2691 |
| MEDICARE | 929 | 5390 |
| UN H | 1250 | 6250 |
| INS1Z | 430 | 1720 |
| HP102 | 11050 | 11050 |
| SOSEC | 3974 | 23047 |

LEAVE STATUS

| | |
|---|---|
| **ANNUAL LEAVE** | |
| FROM PREV YR | 1100 |
| EARNED THIS YR | 1800 |
| EARNED BAL | |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 1100 |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | 1800 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | 600 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| **USPS RETIREMENT** | |

NET PAY 569.91 NT BK 6.95

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 06 98 | 00072189 |

**DETAIL EARNINGS**

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1099 | 320 | W | 3088 | 33937 |
| 2 | M | 04 | 1099 | 320 | N | 2803 | 2663 |
| 2 | M | 04 | 1099 | 320 | S | 620 | 1703 |
| 1 | M | 04 | 1099 | 320 | W | 2409 | 26475 |
| 1 | M | 04 | 1099 | 320 | N | 2188 | 2079 |
| 1 | M | 04 | 1099 | 320 | S | 609 | 1673 |
| | | | | | L | 600 | 6594 |

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 75124 | 457907 |
| FED TAX S0 | 00 | 00 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 536 | 3227 |
| MEDICARE | 929 | 6319 |
| UN H | 1250 | 7500 |
| INS1Z | 430 | 2150 |
| HP102 | 11050 | 22100 |
| SOSEC | 3973 | 27020 |

**LEAVE STATUS**

| ANNUAL LEAVE | |
|---|---|
| FROM PREV YR | 1100 |
| EARNED THIS YR | 2300 |
| EARNED BAL | 3400 |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | 3400 |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 1400 |
| USED THIS YR | 600 |
| USED THIS PP | 600 |
| BALANCE | 1500 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | 600 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| **USPS RETIREMENT** | |

NET PAY 569.56 NT BK 6.95

EARNINGS STATEMENT

PS FORM 1223-B, JUNE 1986

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 07 98 | 00073376 |

**DETAIL EARNINGS**

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1107 | 320 | W | 2953 | 32690 |
| 2 | M | 04 | 1107 | 320 | N | 2717 | 2581 |
| 2 | M | 04 | 1107 | 320 | S | 613 | 1696 |
| 1 | M | 04 | 1107 | 320 | W | 3102 | 34339 |
| 1 | M | 04 | 1107 | 320 | N | 2825 | 2684 |
| 1 | M | 04 | 1107 | 320 | S | 613 | 1696 |

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 75686 | 533593 |
| FED TAX S0 | 00 | 00 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 536 | 3763 |
| MEDICARE | 937 | 7256 |
| UN H | 1250 | 8750 |
| INS1Z | 430 | 2580 |
| HP102 | 11050 | 33150 |
| HT102 | 00 | 22100 |
| SOSEC | 4007 | 31027 |

**LEAVE STATUS**

| ANNUAL LEAVE | |
|---|---|
| FROM PREV YR | 1100 |
| EARNED THIS YR | 2700 |
| EARNED BAL | 3800 |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | 3800 |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 1700 |
| USED THIS YR | 600 |
| USED THIS PP | |
| BALANCE | 1800 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | 600 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| **USPS RETIREMENT** | |

CONTRACTUAL INCREASE
ADJ FOR 0198 PROCESSED NET PAY 574.76 NT BK 6.95

EARNINGS STATEMENT

PS FORM 1223-B, JUNE 1986

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 08 98 | 00072520 |

**DETAIL EARNINGS**

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1107 | 320 | W | 2987 | 33066 |
| 2 | M | 04 | 1107 | 320 | N | 2772 | 2633 |
| 2 | M | 04 | 1107 | 320 | S | 568 | 1572 |
| 1 | M | 04 | 1107 | 320 | W | 3099 | 34306 |
| 1 | M | 04 | 1107 | 320 | N | 2812 | 2671 |
| 1 | M | 04 | 1107 | 320 | S | 614 | 1699 |

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 75947 | 609540 |
| FED TAX S0 | 00 | 00 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 539 | 4302 |
| MEDICARE | 941 | 8197 |
| UN H | 1250 | 10000 |
| INS1Z | 430 | 3010 |
| HP102 | 11050 | 44200 |
| HT102 | 00 | 22100 |
| SOSEC | 4024 | 35051 |

