SAMUEL L. CLEMMONS
3933 N. CLARENDON AVE #305
CHICAGO, IL 60613
PHONE: 773-528-6208

DATE: February 5, 1999

MERIT PROTECTION BOARD
**Administrative Judge Scott D. Cooper**
230 South Dearborn St., Rm. 3100
Chicago, IL 60604-1669

### RE: DOCKET NUMBER: CH-0752-99-0118-1
### POSITION TITLE: MAIL PROCESSOR

To All Parties of Concern:

I, Samuel L. Clemmons hereby send this fax and mail documents to all parties stated in this notice letter.

You are hereby notified by our actions taken on February 4, 1999 in the appearance before the Merit Protection Board concerning my removal has been **rescinded** due to my incompetence, your incompetence, and the agency's incompetence and this matter needs to be heard in a court of law.

This entire process of lack of proper representation from legal counsel or union representation is exhausting.

Why I'm taking such action are due to the lacking of union representation of back log of similar cases and many unjust fairness factors that I am feeling in this case or matter.

Therefore, I am requesting that all signed documents on my behalf and the agency be removed until someone represent me of a more competence status in this due process. I will wait for my union representative to contact me concerning any return to duty if needed.

If such request cannot be honored then I will seek legal action in a court of law if this matter shall prevent me from obtaining any other future employment in the government or workforce sector.

You will be notified with a few weeks after consulting proper representation.

According to the record, the MSPB have lack of jurisdiction in this matter. Any such document may have crossed in it's review are voided documents.

Respectfully submitted,

Samuel L. Clemmons
    CC: Cindy M. Wheeler
        John Hall, Sr.

## CERTIFICATE OF SERVICE

I certify that the attached Document (s) was (were) sent by regular mail and fax, unless

Otherwise indicated below, this day to each of the following:

Court

**U.S. MERIT SYSTEMS PROTECTION BOARD**
CENTRAL REGIONAL OFFICE
230 South Dearborn Street
Room 3100
Chicago, IL 60604-1669

Agency Personnel Office

Chicago Central Facility
433 West Harrison – 40212-A
Chicago, IL 60607-9403

Union Representation

John Hall, Sr.
2118 South Michigan Ave.
Chicago, IL 60616

_____February 5, 1999_____        _____
            (Date)                              Samuel L. Clemmons
                                                      Appellant

QuickLink III Log - Archive    Tuesday, September 28, 1999

| | | | | | |
|---|---|---|---|---|---|
| | (312) 886-4231 | 312 886 4231 | Appellant Counter S | 10:49:44 AM | 1/27/1999 | Judge Scott Cooper |
| | (312) 983-8645 | 3129838645 | Appellant Counter S | 11:07:59 AM | 1/27/1999 | Cindy M. Wheeler |
| | (202) 653-7130 | 202 653 7130 | Fax signature reque | 3:05:45 PM | 3/8/1999 | U.S. Merit System Pro |
| | (352) 842-3653 | | Recending decision | 8:40:00 AM | 2/5/1999 | APWU |
| | (312) 886-4231 | 312 886 4231 | Recinding Decision | 8:22:51 AM | 2/5/1999 | Judge Scott D. Coope |
| | (312) 842-3653 | | Recinding decision a | 8:35:15 AM | 2/5/1999 | Mr. John Hall, Sr. & |
| | (312) 983-8645 | 3129838645 | Recinding decision a | 8:54:29 AM | 2/5/1999 | Cindy Wheeler |
| | (312) 983-8632 | | Recinding decision d | 8:49:49 AM | 2/5/1999 | Cindy Wheeler |
| | -4586 | | State of Georgia Sch | 1:24:29 PM | 1/16/1999 | Ken Naper |

(SA. N)