(81)

| NAME OF EMPLOYEE OR NO. OF EMPLOYEES | DATE 10 'F 98 | |
|---|---|---|
| Cloyyn US, Jim | SUPERVISOR'S INITIALS | TIME |
| SOCIAL SECURITY NUMBER | | |
| LEAVE UNIT ► | P.C | 0640 |
| ARRIVE ► | R.R. | 0645 |
| LEAVE ► | R.R. | 07:35 am |
| RETURN TO UNIT ► | | |

☐ STEWARD'S DUTY TIME    ☒ MEETING TIME    ☐ OTHER TIME

REASON FOR ABSENCE    UNION BUSINESS

*SEE REVERSE SIDE FOR INSTRUCTIONS.*

AUTHORIZED ABSENCE FROM WORKROOM FLOOR

PS Form 7020
Feb. 1978

---

P 407 703 904

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to _MANAGER OF OPERATION_
_ATTN: WILLIAM OCHAB_
Street & Number _11860 N. INTRIR PARK RD_
Post Office, State, & ZIP Code
_CHICAGO, IL 60206-5897_

| | |
|---|---|
| Postage | $ 3.00 |
| Certified Fee | 1.35 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.10 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 5.45 |
| Postmark or Date | |

PS Form 3800, April 1995

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
MANAGER OF OPERATION
ATTN: WILLIAM OCHAB
INTRIR PARK PROCESSION
11860 N. INTRIR PARK RD
CHICAGO, IL 60701-5897

4a. Article Number
P 407 703 904

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise    ☐ COD

7. Date of Delivery

5. Received By: (Print Name)
Willie Bess, Sr.

6. Signature: (Addressee or Agent)
X _Willie Bess_    4/7/98

8. Addressee's Address (Only if requested and fee is paid)

Is your RETURN ADDRESS completed on the reverse side?

PS Form 3811, December 1994    Domestic Return Receipt    102595-98-B-0229

Thank you for using Return Receipt Service.

---

*** Exhibit #7, Support Document **
Showing contact with Union Rep &
Mailing respond back to Manager of Operation, William Ochab
My response is after this document with the entitlement of
this package of support documents.

(8.5)

SEE PAGE 81
TO VERIFY

On May 14, 2005

I verified the attached number on such piece of paper Keith Robinson gave me on October 8th, 1998 at 7:35 a.m. as listed on postal form 7020. It was Mr. Keith Robinson who initial took the complaint when all of this first happen and I advised him of the situation and he further advised me that there was so many others including himself were suspects of the same allegations.

Mr. Keith Robinson advised me that when they pull me just to go home and wait it out until someone from the Union step in on my behalf. Mr. Robinson gave me his phone number to reach him throughout all of this. As you can see by the attached piece of paper Mr. Robinson wrote down his number that shows **1-708-449-6463, Tour I Union Stewart.**

On May 14, 2005, I located such piece of paper from my record files and call to verify to see if such number still a good contact number. Upon calling such number, Mr. Robinson answered the phone. I did not reveal my identify but asked Mr. Robinson did he know how to reach a Mr. Walter Maze. I advised Mr. Robinson that he gave me his number to get in contact with him. I asked Mr. Robinson did he know such person? Mr. Robinson replied back no, I don't know him. I informed him that he once work for the postal service and I ask Mr. Robinson do he still work for such agency. Mr. Robinson replied back, yes sometimes.

After that call, I called directory assistance to get Mr. Robinson's physical address if his number was public. Director Assistant gave me his address as Keith H. Robinson @ **416 N. Hillside Ave, Hillside, IL 60162**. The lady advised me that such address is a subdivision of Chicago.

I am providing this information just in case Mr. Robinson needs to be subpoena concerning my failure to be represented by this Union Stewart.

Sam Clemmons

1-708-449-6463
KEITH RoBINSON
TOUR-I UNION STEWARD)

OPERATIONS MANAGER
IRVING PARK ROAD PROCESSING AND DISTRIBUTION CENTER

 **UNITED STATES**
**POSTAL SERVICE**

November 5, 1998

Samuel L. Clemmons
3933 N. Clarendon
Apt. 305
Chicago, IL. 60613





Dear Mr. Clemmons

This is in reponse to the letter that was dated October 30, 1998 and received in my office on November 3, 1998 concerning the Letter of Decision that you received concerning your proposed Notice of Removal.

In your letter you stated that you have not seen any evidence of the charges that was levied against you. In particular, you requested that the video tapes of the alleged activities and the Postal Inspector's interview report be made available to you. This information should have been requested by your union representative Keith Robinson. If Mr. Robinson requested the information on your behalf, then the information would have been shared with you.

An appointment will be made on your behalf for you to view the video of your activities that led to your Notice of Removal. Also, you will be afforded the opportunity to review the Postal Inspector's interview report. Once the Postal Inspector's office have been notified of your request, you will be informed as to the time and date that you will report to my office. If you require union representation during this meeting, please let me know the name of the union steward that you have selected.

If you have any more questions or concerns, please call me at (773) 894-1111. After veiwing the information that you have requested, you will need to re-write another letter of appeal to me concerning your removal.

William Ochab
A/Operations Manager

11560 W. IRVING PARK ROAD
CHICAGO, IL. 60701-9998
(773) 894-1111
FAX: (773) 894-1105