## MERIT SYSTEMS PROTECTION BOARD
## DESIGNATION OF APPELLANT'S REPRESENTATIVE

```
    Appellant:    Samuel L. Clemmons
       Agency:    United States Postal Service
Docket Number:    CH-0752-99-0118-I-1
        Judge:    Scott D. Cooper
```

You are entitled to be represented in this appeal by an individual or organization of your choice, unless your choice results in a conflict of interest for the person or organization chosen. The Board does not designate a representative for you. You must make all arrangements for a representative. When you choose a representative, you should make sure that he or she is able to proceed in your behalf. Continuances or extensions of time will normally not be granted because you delayed in seeking representation, because your representative cannot proceed in a timely manner, or because you wish to change representatives.

A representative may assist and counsel you in the preparation and presentation of your appeal and appear with you or for you at hearings or other proceedings before the Board. The representative has the authority to settle the appeal. Any limitation on this settlement authority must be filed in writing with the Board. When you designate a representative you give your consent to the Board to disclose all information concerning your appeal to the person or organization whom you designate. Representatives must be designated in writing. Failure to complete and return this form, or a similar written statement, will preclude your representative from participating in your case while it is pending before the Board.

---

I hereby designate the individual or organization named below to represent me in connection with my appeal to the Merit Systems Protection Board and to receive all information concerning my appeal from the Board and the other parties to the appeal. I recognize that I am still personally responsible for prosecuting my case in a timely manner. I understand that this designation may be cancelled by me or the individual or organization that I have designated and I am responsible for notifying the Board and other parties in writing of any change.

Name of Appellant's
Representative: _____Samuel L. Clemmons_____   (I will represent myself for the next two or three weeks only)

Office & FAX
Telephone Nos. _____773-528-6208, Fax # 773-528-6208_____

Address: _____3933 N. Clarendon Ave #305_____

_____Chicago, IL 60613_____
          City              State         Zip Code

Signature of Appellant: _____[signed]_____   12/9/1998  (Date)

Representative's Signature: _____[signed]_____   12/9/98  (Date)

**THIS FORM MUST BE PRINTED OR TYPED, SIGNED, AND RETURNED TO THIS OFFICE. A COPY MUST BE SERVED ON THE AGENCY.**

Note: Another form will be mail to all parties in two or three weeks when attorney is retain.