Z 495 116 933

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to U.S. POSTAL SERVICE ATTN WILLIAM OSHAB | |
| Street & Number 11560 N. IRVING PARK ROAD | |
| Post Office, State, & ZIP Code CHICAGO IL 60607-5557 | |
| Postage | $ .78 |
| Certified Fee | 1.35 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.10 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 3.23 |
| Postmark or Date | |

PS Form 3800, April 1995

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
U.S. POSTAL SERVICE
ATTN. OPERATION MANAGER
11560 W. IRVING PARK ROAD
CHICAGO, IL 60607-9997

4a. Article Number
Z 495 116 933

4b. Service Type
☐ Registered    ☑ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
12/29/98

5. Received By: (Print Name)
M. Beryh

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994        102595-97-B-0179        Domestic Return Receipt

(73)

# MONEY ORDER

3837 N. BROADWAY - CHICAGO, ILLINOIS 60613  
PHONE: (773) 525-0052

LASALLE NATIONAL BANK  
CHICAGO, ILLINOIS

No. 320687

REMITTER: Samuel L. Clemmons c/o Pay Period 15/16 12/24/98

PAY TO THE ORDER OF: United States Postal Service (IPR P&D)

**$$$50.00**

Fifty-& 00/100 Dollars

Not Valid Over $$ 100.00 *320687*   0.45

REPLACEMENT OF THIS INSTRUMENT, IF NECESSARY, WILL BEGIN 30 DAYS AFTER THE PURCHASE DATE. THERE WILL BE A FEE CHARGED FOR THIS SERVICE. THE PURCHASER OF THIS INSTRUMENT AGREES TO INSERT THE NAME OF THE PAYEE AND ASSUMES TOTAL RESPONSIBILITY FOR ANY EVENTS MADE POSSIBLE BY FAILURE TO DO SO.

STATE REGULATED

⑈320687⑈ ⑆071000505⑆   80101726⑈

(C)