**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
UNITED POSTAL SERVICE
ATTN: ALIKYENKA O. ALEME
11560 IRVING PARK ROAD
CHICAGO, IL 60613

4a. Article Number
P 407 703 902

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X Patricia Williams

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    Domestic Return Receipt

---

P 407 703 903
US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: CHICAGO DISTRICT [illegible]
Street & Number: 433 W. HARRISON STREET
Post Office, State, & ZIP Code: CHICAGO 60607-9887

| Postage | $ .32 |
| Certified Fee | 1.35 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | 1.10 |
| TOTAL Postage & Fees | $ 2.77 |
| Postmark or Date | |

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
MANAGER OF OPERATION
ATTN: WILLIAM OCHAS
IRVING PARK PROCESSING
11560 W. IRVING PARK RD
CHICAGO, IL 60701-9997

4a. Article Number
P 407 703 904

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name) Miles Boss Sr.
Miles Boss Sr.   11/3/98

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    Domestic Return Receipt

---

P 407 703 904
US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: MANAGER OF OPERATION
ATTN: WILLIAM OCHAS
Street & Number: 11560 W. IRVING PARK RD
Post Office, State, & ZIP Code: CHICAGO, IL 60701-9997

| Postage | $ 3.00 |
| Certified Fee | 1.35 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.10 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 5.45 |
| Postmark or Date | NOV 2 1998 LINCOLN PARK STA IL |

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
EQUAL EMPLOYMENT OPTY
U.S. POST OFFICE CHICAGO
433 W. HARRISON ST
CHICAGO, IL 60607-9407

4a. Article Number
Z 430 865 849

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
1-7-99

5. Received By: (Print Name)
Ada Smith

6. Signature: (Addressee or Agent)
X Ada Smith (EEO)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    Domestic Return Receipt

---

Z 430 865 849
US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: EQUAL EMPLOYMENT OPPORTUNITY
Street & Number: 433 W. HARRISON STREET
Post Office, State, & ZIP Code: CHICAGO, IL 60607-9407

| Postage | $ 0.78 |
| Certified Fee | 1.35 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.10 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 3.23 |
| Postmark or Date | |