HUMAN RESOURCES
CUSTOMER SERVICE AND SALES
CHICAGO DISTRICT

PLANT MANAGER
IRVING PARK ROAD
P & D C


UNITED STATES
POSTAL SERVICE™

1998 NOV -3 P 3:07

November 2, 1998

SAMUEL L CLEMMONS
3933 NORTH CLARENDON AVENUE SUTIE 305
CHICAGO IL  60613-3222

Dear Mr. Clemmons:

This is in response to your letter dated October 16, 1998. I would like to thank you for your interest in advancement within the Postal Service.

Please call to make arrangement for a meeting.

If you have questions, contact me at 312-983-8666.

Sincerely,

*Frank T. Readus*
Frank T. Readus
Senior Training Specialist

FTR:sd:9405

cc:  Allison Cashaw

433 W. HARRISON STREET
CHICAGO, IL 60607-9994
312/983-8500
FAX: 312/983-8504