**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
MERIT SYSTEM PROTECTION BRD
CHICAGO REGIONAL OFFICE
JOHN C. KLUCZYNSKI BLDG.
230 SOUTH DEARBORN STREET
CHICAGO, IL 60604-1669

RECEIVED
DEC 4 1998
FBA-Midwest
Chicago, Illinois

4a. Article Number
P 407 703 898

4b. Service Type
☐ Registered       ☑ Certified
☐ Express Mail     ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
12-3-98

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X [signature]

PS Form 3811, December 1994        102595-98-B-0229        Domestic Return Receipt

---

P 407 703 898

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: MERIT SYSTEM PROTECTION BRD.
CHICAGO REGIONAL OFFICE

Street & Number: 230 SOUTH DEARBORN STREET

Post Office, State, & ZIP Code: CHICAGO, IL 60604-1669

| | |
|---|---|
| Postage | $ 3.00 |
| Certified Fee | 1.35 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.10 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | 5.45 |
| Postmark or Date | |

PS Form 3800, April 1995

OMB NO. 3124-01

# U.S. MERIT SYSTEMS PROTECTION BOARD



## APPEAL FORM

### INSTRUCTIONS

**GENERAL:** You do not have to use this form to file an appeal with the Board. However, if you do not, your appeal must still comply with the Board's regulations, 5 C.F.R. Parts 1201 and 1209. Your agency's personnel office will give you access to the regulations, and the Board will expect you to be familiar with them. You also should become familiar with the Board's key case law and controlling court decisions as they may affect your case. You must tell the Board if you are raising an affirmative defense (see Part IV), and you are responsible for proving each defense you raise.

**WHERE TO FILE AN APPEAL:** You must file your appeal with the Board's regional or field office which has responsibility for the geographic area in which you are employed. See 5 C.F.R. Part 1201, Appendix II.

**WHEN TO FILE AN APPEAL:** Your appeal must be filed during the period beginning with the day after the effective date of the action you are appealing and ending on the 30th day after the effective date. You may not file your appeal before the effective date of the action you are appealing. If you are appealing from a decision which does not set an effective date, you must file within 35 days of the date of the decision you are appealing. If your appeal is late, it may be dismissed as untimely. The date of the filing is the date your appeal is postmarked, the date of the facsimile transmission, the date it is delivered to a commercial overnight delivery service, or the date of receipt if you personally deliver it to the regional or field office.

**HOW TO FILE AN APPEAL:** You may file your appeal by mail, by facsimile, by commercial overnight delivery, or by personal delivery. You must submit two copies of both your appeal and all attachments. You may supplement your response to any question on separate sheets of paper, but if you do, please put your name and address at the top of each additional page. All of your submissions must be legible and on 8 1/2" x 11" paper. Your appeal must contain your or your representative's signature in block 6. If it does not, your appeal will be rejected and returned to you. If your representative signs block 6, you must sign block 11 or submit a separate written designation of representative.

**WHISTLEBLOWING APPEAL/STAY REQUEST:** If you believe the action you are appealing was threatened, proposed, taken, or not taken because of whistleblowing activities, you must complete Part VII of this form. If you are requesting a stay, you must complete Part VIII of this form.

*Privacy Act Statement: This form requests personal information which is relevant and necessary to reach a decision in your appeal. The U.S. Merit Systems Protection Board collects this information in order to process appeals under its statutory and regulatory authority. Since your appeal is a voluntary action you are not required to provide any personal information in connection with it. However, failure to supply the U.S. Merit Systems Protection Board with all the information essential to reach a decision in your case could result in the rejection of your appeal.*

*The U.S. Merit Systems Protection Board is authorized under provisions of Executive Order 9397, dated November 22, 1943, to request your Social Security number, but providing your Social Security number is voluntary and failure to provide it will not result in the rejection of your appeal. Your Social Security number will only be used for identification purposes in the processing of your appeal.*

*You should know that the decisions of the U.S. Merit Systems Protection Board on appeals are final administrative decisions and, as such, are available to the public under the provisions of the Freedom of Information Act. Additionally, it is possible that information contained in your appeal file may be released as required by the Freedom of Information Act. Some information about your appeal will also be used in depersonalized form as a data base for program statistics.*

*Public Reporting Burden: The public reporting burden for this collection of information is estimated to vary from 20 minutes to 1 hour with an average of 30 minutes per response, including time for reviewing the form, searching existing data sources, gathering the data necessary and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to the Office of Planning and Resource Management Services, Merit System Protection Board, 1120 Vermont Ave., NW, Washington, DC 20419.*

