IRVING PARK ROAD PROCESSING AND DISTRIBUTION CENTER

**UNITED STATES POSTAL SERVICE**

*[Handwritten at top:] I Samuel Clemmons acor with the handler union rep anora refused to sign form on Oct 5, 1998 due to postal service and postal inspectors fault in presenting all facts or evidence requested against me.*

October 1, 1998

SUBJECT:   NOTICE OF REMOVAL

TO:   Samuel Clemmons          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
      Employee's Name          Soc. Sec. No.

      Part-Time Reg. Mail Handler      349
      Job Title                         Pay Location

You are hereby notified your notice of Removal dated September 25, 1998, for UNACCEPTABLE CONDUCT is hereby AMENDED. See attachments

Michael K. Dlouhy
Supervisor, Distribution Operations

Employee's Signature _____
Date:  11-5-98

*[Handwritten signature and notes:] Complete ... DW---S 10-5-98*

11560 WEST IRVING PARK ROAD
CHICAGO, IL  60701-9998
(773) 894-1080
FAX: (773) 894-1105

- 2 -

You and / or your representative may review the material relied on to support the reasons for this notice at the Chicago Central Mail Facility, 433 West Harrison, Room 40212, Chicago, Illinois 60607-9403, between the hours of 8:00 a.m. and 6:00 p.m. If you do not understand the reason for this notice, contact the Manager, Human Resources' Designee, Room 40212, Chicago Central Mail Facility, for further explanation.

*[Handwritten margin note: I went th... to review the ev... The ev... and to g... further explanation was given. This noti... was given.]*

You and / or your representative may answer this proposal within ten (10) days from your receipt of this letter, either in person or in writing or both before the Manager, Human resources" Designee, Room 40212, Chicago Central Mail Facility, Chicago, IL 60607-9403 between 8:00 a.m. and 6:00 p.m., Monday through Friday.

You may also furnish affidavits or other written material to the Manager, Human Resources' Designee with ten (10) days from your receipt of this letter. You will afford a reasonable amount of official time for the above purpose if you are otherwise in a duty status. After the expiration of the ten (10) day time limit for reply, all of the facts in the case, including any reply you submit, will receive a written decision from the Plant Manager.

You have the right to file a grievance under the grievance Arbitration Procedures set forth in Article 15 of the National Agreement within fourteen (14) days of your receipt notice.

_____
Signature of Supervisor

MICHAEL L. DUCHHY
Name of Supervisor (Printed)

_____
Approved by Installation Head or Designee

Employee's Signature _____

Date: SEPT 25 1998


437 Administration

**435.24 Allowance to Age Over 40.** The employee's basic allowance is increased by 10% for each full year and by 2 1/2% for each 3 full months in excess of a full year that the employee's age exceeds 40 years at the time of separation. For example, if the employee's age at the time of separation is 42 years and 7 months, the basic allowance computed in 435.23 above is increased by 25% (10% for each of the 2 years in excess of 40, and 2 1/2% for each of the two full 3-month periods in excess of the 2 full years).

### 435.3 Pay Rate and Duration

**435.31 Form 50 Information.** The Remarks section on separation Form 50 contains the total amount of severance pay due, the amount of the weekly payments, and the date of the first and last payments.

**435.32 Amount and Intervals.** Employees receive severance pay each bi-weekly pay period in the amount of twice their basic weekly compensation less withholding for taxes. The severance pay continues until (a) the severance pay fund is exhausted or (b) the employee is reemployed by the USPS or another federal agency--whichever occurs first.

### 435.4 Effect of Reemployment

**435.41 Permanent Employment.** If an employee who is receiving severance pay is reemployed by the USPS or another federal agency, the employee is recredited with the portion of creditable service covered by the balance of severance pay fund.

**435.42 Temporary Employment.** If an employee who is receiving severance pay accepts a time-limited federal or postal appointment, severance pay is suspended for the duration of the appointment. Upon termination, severance pay is resumed until the severance pay fund is exhausted. The time which the employee served under the limited appointment is not creditable for purposes of computing the severance pay it interrupts.

## 436 Back Pay

### 436.1 Corrective Entitlement

**436.11** An employee or former employee is entitled to receive back pay for the period during which an unjustified or unwarranted personnel action was in effect which terminated or reduced the basic compensation, allowances, differentials, and employment benefits which the employee normally would have earned during the period.

