Article 16.1

# ARTICLE 16
# DISCIPLINE PROCEDURE

### Section 16.1   Statement of Principle

In the administration of this Article, a basic principle shall be that discipline should be corrective in nature, rather than punitive. No employee may be disciplined or discharged except for just cause such as, but not limited to, insubordination, pilferage, intoxication (drugs or alcohol), incompetence, failure to perform work as requested, violation of the terms of this Agreement, or failure to observe safety rules and regulations. Any such discipline or discharge shall be subject to the grievance-arbitration procedure provided for in this Agreement, which could result in reinstatement and restitution, including back pay.

### Section 16.2   Discussions

For minor offenses by an employee, management has a responsibility to discuss such matters with the employee. Discussions of this type shall be held in private between the employee and the supervisor. Such discussions are not considered discipline and are not grievable. Following such discussions, there is no prohibition against the supervisor and/or the employee making a personal notation of the date and subject matter for their own personal record(s). However, no notation or other information pertaining to such discussion shall be included in the employee's personnel folder. While such discussions may not be cited as an element of a prior adverse record in any subsequent disciplinary action against an employee, they may be, where relevant and timely, relied upon to establish that employees have been made aware of their obligations and responsibilities.

### Section 16.3   Letter of Warning

A letter of warning is a disciplinary notice in writing, identified as an official disciplinary letter of warning, which shall include an explanation of a deficiency or misconduct to be corrected.

### Section 16.4   Suspensions of 14 Days or Less

In the case of discipline involving suspensions of fourteen (14) days or less, the employee against whom disciplinary action is sought to be initiated shall be served with a written notice of the charges against the employee and shall be further informed that he/she will be suspended after ten (10) calendar days during which

84

*** Exhibit #6 , Support Document **
For Appeal Complaint

---

[right column, partially cut off:]

ten-day period the em
(in pay status) at the
Union or the employ
effective date of th
appealed to Step 2, t
pension until after t

### Section 16.5   Suspe

In the case of susper
discharge, any emplo
be entitled to an ad
him/her and shall re
option of the Employ
the employee shall re
sition of the case has
or through exhaustio

A preference eligible
than fourteen (14) c
Protection Board (M
tration procedure sh
disposition of the ca:
exhaustion of his M!
believe an employee
imprisonment can be
the employee the fu
discharge action, but
written notice as und
justified. The emplo
at the end of the noti

### Section 16.6   Inde

A   The Emplo
those cases
believe an c
tence of im
Employer i:
ty (30) day
shall give s
notice as u
justified. T
pay status ;

B   The just ca
arbitrator s

ten-day period the employee shall remain on the job or on the clock (in pay status) at the option of the Employer. **However, if the Union or the employee initiates a timely grievance prior to the effective date of the action and if the grievance is timely appealed to Step 2, the grievant shall not begin to serve the suspension until after the Step 2 decision has been rendered.**

### Section 16.5  Suspensions of More Than 14 Days or Discharge

In the case of suspensions of more than fourteen (14) days, or of discharge, any employee shall, unless otherwise provided herein, be entitled to an advance written notice of the charges against him/her and shall remain either on the job or on the clock at the option of the Employer for a period of thirty (30) days. Thereafter, the employee shall remain on the rolls (non-pay status) until disposition of the case has been had either by settlement with the Union or through exhaustion of the grievance-arbitration procedure.

A preference eligible who chooses to appeal a suspension of more than fourteen (14) days or his discharge to the Merit Systems Protection Board (MSPB) rather than through the grievance-arbitration procedure shall remain on the rolls (non-pay status) until disposition of the case has been had either by settlement or through exhaustion of his MSPB appeal. When there is reasonable cause to believe an employee is guilty of a crime for which a sentence of imprisonment can be imposed, the Employer is not required to give the employee the full thirty (30) days advance written notice in a discharge action, but shall give such lesser number of days advance written notice as under the circumstances is reasonable and can be justified. The employee is immediately removed from a pay status at the end of the notice period.

