

3/3/99



U.S. Merit Systems Protection Board
Washington, D.C. 20419

Clerk of the Board
(202) 653 - 7200

Notice to:

Samuel L. Clemmons
3933 N. Clarendon Avenue
Apt 305
Chicago, IL 60613

   Re: <u>SAMUEL L. CLEMMONS v.
     UNITED STATES POSTAL SERVICE</u>
     MSPB Docket No. CH-0752-99-0118-I-1

We have received your petition for review. The other parties are informed by this Notice that they may respond or file a cross petition for review within 25 days after the date of service of the petition for review. The date of service of the petition for review in this case was February 23, 1999. Therefore, the response or cross petition must be filed on or before March 20, 1999. If a cross petition for review is filed, any response must be filed within 25 days after the date of service of the cross petition. The filing date is the date the document is postmarked if it is mailed or the date it is received by the Office of the Clerk of the Board if it is personally delivered or sent by facsimile.

Any response or cross petition must be served on the other parties and proof of service provided to the Board. The record will close when the period for filing the response to the petition for review or any cross petition for review has passed. Once the record is closed, additional submissions will be considered only if a showing is made that the submissions were not readily available before the record closed. 5 C.F.R. § 1201.114(i).

It is the duty of each party to notify the Board and each other in writing of any changes in representation and/or address.

_____  
MAR 0 3 1999  
(Date)

Robert E. Taylor

_Venessa M. Gray_  
Venessa M. Gray  
Paralegal Specialist

CERTIFICATE OF SERVICE

| | |
|---|---|
| SAMUEL L. CLEMMONS ) | |
| ) | Docket No.  CH-0752-99-0118-I-1 |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE ) | |

I hereby certify that a copy of the foregoing document was sent by regular mail this date to each of the following:

APPELLANT(S)

Samuel L. Clemmons
438 N. Mill Street
Jackson, MS  39202

Samuel L. Clemmons
3933 N. Clarendon Avenue
Apt 305
Chicago, IL  60613

APPELLANT'S REPRESENTATIVE(S)

John Hall, Sr.
2118 South Michigan Avenue
Chicago, IL  60616

AGENCY'S REPRESENTATIVE(S)

Cindy M. Wheeler
United States Postal Service
433 W. Harrison Street
Room 40212-A
Chicago, IL  60607-9403

OTHER

Marjorie Marks
U.S. Office of Personnel Management
Employee Relations Division
1900 E Street, NW
Room 7412
Washington, DC  20415

Dated: MAR 0 3 1999

Washington, DC

Venessa M. Gray
Paralegal Specialist



# CERTIFICATE OF SERVICE

I certify that the attached documents were sent by certified mail this day to each of the following:

**Merit Systems Protection Board**
Administrative Judge Scott D. Cooper
230 South Dearborn St., Rm 3100
Chicago, IL 60604-1669

Marjorie Marks
U. S. Office of Personnel Management
1900 E Street, NW
Room 7412
Washington, DC 20415

Clerk of the Board
Merit Systems Protection Board
1120 Vermont Avenue, NW  Room 806
Washington, DC 20419

**Appellant's Representative**
John Hall Sr.
2118 South Michigan Avenue
Chicago, IL 60616

**Appellant**
Samuel L. Clemmons
438 N. Mill Street
Jackson, MS 39202

3-16-99
_____
Date

_Cheryl Branch_
Cheryl Branch
Human Resources Associate

## CERTIFICATE OF SERVICE

I certify that this ORDER was sent today:

By certified mail to:

>John Hall, Sr.
>2118 South Michigan Avenue
>Chicago, IL  60616

>Samuel L. Clemmons
>438 N. Mill Street
>Jackson, MS  39202

>Samuel L. Clemmons
>3933 N. Clarendon Avenue
>Apt 305
>Chicago, IL  60613

By regular mail to:

>Cindy M. Wheeler
>United States Postal Service
>433 W. Harrison Street
>Room 40212-A
>Chicago, IL  60607-9403

>Marjorie Marks
>U.S. Office of Personnel Management
>Employee Relations Division
>1900 "E" Street, N.W., Room 7412
>Washington, DC  20415

>Merit Systems Protection Board
>Central Regional Office
>230 S. Dearborn Street, Room 3100
>Chicago, IL  60604-1669

By hand to:

>Office of the Special Counsel
>1730 M Street, N.W.
>Suite 300
>Washington, DC  20036-4505

August 5, 1999                    *Dorothy Plummer* (signature)
_____                    _____
     (Date)                       Dorothy Plummer
Washington, DC                    Legal Assistant

SA 8