

**RONNIE SHOWS**
4TH DISTRICT, MISSISSIPPI

Committee on Transportation
and Infrastructure

Committee on Veterans' Affairs



SERVING RESIDENTS OF COUNTIES:
Adams   Amite   Copiah   Covington
Franklin   Hinds   Jefferson Davis
Jones   Lawrence   Lincoln   Marion
Pike   Simpson   Walthall   Wilkinson

# Congress of the United States
## House of Representatives
### Washington, D.C. 20515

August 13, 1999

Mr. Samuel Clemmons
438 North Mill Street
Jackson, MS  39202-3207

Dear Mr. Clemmons:

Thank you for your recent letter to my Washington office. Please be assured that I have taken a special interest in this matter. I have already contacted the Merit Systems Protection Board and requested that very careful consideration be given concerning your case.

Please feel free to contact me if you should need additional information or assistance.

Sincerely,

*Ronnie Shows*

RONNIE SHOWS
Member of Congress

RS:ld

---

Cannon Building
Washington, DC 20515
(202) 225-5865
(202) 225-5886 FAX
Ronnie.Shows@mail.house.gov

245 E. Capitol, Suite 222
Jackson, MS 39201
(601) 352-1355
(601) 352-9044 FAX

243 John R. Junkin Drive, Suite C
Natchez, MS 39120
(601) 446-8825
(601) 446-7250 FAX

728-1/2 Sawmill Road
Laurel, MS 39440
(601) 425-5257
(601) 425-5428 FAX

Printed on recycled paper.

JESSE L. JACKSON, JR.
2D DISTRICT, ILLINOIS

COMMITTEE ON APPROPRIATIONS

SUBCOMMITTEES:
LABOR-HEALTH AND
HUMAN SERVICES-EDUCATION

FOREIGN OPERATIONS, EXPORT FINANCING
AND RELATED PROGRAMS

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1302

September 29, 1999

Mr. Samuel Clemmonds
3933 North Clarendon Avenue
Chicago, Illinois 60613

Dear Mr. Clemmonds:

Thank you for contacting my office for assistance. I have taken the liberty of forwarding your request to Congresswoman Janice Schakowsky, who represents the congressional district in which you reside. I have made this referral as a congressional courtesy so that your Member of Congress has the opportunity to assist you. Congresswoman Schakowsky's office is located at 2100 Ridge Avenue, Room 2203, Evanston, Illinois, 60201. Her staff can be reached at (847) 328-3399.

I am sure that you will hear from Congresswoman Schakowsky's office in the near future.

Sincerely,

Jesse L. Jackson, Jr.
Member of Congress

JLJJr.:PG:pg

cc:   The Honorable Janice Schakowsky

313 CANNON BUILDING
WASHINGTON, DC 20515-1302
(202) 225-0773

10331 SOUTH HALSTED
CHICAGO, IL 60628
(773) 238-2100

17926 SOUTH HALSTED
HOMEWOOD, IL 60430
(708) 798-6000

This mailing was prepared, published, and mailed at taxpayer expense.

**JANICE D. SCHAKOWSKY**
9TH DISTRICT, ILLINOIS

COMMITTEES:
BANKING and FINANCIAL SERVICES
GOVERNMENT REFORM

FLOOR WHIP

515 CANNON HOUSE OFFICE BUILDING
Telephone: 202-225-2111
Fax: 202-226-6890
TTY: 202-225-1904

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1309

5533 N. BROADWAY
CHICAGO, IL 60640
Telephone: 773-506-7100
Fax: 773-506-8202

2100 RIDGE AVENUE, ROOM 2203
EVANSTON, ILLINOIS 60201
Telephone: 847-328-3399
Fax: 847-328-3425

6767 N. MILWAUKEE
NILES, IL 60714

November 2, 1999

Samuel Clemmonds
3933 N. Clarendon Ave., #305
Chicago, IL 60613

Dear Mr. Clemmons:

Our office has received a packet of information from the office of Congressman Danny Davis containing documents pertaining o a problem you are currently having with the United States Postal Service. However, no explanation came with this packet of information. It is difficult for me to figure out what exactly you are seeking from our office without such an explanation. Please write a detailed letter stating your current problem, and what you hope that your office could do for you. As soon as I receive this letter, I will initiate an inquiry with the US Postal Service on your behalf. Please send the letter to the following address:

    Congresswoman Jan Schakowsky
    5533 N. Broadway Avenue
    Chicago, IL 60640
    ATTN: Mark Masaracchia

If you have any questions or concerns, please do not hesitate to contact me at 773-506-7100. Thank you.

Yours truly,

Mark Masaracchia
Constituent Advocate

**Samuel L. Clemmons**
***1533 Raymond Road, Apt # 79***
***Jackson, MS 39204***
***601-364-7274***

September 17, 1999

```
American Postal Worker Union
Attn. Mr. John Hall, Sr.
2118 South Michigan Ave.
Chicago, IL 60616

Dear Mr. Hall:

I am forwarding you the documents that I have received from
the United States Court of Appeal for the Federal Circuit
Court. I would greatly appreciate your assistance in this
matter and to see that I receive the appropriate amount of
justice concerning this matter.

If I need assistance from an attorney please advise me so
that I can thoroughly seek one.

I will be on standby waiting for any further instruction
needed.

Once again thanks for assisting me.

In Kind...Regards I remain

Sincerely,


Samuel L. Clemmons

slc
```

**Samuel L. Clemmons, Jr.**
**1533 Raymond Road, Apt #79**
**Jackson, MS 39204**

August 20, 1999

American Postal Worker Union
**Attn. Mr. John Hall**
2188 South Michigan Ave.
Chicago, IL 60616

**RE: United State Court of Appeal**

Dear Mr. Hall:

I'm contacting you in reference to our next step in this process. I'm sending you my rebuttal document to the Merit Protection Board, Board of Review.

This process has become very disturbing and a drawn out process, but I must tell you that I'm in it until nothing else can be done.

I'm refusing to resign under any circumstances. I did nothing wrong, except for trying to get a better understanding of this whole ordeal.

I know my rights as a bargaining, career, veteran employee has been violated. The agency knows this. Therefore, I would greatly appreciate if you could tell me more about what's really going on here. And what and where we should go with this. Should I go ahead and mail my request for a full hearing to the all the individuals listed in the certificate of service?

I will be on standby waiting to hear from you. You can reach me directly at 601-346-7274 or call the toll free number at 1-877-680-3398.

Your assistance will be greatly appreciated.

Sincerely,

Samuel L. Clemmons
Enclosures (1)

**Samuel L. Clemmons**
3933 N. Clarendon Ave #305
Chicago, IL 60613

March 29, 1999

United States Postal Service
**Attn. Mr. FloydDeen E. Hall**
11560 West Irving Park Road
Chicago, IL 60701

Dear Mr. Hall

This letter is just to confirm your communication request concerning my status of employment within the United States Postal Service. I must confirm that yes; I am still employed within this organization.

If you should have any further questions concerning this matter I request you to please contact my Union Stewart Representative Mr. John Hall at 2118 South Michigan Ave. Chicago, IL 60616, Phone number 312-842-2399,2189. Forward anything you may have for me to Mr. Hall. Mr. Hall will forward it to me.

I am very sorry if I could not be of better assistance.

Sincerely,

Samuel L. Clemmons

Enclosures (1)

    Cc: Mr. John Hall, Sr.