DEPARTMENT OF EMPLOYMENT SECURITY
2550 WEST ADDISON ST.
CHICAGO, IL 60618

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                                              DATE: 12-30-98

SAMUEL L CLEMMONS
3933 N CLRENDON                          INFO SYS & ACCTG SVC CTR (IS/ASC)
CHGO.#305, IL 60613

The following determination has been made in connection with your claim for unemployment insurance benefits:

The claimant was discharged from U S POSTAL SERVICE because OF UNACCEPTABLE CONDUCT

The term misconduct means the deliberate and willful violation of a reasonable rule or policy of the employer if the violation has harmed the employer or other employees or has been repeated by the individual despite a warning or other explicit instruction from the employer. In this case, the claimant's action which resulted in his discharge was not deliberate and willful.

Therefore, this Determination finds the claimant eligible for benefits, with respect to this issue only, for each week during the period from 12-13-98 through 12-26-98 and he will be determined eligible for each week thereafter as long as he meets the eligibility requirements of the Illinois Unemployment Insurance Act.

Benefits payable by check are being ordered for each week of unemployment for which you are eligible. If you do not receive payment within three weeks from the date of this notice, please notify the office.

SEE THE REVERSE SIDE FOR INFORMATION REGARDING APPEAL RIGHTS

VEASE AL REVERSO PARA UNA TRADUCCION EN ESPANOL DE SUS DERECHOS A APELAR

James Henderson - 118
ES Service Representative
Phone 773-296-6021 Ext. 254    Fax 773-248-6136

FORM NBR: Bis-275.2          ISSUE: Section 602A          (C01) DECISION: ALLOW
MIS REF NBR: 02177