

**UNITED STATES POSTAL SERVICE**

## Notification of Personnel Action

| 02 | SOCIAL SECURITY NUMBER |
|---|---|
| | 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 |

| 01 | EFFECTIVE DATE |
|---|---|
| | 09-26-1998 |

### EMPLOYEE INFORMATION

| | | |
|---|---|---|
| 03 | EMPLOYEE NAME-LAST | CLEMMONS |
| 04 | EMPLOYEE NAME-FIRST | SAMUEL |
| 05 | EMPLOYEE NAME-MIDDLE | L |
| 06 | MAILING ADDRESS STREET/BOX/APT | 3933 N CLARENDON AVE APT |
| 07 | MAILING ADDRESS-CITY | CHICAGO |
| 08 | MAILING ADDRESS-STATE | IL |
| 09 | MAILING ADDRESS-ZIP+4 | 60613-3201 |
| 10 | DATE OF BIRTH | 06-04-1965 |
| 11 | VETERANS PREFERENCE | 2 - 5 POINTS |
| 12 | SEX | M |
| 13 | MINORITY | C - BLACK, NON-HISPANIC |
| 14 | DISABILITY | 05 |
| 15 | LEAVE COMP DATE | 03-29-1994 |
| 16 | ENTER ON DUTY DATE | 12-06-1997 |
| 17 | RETIREMENT COMP DATE | 12-06-1997 |
| 18 | SERV ANNIVERSARY PPYR | 26-1997 |
| 19 | TSP ELIGIBILITY | Y - ELIGIBLE WITH DEDUCT |
| 20 | TSP SERVICE COMP DATE | 12-06-1997 |
| 21 | PRIOR CSRS SERVICE | N |
| 22 | FROZEN CSRS TIME | |
| 23 | LEAVE DATA-CATEGORY | 6 - HOURS/PP |
| 24 | LEAVE DATA-CHG PPYR | 09-2009 |
| 25 | LEAVE DATA-TYPE | 2 - EARN AS YOU GO |
| 26 | CREDIT MILITARY SERV | |
| 27 | RETIRED MILITARY | |
| 28 | RETIREMENT PLAN | 8 - FERS |
| 29 | EMPLOYEE STATUS | |
| 30 | LIFE INSURANCE | Z - 10,000 + 5X PAY + FAM |
| 31 | SPECIAL BENEFITS | |

### POSITION INFORMATION

| | | |
|---|---|---|
| 32 | EMPLOY OFFICE-FIN NO | 16-3875 |
| 33 | EMPLOY OFFICE-NAME | IRVING PARK ROAD PROC/DIS |
| 34 | EMPLOY OFFICE-ADDRESS | CHICAGO IL 60607-9998 |
| 35 | DUTY STATION-FIN NO | 16-3875 |
| 36 | DUTY STATION-NAME | IRVING PARK ROAD PROC/DIS |
| 37 | APPT EXPIRATION DATE | |
| 38 | PROBATION EXPIR DATE | |

| | | |
|---|---|---|
| 39 | FLSA STATUS | N - NON-EXEMPT |
| 40 | PAY LOCATION | 125 |
| 41 | RURAL CARRIER-ROUTE | |
| 42 | RURAL CARR-L-RTE ID | |
| 43 | RURAL CARR-PAY TYPE | |
| 44 | RURAL CARR-TRI-WEEKLY | |
| 45 | RURAL CARR-FLSA | |
| 46 | RURAL CARR-COMMIT | |
| 47 | RURAL CARR-EMA | |
| 48 | RURAL CARR-HOURS | 00 |
| 49 | RURAL CARR-MILES | 000 |
| 50 | JOB SEQUENCE | 1 |
| 51 | OCCUPATION CODE | 2315-55XX |
| 52 | POSITION TITLE | MAIL PROCESSOR |
| 53 | FUNCTIONAL OPER NBR | 1100 |
| 54 | DESIGNATION/ACTIVITY | 41/0 |
| 55 | POSITION TYPE | 3 - PART TIME FLEXIBLE |
| 56 | LIMIT HOURS | 00 |
| 57 | ALLOWANCE CODE | |
| 58 | EMPLOYMENT TYPE | |

### SALARY INFORMATION

| | | |
|---|---|---|
| 59 | PAY RATE CODE | H - HOURLY |
| 60 | RATE SCHEDULE CODE | P - PS |
| 61 | GRADE/STEP | 04/ A |
| 62 | BASE SALARY | 12.87 |
| 63 | COLA | |
| 64 | COLA ROLL-IN IND | |
| 65 | NEXT STEP PPYR | 22-1999 |
| 66 | MERIT ANNIV DATE | |
| 67 | MERIT LUMP SUM | |
| 68 | SPECIAL SALARY CODE | |
| 69 | PROTECTED RSC | |
| 70 | PROTECTED GRADE/STEP | |
| 71 | EXPIRATION PPYR | |
| 72 | PROTECTED RC HOURS | |
| 73 | PROTECTED RC MILES | |
| 74 | RC GUARANTEED SALARY | |
| 75 | ANNUITY AMOUNT | |
| 76 | RED CIRCLE CODE | 0 |

### NATURE OF PERSONNEL ACTION

| 77 | NATURE OF ACTION CODE | 716 |
|---|---|---|
| 79 | DESCRIPTION | CHANGE TO PTF |

| 78 | AUTHORITY | 39-USC Sect 1001 |
|---|---|---|
| 80 | CODE 511 | 81 CODE 520 | 82 CODE | 83 CODE |

| 84 | REMARKS |
|---|---|
| | THIS ACTION DOES NOT CHANGE DUE DATE FOR ADVANCEMENT TO THE NEXT HIGHER STEP. |
| | ACTION EFFECTED AT EMPLOYEES REQUEST. |
| | JOB NO 7969456 |
| | CI 10/06/98 |

| 85 | AUTHORIZATION |
|---|---|
| | JOHN T. WEEKER, VICE PRESIDENT AREA OPERATIONS-GREAT LAKES |

| 86 | PROCESSED DATE | 10-06-1998 |
|---|---|---|
| 87 | PERSONNEL OFFICE ID | CP31 |
| 88 | OPF LOCATION | IRVING PARK ROAD PROC/DIS |

1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE

PS Form 50, April 1994 (Exception to Standard Form 50)