# Freedom of Information and Privacy Acts



# Federal Bureau of Investigation



OFFICE OF INSPECTOR GENERAL

HOTLINE

AUG 2 4 2005

August 24, 2005

Samuel L. Clemmons
P.O. Box 28558
Atlanta, GA 30358

Dear Mr. Clemmons:

We received your July 20th letter and accompanying documents asking for confirmation that your cases against the Merit Systems Protection Board and the United States Postal Service are being reviewed or investigated.

The Office of Inspector General is responsible for systemic investigations and audits of fraud, waste, and mismanagement in postal systems and operations. This office does not investigate individual complaints already in litigation against the Postal Service or other agencies. Therefore, I am forwarding your correspondence to the Postal Service Law Department for response.

Sincerely,

Carrie L. Fox
Director, Hotline

1735 N LYNN ST
ARLINGTON VA  22209-2020
(888) 877-7644
FAX: (703) 248-2259

ATTEMPTS TO OBTAIN ADDITIONAL SOURCES, KNOWLEDGEABLE OF THE SUBJECT, WERE UNSUCCESSFUL.

THE TESTIMONY BY ABRAHAM WAS TAKEN VIA TELEPHONIC MEANS DUE TO A CONFLICT IN SCHEDULES.

**ITEM: 012**                                                                SOURCE: 008
 **NAME** THOMAS V. ABRAHAM (TELEPHONE), SUPERVISOR, UNITED STATES POSTAL SERVICE, 11560 WEST IRVING PARK ROAD, CHICAGO, IL 60701

**ACCEPTABLE**
**PRIMARY ASSOCIATION** SUPERVISOR
**AVERAGE EXTENT OF CONTACT** MODERATE
**SPAN OF CONTACT** DECEMBER 1997 TO FEBRUARY 1999

**RECOMMENDS**

ABRAHAM MET SAMMUEL CLEMMONS WHEN HE BEGAN WITH USPS AS A PART-TIME MAIL HAULER. ABRAHAM WAS HIS IMMEDIATE SUPERVISOR AND HAD DAILY WORK CONTACT WITH HIM UNTIL APPROXIMATELY 3/98, WHEN HE SWITCHED TO A DIFFERENT SHIFT. ABRAHAM CEASED TO BE HIS SUPERVISOR AT THAT POINT BUT CONTINUED TO HAVE CONTACT WITH HIM ONCE A MONTH, MAINLY IN PASSING. THEY NEVER HAD ANY SOCIAL CONTACT AND ABRAHAM HAS HAD NO CONTACT WITH HIM SINCE 2/99, WHEN HE LEFT USPS.

ABRAHAM HAS NO KNOWLEDGE OF HIS MARITAL STATUS, ANY CHILDREN, MILITARY SERVICE, OR HOBBIES. WHILE EMPLOYED WITH USPS HE RESIDED IN THE CHICAGO METROPOLITAN AREA BUT ABRAHAM IS NOT CERTAIN WHERE. HE WAS ATTENDING COLLEGE WHILE UNDER ABRAHAM'S SUPERVISION AT USPS. ABRAHAM, HOWEVER, IS NOT CERTAIN WHERE OR FOR WHAT SUBJECT. HE MADE A SHIFT CHANGE AT USPS IN 3/98 TO OVERNIGHTS TO BETTER ACCOMMODATE HIS STUDIES.

HE WAS EMPLOYED AS A MAIL HAULER FOR USPS AND WAS A GOOD EMPLOYEE WHILE UNDER ABRAHAM. HE LEFT USPS IN 2/99 FOR UNKNOWN REASONS AND ABRAHAM IS NOT AWARE OF WHERE HE WENT AFTER LEAVING. ABRAHAM IS ALSO NOT AWARE OF ANY ADDITIONAL OR PRIOR EMPLOYMENTS FOR HIM.

ABRAHAM HAS NO KNOWLEDGE OF HIM HAVING CONTACT WITH ANY FOREIGN NATIONALS OR ORGANIZATIONS WITH FOREIGN INTERESTS. NOR DOES ABRAHAM BELIEVE THAT HE WOULD BE SUSCEPTIBLE TO FOREIGN INFLUENCE.

ABRAHAM BELIEVES THAT HE WOULD HANDLE EMERGENCY SITUATIONS WELL BASED ON WHAT HE SAW OF HIM. HE WAS FACED WITH GREAT STRESS ON OCCASIONS IN HIS WORK AND HE HANDLED THOSE SITUATIONS WELL.

HE IS A WELL BALANCED PERSON AND SEEMED TO HAVE NO LAPSES IN JUDGEMENT OR RELIABILITY.

ABRAHAM WAS NOT ABLE TO COMMENT ON HIS FINANCIAL SITUATION BUT HAS NO REASON TO QUESTION IT.

**EXTRA COVERAGE**

**ADAPTABILITY; FLEXIBILITY; ACCEPTANCE OF TRAINING AND CRITICISM**
   UNSPECIFIC BUT FAVORABLE

**ANALYTICAL ABILITY; MANAGEMENT OF TIME AND RESOURSES; ABILITY TO RECOGNIZE LEADS, INCONSISTENCIES, DISCREPANCIES, AND PATTERNS + DILIGENCE IN PURSUIT OF INFORMATION**
   UNSPECIFIC BUT FAVORABLE

**APPEARANCE AND MANNER; ABILITY TO SPEAK/WRITE IN A CLEAR AND GRAMMATICALLY CORRECT MANNER, APPROPRIATE IN BOTH STYLE AND LANGUAGE; ABILITY TO SUMMARIZE INFORMATION AND TO ORGANIZE**
   HE WAS ALWAYS WELL GROOMED AND WAS COURTEOUS TO ALL OF THE EMPLOYEES.

**ABILITY TO WORK INDEPENDENTLY; FOLLOW RULES; DISCRETION; OBJECTIVITY; SENSE OF RIGHTS OF OTHERS; PERSONAL HONESTY**
   HE WORKED INDEPENDENTLY MANY TIMES, WITH LITTLE SUPERVISION, IN HIS DUTIES AND WAS ALWAYS ON TIME AND MET THE GOALS OF HIS SECTION.

**ABILITY TO ESTABLISH RAPPORT AND ELICIT COOPERATION; INTERVIEWING SKILLS; FRIENDLINESS**
   UNSPECIFIC BUT FAVORABLE

**ITEM: 014    INVESTIGATOR'S NOTE**                                       SOURCE: 009

ATTEMPTS TO OBTAIN SOURCES, KNOWLEDGEABLE OF THE SUBJECT, WERE UNSUCCESSFUL AS THE SUBJECT NEVER ACTUALLY WORKED FOR THE CHICAGO PUBLIC SCHOOLS.

**ITEM: 014**                                                              SOURCE: 010
  **NAME** CHICAGO PUBLIC SCHOOLS, OFFICE OF PAYROLL, 125 SOUTH CLARK STREET,
      CHICAGO, IL 60604
  **PERSONNEL RECORD**
  **PROVIDER** RAY M. SANDERS, ASST. DIR. OF PAYROLL
  **SF RELEASE**

**ACCEPTABLE**

**NAME** VERIFIED    **SSN** VERIFIED    **DOB** NOT SHOWN    **POB** NOT SHOWN

**EMPLOYMENT DATES** 06/98 - PRESENT
**STATUS** NOT SHOWN
**WORKSITE ADDRESS** NOT SHOWN
**POSITION** ON-CALL SUBSTITUTE TEACH