## UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 Saint Charles PL
Brookhaven, MS 39601

                          CIVIL ACTION NO:       CASE NUMBER: 1:06CV00115

V                                                  JUDGE: ROYCE C. LAMBERTH
                                                  DECK TYPE: EMPLOYMENT
                                                             DISCRIMINATION
                                                  DATE STAMP: 01/18/2006

USPS MAIL PROCESSOR'S UNION STEWART
**Attn: John Hall, Sr., Keith Robinson &**
**Samuel Anderson, President**
AMERICAN POSTAL WORKERS UNION, AFL-CIO
U.S. MERIT SYSTEM PROTECTION BOARD
2118 SOUTH MICHIGAN AVENUE
CHICAGO, IL 60616
Phone: 312-983-8607

## AFFIDAVIT OF SERVICE

I, <u>Sam L. Clemmons</u>, hereby declare that on the <u>10th</u> of <u>April 2006</u>, I mailed a copy of the MOTION to Enter Discovery attached with the <u>19 Exhibits</u> to be used in the MOTION to sustain the judgement by default by certified mail return receipt # <u>7005 1820 0001 7573 9542</u> requested, to The American Postal Worker Union, AFL-CIO's Counsel (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service for the court' records.

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
**STAPLE GREEN CARD IN THIS AREA**

**RECEIVED**

APR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*/s/ Sam L. Clemmons*

SAM L CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
PH 866-409-7758

[Certified mail return receipt card addressed to O'Donnell Schwartz, Washington DC, signed by R. Richards, delivery date 4/13/06; article number 7005 1820 0001 7573 8948]

## AFFIDAVIT OF SERVICE

I, Sean C. Cavanaugh, hereby declare that on the 12th of April, 2006, I mailed a copy of the MOTION to Enter Discovery attached with the 15 Exhibits to be used in the MOTION to vacate the judgement by default by certified mail return receipt # 7005 1820 0001 7573 8948 requested, to The American Postal Worker Union, AFL-CIO's Counsel the defendant & defendant's attorney. Attached hereon is the green card acknowledging service for the court records.

So that the green card have Maibo use it
Bears the original signature of the person
who signs for the signature and completed
PLEASE RESERVE AND RETURN ASAP