### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April 2006 a copy of additional page to Exhibit # 1, page 3 to the MOTION Addendum request has been served regular first-class mail to the following:

### Court

Office of the Clerk
UNITED STATES DISTRICT COURT
333 Constitution Ave, NW, Room 1225
Washington, DC 20001

### Defendant' Counsel

Kevin K. Robitalille
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

### Witness to the Records

Mrs. Mary L. Lee, Paralegal
P.O. Box 28558
Atlanta, GA 30358


April 18, 2006
Date

*Sam L. Clemmons* (signature)
Sam L. Clemmons,
Plaintiff, Pro Se

P.O. Box 28558
Sandy Springs, GA 30358-0558
Phone: 404-255-8501
Fax:   404-255-3642

**Samuel L. Clemmons**

*10*



# Fax

| | | | |
|---|---|---|---|
| **TO:** | Jack Stevens | **From:** | Samuel L. Clemmons |
| **Fax:** | 601-352-9044 | **Pages:** | 19 |
| **Phone:** | 601-352-1355 | **Date:** | 8/22/2002 |
| **Re:** | | **CC:** | |

☑ **Urgent**    ☑ **For Review**    ☐ **Please Comment**    ☑ **Please Reply**    ☐ **Please Recycle**

● **Comments:**

Hello Mr. Jack Stevens,

Attached are the documents to support my claim in having your office to inquiry into why I did not receive my appointment into the Department of Justice prior to turning the age of 37.

I will be on standby waiting for your assistance in this matter.

My call back number is 404-255-8501, ext # 10, fax # 404-255-3642


Samuel L. Clemmons


CASE NUMBER: 1:05CV02353

JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 12/08/2005



P.O. Box 28558
Sandy Springs, GA 30358-0558
Phone: 404-255-8501
Fax:    404-255-3642

**Samuel L. Clemmons**

10

# Fax

**TO:** Jack Stevens          **From:** Samuel L. Clemmons

**Fax:** 601-352-9044          **Pages:** 19

**Phone:** 601-352-1355        **Date:** 8/22/2002

**Re:**                         **CC:**

☒ Urgent    ☒ For Review    ☐ Please Comment    ☒ Please Reply    ☐ Please Recycle

● **Comments:**

Hello Mr. Jack Stevens,

Attached are the documents to support my claim in having your office to inquiry into why I did not receive my appointment into the Department of Justice prior to turning the age of 37.

I will be on standby waiting for your assistance in this matter.

My call back number is 404-255-8501, ext # 10, fax # 404-255-3642

Samuel L. Clemmons

CASE NUMBER: 1:05CV02353

JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 12/08/2005