```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

SAM L. CLEMMONS,                )
  548 Saint Charles Pl         )
  Brookhaven, MS 39601,        )
                                     )
      Plaintiff,              )
                                     )
   v.                            )
                                     ) Civil Action No. 06-0115(RCL)
AMERICAN POSTAL WORKERS UNION,)
UNITED STATES POSTAL SERVICE  )
U.S. MERIT SYSTEMS            )
BOARD PROTECTION,             )
                                   )
      Defendants.             )
_____)

<u>PRAECIPE</u>

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the federal defendant in this action.

                            Respectfully submitted,

                            KENNETH L. WAINSTEIN
                            United States Attorney
                            D.C. Bar #451058


                            _____
                            KAREN L. MELNIK D.C. BAR #436452
                            Assistant United States Attorney
                            U.S. Attorney's Office for the
                            District of Columbia
                            Civil Division
                            555 Fourth Street, N.W.
                            Washington, D.C. 20530
                            (202) 307-0338 (O)
                            (202) 514-8780 (Fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Sam Clemmons, 548 Saint Charles Pl., Brookhaven, MS 39601,, on May 8, 2006.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KAREN L. MELNIK D.C. BAR #436452
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　U.S. Attorney's Office for the
　　　　　　　　　　　　　　　　　　District of Columbia
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W. #4112
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 307-0338(O)
　　　　　　　　　　　　　　　　　　(202) 514-8780 (Fax)