**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAM L. CLEMMONS, )<br>    PLAINTIFF )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS UNION, )<br>AFL, ET AL., )<br>    DEFENDANTS. )<br>) | Case No.:1:06-cv-00115-RCL |

## **PRAECIPE**

The Clerk will please enter the appearance of Rosa M. Koppel as counsel for defendant U.S. Merit Systems Protection Board in this action.

                                  Respectfully Submitted,

                                  _____
                                  ROSA M. KOPPEL
                                  Deputy General Counsel
                                  U.S. Merit Systems Protection Board
                                  Office of the General Counsel
                                  1615 M. Street, N.W.
                                  Washington, D.C.  20419
                                  Telephone:  (202) 653-6772, ext. 1293
                                  D.C. Bar No. 405779

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Praecipe (entry of appearance) of the U.S. Merit Systems Protection Board and Memorandum in Support were mailed to the following on this 8th day of May, 2006.

Mr. Sam L. Clemmons
548 Saint Charles Place
Brookhaven, MS  39601


_____
ROSA M. KOPPEL