# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, )<br>    PLAINTIFF )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS UNION, )<br>AFL, ET AL., )<br>    DEFENDANTS. )<br>) | Case No.:1:06-cv-00115-RCL |

## **ORDER**

Upon consideration of the motion to dismiss of defendant U.S. Merit Systems Protection Board, it is hereby ORDERED that the motion is GRANTED, and it is further ORDERED that the complaint in the above titled action is dismissed with prejudice.

Dated: _____        _____
                                                                United States District Judge