UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 06-0115 (RCL) |
| AMERICAN POSTAL WORKERS UNION, et al | ) |
| Defendants. | ) |

### ERRATA

Federal Defendant, the United States Postal Service, respectfully files the attached Exhibit, which it inadvertently forgot file with its Motion to Dismiss Plaintiff's Complaint or, in the Alternative, For a More Definite Statement.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
KAREN L. MELNIK, D.C. BAR # 436452
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of May, 2006, a true and correct copy of the foregoing Errata, was served upon pro se Plaintiff, by first class United States mail, postage prepaid, to:

Sam L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

_____
KAREN L. MELNIK D.C. Bar #436452
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338