UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS )  CASE NUMBER: 1:06CV00115
    PLAINTIFF, PRO SE )
 )  JUDGE: ROYCE C. LAMBERTH
vs. )  DECK TYPE: EMPLOYMENT
 )            DISCRIMINATION
 )  DATE STAMP: 01/18/2006
AMERICAN POSTAL WORKERS )  May 18, 2006
UNION, AFL )
    DEFENDANTS )
 )
_____ )

## ADDENDUM TO MOTION REQUEST NOT TO DISMISS BUT REQUEST OR PLACE MOTION REQUEST TO SUBPOENA DUCES TECUM

Comes Sam L. Clemmons, Plaintiff Pro Se, file this addendum to the initial MOTION in the United States District Court for the District of Columbia requesting the courts to subpoena the government records under the Freedom of Information Act (FOIA) from the United States Postal Service.

Records sought are: (1) All **twelve months** of records keeping showing all clock punches, and all time card's clock rings that will show activity of the Plaintiff. (2) Provide the court with hard copy of record keeping of all employees listed and was involved with the same violation as the Plaintiff and the Final disposition of each employee. This removal and actions by the Defendant is in relation to stealing time and being absence outside the building. The court will see the Plaintiff was not the only one accused, removed under the

RECEIVED
MAY 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SAM CLEMMONS
Vs.
UNITED STATES POSTAL
SERVICE
DATE STAMP: 01/18/2006

Defendant's claim but was the only one force to fraudulently resign.

These records will show and reveal to the courts the Plaintiff's whereabouts and behavior pattern at all times in such government facility of the United States Postal Service during the twelve months the Plaintiff worked at such facility. The Plaintiff is requesting from the court and the Defendants to place specific emphasis on the month of May 1998.

(3) Provide the court with accurate but true documentation from the MSPB showing proper date stamp according to the Code of Federal Regulations. Such document request should show a date of assigning a proper docket number of January 20, 1999 with a hearing date schedule for February 20, 1999. These documents should establish proper Board jurisdiction according the Code of Federal Regulation 5 C.F.R. 1201.22 (b)(1994).

These records are needed to provide confirmed proof to the courts that such Defendant's actions were not appropriate an according to the law. It will validate <u>perjury under</u> oath by one of the postal worker employees under a fraudulent declaration statement before the Board.

Once the Defendants have provided such government's records under the Freedom of Information Act. Such records will be added to the Appendix section of the Exhibits along with additional documents to support the Plaintiff's fraud claim and illegal

Sam L. Clemmons vs. American Postal Workers Union, AFL-CIO, United States

activity within the United States Postal Service and the Merit System Protection Board.

These documents will end such arguments and confirmed such activity by both (MSPB & USPS) as FRAUD.

If the Defendants wish not to comply with this MOTION request then the Plaintiff will provide the courts with documents to support this request after **30 days** giving the Defendants enough time to comply with this MOTION request.

The Plaintiff rests and ends this MOTION <u>REQUEST TO SUBPOENA DUCES TECUM.</u>

Respectfully submitted,

*[signature]*
Samuel L. Clemmons
Plaintiff, Pro Se

**ATTACHEMENTS:**

- Plaintiff's Sworn MOTION requests for summary judgement and judgement by Default.

- Plaintiff's MOTION request to Enter Discovery

## CERTIFICATE OF SERVICE

I certify that on this 24th day of May 2006 a copy of the foregoing has been served by first-class mail; and Express Mail to the following listed below.

### Express Mail

**Office of the Clerk**
UNITED STATES DISTRICT COURT
333 Constitution Ave, NW, Room 1225
Washington, DC 20001
**Fed Ex Express Delivery: 8573 0084 4787**

### **** Regular Mail Services

### Defendant's Attorney

Karen L. Melkik
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, DC 20530

### Witness to the Records

Mrs. Mary L. Lee, Paralegal
P.O. Box 28558
Atlanta, GA 30358

May 24, 2006
Date

*(signature)*
Sam L. Clemmons,
Plaintiff, Pro Se