**Exhibits for the Records:**

The Plaintiff add the following exhibits to counter attack the Defendant's counsel argument of proper time in seeking relief from the fraudulent actions by the MSPB and the USPS. These exhibits will justify that such argument is misleading and not appropriate according to the law.

The Exhibits are as follows:

**Exhibit # 1:** The Plaintiff's <u>eleven pages</u> of facts will show the courts or a jury the plaintiff's attendance and pay records which will show the courts or a jury there was never any problems in the Plaintiff attendance or whereabouts. This exhibit consists of 10 pages of facts against the Defendant's counsel statements.

**Exhibit # 2:** <u>Three pages</u> in the exhibits that will show the courts or a jury proven facts of communication to the MSPB that such actions by the Board was not proper, accurate and correct according to the law and the procedures of the Board. This communication was faxed and mail to such Board resulting in a denial by the Board and the USPS thereby resulting in continuous actions of fraud by others. The Board never had jurisdiction according to the law and the Board violated other rights to force itself to have jurisdiction resulting in fraudulent actions by others.

**Exhibit # 3:** <u>Three pages</u> in the exhibits will show the court or a jury that proper grievance procedures where in place at the time the Plaintiff submitted such appeal application given to the Plaintiff by the United States Postal Service. Thereby making such actions before the Board without jurisdiction and fraudulently.

**Exhibit # 4:** <u>Three pages</u> in the exhibits will show the court or a jury the true name of the Agency (USPS) designated representative. This person name should be logged in on every document to make all communication representing the USPS to be legitimate, legal and binding.

**Exhibit # 5:** <u>One page</u> in the exhibits that will show the court or a jury very clear communication provided to the MSPB stating that the Plaintiff will only represent himself for two or three weeks only. Starting from the date of December 9th, 1998 anytime thereafter making the Plaintiff to be without representation according to the law and legal procedure of the Board.

Sam L. Clemmons vs. American Postal Workers Union, AFL-CIO, United States Postal Service and The Merit System Protection Board.

**Exhibit # 6:** Five pages in the exhibits that will show and prove to any court or a jury that even the United States Postal Service were in disagreement with the MSPB policy and procedures and such Board was not in accordance with the law. These exhibits justify that accordance with the Defendant's counsel arguments before the courts is not justified and is not accurate and correct claim that such agency is apart of the MSPB's actions. Resulting in misleading in a fraudulent response to the courts.

**Exhibit # 7:** Two pages of facts in the exhibits that will show and prove to any court or a jury the Plaintiff attempts to resolve this misunderstanding, actions or illegal activity imposed on the Plaintiff. The exhibit will show the court that the Plaintiff was willing to pay back such time claim by the Defendant even when such whereabouts by the Plaintiff was justified by medical proof.

**Exhibit # 8:** Eleven pages of facts in the exhibits that will show and counter attack such Defendant's counsel claim or argument concerning the Plaintiff Equal Employment Opportunity claim which was denied by the Defendant.

**Exhibit # 9:** Two pages of facts in the exhibits that will show and prove to the court or a jury the Plaintiff's interest in career opportunities within the United States Postal Service and federal employment.

**Exhibit # 10:** 21 pages of facts in the exhibits that will show and prove to the court or a jury the date the Defendants received such wrongful appeal application. The date stamped by the MSPB on December 3rd, 1998 is not in accordance with the law. The Plaintiff was still working at the time of such date stamped on the application. Thereby making such entry an illegal docket. Making the Board to be without jurisdiction to administrative anything in relation to this matter before the courts.

**Exhibit # 11:** Five pages of facts in the exhibits that will show and prove to the courts or a jury the Plaintiff's rights to all entitlements of back pay and damages due to this wrongful action by the MSPB and the United States Postal Service.

**Exhibit # 12:** Six pages of facts in the exhibits that will show and prove to the court or a jury that such actions by the Defendants were not proper and not accordance with the Plaintiff's employee handbook. These documents will show proof

Sam L. Clemmons vs. American Postal Workers Union, AFL-CIO, United States

of discrimination in the work place due to the Defendant's failure to follow and honor the proper procedures according to the hardcopy of facts according to the law. Resulting in an unjustified removal by the Defendant.

**Exhibit # 13:** Five pages of facts added to the exhibits provided by the Plaintiff to show any court or jury that proper attempts were performed to correct this fraudulent record according to the law. The Defendants refused to honor any submission entered by the Plaintiff or the Plaintiff's union representation. Resulting in fraudulent actions by the Defendant.

**Exhibit # 14:** Six pages of facts added to the exhibits that are in the record to show the courts or a jury that the Plaintiff's actions were justified, approved and should have been honored by the Defendant.

**Exhibit # 15:** Six pages of facts added to the exhibits that will show any court or a jury that every attempt was made by the Plaintiff, noble congressman, congresswoman to correct this illegal activity by the MSPB and the United States Postal Service. Communication received from the Defendant was fraudulent, misleading and is not justified according to the law in revealing the truth to a member of congress which make the Defendants to be in violation of many laws and ethical issues.

