**RONNIE SHOWS**
4TH DISTRICT, MISSISSIPPI

Committee on Transportation
and Infrastructure

Committee on Veterans' Affairs



SERVING RESIDENTS OF COUNTIES:
Adams   Amite   Copiah   Covington
Franklin   Hinds   Jefferson Davis
Jones   Lawrence   Lincoln   Marion
Pike   Simpson   Walthall   Wilkinson

# Congress of the United States
# House of Representatives
# Washington, D.C. 20515

August 13, 1999

Mr. Samuel Clemmons
438 North Mill Street
Jackson, MS  39202-3207

Dear Mr. Clemmons:

Thank you for your recent letter to my Washington office. Please be assured that I have taken a special interest in this matter. I have already contacted the Merit Systems Protection Board and requested that very careful consideration be given concerning your case.

Please feel free to contact me if you should need additional information or assistance.

Sincerely,

*Ronnie Shows*

RONNIE SHOWS
Member of Congress

RS:ld

Cannon Building
Washington, DC 20515
(202) 225-5865
(202) 225-5886 FAX
Ronnie.Shows@mail.house.gov

245 E. Capitol, Suite 222
Jackson, MS 39201
(601) 352-1355
(601) 352-9044 FAX

243 John R. Junkin Drive, Suite C
Natchez, MS 39120
(601) 446-8825
(601) 446-7250 FAX

728-1/2 Sawmill Road
Laurel, MS 39440
(601) 425-5257
(601) 425-5428 FAX

Printed on recycled paper.

**UNITED STATES POSTAL SERVICE**

U S ... SERVICE
... ...
... ... IRVING PARK ...
CHICAGO IL 60701-9511

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

CLEM933   606133026 1099 03  09/25/99
NOTIFY SENDER OF NEW ADDRESS
CLEMMONS SAMUEL
1533 RAYMOND RD #79
JACKSON MS 39204-4268

