(81)

| NAME OF EMPLOYEE OR NO. OF EMPLOYEES | | DATE 10/5/98 | |
|---|---|---|---|
| Closing vs Sitton | | | |
| SOCIAL SECURITY NUMBER | | SUPERVISOR'S INITIALS | TIME |
| LEAVE UNIT ▶ | | D.C. | 06:40 |
| ARRIVE ▶ | | K.R. | 06:45 |
| LEAVE ▶ | | K.R. | 07:35 a.m. |
| RETURN TO UNIT ▶ | | | |
| ☐ STEWARD'S DUTY TIME    ☒ MEETING TIME    ☐ OTHER TIME | | | |
| REASON FOR ABSENCE   UNION BUSINESS | | | |

SEE REVERSE SIDE FOR INSTRUCTIONS
PS Form 7020, Jul. 1978 — AUTHORIZED ABSENCE FROM WORKROOM FLOOR

---

**P 407 703 904**

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: Manager of Operation
ATTN: William Ochab
Street & Number: 11560 W. Irving Park Rd
Post Office, State, & ZIP Code: Chicago, IL 60201-5777

| Postage | $ 3.00 |
|---|---|
| Certified Fee | 1.35 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.10 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 5.45 |
| Postmark or Date | |

PS Form 3800, April 1995

---

[Domestic Return Receipt — PS Form 3811, December 1994]
SENDER: ...
3. Article Addressed to: Manager of Operation, Mr. William Ochab, Irving Park Facility, 11560 W. Irving Park Rd, Chicago, IL 60201-9997
4a. Article Number: P 407 703 904
4b. Service Type: ☒ Certified
5. Received By: (illegible)
6. Signature: X (illegible) 10/5/98

---

*** Exhibit #7, Support Document **
Showing contact with Union Rep &
Mailing respond back to Manager of Operation, William Ochab
My response is after this document with the entitlement of
this package of support documents.

On May 14, 2005

I verified the attached number on such piece of paper Keith Robinson gave me on October 8th, 1998 at 7:35 a.m. as listed on postal form 7020. It was Mr. Keith Robinson who initial took the complaint when all of this first happen and I advised him of the situation and he further advised me that there was so many others including himself were suspects of the same allegations.

Mr. Keith Robinson advised me that when they pull me just to go home and wait it out until someone from the Union step in on my behalf. Mr. Robinson gave me his phone number to reach him throughout all of this. As you can see by the attached piece of paper Mr. Robinson wrote down his number that shows 1-708-449-6463, Tour I Union Stewart.

On May 14, 2005, I located such piece of paper from my record files and call to verify to see if such number still a good contact number. Upon calling such number, Mr. Robinson answered the phone. I did not reveal my identify but asked Mr. Robinson did he know how to reach a Mr. Walter Maze. I advised Mr. Robinson that he gave me his number to get in contact with him. I asked Mr. Robinson did he know such person? Mr. Robinson replied back no, I don't know him. I informed him that he once work for the postal service and I ask Mr. Robinson do he still work for such agency. Mr. Robinson replied back, yes sometimes.

After that call, I called directory assistance to get Mr. Robinson's physical address if his number was public. Director Assistant gave me his address as Keith H. Robinson @ 416 N. Hillside Ave, Hillside, IL 60162. The lady advised me that such address is a subdivision of Chicago.

I am providing this information just in case Mr. Robinson needs to be subpoena concerning my failure to be represented by this Union Stewart.


Sam Clemmons


*1-708-449-6463*
*KEITH ROBINSON*
*TOUR-I UNION STEWARD*

OPERATIONS MANAGER
IRVING PARK ROAD PROCESSING AND DISTRIBUTION CENTER


UNITED STATES
POSTAL SERVICE

November 5, 1998

Samuel L. Clemmons
3933 N. Clarendon
Apt. 305
Chicago, IL. 60613



Dear Mr. Clemmons

This is in reponse to the letter that was dated October 30, 1998 and received in my office on November 3, 1998 concerning the Letter of Decision that you received concerning your proposed Notice of Removal.

In your letter you stated that you have not seen any evidence of the charges that was levied against you. In particular, you requested that the video tapes of the alleged activities and the Postal Inspector's interview report be made available to you. This information should have been requested by your union representative Keith Robinson. If Mr. Robinson requested the information on your behalf, then the information would have been shared with you.

An appointment will be made on your behalf for you to view the video of your activities that led to your Notice of Removal. Also, you will be afforded the opportunity to review the Postal Inspector's interview report. Once the Postal Inspector's office have been notified of your request, you will be informed as to the time and date that you will report to my office. If you require union representation during this meeting, please let me know the name of the union steward that you have selected.

If you have any more questions or concerns, please call me at (773) 894-1111. After veiwing the information that you have requested, you will need to re-write another letter of appeal to me concerning your removal.

William Ochab
A/Operations Manager

11560 W. IRVING PARK ROAD
CHICAGO, IL. 60701-9998
(773) 894-1111
FAX (773) 894-1105

