

DISCOVERY

## MERIT SYSTEMS PROTECTION BOARD
## DESIGNATION OF AGENCY REPRESENTATIVE

**Appellant:** Samuel L. Clemmons
**Agency:** U. S. Postal Service
**Docket Number:** CH-0752-99-0118-I-1
**Judge:** Scott D. Cooper

The agency may be represented in this appeal by an individual of its choice, unless the choice results in a conflict of interest for the person chosen. The agency representative chosen must be able to proceed promptly. Continuances or extensions of time normally will not be granted because the agency delayed in arranging for representation or needs to change representatives.

A representative assists and counsels the agency in the preparation and presentation in defense of the appeal and appears in the agency's behalf at hearings or other proceedings before the Merit Systems Protection Board. All communications from the Board and the other parties to the appeal will be directed to the agency representative. Therefore, the agency should assure that mail directed to the address stated below will be received promptly by the agency representative.

The individual named below is hereby designated to represent the agency in connection with the appeal identified below pending before the Merit Systems Protection Board and to receive all information concerning this appeal from the Board and the other parties to the appeal. This designation may be canceled by the agency. The agency must notify the Board and the other parties in writing of any change.

**Designated Agency Representative:** BARBARA J. SINGLETON  ← THIS PERSON NAME SHOULD BE ON ALL AGENCY DOCUMENTS TO MAKE SUCH LEGIT AND BINDING

**Telephone No.** 312 983-8642

**FAX No.** 312 983-8645

**Address:** 433 West Harrison Street - Room 40212-A

**City:** Chicago    **State:** Illinois    **Zip Code:** 60607-9403

**A/Manager, Labor Relations** [signature]    **(Date)** 12-22-98
**Signature & Title of Authorizing Official**

THIS FORM MUST BE PRINTED OR TYPED, SIGNED, AND RETURNED TO THIS OFFICE. A COPY MUST BE SERVED ON THE APPELLANT AND HIS/HER REPRESENTATIVE, IF ANY.

[signature] Clemmons
DISCOVERY
02/16/05

(A)

OMB NO. 3

# U.S. MERIT SYSTEMS PROTECTION BOARD

## APPEAL FORM

### INSTRUCTIONS

**GENERAL:** You do not have to use this form to file an appeal with the Board. However, if you do not, your appeal must still comply with the Board's regulations, 5 C.F.R. Parts 1201 and 1209. Your agency's personnel office will give you access to the regulations, and the Board will expect you to be familiar with them. You also should become familiar with the Board's key case law and controlling court decisions as they may affect your case. You must tell the Board if you are raising an affirmative defense (see Part IV), and you are responsible for proving each defense you raise.

**WHERE TO FILE AN APPEAL:** You must file your appeal with the Board's regional or field office which has responsibility for the geographic area in which you are employed. See 5 C.F.R. Part 1201, Appendix II.

**WHEN TO FILE AN APPEAL:** Your appeal must be filed during the period beginning with the day after the effective date of the action you are appealing and ending on the 30th day after the effective date. You may not file your appeal before the effective date of the action you are appealing. If you are appealing from a decision which does not set an effective date, you must file within 35 days of the date of the decision you are appealing. If your appeal is late, it may be dismissed as untimely. The date of the filing is the date your appeal is postmarked, the date of the facsimile transmission, the date it is delivered to a commercial overnight delivery service, or the date of receipt if you personally deliver it to regional or field office.

**HOW TO FILE AN APPEAL:** You may file your appeal by m by facsimile, by commercial overnight delivery, or by persc delivery. You must submit two copies of both your appeal and attachments. You may supplement your response to any question separate sheets of paper, but if you do, please put your name address at the top of each additional page. All of your submissi must be legible and on 8 1/2" x 11" paper. Your appeal m contain your or your representative's signature in block 6. does not, your appeal will be rejected and returned to you. your representative signs block 6, you must sign block 11 submit a separate written designation of representative.

**WHISTLEBLOWING APPEAL/STAY REQUEST:** If you lieve the action you are appealing was threatened, proposed, tak or not taken because of whistleblowing activities, you must cc plete Part VII of this form. If you are requesting a stay, you m complete Part VIII of this form.

*Privacy Act Statement: This form requests personal information which is relevant and necessary to reach a decision in your appeal. The U.S. Merit Systems Protection Board collects this information in order to process appeals under its statutory and regulatory authority. Since your appeal is a voluntary action you are not required to provide any personal Information in connection with it. However, failure to supply the U.S. Merit Systems Protection Board with all the information essential to reach a decision in your case could result in the rejection of your appeal.*

*The U.S. Merit Systems Protection Board is authorized under provisions of Executive Order 9397, dated November 22, 1943, to request your Social Security number, but providing your Social Security number is voluntary and failure to provide it will not result in the rejection of your appeal. Your Social Security number will only be used for identification purposes in the processing of your appeal.*

*You should know that the decisions of the U.S. Merit Systems Protection Board on appeals are final administrative decisions and, as such, available to the public under the provisions of the Freedom of Informat Act. Additionally, it is possible that information contained in your app file may be released as required by the Freedom of Information Act. Sc information about your appeal will also be used in depersonalized form a data base for program statistics.*

*Public Reporting Burden: The public reporting burden for collection of information is estimated to vary from 20 minutes to 1 hc with an average of 30 minutes per response, Including time for review the form, searching existing data sources, gathering the data necess and completing and reviewing the collection of information. Send cc ments regarding the burden estimate or any other aspect of the collect of information, including suggestions for reducing this burden, to Office of Planning and Resource Management Services, Merit Syste Protection Board, 1120 Vermont Ave., NW., Washington, DC 20419.*

### Part I Appellant Identification

| 1. Name *(last, first, middle initial)* | 2. Social Security Number |
|---|---|
| Clemmons, Samuel L. | 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 |

| 3. Present address *(number and street, city, state, and ZIP code)* You must notify the Board of any change of address or telephone number while the appeal is pending with the MSPB. | 4. Home phone *(include area code)* |
|---|---|
| 3933 N. Clarendon Ave, #305<br>Chicago, IL 60613 | 773-528-6208 |
| | 5. Office phone *(include area code)* |
| | 1-888-974-0293 |

| 6. I certify that all of the statements made in this appeal are true, complete, and correct to the best of my knowledge and belief. | ► | Signature of appellant or designated representative | Date signed |
|---|---|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing order was served by Certified Mail, on this date to the following parties:

*Jeremiah J. Cassidy
Administrative Judge
Merit Systems Protection Board
230 South Dearborn Room 3100
Chicago, Illinois 60604-1669

**APPELLANT**

Samuel L. Clemmons
3933 North Clarendon Avenue Apt. 305
Chicago, IL 60613-3201

ENCLOSURES:
Agency Response
Agency Representative Form

DATE: December 22, 1998

Barbara J. Singleton
Labor Relations Specialist