**Receipt 1 (P 407 703 902 / P 407 703 903)**

SENDER:
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
UNITED POSTAL SERVICE
ATTN: ALEXYENKA O. ALEX[...]
11560 IRVING PARK ROAD
CHICAGO, IL 60613

4a. Article Number: P 407 703 902
4b. Service Type: ☑ Certified
5. Received By: (Print Name) [signature]
6. Signature: (Addressee or Agent) X Marcia William[?]

PS Form 3811, December 1994   Domestic Return Receipt

---

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: CHICAGO DISTRICT [...]
Street & Number: 433 W. HARRISON STREET
Post Office, State, & ZIP Code: CHICAGO 60607-[...]
Postage: $
Certified Fee: 1.35
Special Delivery Fee:
Restricted Delivery Fee:
Return Receipt Showing to Whom & Date Delivered: 1.10
Return Receipt Showing to Whom, Date, & Addressee's Address:
TOTAL Postage & Fees: $ 2.[?]
Postmark or Date: [stamp]

PS Form 3800, April 1995
P 407 703 903

---

**Receipt 2 (P 407 703 904)**

SENDER:
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
USPS [...]
ATTN: WILLIAM OCHAB
IRVING PARK POSTMASTER
11560 W. IRVING PARK RD
CHICAGO, IL 60701-9997

4a. Article Number: P 407 703 904
4b. Service Type: ☑ Certified
5. Received By: (Print Name) Miles Ross Sr.
   Miles Ross Sr. 11/3/98
6. Signature: X

PS Form 3811, December 1994   Domestic Return Receipt

---

P 407 703 904

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: [...] OF [...]
ATTN: WILLIAM OCHAB
Street & Number: 11560 W. IRVING PARK RD
Post Office, State, & ZIP Code: CHICAGO IL 60701-9997
Postage: $ 3.00
Certified Fee: 1.35
Special Delivery Fee:
Restricted Delivery Fee:
Return Receipt Showing to Whom & Date Delivered: 1.10
Return Receipt Showing to Whom, Date, & Addressee's Address:
TOTAL Postage & Fees: $ 5.45
Postmark or Date: [IRVING PARK STA. NOV [?] 1998 stamp]

PS Form 3800, April 1995

---

**Receipt 3 (Z 430 865 849)**

SENDER:
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
EQUAL EMPLOYMENT OPPTY
U.S. POST OFFICE CHICAGO
433 W. HARRISON ST
CHICAGO, IL 60607-9407

4a. Article Number: Z 430 865 849
4b. Service Type: ☑ Certified
7. Date of Delivery: 1-7-99
5. Received By: (Print Name) Ada Smith
6. Signature: X Ada Smith (EEO)

PS Form 3811, December 1994   Domestic Return Receipt

---

Z 430 865 849

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: EQUAL EMPLOYMENT OPPTY
Street & Number: 433 W. HARRISON STREET
Post Office, State, & ZIP Code: CHICAGO IL 60607-9407
Postage: $ 0.78
Certified Fee: 1.35
Special Delivery Fee:
Restricted Delivery Fee:
Return Receipt Showing to Whom & Date Delivered: 1.10
Return Receipt Showing to Whom, Date, & Addressee's Address:
TOTAL Postage & Fees: $ 3.23
Postmark or Date: [stamp]

PS Form 3800, April 1995

First-Class
Postage & Fees Paid
USPS
Permit No. G-10

CERTIFIED
Z 176 586 840
MAIL

UNITED STATES
POSTAL SERVICE

EQUAL EMPLOYMENT OPPORTUNITY OFFICE
U S POST OFFICE CHICAGO DISTRICT
433 WEST HARRISON STREET
CHICAGO ILLINOIS 60607-9402

Samuel Clemmons
3933 N. Clarendon Ave. #305
Chicago, IL 60613-3201

HUMAN RESOURCES
CUSTOMER SERVICE AND SALES
CHICAGO DISTRICT


*UNITED STATES POSTAL SERVICE™*

December 23, 1998

Samuel Clemmons
3933 N. Clarendon Ave. #305
Chicago, IL 60613-3201

Certified Mail # Z 176 586 840

Dear Mr. Clemmons:

This is to acknowledge receipt of your request for precomplaint counseling under the Equal Employment Opportunity Process. Enclosed is PS Form 2564-A, Information for Precomplaint Counseling, for you to **complete, sign and return to this office within 10 calendar days from the date you receive this letter.** Also enclosed is a copy of Publication 133, "What You Need to Know About EEO," which explains the EEO administrative complaint process, as well as your rights and responsibilities under the EEO process. Please carefully review the contents of the EEO booklet and keep it for your personal use. Sign, date and return the certification receipt acknowledging your receipt of the EEO booklet when you return your completed PS Form 2564-A.

