HUMAN RESOURCES
CUSTOMER SERVICE AND SALES
CHICAGO DISTRICT

PLANT MANAGER
IRVING PARK ROAD
P & D C


*UNITED STATES*
*POSTAL SERVICE™*

1998 NOV -3 P 3 07

November 2, 1998

8661 Ɛ NON

SAMUEL L CLEMMONS
3933 NORTH CLARENDON AVENUE SUTIE 305
CHICAGO IL  60613-3222

Dear Mr. Clemmons:

This is in response to your letter dated October 16, 1998.  I would like to thank
you for your interest in advancement within the Postal Service.

Please call to make arrangement for a meeting.

If you have questions, contact me at 312-983-8666.

Sincerely,

Frank T. Readus
Senior Training Specialist

FTR:sd:9405

cc:  Allison Cashaw

433 W. HARRISON STREET
CHICAGO, IL 60607-9994
312/983-8500
FAX: 312/983-8504

Oc H4b
III

Samuel L. Clemmons
3933 N. Clarendon Ave, Suite 305
Chicago, IL 60613
773-528-6208


December 7, 1997

United States Postal Service
11560 Irving Park Road
Chicago, IL 60613

Dear United States Postal Service:

I would like to take this time to say thanks for this great opportunity to work for the government as a United Postal Employee. I greatly appreciate this opportunity. Therefore, I would greatly appreciate if I can be placed on the 11:00 p.m. to 7:00 a.m. shift. Being placed on this shift will serve as a great benefit to the United Postal Service and me.

I am making this request due to my college schedule at Loyola University, which might conflict with the 3:00 p.m. to 11:00 p.m. schedule.

In Kind Regards I remain...

Sincerely,

Samuel L. Clemmons

Enclosures