# ARTICLE 16
# DISCIPLINE PROCEDURE

**Section 16.1 Statement of Principle**

In the administration of this Article, a basic principle shall be that discipline should be corrective in nature, rather than punitive. No employee may be disciplined or discharged except for just cause such as, but not limited to, insubordination, pilferage, intoxication (drugs or alcohol), incompetence, failure to perform work as requested, violation of the terms of this Agreement, or failure to observe safety rules and regulations. Any such discipline or discharge shall be subject to the grievance-arbitration procedure provided for in this Agreement, which could result in reinstatement and restitution, including back pay.

**Section 16.2 Discussions**

For minor offenses by an employee, management has a responsibility to discuss such matters with the employee. Discussions of this type shall be held in private between the employee and the supervisor. Such discussions are not considered discipline and are not grievable. Following such discussions, there is no prohibition against the supervisor and/or the employee making a personal notation of the date and subject matter for their own personal record(s). However, no notation or other information pertaining to such discussion shall be included in the employee's personnel folder. While such discussions may not be cited as an element of a prior adverse record in any subsequent disciplinary action against an employee, they may be, where relevant and timely, relied upon to establish that employees have been made aware of their obligations and responsibilities.

**Section 16.3 Letter of Warning**

A letter of warning is a disciplinary notice in writing, identified as an official disciplinary letter of warning, which shall include an explanation of a deficiency or misconduct to be corrected.

**Section 16.4 Suspensions of 14 Days or Less**

In the case of discipline involving suspensions of fourteen (14) days or less, the employee against whom disciplinary action is sought to be initiated shall be served with a written notice of the charges against the employee and shall be further informed that he/she will be suspended after ten (10) calendar days during which



*** Exhibit #6 , Support Document **
For Appeal Complaint

ten-day period the
(in pay status) at
Union or the emp
effective date of
appealed to Step 2
pension until after

**Section 16.5 Sus**

In the case of sus
discharge, any em
be entitled to an
him/her and shall
option of the Empl
the employee shall
sition of the case h
or through exhaust

A preference eligi
than fourteen (14)
Protection Board (
tration procedure
disposition of the
exhaustion of his
believe an employ
imprisonment can
the employee the
discharge action, b
written notice as u
justified. The emp
at the end of the n

**Section 16.6 Inc**

A The Empl
those case
believe an
tence of i
Employer
ty (30) da
shall give
notice as
justified.
pay status

B The just c
arbitrator

ten-day period the employee shall remain on the job or on the clock (in pay status) at the option of the Employer. **However, if the Union or the employee initiates a timely grievance prior to the effective date of the action and if the grievance is timely appealed to Step 2, the grievant shall not begin to serve the suspension until after the Step 2 decision has been rendered.**

**Section 16.5 Suspensions of More Than 14 Days or Discharge**

In the case of suspensions of more than fourteen (14) days, or of discharge, any employee shall, unless otherwise provided herein, be entitled to an advance written notice of the charges against him/her and shall remain either on the job or on the clock at the option of the Employer for a period of thirty (30) days. Thereafter, the employee shall remain on the rolls (non-pay status) until disposition of the case has been had either by settlement with the Union or through exhaustion of the grievance-arbitration procedure.

A preference eligible who chooses to appeal a suspension of more than fourteen (14) days or his discharge to the Merit Systems Protection Board (MSPB) rather than through the grievance-arbitration procedure shall remain on the rolls (non-pay status) until disposition of the case has been had either by settlement or through exhaustion of his MSPB appeal. When there is reasonable cause to believe an employee is guilty of a crime for which a sentence of imprisonment can be imposed, the Employer is not required to give the employee the full thirty (30) days advance written notice in a discharge action, but shall give such lesser number of days advance written notice as under the circumstances is reasonable and can be justified. The employee is immediately removed from a pay status at the end of the notice period.

