**A/PLANT MANAGER**
**IRVING PARK ROAD PROCESSING & DISTRIBUTION CENTER**

**UNITED STATES**
**POSTAL SERVICE**

August 27, 1998



SAMUEL L. CLEMMONS
3933 N. Clarendon Avenue, Suite 305
Chicago, IL 60613

Thank you for your letters dated August 15, 1998 and August 20, 1998, in which you express your concerns in referenced to your medical difficulties as well as transferring to another facility and the changing of your assignment.

There is a standard process in place when employees are seeking upper mobility or a change in assignment. That avenue, is the EAS Vacancy Announcement as well as the craft bidding process. Additionally, IPR has a skill bank and, if you complete pages 1 and 2 of PS Form 991, attached, it will remain on file and as the need arises, you would be considered with other eligible employees. However, you are seeking an environment that is dust free and without carpeting as suggested according to the statements submitted from your doctor. All of our office areas are carpeted. However, I will be communicating with Melvin Taylor, Tour 3 MDO, to find an area on the workroom floor that may accommodate your medical needs.

The Irving Park Road facility strives to provide a safe and healthy work environment for all employees.

If we can be of any further assistance to you in this matter, feel free to contact my office during normal business hours at (773) 894-1102.

Allison N. Cashaw
A/Plant Manager

attachments

*** Exhibit # 3 ***

# Department of Veterans Affairs

# Memorandum

Date: September 8, 1998

From: VA- Chicago Lakeside

Subj: Samuel Clemmons

To: Whom it may concern:

      Mr. Clemmons was **unable** to work on the following days 8/15/98, 8/16/98, 8/22/98 and 8/24/98 due a severe respiratory infection. Please see attached document for full explanation.

Sincerely,

*Elizabeth G. Apolonio MD*

Rec'd 9/11/98

(91)

**Northwestern Nasal and Sinus Associates, S.C.**

August 18, 1998

Mr. Samuel L. Clemmons
3933 N. Clarendon, Apt. 305
Chicago, IL 60613

To Whom It May Concern:

Mr. Clemmons is presently under my care for treatment of chronic sinusitis and allergic rhinitis.

Due to the severity of his conditions, specific environmental changes in the home and workplace are required to control his exposure to mold, pollen, and dust. Therefore, he will require to work and reside in areas with air conditioning and no carpeting to prevent an exacerbation of allergy and sinus symptoms.

I trust that this information will clarify the necessity of work and living modifications required to promote good health.

Sincerely,

John T. McMahan, M.D.
/dm

*** Exhibit # 3 ***

John T. McMahan, M.D., FACS
676 North St. Clair
Suite 1575

(92)

August 18, 1998

Dear Allergy Patient:

Charmain will not be available to administer allergy injections during the week of August 24th through August 28th. In order to accommodate your needs, Dr. McMahan will be available on Tuesday, August 25th and Wednesday, August 26th either in the early morning hours or early afternoon hours to administer your injection(s). Please contact our office by Monday, August 24th to schedule an appointment in advance to ensure an available appointment time.

Thank you for your cooperation.

Sincerely,

*Kristie D. Martinez*

Kristie L. Martinez
Practice Manager

Northwestern Nasal and Sinus Associates

John T. McMahan, M.D., FACS
676 North St. Clair

(93.)

# CERTIFICATION OF PHYSICIAN OR PRACTITIONER
## (EMPLOYEE'S OWN SERIOUS ILLNESS)

**Employee's name:** Samuel Clemmons

**Diagnosis:** Chronic pansinusitis, severe deviated septum, allergic rhinitis, turbinate hypertrophy.

**Date condition commenced:** Symptoms since 1993

**Probable duration of condition:** unknown

**Regimen of treatment to be prescribed**
(Indicate number of visits, general nature and duration of treatment, including referral to other provider of health services. Include schedule of visits or treatment if it is medically necessary for the employee to be off work on an intermittent basis or to work less than the employee's normal schedule of hours per day or days per week)

Patient is presently undergoing medical and allergic management in an attempt to control his symptoms. If his symptoms do not improve he may require nasal & sinus surgery.

| YES | NO | |
|---|---|---|
| ☐ | ☒ | Is inpatient hospitalization of the employee required? |
| ☐ | ☒ | Is employee able to perform work of any kind? reduction to certain work environ |
| ☐ | ☒ | Is employee able to perform the functions of employee's position? |
| ☒ | ☐ | Would the condition lead to serious illness if left untreated? |

**Signature of Physician or Practitioner:** [signature]   **Date:** 9-2-9

**Type of Practice:** Otolaryngology / Allergy



**RETURN TO WORK OR SCHOOL**

**NORTHWESTERN NASAL & SINUS ASSOCIATES, S.C.**
JOHN T. McMAHAN, M.D., F.A.C.S.
676 N. St. Clair, Suite 1575
Chicago, IL 60611
Telephone: (312) 266-6673

Date: _____

This is to certify that _Samuel L. Clemmons_

has been under my care for the following: _chronic and severe sinusitis and allergic rhinitis_

and is able to return to ~~work~~ ~~school~~ N/A

Remarks: _Medical management was initiated and allergy tests drawn to determine allergic component._

*** Exhibit # 3, Support Document ***