
**UNITED STATES POSTAL SERVICE**

## Notification of Personnel Action

| 01 EFFECTIVE DATE | 02 SOCIAL SECURITY NUMBER |
|---|---|
| 09-26-1998 | 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 |

### EMPLOYEE INFORMATION

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 03 | EMPLOYEE NAME-LAST | CLEMMONS | 39 | FLSA STATUS | N - NON-EXEMPT |
| 04 | EMPLOYEE NAME-FIRST | SAMUEL | 40 | PAY LOCATION | 125 |
| 05 | EMPLOYEE NAME-MIDDLE | L | 41 | RURAL CARRIER-ROUTE | |
| 06 | MAILING ADDRESS STREET/BOX/APT | 3933 N CLARENDON AVE APT | 42 | RURAL CARR-L-RTE ID | |
| | | | 43 | RURAL CARR-PAY TYPE | |
| 07 | MAILING ADDRESS-CITY | CHICAGO | 44 | RURAL CARR-TRI-WEEKLY | |
| 08 | MAILING ADDRESS-STATE | IL | 45 | RURAL CARR-FLSA | |
| 09 | MAILING ADDRESS-ZIP+4 | 60613-3201 | 46 | RURAL CARR-COMMIT | |
| 10 | DATE OF BIRTH | 06-04-1965 | 47 | RURAL CARR-EMA | |
| 11 | VETERANS PREFERENCE | 2 - 5 POINTS | 48 | RURAL CARR-HOURS | 00 |
| 12 | SEX | M | 49 | RURAL CARR-MILES | 000 |
| 13 | MINORITY | C - BLACK, NON-HISPANIC | 50 | JOB SEQUENCE | 1 |
| 14 | DISABILITY | 05 | 51 | OCCUPATION CODE | 2315-55XX |
| 15 | LEAVE COMP DATE | 03-29-1994 | 52 | POSITION TITLE | MAIL PROCESSOR |
| 16 | ENTER ON DUTY DATE | 12-06-1997 | 53 | FUNCTIONAL OPER NBR | 1100 |
| 17 | RETIREMENT COMP DATE | 12-06-1997 | 54 | DESIGNATION/ACTIVITY | 41/0 |
| 18 | SERV ANNIVERSARY PPYR | 26-1997 | 55 | POSITION TYPE | 3 - PART TIME FLEXIBLE |
| 19 | TSP ELIGIBILITY | Y - ELIGIBLE WITH DEDUCT | 56 | LIMIT HOURS | 00 |
| 20 | TSP SERVICE COMP DATE | 12-06-1997 | 57 | ALLOWANCE CODE | |
| 21 | PRIOR CSRS SERVICE | N | 58 | EMPLOYMENT TYPE | |
| 22 | FROZEN CSRS TIME | | | **SALARY INFORMATION** | |
| 23 | LEAVE DATA-CATEGORY | 6 - HOURS/PP | 59 | PAY RATE CODE | H - HOURLY |
| 24 | LEAVE DATA-CHG PPYR | 09-2009 | 60 | RATE SCHEDULE CODE | P - PS |
| 25 | LEAVE DATA-TYPE | 2 - EARN AS YOU GO | 61 | GRADE/STEP | 04/A |
| 26 | CREDIT MILITARY SERV | | 62 | BASE SALARY | 12.87 |
| 27 | RETIRED MILITARY | | 63 | COLA | |
| 28 | RETIREMENT PLAN | 8 - FERS | 64 | COLA ROLL-IN IND | |
| 29 | EMPLOYEE STATUS | | 65 | NEXT STEP PPYR | 22-1999 |
| 30 | LIFE INSURANCE | Z - 10,000 + 5X PAY + FAM | 66 | MERIT ANNIV DATE | |
| 31 | SPECIAL BENEFITS | | 67 | MERIT LUMP SUM | |
| **POSITION INFORMATION** | | | 68 | SPECIAL SALARY CODE | |
| 32 | EMPLOY OFFICE-FIN NO | 16-3875 | 69 | PROTECTED RSC | |
| 33 | EMPLOY OFFICE-NAME | IRVING PARK ROAD PROC/DIS | 70 | PROTECTED GRADE/STEP | |
| | | | 71 | EXPIRATION PPYR | |
| 34 | EMPLOY OFFICE-ADDRESS | CHICAGO IL 60607-9998 | 72 | PROTECTED RC HOURS | |
| | | | 73 | PROTECTED RC MILES | |
| 35 | DUTY STATION-FIN NO | 16-3875 | 74 | RC GUARANTEED SALARY | |
| 36 | DUTY STATION-NAME | IRVING PARK ROAD PROC/DIS | 75 | ANNUITY AMOUNT | |
| 37 | APPT EXPIRATION DATE | | 76 | RED CIRCLE CODE | 0 |
| 38 | PROBATION EXPIR DATE | | | | |

### NATURE OF PERSONNEL ACTION

| 77 | NATURE OF ACTION CODE | 716 | 78 | AUTHORITY | 39-USC Sect 1001 |
| 79 | DESCRIPTION | CHANGE TO PTF | 80 CODE 511 | 81 CODE 520 | 82 CODE | 83 CODE |
| 84 | REMARKS | | | | | |

