## MSPB SETTLEMENT AGREEMENT
## MSPB DOCKET #CH-0752-99-0118-I-1
### SAMUEL L. CLEMMONS

In full and complete resolution of the Appeal cited herein, the undersigned parties agree as follow:

I, **Walter S. Maze** at 722 W. Irving Park Road, Chicago, IL 60613 along with Ronald Campbell and Carolyn Smith would like to add that any documents similar to this document is a fraud document.

We are the witnesses that Mr. Samuel Clemmons refused to resign on such hearing date but was completely denied his hearing to return back to work.

Mr. Clemmons was given documents similar to this one to sign to receive his back pay entitlements only.

At the time of Mr. Clemmons hearing Mr. Clemmons did make it known that he was ill and wish that his assigned union representation handle such matter and report back to him.

The Judge did detain Mr. Clemmons for a period of five hours pressuring him to resign after telling the Judge and a Postal Employee that he will not resign.

Mr. Clemmons did agree to withdraw his appeal only from the MSPB

The hearing was located at the MSPB location downtown Chicago, IL.

We assisted Mr. Clemmons home after five hours of pressure by the MSPB. Mr. Clemmons was advised to fax such request to have for his record that will show him requesting to rescind all his documents from the MSPB.

Others were notified of the activity of the MSPB and Mr. Clemmons refusal to resign.

I sign this document before this notary on February 4th, 1999 witnessing that there are many documents similar to this one that I saw were pre written up by the Postal Service employees who are not in position to take action or represent the agency.

_____
Postal Employee Walter Maze

Subscribed and sworn before me by **Walter S. Maze** on this ___4TH___ day of

___FEB___, 1999. _____
Notary Public
My commission expires: 6-24-2001

"OFFICIAL SEAL"
SORAIDA FLORES
Notary Public, State of Illinois
My Commission Expires June 24, 2001

# MSPB SETTLEMENT AGREEMENT
## MSPB DOCKET #CH-0752-99-0118-I-1
### SAMUEL L. CLEMMONS

In full and complete resolution of the Appeal cited herein, the undersigned parties agree as follow:

I, **Ronald Campbell** at 1741 N. Larrabee, Chicago, IL 60614 along with Walter Maze and Carolyn Smith would like to add that any documents similar to this document is a fraud document.

We are the witnesses that Mr. Samuel Clemmons refused to resign on such hearing date but was completely denied his hearing to return back to work.

Mr. Clemmons was given documents similar to this one to sign to receive his back pay entitlements only.

At the time of Mr. Clemmons hearing Mr. Clemmons did make it known that he was ill and wish that his assigned union representation handle such matter and report back to him.

The Judge did detain Mr. Clemmons for a period of five hours pressuring him to resign after telling the Judge and a Postal Employee that he will not resign.

Mr. Clemmons did agree to withdraw his appeal only from the MSPB

The hearing was located at the MSPB location downtown Chicago, IL.

We assisted Mr. Clemmons home after five hours of pressure by the MSPB. Mr. Clemmons was advised to fax such request to have for his record that will show him requesting to rescind all his documents from the MSPB.

Others were notified of the activity of the MSPB and Mr. Clemmons refusal to resign.

I sign this document before this notary on February 4th, 1999 witnessing that there are many documents similar to this one that I saw were pre written up by the Postal Service employees who are not in position to take action or represent the agency.

*Ronald Campbell*
Postal Employee Ronald Campbell

Subscribed and sworn before me by **Ronald Campbell** on this ___4TH___ day of ___FEB___, 1999. _____
Notary Public
My commission expires: 6-24-2001

"OFFICIAL SEAL"
SORAIDA FLORES
Notary Public, State of Illinois
My Commission Expires June 24, 2001

1

**PAGE INTENTIONALLY LEFT BLANK
FOR THE DEFENDANT**

**PAGE INTENTIONALLY LEFT BLANK
FOR THE DEFENDANT**