*Samuel L. Clemmons*
*1533 Raymond Road, Apt # 79*
*Jackson, MS 39204*
*601-346-7274*

October 15, 1999

Merit Protection Board
Office of the Clerk of the Board
1120 Vermont Avenue, NW.
Washington, DC 20419

Dear Merit Protection Board:

I am in receipt of your Attestation dated September 30, 1999 (Docket No. CH-0752-99-0118-1) with the index list of two volumes. I hereby state in this document to you that the volumes or record is not complete.

I request to you to provide the court all the information in relation to this matter for the record.

Sincerely,

*Samuel L. Clemmons*
Samuel L. Clemmons

    CC: Merit Protection Board
        David Cohen, Director
        R. Andrew German, Chief Counsel, Appellate Div.

## CERTIFICATE OF SERVICE

I certify that the attached Document (s) was (were) sent by regular mail, unless

Otherwise indicated below, this day to each of the following:

### Court
### United States Court of Appeal
### For the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

### Respondent Attorney

David Cohen, Director
Department of Justice
1100 L Street, N.W. Room 11044
Washington, DC 20530

----------

Merit Protection Board
Office of the Clerk of the Board
1120 Vermont Avenue, NW
Washington, DC 20419

October 15, 1999        _Samuel L. Clemmons_
(Date)                   Samuel L. Clemmons
                         Petitioner

**U.S. MERIT SYSTEMS PROTECTION BOARD**
**CLERK OF THE BOARD**
1120 Vermont Ave., NW Room 806
Washington, DC 20419

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

MSPB-E-119 (11/98)

99-3423



# UNITED STATES OF AMERICA

# MERIT SYSTEMS PROTECTION BOARD

## ATTESTATION

**I HEREBY ATTEST** that the attached index represents a list of the documents comprising the administrative record of the Merit Systems Protection Board in the appeal of *Samuel L. Clemmons v. United States Postal Service*, MSPB Docket No. CH-0752-99-0118-I-1, and that the administrative record is under my official custody and control on this date.

on file in this Board

SEP 30 ___
Date

Robert E. Taylor
Clerk of the Board

# INDEX
## Samuel L. Clemmons v. U.S. Postal Service
Docket No. CH-0752-99-0118-I-1


"FRAUD"

### Volume 1

| TAB | DOCUMENT DESCRIPTION | DATE OF RECEIPT OR ISSUANCE |
|---|---|---|
| 1. | Initial Appeal to MSPB | Dec. 03, 1998 |
| 2. | MSPB Acknowledgment Order | Dec. 04, 1998 |
| 3. | MSPB Notice: Hearing and Prehearing Conference | Dec. 14, 1998 |
| 4. | Appellant's Addendum to Appeal | Dec. 28, 1998 |
| 5. | Agency Response File/Designation of Representative | Dec. 29, 1998 |
| 6. | Appellant's 2nd Addendum to Appeal | Jan. 06, 1999 |
|  | Appellant's Prehearing Submission | Jan. 12, 1999 |
| 8. | Appellant's Additional Evidence | Jan. 19, 1999 |
| 9. | Appellant's 3rd Addendum to Appeal | Jan. 25, 1999 |
| 10. | Agency's Witness List | Jan. 25, 1999 |
| 11. | Agency's Motion to Dismiss - Jurisdiction | Jan. 26, 1999 |
| 12. | Agency's Settlement Offer | Jan. 27, 1999 |
| 13. | Agency's Prehearing Exhibits | Feb. 01, 1999 |
| 14. | Settlement Agreement | Feb. 04, 1999 |
| 15. | MSPB Initial Decision- Settled | Feb. 05, 1999 |

[Handwritten note next to item 6: "Failed to receive in judge order should have been destroyed."]

