A/OPERATIONS MANAGER
IRVING PARK ROAD PROCESSING & DISTRIBUTION




[illegible]E AND NOTICE OF A HEARING AND PRE-HEARING CONFERENCE.

- YOU CANNOT ORDER A HEARING OR A CONFERENCE BEFORE THE BOARD IF THE APPELLANT HAS NOT BEEN REMOVED, PLEASE REVIEW DOCUMENTS DATED DEC 15TH, 1998 AND NOTICE FROM THE MSPB DATED DEC 14TH, 1998 WAITING SUCH HEARING SCHEDULE FEB 4
- THIS NOTICE OR DOCUMENT ALONE PROVES OR GIVE SUCH BOARD LACK OF JURISDICTION AND SUCH MATTER NEED TO GO TO THE COURT

SC

December 15, 1998

Subject: Amended Letter of Decision

Samuel Clemmons
3933 N. Clarendon
Apt. 305
Chicago, IL 60613-3201

Dear Mr. Clemmons

This is in response to your letter that was dated October 30, 1998 and received in my office on November 3, 1998 concerning the Letter of Decision (dated October 27, 1998) that you received concerning your proposed Notice of Removal.

In your letter you stated that you have not seen any evidence of the charges that was levied against you. In particular, you requested that the video tapes of the alleged activities and the Postal Inspector's interview report be made available to you.

On Friday, December 11, 1998, an appointment was scheduled for you to view the video that you requested to see. Your appointment was scheduled for 0700 a.m in the Inspection Service office. You failed to report to view the video as scheduled. Although you did not view the video, I understand that your union representative has already viewed it.

I find the reasons stated in the Notice of Proposed Removal sustained and fully supported by the evidence and warrants your removal from the Postal Service to promote the efficiency of the Service. Therefore, your removal is effective Friday, December 18, 1998.

You have the right to appeal this decision in writing to the Regional Administrator, Merit Systems Protection Board, Chicago Regional Office, John C. Kluczynski Building, 230 South Dearborn Street, 31st floor, Chicago, Illinois 60604-1669, within 30 calendar days from December 18, 1998.

If you appeal to the Merit Systems Protection Board, you should state whether you do or do not wish a hearing and you should furnish me a copy oy your appeal. For further information on appeal procedures, contact Labor Relations, at the Chicago Central Facility, Room 40212, Chicago, Illinois 60607-9403, between the hours of 8:00 a.m. and 5:00 p.m. , Monday through Friday. Attached for your reference is a copy of the MSPB regulations and a copy of the appeal form.

You are entitled to a representative of your own choosing throughout this appeal. You and your representative, if he or she is a Postal Service employee, they shall be afforded a reasonable amount of official time for the preparation of your case if you and/or your representative are otherwise in a duty status.

William Ochab
A/Operations Manager

Attachments: Pages 1200-1201-1209 of Code of Federal Regulations, #5 Administrative Personnel: and MSPB Appeal Form

11560 W. IRVING PARK ROAD
60607-9997
(773) 894-1111
FAX: (773) 894-1105



A/OPERATIONS MANAGER
IRVING PARK ROAD PROCESSING & DISTRIBUTION

AGENCY FILING IN ERROR "DISCOVERY"



TIME FILED SHOWS LACK OF JURISDICTION WARRANTS DISMISSAL OUTRIGHT

MERIT SYSTEMS PROTECTION BOARD
RECEIVED
JAN 25 1999
CENTRAL REGION
CHICAGO, ILLINOIS

December 15, 1998

Subject: Amended Letter of Decision

Samuel Clemmons
3933 N. Clarendon
Apt. 305
Chicago, IL 60613-3201

Dear Mr. Clemmons

This is in response to your letter that was dated October 30, 1998 and received in my office on November 3, 1998 concerning the Letter of Decision (dated October 27, 1998) that you received concerning your proposed Notice of Removal.

In your letter you stated that you have not seen any evidence of the charges that was levied against you. In particular, you requested that the video tapes of the alleged activities and the Postal Inspector's interview report be made available to you.