**LEAVE STATUS**

| ANNUAL LEAVE | |
|---|---|
| FROM PREV YR | 1100 |
| EARNED THIS YR | 3200 |
| EARNED BAL | 4300 |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | 4300 |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 2100 |
| USED THIS YR | 600 |
| USED THIS PP | |
| BALANCE | 2200 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | 600 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| **USPS RETIREMENT** | |

NET PAY 577.13 NT BK 6.95

EARNINGS STATEMENT

PS FORM 1223-B, JUNE 1986

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 09 98 | 00073053 |

DETAIL EARNINGS

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1107 | 320 | W | 3087 | 34173 |
| 2 | M | 04 | 1107 | 320 | N | 2798 | 2658 |
| 2 | M | 04 | 1107 | 320 | S | 614 | 1699 |
| 1 | M | 04 | 1107 | 320 | W | 2990 | 33099 |
| 1 | M | 04 | 1107 | 320 | N | 2717 | 2581 |
| 1 | M | 04 | 1107 | 320 | S | 594 | 1644 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 75854 | 685394 |
| FED TAX S0 | 00 | 00 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 538 | 4840 |
| MEDICARE | 940 | 9137 |
| UN H | 1250 | 11250 |
| INS1Z | 430 | 3440 |
| HP102 | 11050 | 55250 |
| HT102 | 00 | 22100 |
| SOSEC | 4018 | 39069 |

LEAVE STATUS

| | |
|---|---|
| **ANNUAL LEAVE** | |
| FROM PREV YR | 1100 |
| EARNED THIS YR | 3700 |
| EARNED BAL | 4800 |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | 4800 |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 2400 |
| USED THIS YR | 600 |
| USED THIS PP | |
| BALANCE | 2500 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | 600 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| USPS RETIREMENT | |

NET PAY 576.28 NT BK 6.95

EARNINGS STATEMENT — PS FORM 1223-B, JUNE 1985

---

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 10 98 | 00072659 |

DETAIL EARNINGS

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1107 | 320 | W | 3127 | 34616 |
| 2 | M | 04 | 1107 | 320 | N | 2798 | 2658 |
| 2 | M | 04 | 1107 | 320 | S | 616 | 1705 |
| 1 | M | 04 | 1107 | 320 | W | 3076 | 34051 |
| 1 | M | 04 | 1107 | 320 | N | 2715 | 2579 |
| 1 | M | 04 | 1107 | 320 | S | 610 | 1688 |
| | | | ADJ | | | | 43938 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 121235 | 806629 |
| FED TAX S0 | 00 | 12302 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 549 | 5389 |
| MEDICARE | 961 | 10735 |
| UN H | 1250 | 12500 |
| INS1Z | 430 | 3870 |
| HP102 | 11050 | 66300 |
| HT102 | 00 | 22100 |
| FED | 12302 | ADJUST |
| MEDIC | 637 | ADJUST |
| SOSEC | 2724 | ADJUST |
| SOSEC | 4107 | 45900 |

LEAVE STATUS

| | |
|---|---|
| **ANNUAL LEAVE** | |
| FROM PREV YR | 1100 |
| EARNED THIS YR | 4100 |
| EARNED BAL | 5200 |
| USED THIS YR | |
| USED THIS PP | |
| BALANCE | 5200 |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 2700 |
| USED THIS YR | 600 |
| USED THIS PP | |
| BALANCE | 2800 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | 600 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| USPS RETIREMENT | |

GRIEVANCE PAYMENT INCL

NET PAY 872.25 NT BK 6.95

EARNINGS STATEMENT — PS FORM 1223-B, JUNE 1985

---

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 11 98 | 00067425 |

DETAIL EARNINGS

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 1 | M | 04 | 1107 | 320 | W | 3331 | 36874 |
| 1 | M | 04 | 1107 | 320 | O | 322 | 5346 |
| 1 | M | 04 | 1107 | 320 | N | 3333 | 3166 |
| | | | | | L | 3000 | 33210 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 78596 | 885225 |
| FED TAX S0 | 00 | 12302 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 561 | 5950 |
| MEDICARE | 979 | 11714 |
| UN H | 1250 | 13750 |
| INS1Z | 430 | 4300 |
| HP102 | 11050 | 77350 |
| HT102 | 00 | 22100 |
| SOSEC | 4188 | 50088 |