### Part I - Appellant Identification

| 1. Name (last, first, middle initial) | 2. Social Security Number |
|---|---|
| Clemmons, Samuel L. | 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 |

| 3. Present address (number and street, city, state, and ZIP code). Notify the Board of any change of address or telephone number while the appeal is pending with the Board. | 4. Home phone (include area code) |
|---|---|
| 3933 N. Clarendon Ave, #305<br>Chicago, IL 60613 | 773-528-6208 |
| | 5. Office phone (include area code) |
| | 1-888-974-0293 |

Stamp: DEC 0 3 1998

6. I certify that all of the statements made in this appeal are true, complete, and correct to the best of my knowledge and belief.

Signature of appellant or designated representative: *Samuel Clemmons*    Date signed: 11/27/98

## Part II Designation of Representative

7. You may represent yourself in this appeal, or you may choose someone to represent you. Your representative does not have to be an attorney. You may change your designation of a representative at a later date, if you so desire, but you must notify the Board promptly of any change. Where circumstances require, a separate designation of representative may be submitted after the original filing. Include the information requested in blocks 7 through 11.

"I hereby designate **Myself (Samuel Clemmons)** to serve as my representative during the course of this appeal. I understand that my representative is authorized to act on my behalf. In addition, I specifically delegate to my representative the authority to settle this appeal on my behalf. I understand that any limitation on this settlement authority must be filed in writing with the Board."

| | |
|---|---|
| **8. Representative's address** (number and street, city, state, and ZIP code).<br>3933 N. Clarendon Ave #305<br>Chicago, IL 60613 | **9. Representative's employer**<br>United Postal Service |
| | **10.a) Representative's telephone number** (include area code)<br>773-528-6208 |
| | **10.b) Representative's facsimile number**<br>773-528-6208, Press #2 |
| | **11. Appellant's signature** / **Date** 11/27/98 |

## Part III Appealed Action

12. Briefly describe the agency action you wish to appeal and attach the proposal letter and decision letter. If you are appealing a decision relating to the denial of retirement benefits, attach a copy of OPM's reconsideration decision. If the relevant SF-50 or its equivalent is available, send it now; however, do NOT delay filing your appeal because of it. You may submit the SF-50 when it becomes available. Later in the proceeding, you will be afforded an opportunity to submit detailed evidence in support of your appeal. I hereby wish to appeal the United States Postal Service action which states removal due to **UNACCEPTABLE CONDUCT**. I would also like to appeal several request to the postal service for requesting adjustment in theft of of pay unnecessary documentation of Absence Without Pay (AWOLs) and others.

| 13. Name and address of the agency that took the action you are appealing (including bureau or other divisions, as well as street address, city, state and ZIP code)<br>Manager of Operation<br>United States Postal Service<br>Irving Park Processing And Distribution Center<br>11560 W. Irving Park RD., Chicago, IL 60701-9997 | 14. Your position title and duty station at the time of the action appealed<br>Mail Processor (PTF) /04<br>Duty Station: Irving Park Distribution Center |
|---|---|
| **15. Grade at time of the action appealed**<br>Part Time Flexible 04 | **16. Salary at the time of the action appealed**<br>$12.87 per hour | **17. Are you a veteran and/or entitled to the employment rights of a veteran?**<br>☒ Yes ☐ No |
| **18. Employment status at the time of the action appealed**<br>☐ Temporary ☐ Applicant ☐ Retired<br>☒ Permanent ☐ Term ☐ Seasonal | **19. If retired, date of retirement** (month, day, year) | **20. Type of service**<br>☐ Competitive ☐ SES<br>☐ Excepted ☒ Postal Service<br>☐ Foreign Service |
| **21. Length of government service**<br>12 years | **22. Length of service with acting agency**<br>11 Months | **23. Were you serving a probationary or trial period at the time of the action appealed?**<br>☐ Yes ☒ No |
| **24. Date you received written notice of the proposed action** (month, day, year) (attach a copy)<br>October 30, 1998 by certified mail | **25. Date you received the final decision notice** (month, day, year) (attach a copy)<br>October 30, 1998 by certified mail | **26. Effective date of the action appealed** (month, day, year)<br>October 30, 1998 mail to agency by certified mail #P407703904 on 11/2/98 |