**436.12** For purposes of entitlement to employment benefits, the employee is considered as having rendered service for the period during which the unjustified or unwarranted personnel action was in effect.

### 436.2 Limitations

**436.21** Any amount which the employee earned in a new employment or in an enlarged part-time employ-

ment to replace Postal Service employment must be determined and offset against the amount of the reimbursement to which she or he would be entitled.

**436.22** Back pay is allowed, unless otherwise specified in the appropriate award or decision, provided the person has made reasonable efforts to obtain other employment.

**436.23** No back pay is allowed for any period during which the person was not ready, willing, and able to perform the duties of the postal position.

**436.24** Leave which is recredited as a result of the corrective action may not exceed the maximum amount of leave to which the employee was eligible.

**436.25** The employee is not entitled (a) to increases in pay resulting from deferment of step increases due to unsatisfactory service or (b) to salary increases resulting from ranking action.

**436.26** Any claim made by a postal employee or his or her authorized agent or attorney for back pay must be submitted to the appropriate office within 6 full years after date such claim first accrued.

### 436.3 Corrective Action

The installation head, or other appropriate authority, determining that a previous decision was unjustified or unwarranted, initiates and directs the corrective action to be taken to assure appropriate earnings to the employee for the period affected.

### 436.4 Documents in Support of Claim

#### 436.41 Statements by Local Official

*436.411* The local official must provide a tabulation of the number and type of pay hours with which the employee should have been credited during the back pay period, including any annual or holiday leave taken.

   a. Overtime hours and/or night differential, as applicable, are determined by averaging the number of hours that other employees of the office with the same employment status were assigned during the back pay period.

   b. If the claim is for a part time flexible employee, a tabulation must be provided which shows the number and type of pay hours the employee experienced for a full 13 pay periods prior to the separation or suspension. If the back pay period is less than one full pay period, only a 6 pay period tabulation is required.

*436.412* The local official must provide a statement indicating whether the employee is entitled to the following during the back pay period:

   a. Premium pay (see 434).
   b. Change in pay rate or salary schedule.
   c. Step increase and date effective.
   d. Change in leave category and date effective.
   e. Other changes in pay of a general application.

A/MANAGER OF OPERATIONS
IRVING PARK PROCESSING AND DISTRIBUTION CENTER
11560 W. IRVING PK. RD.
CHICAGO, ILLINOIS 60701-9997




**UNITED STATES POSTAL SERVICE**

October 27, 1998

Subject: Letter of Decision

Samuel Clemmons
3933 N. Clarendon, Apt. 305
Chicago, IL. 60613

By the notice of October 1, 1998, you were informed of a proposal to remove you from the Postal Service. The reason for your Notice of Charges of Removal was your unacceptable conduct as evidenced by your being out of the facility on two (2) separate days totaling four (4) hours and eighteen minutes without permission.

You nor your representative have filed a written or and oral appeal concerning your Proposed Removal within the ten (10) day allowable time period. However you have filed a step 2 grievance appeal, in accordance with the National Agreement.

I find the reasons stated in the Notice of Proposed Removal sustained and fully supported by the evidence and warrants your removal from the Postal Service to promote the efficiency of the Service.

You have the right to appeal this decision in writing to the Regional Administrator, Merit Systems Protection Board, Chicago Regional Office, John C. Kluczynski Building, 230 South Dearborn Street, 31st floor, Chicago, Illinois 60604-1669, within 30 calendar days from October 30, 1998.

If you appeal to the Merit Systems Protection Board, you should state whether you do or do not wish a hearing and you should furnish me a copy of your appeal. For further information on appeal procedures, contact Labor Relations, at the Chicago Central Facility, Room 40212, Chicago, Illinois 60607-9403, between the hours of 8:00 a.m. and 5:00 p. m., Monday through Friday.
Attached for your reference is a copy of the MSPB regulations and a copy of the appeal form.

A/MANAGER OPERATIONS
11560 W. IRVING PK. RD.
CHICAGO, IL;INOIS 60701-9997
773-894-1111





- 2 -

Samuel Clemmons
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


You are entitled to a representative of your own choosing throughout the appeal. You and your representative, if he or she is a Postal Service employee, they shall be afforded a reasonable amount of official time for the preparation of your case if you and/or your representative are otherwise in a duty status.


William Ochab
A/Manager of Operations

Attachments: Pages 1200-1201-1209 of Code of Federal Regulations, # 5
             Administrative Personnel: and MSPB Appeal Form