### Section 16.6  Indefinite Suspension—Crime Situation

A  The Employer may indefinitely suspend an employee in those cases where the Employer has reasonable cause to believe an employee is guilty of a crime for which a sentence of imprisonment can be imposed. In such cases, the Employer is not required to give the employee the full thirty (30) days advance notice of indefinite suspension, but shall give such lesser number of days of advance written notice as under the circumstances is reasonable and can be justified. The employee is immediately removed from a pay status at the end of the notice period.

B  The just cause of an indefinite suspension is grievable. The arbitrator shall have the authority to reinstate and make the

85

*** Exhibit #6, Support Document **
For Appeal Complaint

local/out-of-town splits to trays, hampers, gurneys, conveyors, rolling trucks, or other containers."

Additional instructions are contained in the document to assign clerks to "Distribution of outgoing IPP's, newspapers, rolls, letter or flat bundles, slugs, Special Delivery or Special Handling parcel post."

There has been some confusion as to the distinction between "basic local/out-of-town splits," which is assigned to mail handlers, and distribution, which is assigned to clerks.

The term basic local/out-of-town splits was intended to encompass that activity where initial separations are made by ZIP Code and city, state address information, to expedite subsequent distribution or dispatching and pouching operations. For example, the type of separations allowable would be for local city, local SCF, home state, SCFs and major cities within the home state, states for which the local office performs major city and sectional center separations in their pouching operations, groups of mixed states, where separation in the opening unit would expedite pouching operations. The allowable separations will be based on city, state, and 3- and 5-digit ZIP Code information.

_[signature]_  _[signature]_

Anthony J. Vegliante  
Manager  
Contract Administration  
APWU/NPMHU  
U.S. Postal Service  

William H. Quinn  
National President  
National Postal Mail  
Handlers Union, A Division of  
Laborers' International Union  
of North America, AFL-CIO  

## MEMORANDUM OF UNDERSTANDING
## CLEAN AIR ACT COMMITTEE

It is hereby recognized and acknowledged by the United States Postal Service and the National Postal Mail Handlers Union, a Division of The Laborers' International Union of North America, AFL-CIO, that the growth in the amount and complexity of air pollution brought about by urbanization, industrial development, and the increasing use of motor vehicles, has resulted in concerns to the public health and welfare.

In recognition of this fact, the parties agree to establish Clean Air Committees at both the National and Regional/Area levels. The

    sider requests for transfers submitted by Mail Handlers from other installations.

B  Providing a written request for a voluntary transfer has been submitted, a written acknowledgment shall be given in a timely manner.

C  An employee whose transfer is approved will be allowed to use up to five (5) days of annual leave or five (5) days leave without pay for purpose of transferring.

## ARTICLE 13
## ASSIGNMENT OF ILL OR INJURED REGULAR WORK FORCE EMPLOYEES

### Section 13.1  Introduction

A  Part-time fixed schedule employees assigned in the craft unit shall be considered to be in a separate category. All provisions of this Article apply to part-time fixed schedule employees within their own category.

B  The U.S. Postal Service and the Union, recognizing their responsibility to aid and assist deserving full-time regular or part-time flexible employees who through illness or injury are unable to perform their regularly assigned duties, agree to the following provisions and conditions for reassignment to temporary or permanent light duty or other assignments. It will be the responsibility of each installation head to implement the provisions of this Agreement within the installation, after local negotiations.

### Section 13.2  Employee's Request for Reassignment

A  Temporary Reassignment

Any full-time regular or part-time flexible employee recuperating from a serious illness or injury and temporarily unable to perform the assigned duties may voluntarily submit a written request to the installation head for temporary assignment to a light duty or other assignment. The request shall be supported by a medical statement from a licensed physician or by a written statement from a licensed chiropractor stating, when possible, the anticipated duration of the convalescence period. Such employee agrees to submit to a further examination by a Public Health Service doctor or physician designated by the installation head, if that official so requests.

57

\*\*\* Exhibit #3, Support Document \*\*
For Medical Section Complaint

B  Permanent Reassignment

    B1  Any ill or injured full-time regular or part-time flexible employee having a minimum of five years of postal service, or any full-time regular or part-time flexible employee who sustained injury on duty, regardless of years of service, while performing the assigned duties can submit a voluntary request for permanent reassignment to light duty or other assignment to the installation head if the employee is permanently unable to perform all or part of the assigned duties. The request shall be accompanied by a medical certificate from the United States Public Health Service or a physician designated by the installation head giving full evidence of the physical condition of the employee, the need for reassignment, and the ability of the employee to perform other duties. A certificate from the employee's personal physician will not be acceptable.