**Exhibit # 16:** One page of fact added to the exhibits that will show proof that such actions conducted by the MSPB and the USPS were not justified and has no merit.

**Exhibit # 17:** Two pages of facts added to the exhibits. These facts will show a change in the Plaintiff's craft and does not list the Plaintiff as such mail handler at the time of removal which should automatic justify that such action by the MSPB and the USPS is not proper and accordance with the law. The Plaintiff was promoted for good behavior and outstanding work performance but was still terminated from his post for reasons not justified.

**Exhibit # 18:** Forty-seven pages of the Code of Federal Regulations § 1200 - 1209. To show a court or jury the Board standard operation procedures in relation to accepting an appeal application, disqualifying a judge, places where such hearing is to be conducted and who is responsible for providing the appropriate hearing space. Upon reviewing all these sections in the regulation anyone can see that either the Board or the United States Postal service were willing to follow the law

Sam L. Clemmons vs. American Postal Workers Union, AFL-CIO, United States Postal Service and The Merit System Protection Board.

according to the policy and procedures. Therefore, Fraud does exist before the courts.

**Exhibits # 19:** These <u>four pages</u> facts of exhibits will show the court and a jury witness statements of illegal activity, unethical conduct on such fraudulent hearing date of February 4th, 1999.

**Exhibits # 20:** ~~Eight~~ NINE (ae) pages of redundant papers submitted for a waste cause due to the Board's fraudulent actions and administrating the law according to Code of Federal Regulations. These pages will show the court and a jury the proof by the Plaintiff warning and advising the Merit Protection Board in Washington, DC that such record is not accurate and complete. Now on the record in the docket there is alleged to be a fraudulent hearing tapes which is most likely cut and edited and does not reveal the full five hours as so stated in the witness' statements. This tape will contradict the Board's statements that both parties settled such matter outside the Board. If so, statement is true, where does the tape come into existence when hearing on the record was not proper?

These documents by the Board will contradict the Board's statement regarding a settlement agreement. If such settlement agreement was in place then why such settlement agreement was not settled on January 27, 1999? This contradiction as well should so signs conducted by the Board and the USPS as Fraud. ***(See the attached notice of removal, notice of removal officially stamped by the Board as of January 25, 1999 and the Settlement Offer presented on January 27, 1999 in Exhibit # 21)***

**Exhibit # 21:** <u>Seven pages</u> of facts to the record that will show the court and a jury that the Board lack jurisdiction base on the Board's legal date stamp on the documents.

**Exhibit # 22:** <u>Thirty-two pages</u> of facts that will counterattack the Defendant's counsel statement that every opportunity was given to resolve this matter within the six year time period the counsel has stated in her response on behalf of the Defendants to the courts. A court, judge or jury will see that every efforts to resolve this matter outside of the courts was exhausted. Therefore, these actions before the courts are justified with merit.

**Exhibit # 23:** <u>Six pages</u> of facts that will counterattack the Defendant's counsel statements that even Members of Congress intervene to correct the illegal activity by the Board and the United States Postal Service. All communication provided by both

were misleading, not accurate nor correct making both parties to be in violation of their own standard of conduct.

**Exhibit # 24:** Three pages of facts cut from the United States Postal Service's Employee Relation Conduct Manual. These pages will make them to be in violation of their own Policy and Procedures. Which should reveal and show anyone before the courts of serious issues or concern within the United States Postal Service and unethical conduct by both the Merit System Protection Board and the United States Postal Service.

**Exhibit # 25:** Four pages of facts from a federal investigation that will show the courts that the Plaintiff was not whom the Board and the United States Postal personnel tried to make the Plaintiff out to be. The Plaintiff was a very hard worker within the United States Postal Service and there is no record available in hard copy to show otherwise to justify this unethical removal, violation of the Plaintiff's EEOC rights, etc.

   Therefore, these pages of facts added to the exhibits. All these pages of facts will show communication to the record to proven that such response to the courts by the Defendant's counsel is not justified, accurate or correct and such communication is misleading and should not hold any merit toward the Defendant's counsel request to dismiss such lawsuit. These pages do show every pervious attempt to resolve, solve and prevent this lawsuit in the District Court for the District of Columbia. The award should be granted in whole ($300,000.00 entitlement of all back pay including lost of time and grade and $300,000.00 to cover all damages done due to employment discrimination and practices. Totaling the complete award amount against the Merit System Protection Board and not the United States Postal Service illegal activities to be **$600,000.00 after taxes**.

(End of Exhibits) Total of **204 pages** of facts added to the record as against the Defendant's counsel statements before the courts or jury.

_____
Plaintiff's Signature

Sam L. Clemmons vs. American Postal Workers Union, AFL-CIO, United States