Mr. Samuel L. Clemmons
~~~~ n Clarendon Ave apt #305
Ill 60613-3201

### Earnings Statement 1

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 26 97 | 00762972 |

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | M 04 | 1099 | 320 | W | 4000 | 43960 |
| 2 | M 04 | 1099 | 320 | O | 11 | 181 |
| 2 | M 04 | 1099 | 320 | N | 2476 | 2352 |
| 2 | M 04 | 1099 | 320 | S | 797 | 2189 |
| 1 | M 04 | 1099 | 320 | W | 3900 | 42861 |
| 1 | M 04 | 1099 | 320 | N | 1992 | 1892 |
| FLSA | | | 4011 | | 07 | |

GROSS TO NET

|  | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 93442 | 93442 |
| FED TAXS0 | 12486 | 12486 |
| ST TAX ILS0 | 2803 | 2803 |
| RETIRE 8 | 695 | 695 |
| MEDICARE | 1355 | 1355 |
| SOSEC | 5793 | 5793 |

LEAVE STATUS — ANNUAL LEAVE: EARNED THIS YR 600; SICK LEAVE: EARNED THIS YR 300, BALANCE 300

NET PAY 703.10    USPS RETIREMENT .00

---

### Earnings Statement 2

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 01 98 | 00890086 |

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | M 04 | 1099 | 320 | W | 2400 | 26376 |
| 2 | M 04 | 1099 | 320 | N | 2181 | 2072 |
| 2 | M 04 | 1099 | 320 | S | 600 | 1648 |
| 1 | M 04 | 1099 | 320 | S | 788 | 2165 |
| 1 | M 04 | 1099 | 320 | W | 3188 | 35036 |
| 1 | M 04 | 1099 | 320 | O | 24 | 396 |
| 1 | M 04 | 1099 | 320 | N | 1988 | 1889 |
| | | | | L | 1200 | 13188 |

GROSS TO NET

|  | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 82770 | 82770 |
| FED TAXS0 | 00 | 00 |
| ST TAX ILS0 | 00 | 00 |
| RETIRE 8 | 597 | 597 |
| MEDICARE | 1200 | 1200 |
| UN H | 1250 | 1250 |
| SOSEC | 5132 | 5132 |

LEAVE STATUS — ANNUAL LEAVE: FROM PREV YR ; EARNED THIS YR 1100; SICK LEAVE: EARNED THIS YR 700, BALANCE 700

NET PAY 745.91    USPS RETIREMENT 6.95

---

### Earnings Statement 3

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 02 98 | 00071771 |

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | M 04 | 1099 | 320 | W | 2386 | 26222 |
| 2 | M 04 | 1099 | 320 | N | 2209 | 2099 |
| 1 | M 04 | 1099 | 320 | W | 3000 | 32970 |
| 1 | M 04 | 1099 | 320 | N | 2717 | 2581 |
| 1 | M 04 | 1099 | 320 | S | 600 | 1648 |

GROSS TO NET

|  | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 65520 | 148290 |
| FED TAXS0 | 00 | 00 |
| ST TAX ILS0 | 00 | 00 |
| RETIRE 8 | 474 | 1071 |
| MEDICARE | 950 | 2150 |
| UN H | 1250 | 2500 |
| INS12 | 430 | 430 |
| SOSEC | 4062 | 9194 |

LEAVE STATUS — ANNUAL LEAVE: FROM PREV YR 1100; EARNED THIS YR 400; SICK LEAVE: FROM PREV YR 700, EARNED THIS YR 200, BALANCE 900; LEAVE WITHOUT PAY: THIS PP 600, CUMULATIVE 600

NET PAY 583.54 NT BK    USPS RETIREMENT 6.95

### Earnings Statement 1

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 03 98 | 00070374 |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | M 04 | 1099 | 320 | W | 2988 | 32838 | GROSS PAY | 80883 | 229173 | FROM PREV YR | 1100 |
| 2 | M 04 | 1099 | 320 | N | 2731 | 2594 | FED TAX SO | 00 | 00 | EARNED THIS YR | 800 |
| 2 | M 04 | 1099 | 320 | S | 592 | 1626 | ST TAX ILSO | 00 | 00 | BAL | |
| 1 | M 04 | 1099 | 320 | S | 600 | 1648 | RETIRE 8 | 526 | 1597 | USED YR THIS PP | |
| 1 | M 04 | 1099 | 320 | W | 2400 | 26376 | MEDICARE | 1173 | 3323 | | |
| 1 | M 04 | 1099 | 320 | N | 2750 | 2613 | UN H | 1250 | 3750 | BALANCE | |
| 1 | M 04 | 1099 | 320 | H | 600 | 6594 | INS12 | 430 | 860 | SICK LEAVE | |
| | | | | L | 600 | 6594 | SOSEC | 5015 | 14209 | FROM PREV YR | 700 |
| | | | | | | | | | | EARNED THIS YR | 500 |
| | | | | | | | | | | BALANCE | 1200 |

LEAVE WITHOUT PAY CUMULATIVE 600

NET PAY 724.89 NT BK 6.95

### Earnings Statement 2

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 04 98 | 00072523 |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | M 04 | 1099 | 320 | W | 3174 | 34882 | GROSS PAY | 78450 | 307623 | FROM PREV YR | 1100 |
| 2 | M 04 | 1099 | 320 | N | 2755 | 2617 | FED TAX SO | 00 | 00 | EARNED THIS YR | 1300 |
| 2 | M 04 | 1099 | 320 | S | 646 | 1775 | ST TAX ILSO | 00 | 00 | BAL | |
| 1 | M 04 | 1099 | 320 | W | 3172 | 34860 | RETIRE 8 | 558 | 2155 | USED YR THIS PP | |
| 1 | M 04 | 1099 | 320 | N | 2814 | 2673 | MEDICARE | 1138 | 4461 | | |
| 1 | M 04 | 1099 | 320 | S | 598 | 1643 | UN H | 1250 | 5000 | BALANCE | |