To expedite your request for EEO counseling, the Postal Service may offer you an opportunity to mediate your complaint under the REDRESS Program. REDRESS, which stands for *Resolve Employment Disputes, Reach Equitable Solutions Swiftly,* is a recently implemented program where you may request mediation in lieu of traditional precomplaint counseling. The mediation will be conducted by a third-party neutral, outside the Postal Service, who will help facilitate a discussion between you and the person with whom you have the dispute. The mediation process under the REDRESS program is nonadversarial.

If you participate in mediation, you do NOT waive any of your rights under the EEO process. In fact, during all phases of the administrative EEO process, including mediation under the REDRESS program, you may be represented by a representative and pursue your EEO complaint under the EEO process. **Enclosed is a brochure to better explain the REDRESS program to you.**

**If you are interested in taking advantage of mediation under the REDRESS program, please sign, date and return PS Form 2567-B, Agreement to Participate in Alternate Dispute Résolution (ADR) Process.**

433 W. HARRISON STREET
CHICAGO, IL 60607-9994
312/983-8500
FAX: 312/983-8504

-2-

If you are not sure about electing mediation under the REDRESS program, but would like additional information about REDRESS or how mediation works, please contact me or someone else in the EEO Office at (312) 983-8684, the EEO/ADR Specialist at (312) 983-8576 for additional information. Although most cases are accepted for mediation, please be advised that the Postal Service may decline your request for mediation, and in that case you will be allowed to continue the counseling process.

Please complete all of the above-referenced forms and return them completed and signed within 10 calendar days.

Sincerely,


Victor M. Reyes
Senior EEO Complaint
 Processing Specialist

VMR:tm:9407

Enclosures

    PS Form 2564-A (3 pages)
    What You Need to Know About EEO (Booklet)
    PS Form 2567-B Agreement to Participate in Alternate Dispute Resolution
    REDRESS/Mediation Brochure

U.S. Postal Service

# Information for Precomplaint Counseling

| Certified No. | or Hand Delivered On |
|---|---|
| 2176 586 840 | |
| By (Initials) | Informal No. |
| KW | |

**Important:** Please Read Carefully. This is the only notification that you will receive regarding the necessity for you to complete this form. This form should be completed and returned to the EEO Office within 10 calendar days.

On __12/21__, 19__98__, you requested an appointment with an EEO Counselor.

## A. Requester Information

Name (Last, First, MI): CLEMMONS, SAMUEL L.
Social Security No.: 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
Home Telephone No.: 773-528-6208
Mailing Address: 3933 N. CLARENDON AVE #305
Postal Facility Where You Work: IRVING PARK P!DC
Position Title: MAIL PROCESSOR
Grade Level: 4
Office Telephone No.: 
Pay Location: 125
Tour: 1 (ROTATION)
Off Days: SATURDAY & TUESDAY
Duty Hours: 11:00 P.M - 7:30 AM
Employment Status: ☑ Career
Time in Current Position: ___ Years  4 Months

## B. Discrimination Factors

In the Postal Service, prohibited discrimination includes actions taken based on your Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or Retaliation (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging (Be Specific; Describe, i.e., Race-Black, Sex-Female)?

I WAS DISCRIMINATED AGAINST BASED UPON SEX, JOB PERFORMANCE, UNFAIR TREATMENT AMONG EMPLOYEES OR CONNECTION ON SEVERAL ACTS IN THE WORK PLACE. (SEE ATTACHED DOCUMENT FOR FULL EXPLANATION)

For Retaliation Allegations Only: If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On __AUGUST 31__, 19__98__, I engaged in EEO activity.  Case No.: 840-125A88-F1(2)
2. On __DECEMBER 21__, 19__98__, I engaged in EEO activity.  Case No.: _____

## C. Description of Incident/Activity

I REQUESTED BY THE POSTAL INSPECTORS WAS NOT ABLE TO PROVIDE INFORMATION REFERRED TO TWO EMPLOYEES

Please use the space below to briefly describe the incident or activity which prompted you to seek EEO counseling at this time.