**Section 16.6 Indefinite Suspension—Crime Situation**

A The Employer may indefinitely suspend an employee in those cases where the Employer has reasonable cause to believe an employee is guilty of a crime for which a sentence of imprisonment can be imposed. In such cases, the Employer is not required to give the employee the full thirty (30) days advance notice of indefinite suspension, but shall give such lesser number of days of advance written notice as under the circumstances is reasonable and can be justified. The employee is immediately removed from a pay status at the end of the notice period.

B The just cause of an indefinite suspension is grievable. The arbitrator shall have the authority to reinstate and make the



*** Exhibit #6, Support Document **
For Appeal Complaint

ing Period

the
com-
de it on its

ing and pro-
n, although
in and reuse

collected by
bility of any
tal Service's

mine the
ion and
180-189

for Operations
n mail handlers
d make basic

local/out-of-town splits to trays, hampers, gurneys, conveyers, nutting trucks, or other containers."

Additional instructions are contained in the document to assign clerks to "Distribution of outgoing IPP's, newspapers, rolls, letter or flat bundles, slugs, Special Delivery or Special Handling parcel post."

There has been some confusion as to the distinction between "basic local/out-of-town splits," which is assigned to mail handlers, and distribution, which is assigned to clerks.

The term basic local/out-of-town splits was intended to encompass that activity where initial separations are made by ZIP Code and city, state address information, to expedite subsequent distribution or dispatching and pouching operations. For example, the type of separations allowable would be for local city, local SCF, home state, SCFs and major cities within the home state, states for which the local office performs major city and sectional center separations in their pouching operations, groups of mixed states, where separation in the opening unit would expedite pouching operations. The allowable separations will be based on city, state, and 3- and 5-digit ZIP Code information.

| | |
|---|---|
| **Anthony J. Vegliante**<br>**Manager**<br>**Contract Administration**<br>**APWU/NPMHU**<br>**U.S. Postal Service** | **William H. Quinn**<br>**National President**<br>**National Postal Mail Handlers Union, A Division of Laborers' International Union of North America, AFL-CIO** |

## MEMORANDUM OF UNDERSTANDING
## CLEAN AIR ACT COMMITTEE

It is hereby recognized and acknowledged by the United States Postal Service and the National Postal Mail Handlers Union, a Division of The Laborers' International Union of North America, AFL-CIO, that the growth in the amount and complexity of air pollution brought about by urbanization, industrial development, and the increasing use of motor vehicles, has resulted in concerns to the public health and welfare.

In recognition of this fact, the parties agree to establish Clean Air Committees at both the National and Regional/Area levels. The



*** Exhibit #3, Support Document **
For Medical Section Complaint

sider requests for transfers submitted by Mail Handlers from other installations.

B Providing a written request for a voluntary transfer has been submitted, a written acknowledgment shall be given in a timely manner.

C An employee whose transfer is approved will be allowed to use up to five (5) days of annual leave or five (5) days leave without pay for purpose of transferring.

## ARTICLE 13

## ASSIGNMENT OF ILL OR INJURED REGULAR WORK FORCE EMPLOYEES

**Section 13.1 Introduction**

A Part-time fixed schedule employees assigned in the craft unit shall be considered to be in a separate category. All provisions of this Article apply to part-time fixed schedule employees within their own category.

B. The U.S. Postal Service and the Union, recognizing their responsibility to aid and assist deserving full-time regular or part-time flexible employees who through illness or injury are unable to perform their regularly assigned duties, agree to the following provisions and conditions for reassignment to temporary or permanent light duty or other assignments. It will be the responsibility of each installation head to implement the provisions of this Agreement within the installation, after local negotiations.

**Section 13.2 Employee's Request for Reassignment**

A Temporary Reassignment

Any full-time regular or part-time flexible employee recuperating from a serious illness or injury and temporarily unable to perform the assigned duties may voluntarily submit a written request to the installation head for temporary assignment to a light duty or other assignment. The request shall be supported by a medical statement from a licensed physician or by a written statement from a licensed chiropractor stating, when possible, the anticipated duration of the convalescence period. Such employee agrees to submit to a further examination by a Public Health Service doctor or physician designated by the installation head, if that official so requests.