THIS ACTION DOES NOT CHANGE DUE DATE FOR ADVANCEMENT TO THE NEXT HIGHER STEP.
ACTION EFFECTED AT EMPLOYEES REQUEST.
JOB NO 7969456
CI 10/06/98

| 85 | AUTHORIZATION | JOHN T. WEEKER, VICE PRESIDENT AREA OPERATIONS-GREAT LAKES | 86 | PROCESSED DATE | 10-06-1998 |
| | | | 87 | PERSONNEL OFFICE ID | CP31 |
| | | | 88 | OPF LOCATION | IRVING PARK ROAD PROC/DIS |

PS Form 50, April 1994 (Exception to Standard Form 50)    1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE

| 01 Effective Date | | NOTIFICATION of PERSONNEL ACTION | 02 Social Security Number |
|---|---|---|---|
| 12-06-1997 | | U. S. Postal Service | 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 |

**EMPLOYEE INFORMATION**

| | | | | |
|---|---|---|---|---|
| 03 Employee Name-Last | CLEMMONS | 39 FLSA Status | N - NON-EXEMPT |
| 04 Employee Name-First | SAMUEL | 40 Pay Location | 349 |
| 05 Employee Name-Middle | L | 41 Rural Carrier-Route | |
| 06 Mailing Address Street/Box/Apts | 3933 N CLARENDON AVE APT | 42 Rural Carr-L-Rte ID | |
| 07 Mailing Address-City | CHICAGO | 43 Rural Carr-Pay Type | |
| 08 Mailing Address-State | IL | 44 Rural Carr-Tri-Weekly | |
| 09 Mailing Address-Zip+4 | 60613-3201 | 45 Rural Carr-FLSA | |
| 10 Date of Birth | 06-04-1965 | 46 Rural Carr-Commit | |
| 11 Veterans Preference | 2 - 5 POINTS | 47 Rural Carr-EMA | |
| 12 Sex | | 48 Rural Carr-Hours | 00 |
| 13 Minority | | 49 Rural Carr-Miles | 000 |
| 14 Disability | | 50 Job Sequence | 1 |
| 15 Leave Comp Date | 03-29-1994 | 51 Occupation Code | 2315-01XX |
| 16 Enter on Duty Date | 12-06-1997 | 52 Position Title | MAIL HANDLER |
| 17 Retirement- Comp Date | 12-06-1997 | 53 Functional Oper Nbr | 1700 |
| 18 Serv Anniversary PPYR | 26-1997 | 54 Designation/Activity | 32/0 |
| 19 TSP Eligibility | I - INELIGIBLE | 55 Position Type | 2 - PART TIME REGULAR |
| 20 TSP Service Comp Date | 12-06-1997 | 56 Limit Hours | 30 |
| 21 Prior CSRS Service | N | 57 Allowance Code | |
| 22 Frozen Csrs Time | | 58 Employment Type | |
| 23 Leave Data-Category | 6 - HOURS/PP | **SALARY INFORMATION** | |
| 24 Leave Data-Chg PPYR | 09-2009 | 59 Pay Rate Code | H - HOURLY |
| 25 Leave Data-Type | 2 - EARN AS YOU GO | 60 Rate Schedule Code | M - MAIL HANDLERS |
| 26 Credit Military Serv | | 61 Grade/Step | 04/ A |
| 27 Retired Military | | 62 Base Salary | 10.99 |
| 28 Retirement Plan | 8 - FERS | 63 Cola | |
| 29 Employee Status | | 64 Cola Roll-In Ind | |
| 30 Life Insurance | C - BASIC COVERAGE ONLY | 65 Next Step PPYR | 22-1999 |
| 31 Special Benefits | | 66 Merit Anniv Date | |

**POSITION INFORMATION**

| | | | |
|---|---|---|---|
| | | 67 Merit Lump Sum | |
| 32 Employ Office-Fin No | 16-3875 | 68 Special Salary Code | |
| 33 Employ Office-Name | IRVING PARK ROAD PROC/DIS | 69 Protected RSC | |
| | | 70 Protected Grade/Step | |
| 34 Employ Office-Address | CHICAGO IL 60607-9998 | 71 Expiration PP/YR | |
| | | 72 Protected RC Hours | |
| 35 Duty Station-Fin No | 16-3875 | 73 Protected RC Miles | |
| 36 Duty-Station-Name | IRVING PARK ROAD PROC/DIS | 74 RC Guaranteed Salary | |
| 37 Appt Expiration Date | | 75 Annuity Amount | |
| 38 Probation Expir Date | 03-05-1998 | 76 Red Circle Code | 0 |

**NATURE OF PERSONNEL ACTION**

| | | | |
|---|---|---|---|
| 77 Nature of Action Code | 100 | 78 Authority | 39-USC SECT. 1001 |
| 79 Description | CAREER APPOINTMENT | 80 Code 523  81 Code | 82 Code   83 Code |
| 84 Remarks | | | |

90-DAY PROBATION FROM EFFECTIVE DATE.
SELECTED FROM HWS97-00050, DATED 12/1/97
JOB ID 8247651, PMC

| 85 Authorization | 86 Processed Date | 12-18-1997 |
|---|---|---|
| JOHN T. WEEKER, VICE PRESIDENT AREA OPERATIONS-GREAT LAKES | 87 Personnel Office ID | CP31 |
| | 88 OPF Location | IRVING PARK ROAD PROC/DIS |
| PS Form 50, March 1990 (Exception to Standard Form 50) | 2 - OPF COPY | |