### Volume 2

MSPB February 4, 1999 Hearing Tapes - (2)

"FRAUD"

# INDEX

### SAMUEL L. CLEMMONS
### v.
### UNITED STATES POSTAL SERVICE

(MSPB Docket No. CH-0752-99-0118-I-1)

## VOLUME 2

| TAB | DESCRIPTION OF DOCUMENT | DATE OF RECEIPT OR ISSUANCE |
|---|---|---|
| 1 | Rec - Petition for Review - Appellant | March 1, 1999 |
| 2 | Acknowledge Receipt of PFR | March 3, 1999 |
| 3 | Rec - Document Designation of Aplt. Rep. | March 11, 1999 |
| 4 | Rec - Response Agency's Resp. To PFR | March 18, 1999 |
| 5 | Rec - Document Appellant's Final Response | April 5, 1999 |
| 6 | Rec - Document FALSE STATEMENTS OF EMPLOYEE DEPARTURE | April 12, 1999 |
| 7 | Rec - Document SETTLEMENT MEMO | May 5, 1999 |
| 8 | PFR Decision Issued -Appellant | August 5, 1999 |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a certified index with a copy of the Board's final decision, was sent by regular mail to the Clerk, U.S. Court of Appeals for the Federal Circuit and that a copy of this index was sent by regular mail to the following:

**PETITIONER**

Samuel L. Clemmons
1533 Raymond Road, #79
Jackson, Mississippi  39204

} UNION REP MISSING "FRAUD"

**RESPONDENT**

David Cohen, Director
Commercial Litigation Branch
Civil Division
ATTN: Second Floor Classification Unit
Department of Justice
Washington, DC 20530

R. Andrew German
Chief Counsel, Appellate Division
Law Department
U.S. Postal Service
475 L'Enfant Plaza, SW
Washington, DC  20260-1136

on file in this Board

SEP 3 0 1999
_____
Date

_Florence P. Taylor_ (signature)
Robert E. Taylor
Clerk of the Board

# UNITED STATES OF AMERICA
# MERIT SYSTEMS PROTECTION BOARD
# CHICAGO REGIONAL OFFICE

| | | |
|---|---|---|
| SAMUEL L. CLEMMONS<br>Appellant | ) ) ) ) | December 22, 1998 |
| v. | ) ) ) | Scott D. Cooper<br>Administrative Judge |
| UNITED STATES POSTAL SERVICE<br>Agency | ) ) ) ) | Docket No.<br>CH-0752-99-0118-I-1 |

BARBARA J. SINGLETON
CHICAGO CENTRAL FACILITY
433 WEST HARRISON - 40212-A
CHICAGO, IL 60607-9403
PHONE 312-983-8642
FAX 312-983-8645

# TABLE OF CONTENTS

## SAMUEL L. CLEMMONS

## U. S. POSTAL SERVICE - CHICAGO, IL  60607-9403

| LOCATION | DATE | DOCUMENT DESCRIPTION | SOURCE |
|---|---|---|---|
| 1 | 12-22-98 | Narrative Response | Agency |
| 2 | | Not Applicable | Agency |
| 3 | 12-22-98 | No Formal Compliant of Discrimination Filed | Agency |
| 4a | 11-05-98 | Response Letter from William Ochab | Agency |
| 4b | 11-02-98 | Response Letter from Frank T. Readus | Agency |
| 4C | 10-30-98 | Response Letter to William Ochab | Appellant |
| 4d | 10-27-98 | Letter of Decision - Removal William Ochab and attachments | Agency |
| 4e | 10-11-98 | Rebuttal, Proposal, and Request to transfer Letter | Appellant |
| 4f | 10-01-98 | Amended Proposed Notice of Removal | Agency |
| 4g | 10-01-98 | Amended Notice Michael K. Dlouhy | Agency |
| 4h | 09-25-98 | Proposed Notice of Removal Melvin Taylor | Agency |
| 4i | 09-25-98 | Rescinded Notice Michael K. Dlouhy | Agency |
| 4j | 09-19-98 | Rebuttal to Dismissal Letter | Appellant |