On Friday, December 11, 1998, an appointment was scheduled for you to view the video that you requested to see. Your appointment was scheduled for 0700 a.m in the Inspection Service office. You failed to report to view the video as scheduled. Although you did not view the video, I understand that your union representative has already viewed it.

I find the reasons stated in the Notice of Proposed Removal sustained and fully supported by the evidence and warrants your removal from the Postal Service to promote the efficiency of the Service. Therefore, your removal is effective Friday, December 18, 1998.

You have the right to appeal this decision in writing to the Regional Administrator, Merit Systems Protection Board, Chicago Regional Office, John C. Kluczynski Building, 230 South Dearborn Street, 31st floor, Chicago, Illinois 60604-1669, within 30 calendar days from December 18, 1998.

If you appeal to the Merit Systems Protection Board, you should state whether you do or do not wish a hearing and you should furnish me a copy oy your appeal. For further information on appeal procedures, contact Labor Relations, at the Chicago Central Facility, Room 40212, Chicago, Illinois 60607-9403, between the hours of 8:00 a.m. and 5:00 p.m. , Monday through Friday. Attached for your reference is a copy of the MSPB regulations and a copy of the appeal form.

You are entitled to a representative of your own choosing throughout this appeal. You and your representative, if he or she is a Postal Service employee, they shall be afforded a reasonable amount of official time for the preparation of your case if you and/or your representative are otherwise in a duty status.

William Ochab
A/Operations Manager

Attachments: Pages 1200-1201-1209 of Code of Federal Regulations, #5 Administrative Personnel: and MSPB Appeal Form

11560 W. IRVING PARK ROAD
60607-9997
(773) 894-1111
FAX: (773) 894-1105

(SA 2)

52

SHOULD BE LEGAL & BINDING

UNITED STATES MERIT SYSTEM PROTECTION BOARD
MIDWEST DISTRICT OF CHICAGO
JOHN C. KLUCZYNSKI BLDG
230 SOUTH DEARBORN STREET
CHICAGO, IL 60604-1669

**CASE NO. 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**
**DOCKET NUMBER: CH-0752-99-0118-1**
**POSITION TITLE: MAIL PROCESSOR**

**DATE: January 27, 1999**

SAMUEL L. CLEMMONS PLAINTIFF (Appellant)

vs.

**Settlement Offer**

UNITED STATES POSTAL SERVICE DEFENDANT (Agency)

COMES the Appellant, Samuel L. Clemmons, by personal, and for his complaint herein states a settlement offer to the following Merit Board Request on January 26, 1999 concerning the Appellant Appeal matter:

1. Plaintiff, Samuel L. Clemmons, is a resident of 3933 N. Clarendon Road #305, Chicago, Illinois, 60613

2. The Defendant, The United States Postal Service, is a Federal Government business that operates independent from other Postal Services in the state of Illinois at 11560 Irving Park Road, Chicago, Illinois 60701-9997.

D8




(6)

3. The cause of action arises under several claim acts that protect the plaintiff from on the job discrimination and civil rights and other labor laws. I the appellant seek protection under such laws to protect myself and my career and wish to file this offer to settle in a court of law that has jurisdiction to hear all evidence to protect under such federal jurisdiction employee's protection act.

4. Since such agency has notified the MSPB that such cases exist and they no longer have jurisdiction to hear such argument, I wish to reserve my rights for such arguments to be heard before a court of law, rights to be protected by my union representative or such agency.

5. I, the appellant, hereby submit this offer to pull such matter from the Merit Protection Board and wish to offer an attempt to resolve and settle this matter with such agency. In my removal I must first state that the damage has already been done to the appellant. The damage was done when worker Michael Dlouhy stated and preformed the actions by given me the document in front of my peers and stating that I was terminated. After receiving such documents without understanding this process from the start. Michael Dlouhy did not attempt to explain and did not give me such advice or course of action to take. I question Michael Dlouhy action in not being my supervisor to perform such act. Thomas Abraham was the appellant supervisor at the time of the papers was presented to me.