LEAVE STATUS

| | |
|---|---|
| **ANNUAL LEAVE** | |
| FROM PREV YR | 1100 |
| EARNED THIS YR | 4600 |
| EARNED BAL | 5700 |
| USED THIS YR | 2400 |
| USED THIS PP | 2400 |
| BALANCE | 3300 |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 3000 |
| USED THIS YR | 1200 |
| USED THIS PP | 600 |
| BALANCE | 2500 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | 600 |
| CUMULATIVE | 1200 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| USPS RETIREMENT | |

NET PAY 601.38 NT BK 6.95

EARNINGS STATEMENT — PS FORM 1223-B, JUNE 1985

EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 12 98 | 00020541 |

DETAIL EARNINGS

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1107 | 320 | S | 1514 | 4190 |
| 2 | M | 04 | 1107 | 320 | W | 2114 | 23402 |
| 2 | M | 04 | 1107 | 320 | O | 10 | 166 |
| 2 | M | 04 | 1107 | 320 | N | 1902 | 1807 |
| | | | | | L | 3600 | 39852 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 69417 | 954642 |
| FED TAX S0 | 00 | 12302 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 506 | 6456 |
| MEDICARE | 847 | 12561 |
| UN H | 1250 | 15000 |
| INS1Z | 430 | 4730 |
| HP102 | 11050 | 88400 |
| HT102 | 00 | 22100 |
| SOSEC | 3619 | 53707 |

LEAVE STATUS

| ANNUAL LEAVE | |
|---|---|
| FROM PREV YR | 1100 |
| EARNED THIS YR | 5100 |
| EARNED BAL | 6200 |
| USED THIS YR | 5400 |
| USED THIS PP | 3000 |
| BALANCE | 800 |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 3300 |
| USED THIS YR | 1200 |
| USED THIS PP | |
| BALANCE | 2800 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | 600 |
| CUMULATIVE | 1800 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| USPS RETIREMENT | 6.95 |

NET PAY 517.15 NT BK

PS FORM 1223-B, JUNE 1985

---

EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 13 98 | 00073087 |

DETAIL EARNINGS

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1107 | 320 | W | 3000 | 33210 |
| 2 | M | 04 | 1107 | 320 | N | 2627 | 2496 |
| 2 | M | 04 | 1107 | 320 | S | 598 | 1655 |
| 1 | M | 04 | 1107 | 320 | W | 3036 | 33609 |
| 1 | M | 04 | 1107 | 320 | N | 2726 | 2590 |
| 1 | M | 04 | 1107 | 320 | S | 653 | 1807 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 75367 | 1030009 |
| FED TAX S0 | 00 | 12302 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 535 | 6991 |
| MEDICARE | 932 | 13493 |
| UN H | 1250 | 16250 |
| INS1Z | 430 | 5160 |
| HP102 | 11050 | 99450 |
| HT102 | 00 | 22100 |
| SOSEC | 3988 | 57695 |

LEAVE STATUS

| ANNUAL LEAVE | |
|---|---|
| FROM PREV YR | 1100 |
| EARNED THIS YR | 5500 |
| EARNED BAL | 6600 |
| USED THIS YR | 5400 |
| USED THIS PP | |
| BALANCE | 1200 |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 3600 |
| USED THIS YR | 1200 |
| USED THIS PP | |
| BALANCE | 3100 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | 1800 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| USPS RETIREMENT | 6.95 |

NET PAY 571.82 NT BK

PS FORM 1223-B, JUNE 1985

---

EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 14 98 | 00028069 |

DETAIL EARNINGS

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1107 | 320 | W | 2516 | 27852 |
| 2 | M | 04 | 1107 | 320 | N | 2264 | 2151 |
| 2 | M | 04 | 1107 | 320 | S | 616 | 1705 |
| 1 | M | 04 | 1107 | 320 | W | 2438 | 26989 |
| 1 | M | 04 | 1107 | 320 | N | 2179 | 2070 |
| 1 | M | 04 | 1107 | 320 | S | 638 | 1765 |
| | | | | | L | 1200 | 13284 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 75816 | 1105825 |
| FED TAX S0 | 00 | 12302 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 545 | 7536 |
| MEDICARE | 939 | 14432 |
| UN H | 1250 | 17500 |
| INS1Z | 430 | 5590 |
| HP102 | 11050 | 110500 |
| HT102 | 00 | 22100 |
| SOSEC | 4015 | 61710 |