Optional Form 283 (Rev 10/96)
MSPB
5 CFR 1201 and 1209

SA 18

**27. Explain briefly why you think the agency was wrong in taking this action.**

This is my first time of any agency actions against me. I had no idea or knowledge concerning the procedures of entering and exiting this facility. I was interviewed by the Postal Inspectors and clearly advised them of the same. During the course of the interview their questions were not in relations to these charges, but in relations to something I had no clear knowledge as to what they wanted me to elaborate on. I clearly stated my reason to the postal matter and more to upper management, but nothing or anyone has discussed it

| 28. Do you believe the penalty imposed by the agency was too harsh?  ☒ Yes  ☐ No | 29. What action would you like the Board to take on this case (i.e., what remedy are you asking for)? I would like for the board to request all evidence to be presented in this matter such as video surveillance of all allegation stated against me and |

### Part IV Appellant's Defenses

| 30.a) Do you believe the agency committed harmful procedural error(s)?  ☒ Yes  ☐ No | 30.b) If so, what is (are) the error(s)? No warrants for probable cause for actions. No evidence presented within the reasonamount of time during this process, but the agency forward three different documents of charges with errors during this period. |

**30.c) Explain how you were harmed by the error(s).**

Cause me mental and emotion distress because I had no idea as to what was been presented against me and why and what I was being charge for in this period of time.

| 31.a) Do you believe that the action you are appealing violated the law?  ☒ Yes  ☐ No | 31.b) If so, what law? My right to privacy. Why? Because what I have been charge with caused me to open up all my privacy rights to defend myself in this process. I feel that the question that was asked of me by the (over) |

**31.c) How was it violated?**

See question #31 and back of this page. In addition, I would like to say that the overall charge is an attempt to link my behavior or action to that of other employees. Therefore, trying to convict me with guilty by association because of other behavior problems.

**32.a) If you believe you were discriminated against by the agency, in connection with the matter appealed, because of your race, color, religion, sex, national origin, marital status, political affiliation, disability, or age, indicate so and explain why you believe it to be true.**

Now that my medical privacy rights had to be reveal to support my cause or reason as to support my defense of the charges against me. I feel that that the postal service might use the point that he has a profile that states no exposure to dust and the postal distribution is a fill environment They may think that there is no other position that I can perform while working for the postal service.

| 32.b) Have you filed a formal discrimination complaint with your agency or any other agency concerning the matter which you are seeking to appeal? | ☐ Yes (attach a copy)  ☒ No |

| 32.c) If yes, place filed (agency, number and street, city, state, and ZIP code)  NA | 32.d) Date filed (month, day, year)  NA |
| | 32.e) Has a decision been issued?  ☐ Yes (attach a copy)  ☐ No |

Optional Form 283 (Rev 10-95)
MSP
5 CFR 1201 and 1201

(SAB)    SA19

**33.a)** Have you, or anyone in your behalf, filed a formal grievance with your agency concerning this matter, under a negotiated grievance procedure provided by a collective bargaining agreement?

[X] Yes (attach a copy)    [ ] No

**33.b) Date filed** (month, day, year) 9/18/98 & 10/8/98 (see sample of PS Form 7020 which state day and in dicussion with Union Rep)
Note: We requested to have 1: evidence presented but no one provided anything which suppo: all allegations

**33.c) If yes, place filed** (agency, number and street, city, state, and ZIP code)
Clerk Union Stewart
United States Postal Service
Irving Park Processing and Distribution Center
11560 W. Irving Park Road
Chicago, IL 60701-9997

**33.d) Has a decision been issued?**

[ ] Yes (attach a copy)    [X] No

**33.e) If yes, date issued** (month, day, year)
Pending and still waiting up to this date.

## Part V Hearing

**34.** You may have a right to a hearing on this appeal. If you do not want a hearing, the Board will make its decision on the basis of the documents you and the agency submit, after providing you and the agency with an opportunity to submit additional documents.

Do you want a hearing?    [X] Yes    [ ] No

If you choose to have a hearing, the Board will notify you where and when it is to be held.