    B2  The following procedures are the exclusive procedures for resolving a disagreement between the employee's physician and the physician designated by the USPS concerning the medical condition of an employee who has requested a permanent light duty assignment. These procedures shall not apply to cases where the employee's medical condition arose out of an occupational illness or injury. On request of the Union, a third physician will be selected from a list of five Board Certified Specialists in the medical field for the condition in question, the list to be supplied by the local Medical Society. The physician will be selected by the alternate striking of names from the list by the Union and the Employer. The Employer will supply the selected physician with all relevant facts including job description and occupational physical requirements. The decision of the third physician will be final as to the employee's medical condition and occupational limitations, if any. Any other issues relating to the employee's entitlement to a light duty assignment shall be resolved through the grievance-arbitration procedure. The costs of the services of the third physician shall be shared by the Union and the Employer.

58

\*\*\* Exhibit #3, Support Document \*\*
For Medical Section Complaint

---

C  Installati(
   full-time
   light duty
   ful attent
   possible
   refused,
   employee
   reassign t

Section 13.3  Lc

Due to varied size
the following im
reassignment proc
should be determi

  A  Through
     assignme;
     office. Th
     to make
     them to li
     the produ.

  B  Light dut;
     hours, to
     hours or l
     assignmer
     flexible er

  C  Number
     assignmer
     porary or
     with good
     experience
     expected (
     ing these
     regular ei
     defined th
     ee's tour l
     be those o
     service, w
     vious duty

Section 13.4  Ge

  A  Every eff
     employee
     tional grot

[Left column partially cut off:]

...or part-time
...of five years
...gular or part-
...'ury on
... erform-
...a voluntary
to light duty
on head if the
perform all or
quest shall be
...ate from the
or a physician
...iving full evi-
the employee.
ability of the
. A certificate
sician will not

xclusive proce-
...t between the
cian designated
...al condition of
permanent light
shall not apply
...dical condition
...ss or injury. On
...ysician will be
Board Certified
th... condition in
he local Medical
...ted by the alter-
ist by the Union
will supply the
...t facts including
physical require-
...hysician will be
a... ...dition and
... ...her issues
e... a light duty
...gh ... grievance
of t... services of
by t...e Union and

---

C   Installation heads shall show the greatest consideration for full-time regular or part-time flexible employees requiring light duty or other assignments, giving each request careful attention, and reassign such employees to the extent possible in the employee's office. When a request is refused, the installation head shall notify the concerned employee in writing, stating the reasons for the inability to reassign the employee.

### Section 13.3  Local Implementation

Due to varied size installations and conditions within installations, the following important items having a direct bearing on these reassignment procedures (establishment of light duty assignments) should be determined by local negotiations.

A   Through local negotiations, each office will establish the assignments that are to be considered light duty within the office. These negotiations should explore ways and means to make adjustments in normal assignments, to convert them to light duty assignments without seriously affecting the production of the assignment.

B   Light duty assignments may be established from part-time hours, to consist of 8 hours or less in a service day and 40 hours or less in a service week. The establishment of such assignment does not guarantee any hours to a part-time flexible employee.

C   Number of Light Duty Assignments. The number of assignments within the craft that may be reserved for temporary or permanent light duty assignments, consistent with good business practices, shall be determined by past experience as to the number of reassignments that can be expected during each year, and the method used in reserving these assignments to insure that no assigned full-time regular employee will be adversely affected, will be defined through local negotiations. The light duty employee's tour hours, work location and basic work week shall be those of the light duty assignment and the needs of the service, whether or not the same as for the employee's previous duty assignment.

### Section 13.4  General Policy Procedures

A   Every effort shall be made to reassign the concerned employee within the employee's present craft or occupational group, even if such assignment reduces the number

59

*** Exhibit #3, Support Document **
For Medical Section Complaint