| | | | | | | | INS12 | 430 | 1290 | SICK LEAVE | |
| | | | | | | | SOSEC | 4864 | 19073 | FROM PREV YR | 700 |
| | | | | | | | | | | EARNED THIS YR | 800 |
| | | | | | | | | | | BALANCE | 1500 |

LEAVE WITHOUT PAY CUMULATIVE 600

NET PAY 702.10 NT BK 6.95

### Earnings Statement 3

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 05 98 | 00071940 |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | M 04 | 1099 | 320 | W | 3092 | 33981 | GROSS PAY | 75160 | 382783 | FROM PREV YR | 1100 |
| 2 | M 04 | 1099 | 320 | N | 2828 | 2687 | FED TAX SO | 00 | 00 | EARNED THIS YR | 1800 |
| 2 | M 04 | 1099 | 320 | S | 609 | 1673 | ST TAX ILSO | 00 | 00 | BAL | |
| 1 | M 04 | 1099 | 320 | W | 2402 | 26398 | RETIRE 8 | 536 | 2691 | USED YR THIS PP | |
| 1 | M 04 | 1099 | 320 | N | 2143 | 2036 | MEDICARE | 929 | 5390 | | |
| 1 | M 04 | 1099 | 320 | S | 652 | 1791 | UN H | 1250 | 6250 | BALANCE | |
| | | | | L | 600 | 6594 | INS12 | 430 | 1720 | SICK LEAVE | |
| | | | | | | | HP102 | 11050 | 11050 | FROM PREV YR | 700 |
| | | | | | | | SOSEC | 3974 | 23047 | EARNED THIS YR | 1100 |
| | | | | | | | | | | BALANCE | 1800 |

LEAVE WITHOUT PAY CUMULATIVE 600

NET PAY 569.91 NT BK 6.95

## Earnings Statement 1 — Pay Period 06 98

| 349 | 16-3875 | S L CLEMMONS | | | | 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 | 06 98 | 00072189 |
|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | | LEAVE STATUS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE | | |
| 2 | M 04 | 1099 | 320 | W | 3088 | 33937 | GROSS PAY 75124 | 457907 | FROM PREV YR | | 1100 |
| 2 | M 04 | 1099 | 320 | N | 2803 | 2663 | FED TAX SO 00 | 00 | EARNED | THIS YR | 2300 |
| 2 | M 04 | 1099 | 320 | S | 620 | 1703 | ST TAX ILSO 00 | 00 | | BAL | 3400 |
| 1 | M 04 | 1099 | 320 | W | 2409 | 26475 | RETIRE 8  536 | 3227 | USED | YR | |
| 1 | M 04 | 1099 | 320 | N | 2188 | 2079 | MEDICARE 929 | 6319 | THIS | PP | |
| 1 | M 04 | 1099 | 320 | S | 609 | 1673 | UN H  1250 | 7500 | BALANCE | | 3400 |
| | | | | L | 600 | 6594 | INS1Z  430 | 2150 | SICK LEAVE | | |
| | | | | | | | HP102  11050 | 22100 | FROM PREV YR | | 700 |
| | | | | | | | SOSEC  3973 | 27020 | EARNED THIS YR | | 1400 |
| | | | | | | | | | USED | YR | 600 |
| | | | | | | | | | THIS | PP | 600 |
| | | | | | | | | | BALANCE | | 1500 |
| | | | | | | | | | LEAVE WITHOUT PAY | | |
| | | | | | | | | | THIS PP | | |
| | | | | | | | | | CUMULATIVE | | 600 |
| | | | | | | | | | BOND DATA | | |
| | | | | | | | | | UNAPPL BAL | | |
| | | | | | | | | | NO. ISSUED | | |
| | | | | | | | | | USPS RETIREMENT | | |

NET PAY    569.56   NT BK                                              6.95

---

## Earnings Statement 2 — Pay Period 07 98

| 349 | 16-3875 | S L CLEMMONS | | | | 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 | 07 98 | 00073376 |
|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | | LEAVE STATUS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE | | |
| 2 | M 04 | 1107 | 320 | W | 2953 | 32690 | GROSS PAY 75686 | 533593 | FROM PREV YR | | 1100 |
| 2 | M 04 | 1107 | 320 | N | 2717 | 2581 | FED TAX SO 00 | 00 | EARNED | THIS YR | 2700 |
| 2 | M 04 | 1107 | 320 | S | 613 | 1696 | ST TAX ILSO 00 | 00 | | BAL | 3800 |
| 1 | M 04 | 1107 | 320 | W | 3102 | 34359 | RETIRE 8  536 | 3763 | USED | YR | |
| 1 | M 04 | 1107 | 320 | N | 2825 | 2684 | MEDICARE 937 | 7256 | THIS | PP | |
| 1 | M 04 | 1107 | 320 | S | 613 | 1696 | UN H  1250 | 8750 | BALANCE | | 3800 |
| | | | | | | | INS1Z  430 | 2580 | SICK LEAVE | | |
| | | | | | | | HP102  11050 | 33150 | FROM PREV YR | | 700 |
| | | | | | | | HT102  00 | 22100 | EARNED THIS YR | | 1700 |
| | | | | | | | SOSEC  4007 | 31027 | USED | YR | 600 |
| | | | | | | | | | THIS | PP | |
| | | | | | | | | | BALANCE | | 1800 |
| | | | | | | | | | LEAVE WITHOUT PAY | | |
| | | | | | | | | | THIS PP | | |
| | | | | | | | | | CUMULATIVE | | 600 |
| | | | | | | | | | BOND DATA | | |
| | | | | | | | | | UNAPPL BAL | | |
| | | | | | | | | | NO. ISSUED | | |
| | | | | | | | | | USPS RETIREMENT | | |

CONTRACTUAL INCREASE
ADJ FOR 0198 PROCESSED    NET PAY    574.76   NT BK                    6.95

---