On __AUGUST 31__, 19__98__, the following occurred: AN INTERVIEW WAS CONDUCTED BY THE POSTAL INSPECTORS. THE INTERVIEW WAS SUPPOSED TO HAVE COVERED A MATTER INVOLVING TIME AND ATTENDANCE RECORDS AT THE IRVING PARK ROAD P!DC. IN THESE POSTAL INSPECTORS QUESTION I REQUESTED TO HAVE A UNION STEWARD PRESENTED. THE UNION STEWARD THAT ARRIVED FOR THE INSPECTORS QUESTIONING WAS ANDRE ATKINS. IN THE COURSE OF THE INSPECTORS QUESTIONS. THE INSPECTOR CONSISTENTLY KEPT ASKING OR TRYING TO GET INFORMATION IN RELATION TO TWO EMPLOYEES BY THE NAMES OF WALTER MAZE AND RONALD LAMPBELL. I CLEARLY INFORM THE INSPECTORS THAT I KNEW NEITHER IN RELATION TO WHAT THEY KEPT ASKING AND TRYING TO ASSOCIATE ME WITH. THEREFORE, DUE TO THE OUTCOME OF THIS INTERVIEW MANAGEMENT DECIDED TO ISSUE A LETTER OF REMOVAL DUE TO MY

plain why you believe, based on the factors you cited in Section B, that you were treated differently than other employees in similar situations.

1. RODERICK HAMPTON
   (Name of Employee)
   was treated differently than I when:
   
   COMMITTED SIMILAR OR WORST OFFENSE RECEIVED
   (Factor(s) describing employee, i.e., Race-Black, Sex-Female)
   LESSER PUNISHMENT.

2. 99 OTHER EMPLOYEES OF THIS FACILITY
   (Name of Employee)
   was treated differently than I when:
   
   COMMITTED SIMILAR OFFENSE RECEIVED
   (Factor(s) describing employee, i.e., Race-Black, Sex-Female)
   LESSER DISCIPLINE THAN I.

3. _____
   (Name of Employee)
   was treated differently than I when:
   
   _____
   (Factor(s) describing employee, i.e., Race-Black, Sex-Female)

### D. Officials Responsible for Action

Provide the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name WILLIAM OCHAB | b. Title MANAGER OF OPERATION |
| c. Office 11560 FT MEADE ROAD P!OC | d. Grade Level |
| 2a. Name | b. Title |
| c. Office | d. Grade Level |

Retaliation Allegations Only: Was/were the official(s) listed in Section D above aware of your prior EEO activity (Explain)?   ☒ Yes   ☐ No

### E. Resolution Sought
REMOVAL OF ALL ADVERSE ACTION OUT OF PERSONNEL FOLDER.

What are you seeking as a resolution to your complaint?

(SEE LAST PARAGRAPH #13 IN EEO DISCRIMINATION COMPLAINT ATTACHED TO THIS DOCUMENT)

### F. Grievance/MSPB Appeal

On the incident which prompted you to seek EEO counseling, have you:

1. Filed a grievance on the issue?   ☐ No   ☒ Yes   If yes, _____ (Date) _____ (Step)
2. Filed an MSPB appeal on this issue?   ☐ No   ☒ Yes   If yes, _____ (Date Filed)
3. Veteran's Preference?   ☐ No   ☒ Yes   If yes, number of points  10

TransFORM PS Form 2564-A, December 1995 (Page 2 of 3)

G. Anonymity

You have the right to remain anonymous at the Counseling stage of EEO Complaint Processing.
Do you desire anonymity?    ☐ Yes    ☑ No

H. Representation

You have the right to retain representation of your choice. (Check One)

☑ I authorize the person listed below to represent me.

(Name of Representative)
UNION REPS (CLERK UNION STEWART OR MAIL HANDLER UNION)    (Title) PRESIDENT
(Organization)
11560 W. IRVING PARK ROAD
(Mailing Address)
CHICAGO, IL 60701-9997
(City/State/ZIP + 4)                                         (Telephone Number)

☑ I waive the right to representation at this time.

I. Privacy Act Statement/USPS Standards of Conduct

**Privacy Act Notice.** The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

**USPS Standards of Conduct.** Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) which caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, you MUST submit medical documentation of your disability at this time or during counseling.