*** Exhibit #3, Support Document **
For Medical Section Complaint

B Permanent Reassignment

B1 Any ill or injured full-time regular or part-time flexible employee having a minimum of five years of postal service, or any full-time regular or part-time flexible employee who sustained injury on duty, regardless of years of service, while performing the assigned duties can submit a voluntary request for permanent reassignment to light duty or other assignment to the installation head if the employee is permanently unable to perform all or part of the assigned duties. The request shall be accompanied by a medical certificate from the United States Public Health Service or a physician designated by the installation head giving full evidence of the physical condition of the employee, the need for reassignment, and the ability of the employee to perform other duties. A certificate from the employee's personal physician will not be acceptable.

B2 The following procedures are the exclusive procedures for resolving a disagreement between the employee's physician and the physician designated by the USPS concerning the medical condition of an employee who has requested a permanent light duty assignment. These procedures shall not apply to cases where the employee's medical condition arose out of an occupational illness or injury. On request of the Union, a third physician will be selected from a list of five Board Certified Specialists in the medical field for the condition in question, the list to be supplied by the local Medical Society. The physician will be selected by the alternate striking of names from the list by the Union and the Employer. The Employer will supply the selected physician with all relevant facts including job description and occupational physical requirements. The decision of the third physician will be final as to the employee's medical condition and occupational limitations, if any. Any other issues relating to the employee's entitlement to a light duty assignment shall be resolved through the grievance -arbitration procedure. The costs of the services of the third physician shall be shared by the Union and the Employer.



*** Exhibit #3, Support Document **
For Medical Section Complaint

C Installati
full-time
light duty
ful attent
possible
refused.
employee
reassign t

Section 13.3 Lc

Due to varied size
the following im
reassignment proc
should be determi

A Through
assignme
office. Th
to make
them to li
the produ

B Light dut
hours, to
hours or l
assignmen
flexible er

C Number
assignmer
porary or
with good
experienc
expected
ing these
regular e
defined th
ee's tour l
be those o
service, w
vious duty

Section 13.4 Ge

A Every eff
employee
tional gro

C Installation heads shall show the greatest consideration for full-time regular or part-time flexible employees requiring light duty or other assignments, giving each request careful attention, and reassign such employees to the extent possible in the employee's office. When a request is refused, the installation head shall notify the concerned employee in writing, stating the reasons for the inability to reassign the employee.

**Section 13.3 Local Implementation**

Due to varied size installations and conditions within installations, the following important items having a direct bearing on these reassignment procedures (establishment of light duty assignments) should be determined by local negotiations.

A Through local negotiations, each office will establish the assignments that are to be considered light duty within the office. These negotiations should explore ways and means to make adjustments in normal assignments, to convert them to light duty assignments without seriously affecting the production of the assignment.

B Light duty assignments may be established from part-time hours, to consist of 8 hours or less in a service day and 40 hours or less in a service week. The establishment of such assignment does not guarantee any hours to a part-time flexible employee.

C Number of Light Duty Assignments. The number of assignments within the craft that may be reserved for temporary or permanent light duty assignments, consistent with good business practices, shall be determined by past experience as to the number of reassignments that can be expected during each year, and the method used in reserving these assignments to insure that no assigned full-time regular employee will be adversely affected, will be defined through local negotiations. The light duty employee's tour hours, work location and basic work week shall be those of the light duty assignment and the needs of the service, whether or not the same as for the employee's previous duty assignment.

**Section 13.4 General Policy Procedures**

A Every effort shall be made to reassign the concerned employee within the employee's present craft or occupational group, even if such assignment reduces the number



*** Exhibit #3, Support Document ** For Medical Section Complaint