6. Second, by the comments of the Irving Park Facilities workers stating or thought that I was terminated sometime ago.

7. Third, by William Ochab unnecessary actions of removing a career federal employee with veteran preference of 10 points with bargaining rights. William Ochab failed to abide by many regulations in this process and felt that he can initiate whatever procedures with all the false or misrepresented documents with inconsistencies and errors in **all** of them. Even though, with **all** these



errors in this process and the agency lateness in filing all the required documents with the appellant support documents and request for evidence to support the appellant's theory to defend his rights as an employee. I have to add that this process is starting to present itself with prejudice. I asked the Merit Protection Board and the agency to review all supported documentation and all my rebuttal arguments while going through this process. It appears that neither party is taking such regulation such as the Mailhander Union Handbook Article 16 into consideration in this process. I was a bargain right employee. Not an EAS employee without bargaining rights.

8. I must state once again that I the appellant is fully aware and knows his rights as a federal employee. I know my rights have been violated. Since, this minor offense or matter that has occurred. It has caused me such a serious strain to my rights to work and live like every federal employee. I must say that further action will be taken if **all** the evidence that I have requested to see for myself is not presented concerning **all** allegation made against me by this agency. If proper procedures are not conducted according to the law. I state in this document that I am incompetent to many rules and regulations but I will continue to search and locate proper representation to act on my behalf.

9. Therefore, due to the amount of damage has been done in this process. I will attempt to put this offer to settle this matter under the following terms and try to prevent a full hearing after such admission advising the MSPB that according to the case laws it lack such jurisdiction. I hereby put this offer forward to the agency to prevent such a full hearing to be held on February 4, 1999 at 9:30 a.m.

10. I hereby place this request in this settlement this counter offer:



- I request all back pay I am entitled to since December 18, 1998 to Present. Along with compensation for time spent preparing documents, mailing, and stress and strain during this process. I expected to be treated the same just like everyone else in the past that have went through this process they received union representative, representing them.
- I request you to honor my request to transfer to another federal agency or to another location within the United Postal Service. I wish to be granted *Interim relief* as stated under 5 U.S.C. 7701(b)(2).
- I wish to have an apology letter stating mistakes in proper procedures in handling such a minor matter and removal of all adverse statements or documents from personal file and personnel file.

11. In closing, now that the postal service management in reference to me has made many false statements. Let them remain, therefore, let the workers of Irving Park Postal think such is true while I work in another establishment as stated in this settlement request. I will remain on standby for the next 24 hours before the Judge second Prehearing Conference on January 28, 1999 when such is not suppose to be in his office to hear. I announce in this agreement by both parties listed below that I will not resign under any circumstances.

MERIT SYSTEMS PROTECTION BOARD RECEIVED JAN 27 1999 CENTRAL REGION CHICAGO, ILLINOIS

Cindy M. Wheeler
(Agency Representative, accepts)
433 West Harrison – 40212-A
Chicago, IL 60607-9403

Samuel L. Clemmons
3933 N. Clarendon Ave # 305
Chicago, IL 60613
(773) 528-6208

Samuel L. Clemmons Cindy M. Wheeler, states that we both have read the foregoing response and the statements and I contained therein and wish to settle such matter accordingly. Therefore, a notary is not need to verify signature in this release. By both parties signing such documents will make such document binding and legal for the record without the MSPB involvement.



(56)

## CERTIFICATE OF SERVICE

I certify that the attached document(s) were sent by certified mail this day to each of the following:

MERIT SYSTEMS PROTECTION BOARD
Administrative Judge Scott D. Cooper
230 South Dearborn St., Rm 3100
Chicago, IL 60604-1669
Also faxed to: (312) 886-4231

APPELLANT
Samuel L. Clemmons
3933 N. Clarendon Ave. #305
Chicago, IL 60613
Also faxed to: (773) 528-6208

- attempted 3Xs no pick up on left phone message at 4:30 pm on.

1-25-99
Date

Cindy M. Wheeler ??
Cindy M. Wheeler
Sr. Labor Relations Specialist

D13