LEAVE STATUS

| ANNUAL LEAVE | |
|---|---|
| FROM PREV YR | 1100 |
| EARNED THIS YR | 6000 |
| EARNED BAL | 7100 |
| USED THIS YR | 6000 |
| USED THIS PP | 600 |
| BALANCE | 1100 |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 3900 |
| USED THIS YR | 1800 |
| USED THIS PP | 600 |
| BALANCE | 2800 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | 1800 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| USPS RETIREMENT | 6.95 |

NET PAY 575.87 NT BK

PS FORM 1223-B, JUNE 1985

EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 15 98 | 00072757 |

DETAIL EARNINGS

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1107 | 320 | W | 4000 | 44280 |
| 2 | M | 04 | 1107 | 320 | N | 3261 | 3098 |
| 2 | M | 04 | 1107 | 320 | S | 1597 | 4419 |
| 1 | M | 04 | 1107 | 320 | H | 600 | 6642 |
| 1 | M | 04 | 1107 | 320 | S | 1600 | 4428 |
| 1 | M | 04 | 1107 | 320 | W | 3100 | 34317 |
| 1 | M | 04 | 1107 | 320 | O | 102 | 1694 |
| 1 | M | 04 | 1107 | 320 | N | 3176 | 3017 |
| | | | | | L | 600 | 6642 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 108537 | 1214362 |
| FED TAX S0 | 00 | 12302 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 682 | 8218 |
| MEDICARE | 1414 | 15846 |
| UN H | 1250 | 18750 |
| INS1Z | 430 | 6020 |
| HP102 | 11050 | 121550 |
| HT102 | 00 | 22100 |
| SOSEC | 6044 | 67754 |

LEAVE STATUS

| ANNUAL LEAVE | | |
|---|---|---|
| FROM PREV YR | | 1100 |
| EARNED | THIS YR | 6600 |
| | BAL | 7700 |
| USED THIS | YR | 6000 |
| | PP | |
| BALANCE | | 1700 |
| **SICK LEAVE** | | |
| FROM PREV YR | | 700 |
| EARNED THIS YR | | 4300 |
| USED THIS | YR | 1800 |
| | PP | |
| BALANCE | | 3200 |
| **LEAVE WITHOUT PAY** | | |
| THIS PP | | 300 |
| CUMULATIVE | | 2100 |
| **BOND DATA** | | |
| UNAPPL BAL | | |
| NO. ISSUED | | |
| **USPS RETIREMENT** | | |

NET PAY 876.67 NT BK 6.95

PS FORM 1223-B, JUNE 1985

EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 16 98 | 00020873 |

DETAIL EARNINGS

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1107 | 320 | W | 1200 | 13284 |
| 2 | M | 04 | 1107 | 320 | N | 1100 | 1045 |
| 1 | M | 04 | 1107 | 320 | S | 800 | 2214 |
| 1 | M | 04 | 1107 | 320 | W | 3880 | 42952 |
| 1 | M | 04 | 1107 | 320 | O | 27 | 448 |
| 1 | M | 04 | 1107 | 320 | N | 3443 | 3271 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 63214 | 1277576 |
| FED TAX S0 | 00 | 12302 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 450 | 8668 |
| MEDICARE | 756 | 16602 |
| UN H | 1250 | 20000 |
| INS1Z | 430 | 6450 |
| HP102 | 11050 | 132600 |
| HT102 | 00 | 22100 |
| SOSEC | 3235 | 70989 |

LEAVE STATUS

| ANNUAL LEAVE | | |
|---|---|---|
| FROM PREV YR | | 1100 |
| EARNED | THIS YR | 7000 |
| | BAL | 8100 |
| USED THIS | YR | 6000 |
| | PP | |
| BALANCE | | 2100 |
| **SICK LEAVE** | | |
| FROM PREV YR | | 700 |
| EARNED THIS YR | | 4500 |
| USED THIS | YR | 1800 |
| | PP | |
| BALANCE | | 3400 |
| **LEAVE WITHOUT PAY** | | |
| THIS PP | | 120 |
| CUMULATIVE | | 2220 |
| **BOND DATA** | | |
| UNAPPL BAL | | |
| NO. ISSUED | | |
| **USPS RETIREMENT** | | |