## Part VI Reduction In Force

**INSTRUCTIONS**
Fill out this part only if you are appealing from a Reduction in Force. Your agency's personnel office can furnish you with most of the information requested below.

| 35. Retention group and sub-group | 36. Service computation date | 37.a) Has your agency offered you another position rather than separating you? |
|---|---|---|
| NA | NA | [ ] Yes    [ ] No |
| 37.b) Title of position offered<br>NA | 37.c) Grade of position offered<br>NA | 37.d) Salary of position offered<br>$    per |
| 37.e) Location of position offered<br>NA | | 37.f) Did you accept this position?<br>[ ] Yes    [ ] No |

**38.** Explain why you think you should not have been affected by the Reduction in Force. (*Explanations could include: you were placed in the wrong retention group or sub-group; an error was made in the computation of your service computation date; competitive area was too narrow; improperly reached for separation from competitive level; an exception was made to the regular order of selection; the required number of days notice was not given; you believe you have assignment [bump or retreat] rights; or any other reasons. Please provide as much information as possible regarding each reason.*)

SA 20

Optional Form 283 (Rev 1/87)
MSP
5 CFR 1201 and 1206

## Part VII Whistleblowing Activity

### INSTRUCTIONS
Complete Parts VII and VIII of this form only if you believe the action you are appealing is based on whistleblowing activities.

| 39.a) Have you disclosed information that evidences a violation of any law, rule, or regulation; gross mismanagement; a gross waste of funds; an abuse of authority; or a substantial and specific danger to public health or safety?<br><br>☐ Yes *(attach a copy or summary of disclosure)*  ☒ No | 39.b) If yes, provide the name, title, and office address of the person to whom the disclosure was made |
|---|---|

39.c) Date the disclosure was made *(month, day, year)*

---

40. If you believe the action you are appealing was... *(please check appropriate box)*

    ☐ Threatened        ☐ Proposed

    ☐ Taken             ☐ Not Taken

...because of a disclosure evidencing a violation of any law, rule, or regulation; gross mismanagement; a gross waste of funds; an abuse of authority; or a substantial and specific danger to public health or safety, provide:

a) a chronology of facts concerning the action appealed; and

b) explain why you believe the action was based on whistleblowing activity and attach a copy of any documentary evidence which supports your statement.

NA

Clns, Samuel
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

| | |
|---|---|
| 41.a) Have you sought corrective action from the Office of Special Counsel concerning the action which you are appealing?<br><br>☐ Yes (attach a copy of your request to the Office of Special Counsel for corrective action)   ☒ No | 41.b) If yes, date(s) filed (month, day, year) |
| 41.c) Place filed (location, number and street, city, state, and ZIP code) | |
| 42. Have you received a written notice of your right to file this appeal from the Office of Special Counsel?<br>☐ Yes (attach a copy)   ☐ No | |
| 43.a) Have you already requested a stay from the Board of the action you are seeking to appeal?<br>☐ Yes (attach a copy)   ☐ No | 43.b) If yes, date requested (month, day, year) |
| 43.c) Place filed (location, number and street, city, state, and ZIP code) | 43.d) Has there been a decision?<br><br>☐ Yes (attach a copy)   ☐ No |

### Part VIII Stay Request

**INSTRUCTIONS**

You may request a stay of a personnel action allegedly based on whistleblowing at any time after you become eligible to file an appeal with the Board under 5 C.F.R. 1209.5, but no later than the time limit set for the close of discovery in the appeal. The stay request may be filed prior to, simultaneous with, or after the filing of an appeal. When you file a stay request with the Board, you must simultaneously serve it upon the agency's local servicing personnel office or the agency's designated representative. 5 C.F.R. 1209.8.

If your stay request is being filed prior to filing an appeal with the Board, you must complete Parts I and II and items 41 through 43 above.

44. On separate sheets of paper, please provide the following. Please put your name and address at the top of each page.

a. A chronology of facts, including a description of the disclosure and the action taken by the agency (unless you have already supplied this information in Part VII above).

b. Evidence and/or argument demonstrating that the:

  (1) action threatened, proposed, taken, or not taken is a personnel action, as defined in 5 C.F.R. 1209.4(a); and

  (2) action complained of was based on whistleblowing, as defined in 5 C.F.R. 1209.4(b) (unless you have already supplied this information in Part VII above).

c. Evidence and/or argument demonstrating that there is a substantial likelihood that you will prevail on the merits of your appeal of the personnel action.

d. Documentary evidence that supports your stay request.

e. Evidence and/or argument addressing how long the stay should remain in effect.

f. Certificate of service specifying how and when the stay request was served on the agency.

g. You may provide evidence and/or argument concerning whether a stay would impose extreme hardship on the agency.

Optional Form 283 (Rev 10/94)
MSPB
5 CFR 1201 and 1209

SA 22