## Earnings Statement 3 — Pay Period 08 98

| 349 | 16-3875 | S L CLEMMONS | | | | 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 | 08 98 | 00072520 |
|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | | LEAVE STATUS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE | | |
| 2 | M 04 | 1107 | 320 | W | 2987 | 33066 | GROSS PAY 75947 | 609540 | FROM PREV YR | | 1100 |
| 2 | M 04 | 1107 | 320 | N | 2772 | 2633 | FED TAX SO 00 | 00 | EARNED | THIS YR | 3200 |
| 2 | M 04 | 1107 | 320 | S | 568 | 1572 | ST TAX ILSO 00 | 00 | | BAL | 4300 |
| 1 | M 04 | 1107 | 320 | W | 3099 | 34306 | RETIRE 8  539 | 4302 | USED | YR | |
| 1 | M 04 | 1107 | 320 | N | 2812 | 2671 | MEDICARE 941 | 8197 | THIS | PP | |
| 1 | M 04 | 1107 | 320 | S | 614 | 1699 | UN H  1250 | 10000 | BALANCE | | 4300 |
| | | | | | | | INS1Z  430 | 3010 | SICK LEAVE | | |
| | | | | | | | HP102  11050 | 44200 | FROM PREV YR | | 700 |
| | | | | | | | HT102  00 | 22100 | EARNED THIS YR | | 2100 |
| | | | | | | | SOSEC  4024 | 35051 | USED | YR | 600 |
| | | | | | | | | | THIS | PP | |
| | | | | | | | | | BALANCE | | 2200 |
| | | | | | | | | | LEAVE WITHOUT PAY | | |
| | | | | | | | | | THIS PP | | |
| | | | | | | | | | CUMULATIVE | | 600 |
| | | | | | | | | | BOND DATA | | |
| | | | | | | | | | UNAPPL BAL | | |
| | | | | | | | | | NO. ISSUED | | |
| | | | | | | | | | USPS RETIREMENT | | |

NET PAY    577.13   NT BK                                              6.95

Case 1:06-cv-00115-RCL   Document 24-3   Filed 05/25/2006   Page 6 of 11

### Pay Period 09-98 (Serial 00073053)

| 349 | 16-3875 | S L CLEMMONS | | | | | 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 | 09 98 | 00073053 |
|---|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |

| DETAIL EARNINGS | | | | | | | GROSS TO NET | | LEAVE STATUS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE | |
| 2 | M 04 | 1107 | 320 | W | 3087 | 34173 | GROSS PAY | 75854 | 685394 | FROM PREV YR | 1100 |
| 2 | M 04 | 1107 | 320 | N | 2798 | 2658 | FED TAX SO | 00 | 00 | EARNED THIS YR | 3700 |
| 2 | M 04 | 1107 | 320 | S | 614 | 1699 | ST TAX ILSO | 00 | 00 | BAL | 4800 |
| 1 | M 04 | 1107 | 320 | W | 2990 | 33099 | RETIRE 8 | 538 | 4840 | USED YR | |
| 1 | M 04 | 1107 | 320 | N | 2717 | 2581 | MEDICARE | 940 | 9137 | THIS PP | |
| 1 | M 04 | 1107 | 320 | S | 594 | 1644 | UN H | 1250 | 11250 | BALANCE | 4800 |
| | | | | | | | INS1Z | 430 | 3440 | SICK LEAVE | |
| | | | | | | | HP102 | 11050 | 55250 | FROM PREV YR | 700 |
| | | | | | | | HT102 | 00 | 22100 | EARNED THIS YR | 2400 |
| | | | | | | | SOSEC | 4018 | 39069 | USED YR | 600 |
| | | | | | | | | | | THIS PP | |
| | | | | | | | | | | BALANCE | 2500 |
| | | | | | | | | | | LEAVE WITHOUT PAY | |
| | | | | | | | | | | THIS PP | |
| | | | | | | | | | | CUMULATIVE | 600 |
| | | | | | | | | | | BOND DATA | |
| | | | | | | | | | | UNAPPL BAL | |
| | | | | | | | | | | NO. ISSUED | |
| | | | | | | NET PAY | 576.28 | NT BK | USPS RETIREMENT | 6.95 |

### Pay Period 10-98 (Serial 00072659)

| 349 | 16-3875 | S L CLEMMONS | | | | | 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 | 10 98 | 00072659 |
|---|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |

| DETAIL EARNINGS | | | | | | | GROSS TO NET | | LEAVE STATUS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE | |
| 2 | M 04 | 1107 | 320 | W | 3127 | 34616 | GROSS PAY | 121235 | 806629 | FROM PREV YR | 1100 |
| 2 | M 04 | 1107 | 320 | N | 2798 | 2658 | FED TAX SO | 00 | 12302 | EARNED THIS YR | 4100 |
| 2 | M 04 | 1107 | 320 | S | 616 | 1705 | ST TAX ILSO | 00 | 00 | BAL | 5200 |
| 1 | M 04 | 1107 | 320 | W | 3076 | 34051 | RETIRE 8 | 549 | 5389 | USED YR | |
| 1 | M 04 | 1107 | 320 | N | 2715 | 2579 | MEDICARE | 961 | 10735 | THIS PP | |
| 1 | M 04 | 1107 | 320 | S | 610 | 1688 | UN H | 1250 | 12500 | BALANCE | 5200 |
| | | | ADJ | | | 43938 | INS1Z | 430 | 3870 | SICK LEAVE | |
| | | | | | | | HP102 | 11050 | 66300 | FROM PREV YR | 700 |
| | | | | | | | HT102 | 00 | 22100 | EARNED THIS YR | 2700 |
| | | | | | | | FED | 12302 | ADJUST | USED YR | 600 |
| | | | | | | | MEDIC | 637 | ADJUST | THIS PP | |
| | | | | | | | SOSEC | 2724 | ADJUST | BALANCE | 2800 |