K. Authorization

Your Signature [signature]                                    Date DECEMBER 26, 1998

Return To:

EQUAL EMPLOYMENT OPPORTUNITY OFFICE
U S POST OFFICE CHICAGO DISTRICT
433 WEST HARRISON STREET
CHICAGO ILLINOIS 60607-9407

**NOTICE: COMPLETE THIS SECTION ONLY IF YOU NO LONGER SEEK EEO COUNSELING**

I hereby request that you close this file from processing. I fully understand that this complaint file will not be reopened once closed, and I waive my right to any further EEO Appeal on this matter. I stipulate that my decision not to pursue [this filing] is voluntary and did not result from threat, coercion, intimidation, promise or inducement.

Your Signature                                               Date

TransFORM PS Form 2564-A, December 1995 (Page 3 of 3)

U.S. Postal Service

# Agreement to Participate in A~~lter~~nate Dispute Resolution Process

| Case No. |
|---|
| Date of Contact |

I, __SAMUEL L. CLEMMONS__, _____, in accordance with 29 C.F.R. §1614.105(f), hereby agree to participate in the __DISPUTE RESOLUTION PROCESS__ during the precomplaint counseling period. In signing this agreement, I understand that the precomplaint processing period shall be 90 days. If the matter(s) which I brought to the counselor's attention have not been resolved before the 90th day, I have the right to file a formal complaint at any time thereafter up to 15 calendar days after receiving my notice of right to file a discrimination complaint.

## Privacy Act Notice

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

Signature of Counselee: _Samuel L. Clemmons_

Date: DECEMBER 26, 1998

TransFORM PS Form 2567-B, December 1995

U.S. Postal Service
# Privacy Act Notice/USPS Standards of Conduct for EO Discrimination Complaint - Interview

## Privacy Act Notice

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## USPS Standards of Conduct

Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

| Signature of Counselee | Date |
|---|---|
| *[signed]* | December 26, 1998 |

JRM PS Form 2563-A, December 1995

**U.S. Postal Service**

# Agreement to Extend
## ( ) Day EEO Counseling Process

| Case No. |
|---|
| Date of Contact |

I, __SAMUEL L. CLEMMONS__, in accordance with 29 C.F.R. §1614.105(e), hereby agree to postpone the final interview and to extend the informal counseling process for a period up to 60 additional days. In signing this agreement, I understand that I retain my right to file a formal complaint if the matter(s) which I raised during counseling is not resolved within 90 calendar days from the date of my first contact with the EEO Office, and at any time thereafter up to 15 calendar days after my receiving my notice of right to file a discrimination complaint.

### Privacy Act Notice

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Signature of Counselee | Date |
|---|---|
| _[signed] Samuel L. Clemmons_ | December 26, 1998 |

PS Form 2567-A, December 1995

**RONNIE SHOWS**
4TH DISTRICT, MISSISSIPPI

Committee on Transportation
and Infrastructure

Committee on Veterans' Affairs

SERVING RESIDENTS OF COUNTIES:
Adams  Amite  Copiah  Covington
Franklin  Hinds  Jefferson Davis
Jones  Lawrence  Lincoln  Marion
Pike  Simpson  Walthall  Wilkinson



# Congress of the United States
## House of Representatives
### Washington, D.C. 20515

August 13, 1999

Mr. Samuel Clemmons
438 North Mill Street
Jackson, MS 39202-3207

Dear Mr. Clemmons:

Thank you for your recent letter to my Washington office. Please be assured that I have taken a special interest in this matter. I have already contacted the Merit Systems Protection Board and requested that very careful consideration be given concerning your case.

Please feel free to contact me if you should need additional information or assistance.

Sincerely,

*Ronnie Shows*

RONNIE SHOWS
Member of Congress

RS:ld

Cannon Building
Washington, DC 20515
(202) 225-5865
(202) 225-5886 FAX
Ronnie.Shows@mail.house.gov

245 E. Capitol, Suite 222
Jackson, MS 39201
(601) 352-1355
(601) 352-9044 FAX

243 John R. Junkin Drive, Suite C
Natchez, MS 39120
(601) 446-8825
(601) 446-7250 FAX

728-1/2 Sawmill Road
Laurel, MS 39440
(601) 425-5257
(601) 425-5428 FAX

Printed on recycled paper.