NET PAY 460.43 NT BK 6.95

PS FORM 1223-B, JUNE 1985

EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 17 98 | 00066633 |

DETAIL EARNINGS

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1107 | 320 | W | 3019 | 33420 |
| 2 | M | 04 | 1107 | 320 | N | 2728 | 2592 |
| 2 | M | 04 | 1107 | 320 | S | 649 | 1796 |
| 1 | M | 04 | 1107 | 320 | W | 3131 | 34660 |
| 1 | M | 04 | 1107 | 320 | N | 2832 | 2690 |
| 1 | M | 04 | 1107 | 320 | S | 629 | 1741 |
| | | | | | L | 134 | 1483 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 78382 | 1355958 |
| FED TAX S0 | 00 | 12302 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 557 | 9225 |
| MEDICARE | 976 | 17578 |
| UN H | 1250 | 21250 |
| INS1Z | 430 | 6880 |
| HP102 | 11050 | 143650 |
| HT102 | 00 | 22100 |
| SOSEC | 4174 | 75163 |

LEAVE STATUS

| ANNUAL LEAVE | | |
|---|---|---|
| FROM PREV YR | | 1100 |
| EARNED | THIS YR | 7500 |
| | BAL | 8600 |
| USED THIS | YR | 6134 |
| | PP | 134 |
| BALANCE | | 2466 |
| **SICK LEAVE** | | |
| FROM PREV YR | | 700 |
| EARNED THIS YR | | 4900 |
| USED THIS | YR | 1800 |
| | PP | |
| BALANCE | | 3800 |
| **LEAVE WITHOUT PAY** | | |
| THIS PP | | |
| CUMULATIVE | | 2220 |
| **BOND DATA** | | |
| UNAPPL BAL | | |
| NO. ISSUED | | |
| **USPS RETIREMENT** | | |

NET PAY 599.45 NT BK 6.95

PS FORM 1223-B, JUNE 1985

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 18 98 | 00067677 |

**DETAIL EARNINGS**

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1107 | 320 | S | 598 | 1655 |
| 2 | M | 04 | 1107 | 320 | W | 600 | 6642 |
| 2 | M | 04 | 1107 | 320 | N | 548 | 521 |
| 1 | M | 04 | 1107 | 320 | W | 1800 | 19926 |
| 1 | M | 04 | 1107 | 320 | N | 1639 | 1557 |
| | | | | | L | 1200 | 13284 |

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 43585 | 1399543 |
| FED TAX SO | 00 | 12302 |
| ST TAX IL SO | 00 | 00 |
| RETIRE 8 | 319 | 9544 |
| MEDICARE | 472 | 18050 |
| UN H | 1250 | 22500 |
| TSP $ | 3985 | 3985 |
| G100 | 3985 | 3985 |
| INS1Z | 430 | 7310 |
| HP102 | 11050 | 154700 |
| HT102 | 00 | 22100 |
| SOSEC | 2017 | 77180 |

**LEAVE STATUS**

| | |
|---|---|
| **ANNUAL LEAVE** | |
| FROM PREV YR | 1100 |
| EARNED THIS YR | 7800 |
| EARNED BAL | 8900 |
| USED THIS YR | 7334 |
| USED THIS PP | 1200 |
| BALANCE | 1566 |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 5000 |
| USED THIS YR | 1800 |
| USED THIS PP | |
| BALANCE | 3900 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | 2400 |
| CUMULATIVE | 4620 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| USPS RETIREMENT | |

NET PAY 240.62 NT BK 6.95

EARNINGS STATEMENT — PS FORM 1223-B, JUNE 1985

---

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 19 98 | 00069054 |

**DETAIL EARNINGS**

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1107 | 320 | S | 600 | 1660 |
| 2 | M | 04 | 1107 | 320 | W | 2476 | 27409 |
| 2 | M | 04 | 1107 | 320 | N | 2745 | 2608 |
| 2 | M | 04 | 1107 | 320 | H | 600 | 6642 |
| 1 | M | 04 | 1107 | 320 | W | 1800 | 19926 |
| 1 | M | 04 | 1107 | 320 | N | 1648 | 1566 |
| | | | | | L | 1800 | 19926 |