| | | | | | | | SOSEC | 4107 | 45900 | LEAVE WITHOUT PAY | |
| | | | | | | | | | | THIS PP | |
| | | | | | | | | | | CUMULATIVE | 600 |
| | | | | | | | | | | BOND DATA | |
| | | | | | | | | | | UNAPPL BAL | |
| | | | | | | | | | | NO. ISSUED | |
| GRIEVANCE PAYMENT INCL | | | | | | | NET PAY | 872.25 | NT BK | USPS RETIREMENT | 6.95 |

### Pay Period 11-98 (Serial 00067425)

| 349 | 16-3875 | S L CLEMMONS | | | | | 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 | 11 98 | 00067425 |
|---|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |

| DETAIL EARNINGS | | | | | | | GROSS TO NET | | LEAVE STATUS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE | |
| 1 | M 04 | 1107 | 320 | W | 3331 | 36874 | GROSS PAY | 78596 | 885225 | FROM PREV YR | 1100 |
| 1 | M 04 | 1107 | 320 | O | 322 | 5346 | FED TAX SO | 00 | 12302 | EARNED THIS YR | 4600 |
| 1 | M 04 | 1107 | 320 | N | 3333 | 3166 | ST TAX ILSO | 00 | 00 | BAL | 5700 |
| | | | | L | 3000 | 33210 | RETIRE 8 | 561 | 5950 | USED YR | 2400 |
| | | | | | | | MEDICARE | 979 | 11714 | THIS PP | 2400 |
| | | | | | | | UN H | 1250 | 13750 | BALANCE | 3300 |
| | | | | | | | INS1Z | 430 | 4300 | SICK LEAVE | |
| | | | | | | | HP102 | 11050 | 77350 | FROM PREV YR | 700 |
| | | | | | | | HT102 | 00 | 22100 | EARNED THIS YR | 3000 |
| | | | | | | | SOSEC | 4188 | 50088 | USED YR | 1200 |
| | | | | | | | | | | THIS PP | 600 |
| | | | | | | | | | | BALANCE | 2500 |
| | | | | | | | | | | LEAVE WITHOUT PAY | |
| | | | | | | | | | | THIS PP | 600 |
| | | | | | | | | | | CUMULATIVE | 1200 |
| | | | | | | | | | | BOND DATA | |
| | | | | | | | | | | UNAPPL BAL | |
| | | | | | | | | | | NO. ISSUED | |
| | | | | | | NET PAY | 601.38 | NT BK | USPS RETIREMENT | 6.95 |

## Earnings Statement 1

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 12 98 | 00020541 |

### Detail Earnings

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | M 04 | 1107 | 320 | S | 15 14 | 41 90 |
| 2 | M 04 | 1107 | 320 | W | 21 14 | 234 02 |
| 2 | M 04 | 1107 | 320 | O | 10 | 1 66 |
| 2 | M 04 | 1107 | 320 | N | 19 02 | 18 07 |
|   |   |   |   | L | 36 00 | 398 52 |

### Gross To Net

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 694 17 | 9546 42 |
| FED TAXSO | 00 | 123 02 |
| ST TAX ILSO | 00 | 00 |
| RETIRE 8 | 5 06 | 64 56 |
| MEDICARE | 8 47 | 125 61 |
| UN H | 12 50 | 150 00 |
| INS12 | 4 30 | 47 30 |
| HP102 | 110 50 | 884 00 |
| HT102 | 00 | 221 00 |
| SOSEC | 36 19 | 537 07 |

### Leave Status

**Annual Leave**
- FROM PREV YR: 11 00
- EARNED THIS YR: 51 00
- BAL: 62 00
- USED YR: 54 00
- USED THIS PP: 30 00
- BALANCE: 8 00

**Sick Leave**
- FROM PREV YR: 7 00
- EARNED THIS YR: 33 00
- USED YR: 12 00
- USED THIS PP: 
- BALANCE: 28 00

**Leave Without Pay**
- THIS PP: 6 00
- CUMULATIVE: 18 00

**Bond Data**
- UNAPPL BAL:
- NO. ISSUED:

NET PAY    517.15    NT BK    USPS RETIREMENT    6.95

---

## Earnings Statement 2

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 13 98 | 00073087 |

### Detail Earnings

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | M 04 | 1107 | 320 | W | 30 00 | 332 10 |
| 2 | M 04 | 1107 | 320 | N | 26 27 | 24 96 |
| 2 | M 04 | 1107 | 320 | S | 5 98 | 16 55 |
| 1 | M 04 | 1107 | 320 | W | 30 36 | 336 09 |
| 1 | M 04 | 1107 | 320 | N | 27 26 | 25 90 |
| 1 | M 04 | 1107 | 320 | S | 6 53 | 18 07 |

### Gross To Net

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 753 67 | 10300 09 |
| FED TAXSO | 00 | 123 02 |
| ST TAX ILSO | 00 | 00 |
| RETIRE 8 | 5 35 | 69 91 |
| MEDICARE | 9 32 | 134 93 |
| UN H | 12 50 | 162 50 |
| INS12 | 4 30 | 51 60 |
| HP102 | 110 50 | 994 50 |
| HT102 | 00 | 221 00 |
| SOSEC | 39 88 | 576 95 |

### Leave Status

**Annual Leave**
- FROM PREV YR: 11 00
- EARNED THIS YR: 55 00
- BAL: 66 00
- USED YR: 54 00
- USED THIS PP:
- BALANCE: 12 00

**Sick Leave**
- FROM PREV YR: 7 00
- EARNED THIS YR: 36 00
- USED YR: 12 00
- USED THIS PP:
- BALANCE: 31 00

**Leave Without Pay**
- THIS PP:
- CUMULATIVE: 18 00

**Bond Data**
- UNAPPL BAL:
- NO. ISSUED:

NET PAY    571.82    NT BK    USPS RETIREMENT    6.95

---

## Earnings Statement 3

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 14 98 | 00028069 |