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 79737 | 1479280 |
| FED TAX SO | 00 | 12302 |
| ST TAX IL SO | 00 | 00 |
| RETIRE 8 | 538 | 10082 |
| MEDICARE | 996 | 19046 |
| UN H | 1250 | 23750 |
| TSP $ | 5000 | 8985 |
| G100 | 5000 | 8985 |
| INS1Z | 430 | 7740 |
| HP102 | 11050 | 165750 |
| HT102 | 00 | 22100 |
| SOSEC | 4259 | 81439 |

**LEAVE STATUS**

| | |
|---|---|
| **ANNUAL LEAVE** | |
| FROM PREV YR | 1100 |
| EARNED THIS YR | 8200 |
| EARNED BAL | 9300 |
| USED THIS YR | 8534 |
| USED THIS PP | 1200 |
| BALANCE | 766 |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 5300 |
| USED THIS YR | 1800 |
| USED THIS PP | |
| BALANCE | 4200 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | 4620 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| USPS RETIREMENT | |

NET PAY 562.14 NT BK 6.95

EARNINGS STATEMENT — PS FORM 1223-B, JUNE 1985

---

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 20 98 | 00069463 |

**DETAIL EARNINGS**

| WK | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | M | 04 | 1117 | 320 | W | 2400 | 26808 |
| 2 | M | 04 | 1117 | 320 | N | 2196 | 2086 |
| 2 | M | 04 | 1117 | 320 | S | 597 | 1667 |
| 1 | M | 04 | 1117 | 320 | W | 3000 | 33510 |
| 1 | M | 04 | 1117 | 320 | N | 2739 | 2602 |
| 1 | M | 04 | 1117 | 320 | S | 600 | 1675 |
| | | | | | L | 600 | 6702 |

CONTRACTUAL INCREASE

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 75050 | 1554330 |
| FED TAX SO | 00 | 12302 |
| ST TAX IL SO | 00 | 00 |
| RETIRE 8 | 536 | 10618 |
| MEDICARE | 928 | 19974 |
| UN H | 1250 | 25000 |
| TSP $ | 5000 | 13985 |
| G100 | 5000 | 13985 |
| INS1Z | 430 | 8170 |
| HP102 | 11050 | 176800 |
| HT102 | 00 | 22100 |
| SOSEC | 3968 | 85407 |

**LEAVE STATUS**

| | |
|---|---|
| **ANNUAL LEAVE** | |
| FROM PREV YR | 1100 |
| EARNED THIS YR | 8700 |
| EARNED BAL | 9800 |
| USED THIS YR | 9134 |
| USED THIS PP | 600 |
| BALANCE | 666 |
| **SICK LEAVE** | |
| FROM PREV YR | 700 |
| EARNED THIS YR | 5600 |
| USED THIS YR | 1800 |
| USED THIS PP | |
| BALANCE | 4500 |
| **LEAVE WITHOUT PAY** | |
| THIS PP | |
| CUMULATIVE | 4620 |
| **BOND DATA** | |
| UNAPPL BAL | |
| NO. ISSUED | |
| USPS RETIREMENT | |

NET PAY 518.88 6.95

EARNINGS STATEMENT — PS FORM 1223-B, JUNE 1985

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| | 10-3875 | S L CLEMMONS | 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 | 21 98 | 00069990 |

| WK | RSC/LEV | | RATE | CO | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | P | 05 | 1361 | 410 | W | 04 | 54 |
| 2 | P | 05 | 1361 | 410 | O | 196 | 3847 |
| 2 | P | 05 | 1361 | 410 | S | 04 | 13 |
| 2 | P | 04 | 1287 | 410 | W | 3979 | 51210 |
| 2 | P | 04 | 1287 | 410 | O | 15 | 278 |
| 2 | P | 04 | 1287 | 410 | N | 3241 | 3565 |
| 2 | P | 04 | 1287 | 410 | S | 796 | 2462 |
| 1 | P | 04 | 1287 | 410 | W | 4000 | 51480 |
| 1 | P | 04 | 1287 | 410 | O | 704 | 13067 |
| 1 | P | 04 | 1287 | 410 | N | 3895 | 4285 |
| 1 | P | 04 | 1287 | 410 | S | 1597 | 4940 |
| | | | ADJ | | | 1133 | 6977 |
| INSURANCE INCOME | | | | | | 46 | |
| | | | FLSA | | | 8898 | 688 |