### Detail Earnings

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | M 04 | 1107 | 320 | W | 25 16 | 278 52 |
| 2 | M 04 | 1107 | 320 | N | 22 64 | 21 51 |
| 2 | M 04 | 1107 | 320 | S | 6 16 | 17 05 |
| 1 | M 04 | 1107 | 320 | W | 24 38 | 269 89 |
| 1 | M 04 | 1107 | 320 | N | 21 79 | 20 70 |
| 1 | M 04 | 1107 | 320 | S | 6 38 | 17 65 |
|   |   |   |   | L | 12 00 | 132 84 |

### Gross To Net

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 758 16 | 11058 25 |
| FED TAXSO | 00 | 123 02 |
| ST TAX ILSO | 00 | 00 |
| RETIRE 8 | 5 45 | 75 36 |
| MEDICARE | 9 39 | 144 32 |
| UN H | 12 50 | 175 00 |
| INS12 | 4 30 | 55 90 |
| HP102 | 110 50 | 1105 00 |
| HT102 | 00 | 221 00 |
| SOSEC | 40 15 | 617 10 |

### Leave Status

**Annual Leave**
- FROM PREV YR: 11 00
- EARNED THIS YR: 60 00
- BAL: 71 00
- USED YR: 60 00
- USED THIS PP: 6 00
- BALANCE: 11 00

**Sick Leave**
- FROM PREV YR: 7 00
- EARNED THIS YR: 39 00
- USED YR: 18 00
- USED THIS PP: 6 00
- BALANCE: 28 00

**Leave Without Pay**
- THIS PP:
- CUMULATIVE: 18 00

**Bond Data**
- UNAPPL BAL:
- NO. ISSUED:

NET PAY    575.87    NT BK    USPS RETIREMENT    6.95

### Statement 1

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 15 98 | 00072157 |

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | M 04 | 1107 | 320 | W | 4000 | 44280 |
| 2 | M 04 | 1107 | 320 | N | 3261 | 3098 |
| 2 | M 04 | 1107 | 320 | S | 1597 | 4419 |
| 1 | M 04 | 1107 | 320 | H | 600 | 6642 |
| 1 | M 04 | 1107 | 320 | S | 1600 | 4428 |
| 1 | M 04 | 1107 | 320 | W | 3100 | 34317 |
| 1 | M 04 | 1107 | 320 | O | 102 | 1694 |
| 1 | M 04 | 1107 | 320 | N | 3176 | 3017 |
|   |   |   |   | L | 600 | 6642 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 108537 | 1214362 |
| FED TAX SO | 00 | 12302 |
| ST TAX ILSO | 00 | 00 |
| RETIRE 8 | 682 | 8218 |
| MEDICARE | 1414 | 15846 |
| UN H | 1250 | 18750 |
| INS1Z | 430 | 6020 |
| HP102 | 11050 | 121550 |
| HT102 | 00 | 22100 |
| SOSEC | 6044 | 67754 |

LEAVE STATUS — ANNUAL LEAVE

| FROM PREV YR | 1100 |
| EARNED THIS YR | 6600 |
| BAL | 7700 |
| USED YR | 6000 |
| THIS PP |  |
| BALANCE | 1700 |

SICK LEAVE

| FROM PREV YR | 700 |
| EARNED THIS YR | 4300 |
| USED YR | 1800 |
| THIS PP |  |
| BALANCE | 3200 |

LEAVE WITHOUT PAY

| THIS PP | 300 |
| CUMULATIVE | 2100 |

BOND DATA — UNAPPL BAL / NO. ISSUED

NET PAY    876.67   NT BK    USPS RETIREMENT   6.95

---

### Statement 2

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 16 98 | 00020873 |

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | M 04 | 1107 | 320 | W | 1200 | 13284 |
| 2 | M 04 | 1107 | 320 | N | 1100 | 1045 |
| 2 | M 04 | 1107 | 320 | S | 800 | 2214 |
| 1 | M 04 | 1107 | 320 | W | 3880 | 42952 |
| 1 | M 04 | 1107 | 320 | O | 27 | 448 |
| 1 | M 04 | 1107 | 320 | N | 3443 | 3271 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 63214 | 1277576 |
| FED TAX SO | 00 | 12302 |
| ST TAX ILSO | 00 | 00 |
| RETIRE 8 | 450 | 8668 |
| MEDICARE | 756 | 16602 |
| UN H | 1250 | 20000 |
| INS1Z | 430 | 6450 |
| HP102 | 11050 | 132600 |
| HT102 | 00 | 22100 |
| SOSEC | 3235 | 70989 |

ANNUAL LEAVE

| FROM PREV YR | 1100 |
| EARNED THIS YR | 7000 |
| BAL | 8100 |
| USED YR | 6000 |
| THIS PP |  |
| BALANCE | 2100 |

SICK LEAVE

| FROM PREV YR | 700 |
| EARNED THIS YR | 4500 |
| USED YR | 1800 |
| THIS PP |  |
| BALANCE | 3400 |

LEAVE WITHOUT PAY

| THIS PP | 120 |
| CUMULATIVE | 2220 |

NET PAY    460.43   NT BK    USPS RETIREMENT   6.95

---

### Statement 3

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | 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 | 17 98 | 00066633 |

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | M 04 | 1107 | 320 | W | 3019 | 33420 |
| 2 | M 04 | 1107 | 320 | N | 2728 | 2592 |
| 2 | M 04 | 1107 | 320 | S | 649 | 1796 |
| 1 | M 04 | 1107 | 320 | W | 3131 | 34660 |
| 1 | M 04 | 1107 | 320 | N | 2832 | 2690 |
| 1 | M 04 | 1107 | 320 | S | 629 | 1741 |
|   |   |   |   | L | 134 | 1483 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 78382 | 1355958 |
| FED TAX SO | 00 | 12302 |
| ST TAX ILSO | 00 | 00 |
| RETIRE 8 | 557 | 9225 |
| MEDICARE | 976 | 17578 |
| UN H | 1250 | 21250 |
| INS1Z | 430 | 6880 |