| GROSS TO | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 142866 | 1697196 |
| FED TAX S0 | 00 | 12302 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 822 | 11492 |
| MEDICARE | 1811 | 21886 |
| UN H | 1250 | 26250 |
| INS12 | 590 | 8760 |
| MLTCR | 10000 | 10000 |
| TSP $ | 5000 | 18985 |
| G10? | 5000 | 18985 |
| HP102 | 11050 | 187850 |
| HT102 | 00 | 22100 |
| MEDIC | 101 | ADJUST |
| RET | 52 | ADJUST |
| SOSEC | 433 | ADJUST |
| SOSEC | 7742 | 93582 |

| LEAVE STATUS | | |
|---|---|---|
| **ANNUAL LEAVE** | | |
| FROM PREV YR | | 1100 |
| EARNED | THIS YR | 9400 |
| | BAL | 10500 |
| USED THIS | YR | 9134 |
| | PP | |
| BALANCE | | 1366 |
| **SICK LEAVE** | | |
| FROM PREV YR | | 700 |
| EARNED THIS YR | | 6100 |
| USED THIS | YR | 1800 |
| | PP | |
| BALANCE | | 5000 |
| **LEAVE WITHOUT PAY** | | |
| THIS PP | | |
| CUMULATIVE | | 4620 |
| **BOND DATA** | | |
| UNAPPL BAL | | |
| NO. ISSUED | | |
| **USPS RETIREMENT** | | |
| | | 6.95 |

ADJ FOR 1698 PROCESSED

NET PAY 1040.15 NT BK

EARNINGS STATEMENT

PS FORM 1223-B, JUNE 1985

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 125 | 16-3875 | S L CLEMMONS | 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 | 25 98 | 00068619 |

**DETAIL EARNINGS**

| WK. | RSC/LEV | | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|
| 2 | P | 05 | 1361 | 410 | W | 60 | 817 |
| 2 | P | 05 | 1361 | 410 | N | 60 | 70 |
| 2 | P | 04 | 1287 | 410 | W | 3934 | 50631 |
| 2 | P | 04 | 1287 | 410 | O | 142 | 2636 |
| 2 | P | 04 | 1287 | 410 | N | 3293 | 3622 |
| 2 | P | 04 | 1287 | 410 | S | 800 | 2475 |
| 1 | P | 04 | 1287 | 410 | W | 4000 | 51480 |
| 1 | P | 04 | 1287 | 410 | O | 818 | 15183 |
| 1 | P | 04 | 1287 | 410 | N | 3875 | 4263 |
| 1 | P | 04 | 1287 | 410 | S | 799 | 2472 |
| INSURANCE INCOME | | | | | | 46 | |
| | | | FLSA | | | 8954 | 635 |

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 134284 | 2176727 |
| FED TAX S0 | 00 | 12302 |
| ST TAX IL S0 | 00 | 00 |
| RETIRE 8 | 823 | 14769 |
| MEDICARE | 1787 | 28201 |
| UN H | 1250 | 31250 |
| INS1Z | 590 | 11120 |
| MLTCR | 10000 | 50000 |
| TSP $ | 5000 | 38985 |
| G100 | 5000 | 38985 |
| HP102 | 11050 | 232050 |
| HT102 | 00 | 22100 |
| SOSEC | 7643 | 120584 |

**LEAVE STATUS**

| ANNUAL LEAVE | | |
|---|---|---|
| FROM PREV YR | | 1100 |
| EARNED | THIS YR | 12000 |
| | BAL | 13100 |
| USED THIS | YR | 10734 |
| | PP | |
| BALANCE | | 2366 |
| **SICK LEAVE** | | |
| FROM PREV YR | | 700 |
| EARNED THIS YR | | 7800 |
| USED THIS | YR | 2600 |
| | PP | |
| BALANCE | | 5900 |
| **LEAVE WITHOUT PAY** | | |
| THIS PP | | |
| CUMULATIVE | | 4620 |
| **BOND DATA** | | |
| UNAPPL BAL | | |
| NO. ISSUED | | |
| **USPS RETIREMENT** | | |

EARNINGS STATEMENT

PS FORM 1223-B, JUNE 1985

NET PAY 961.41 NT BK 6.95

EAGAN MN 55121-9640

DATE 12-11-1998

00068619

SAMUEL L CLEMMONS