| HP102 | 11050 | 143650 |
| HT102 | 00 | 22100 |
| SOSEC | 4174 | 75163 |

ANNUAL LEAVE

| FROM PREV YR | 1100 |
| EARNED THIS YR | 7500 |
| BAL | 8600 |
| USED YR | 6134 |
| THIS PP | 134 |
| BALANCE | 2466 |

SICK LEAVE

| FROM PREV YR | 700 |
| EARNED THIS YR | 4900 |
| USED YR | 1800 |
| THIS PP |  |
| BALANCE | 3800 |

LEAVE WITHOUT PAY

| THIS PP |  |
| CUMULATIVE | 2220 |

NET PAY    599.45   NT BK    USPS RETIREMENT   6.95

Case 1:06-cv-00415-RCL  Document 24-3  Filed 05/23/2008  Page 9 of 11

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | | | | | 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 | | 00069177 | |
| DETAIL EARNINGS | | | | | | | GROSS TO NET | | LEAVE STATUS | |
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE |
| 2 | M 04 | 1107 | 320 | S | 598 | 1655 | GROSS PAY | 43585 | 1399543 | FROM PREV YR 1100 |
| 2 | M 04 | 1107 | 320 | W | 600 | 6642 | FED TAX SO | 00 | 12302 | EARNED THIS YR 7800 |
| 2 | M 04 | 1107 | 320 | N | 548 | 521 | ST TAX ILSO | 00 | 00 | BAL 8900 |
| 1 | M 04 | 1107 | 320 | W | 1800 | 19926 | RETIRE 8 | 319 | 9544 | USED YR 7334 |
| 1 | M 04 | 1107 | 320 | N | 1639 | 1557 | MEDICARE | 472 | 18050 | THIS PP 1200 |
| | | | | L | 1200 | 13284 | UN H | 1250 | 22500 | BALANCE 1566 |
| | | | | | | | TSP $ | 3985 | 3985 | SICK LEAVE |
| | | | | | | | G100 | 3985 | 3985 | FROM PREV YR 700 |
| | | | | | | | INS1Z | 430 | 7310 | EARNED THIS YR 5000 |
| | | | | | | | HP102 | 11050 | 154700 | USED YR 1800 |
| | | | | | | | HT102 | 00 | 22100 | THIS PP |
| | | | | | | | SOSEC | 2017 | 77180 | BALANCE 3900 |
| | | | | | | | | | | LEAVE WITHOUT PAY |
| | | | | | | | | | | THIS PP 2400 |
| | | | | | | | | | | CUMULATIVE 4620 |
| | | | | | | | | | | BOND DATA |
| | | | | | | | | | | UNAPPL BAL |
| | | | | | | | | | | NO. ISSUED |
| | | | | | | | | | | USPS RETIREMENT |
| | | | | | | NET PAY | 240.62 | NT BK | 6.95 |

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | | | | | 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 | 19 98 | 00069054 | |
| DETAIL EARNINGS | | | | | | | GROSS TO NET | | LEAVE STATUS | |
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE |
| 2 | M 04 | 1107 | 320 | S | 600 | 1660 | GROSS PAY | 79737 | 1479280 | FROM PREV YR 1100 |
| 2 | M 04 | 1107 | 320 | W | 2476 | 27409 | FED TAX SO | 00 | 12302 | EARNED THIS YR 8200 |
| 2 | M 04 | 1107 | 320 | N | 2745 | 2608 | ST TAX ILSO | 00 | 00 | BAL 9300 |
| 2 | M 04 | 1107 | 320 | W | 600 | 6642 | RETIRE 8 | 538 | 10082 | USED YR 8534 |
| 1 | M 04 | 1107 | 320 | W | 1800 | 19926 | MEDICARE | 996 | 19046 | THIS PP 1200 |
| 1 | M 04 | 1107 | 320 | N | 1648 | 1566 | UN H | 1250 | 23750 | BALANCE 766 |
| | | | | L | 1800 | 19926 | TSP $ | 5000 | 8985 | SICK LEAVE |
| | | | | | | | G100 | 5000 | 8985 | FROM PREV YR 700 |
| | | | | | | | INS1Z | 430 | 7740 | EARNED THIS YR 5300 |
| | | | | | | | HP102 | 11050 | 165750 | USED YR 1800 |
| | | | | | | | HT102 | 00 | 22100 | THIS PP |
| | | | | | | | SOSEC | 4259 | 81439 | BALANCE 4200 |
| | | | | | | | | | | LEAVE WITHOUT PAY |
| | | | | | | | | | | THIS PP |
| | | | | | | | | | | CUMULATIVE 4620 |
| | | | | | | | | | | BOND DATA |
| | | | | | | | | | | UNAPPL BAL |
| | | | | | | | | | | NO. ISSUED |
| | | | | | | | | | | USPS RETIREMENT |
| | | | | | | NET PAY | 562.14 | NT BK | 6.95 |

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|
| 349 | 16-3875 | S L CLEMMONS | | | | | 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 | 20 98 | 00069463 | |
| DETAIL EARNINGS | | | | | | | GROSS TO NET | | LEAVE STATUS | |
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE |
| 2 | M 04 | 1117 | 320 | W | 2400 | 26808 | GROSS PAY | 75050 | 1554330 | FROM PREV YR 1100 |
| 2 | M 04 | 1117 | 320 | N | 2196 | 2086 | FED TAX SO | 00 | 12302 | EARNED THIS YR 8700 |
| 2 | M 04 | 1117 | 320 | S | 597 | 1667 | ST TAX ILSO | 00 | 00 | BAL 9800 |
| 1 | M 04 | 1117 | 320 | W | 3000 | 33510 | RETIRE 8 | 536 | 10618 | USED YR 9134 |
| 1 | M 04 | 1117 | 320 | N | 2739 | 2602 | MEDICARE | 928 | 19974 | THIS PP 600 |
| 1 | M 04 | 1117 | 320 | S | 600 | 1675 | UN H | 1250 | 25000 | BALANCE 666 |
| | | | | L | 600 | 6702 | TSP $ | 5000 | 13985 | SICK LEAVE |
| | | | | | | | G100 | 5000 | 13985 | FROM PREV YR 700 |
| | | | | | | | INS1Z | 430 | 8170 | EARNED THIS YR 5600 |
| | | | | | | | HP102 | 11050 | 176800 | USED YR 1800 |
| | | | | | | | HT102 | 00 | 22100 | THIS PP |
| | | | | | | | SOSEC | 3968 | 85407 | BALANCE 4500 |
| | | | | | | | | | | LEAVE WITHOUT PAY |
| | | | | | | | | | | THIS PP |
| | | | | | | | | | | CUMULATIVE 4620 |
| | | | | | | | | | | BOND DATA |
| | | | | | | | | | | UNAPPL BAL |
| | | | | | | | | | | NO. ISSUED |
| | | | | | | | | | | USPS RETIREMENT |

CONTRACTUAL INCREASE

NET PAY 518.88 6.95



| PAYLOC | FINANCE NO | EMPLOYEE NAME | SOCIAL SECURITY NO | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 125 | 16-3875 | S L CLEMMONS | 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 | 21 98 | 00069990 |

| WK | RSC/LEV | RATE | O | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | P 05 | 1361 | 410 | W | 04 | 54 |
| 2 | P 05 | 1361 | 410 | O | 196 | 3847 |
| 2 | P 05 | 1361 | 410 | S | 04 | 13 |
| 2 | P 04 | 1287 | 410 | W | 3979 | 51210 |
| 2 | P 04 | 1287 | 410 | O | 15 | 278 |
| 2 | P 04 | 1287 | 410 | N | 3261 | 3565 |
| 2 | P 04 | 1287 | 410 | S | 796 | 2462 |
| 1 | P 04 | 1287 | 410 | W | 4000 | 51480 |
| 1 | P 04 | 1287 | 410 | O | 704 | 13067 |
| 1 | P 04 | 1287 | 410 | N | 3895 | 4285 |
| 1 | P 04 | 1287 | 410 | S | 1597 | 4940 |
| | ADJ | | | | 1133 | 6977 |
| INSURANCE INCOME | | | | | 46 | |
| FLSA | | | | | 8898 | 688 |

ADJ FOR 1698 PROCESSED

| GROSS TO DATE | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 142866 | 169796 |
| FED TAX SO | 00 | 12302 |
| ST TAX ILSO | 00 | 00 |
| RETIRE 8 | 822 | 11492 |
| MEDICARE | 1811 | 21886 |
| UN H | 1250 | 26250 |
| INS12 | 590 | 8760 |
| MLTCR | 1000 | 1000 |
| TSP 1 | 5000 | 18985 |
| G101 | 5000 | 18985 |
| HP102 | 11050 | 187850 |
| HT102 | 00 | 2210 |
| MEDIC | 101 | ADJUST |
| RET | 52 | ADJUST |
| SOSEC | 433 | ADJUST |
| SOSEC | 7742 | 93582 |

| LEAVE STATUS | | |
|---|---|---|
| ANNUAL LEAVE | | |
| FROM PREV YR | | 1100 |
| EARNED THIS YR | | 9400 |
| BAL | | 10500 |
| USED YR | | 9134 |
| THIS PP | | |
| BALANCE | | 1366 |
| SICK LEAVE | | |
| FROM PREV YR | | 700 |
| EARNED THIS YR | | 6100 |
| USED YR | | 1800 |
| THIS PP | | |
| BALANCE | | 5000 |
| LEAVE WITHOUT PAY | | |
| THIS PP | | |
| CUMULATIVE | | 4620 |
| BOND DATA | | |
| UNAPPL BAL | | |
| NO. ISSUED | | |
| USPS RETIREMENT | | 6.95 |

NET PAY    1040.15 NT BK

EARNINGS STATEMENT  PS FORM 1223-B, JUNE 1985

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 125 | 16-3875 | S L CLEMMONS | 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 | 25 98 | 00068619 |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | | LEAVE STATUS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE | |
| 2 | P 05 | 1361 | 410 | W | 60 | 817 | GROSS PAY | 134284 | 217672 | FROM PREV YR | 1100 |
| 2 | P 05 | 1361 | 410 | N | 60 | 70 | FED TAX S0 | 00 | 12302 | EARNED THIS YR | 12000 |
| 2 | P 04 | 1287 | 410 | W | 3954 | 50651 | ST TAX IL S0 | 00 | 00 | BAL | 13100 |
| 2 | P 04 | 1287 | 410 | O | 142 | 2636 | RETIRE 8 | 823 | 14769 | USED YR | 10734 |
| 2 | P 04 | 1287 | 410 | N | 3293 | 3622 | MEDICARE | 1787 | 28201 | THIS PP | |
| 2 | P 04 | 1287 | 410 | S | 800 | 2475 | UN H | 1250 | 31250 | BALANCE | 2366 |
| 1 | P 04 | 1287 | 410 | W | 4000 | 51480 | INS12 | 590 | 11120 | SICK LEAVE | |
| 1 | P 04 | 1287 | 410 | O | 818 | 15183 | MLTCR | 10000 | 50000 | FROM PREV YR | 700 |
| 1 | P 04 | 1287 | 410 | N | 3875 | 4263 | TSP 8 | 5000 | 38985 | EARNED THIS YR | 7800 |
| 1 | P 04 | 1287 | 410 | S | 799 | 2472 | G100 | 5000 | 38985 | USED YR | 2600 |
| INSURANCE INCOME | | | | | 46 | | HP102 | 11050 | 232050 | THIS PP | |
| | | | | | | | HT102 | 00 | 22100 | BALANCE | 5900 |
| | | | | | | | SOSEC | 7643 | 120584 | LEAVE WITHOUT PAY | |
| | | | | | | | | | | THIS PP | |
| | | | | | | | | | | CUMULATIVE | 4620 |
| | | | | | | | | | | BOND DATA | |
| | | | | | | | | | | UNAPPL BAL | |
| | FLSA | | | | 8954 | 635 | | | | NO. ISSUED | |
| | | | | | | | | | | USPS RETIREMENT | 6.95 |

NET PAY      961.41 NT BK

EAGAN MN 55121-9640

DATE 12-11-1998

00068619

SAMUEL L CLEMMONS