

OFFICE OF INSPECTOR GENERAL

HOTLINE

AUG 2 4 2005

August 24, 2005

Samuel L. Clemmons
P.O. Box 28558
Atlanta, GA 30358

Dear Mr. Clemmons:

We received your July 20th letter and accompanying documents asking for confirmation that your cases against the Merit Systems Protection Board and the United States Postal Service are being reviewed or investigated.

The Office of Inspector General is responsible for systemic investigations and audits of fraud, waste, and mismanagement in postal systems and operations. This office does not investigate individual complaints already in litigation against the Postal Service or other agencies. Therefore, I am forwarding your correspondence to the Postal Service Law Department for response.

Sincerely,

Carrie L. Fox
Director, Hotline

1735 N LYNN ST
ARLINGTON VA  22209-2020
(888) 877-7644
FAX: (703) 248-2259

**U.S. MERIT SYSTEMS PROTECTION BOARD**
**CLERK OF THE BOARD**

1615 M Street, NW
Washington, DC 20419

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

MSPB-E-119 (07/04)

 **U.S. MERIT SYSTEMS PROTECTION BOARD**

Office of the Clerk of the Board
1615 M Street, N.W.
Washington, D.C. 20419

Phone: 202 653 7200; Fax: 202 653 7130; E-Mail: mspb@mspb.gov

**Clerk of the Board**

AUG   3 2005

Mary L. Lee
P.O. Box 28558
Atalnta, GA 30358

       Re:   *Samuel L. Clemmons v. U.S. Postal Service*
              MSPB Docket No. CH-0752-99-0118-I-1

Dear Ms. Lee:

This is in response to your correspondence dated July 14, 2005, in which you again seek to reopen the above-referenced appeal.

As was noted in our letter dated June 22, 2005, the Board's Final Order represents the final decision of the Board in this appeal and the Board's regulations do not provide for your request for reconsideration of the above-referenced appeal. We also note that the Federal Circuit has denied Mr. Clemmons' request for review and upheld the Board's decision. There is, therefore, no further right to review of this appeal by the Board.

Sincerely,

Bentley M. Roberts, Jr.

P.O. Box 28558
Atlanta, GA 30358

July 20, 2005

Office of the United States Inspector General
Complaints Examining Unit
**1735 N. Lynn Street, 10th Floor**
Arlington, VA 22209-2020

**Re:** Prohibited Personnel Practice or Other Prohibited Activity
Complaint Submission

Dear Office of the Inspector General:

On June 6, 2005, I had a 231 page complaint delivered to your office by FedEx delivery services. This complaint was address to the United States Attorney General Office for review with an additional request for such complaint to be forwarded to your office for review and response.

As of this dated I have not received any confirm nation or status that my complaint against the United States Postal Services and the Merit System Protection is being review and will be thoroughly investigated.

I would greatly appreciate your acknowledgement and assistance in resolving this wrongful procedures matter that is in violation of the Code of Federal Regulation 1201.

I will remain on standby waiting for your correspondence to my request.

Thanks for your time and assistance...

Respectfully yours,

Samuel L. Clemmons
Complainant

      CC:   Members of Congress
              Attorney Office Legal Review
              Records

      Attachments

FedEx Express                     U.S. Mail: PO Box 727              Telephone 901-369-3600
Customer Support                  Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



June 06, 2005

FedEx Customer
(770) 794-1872

Dear FedEx Customer:

Our records reflect the following delivery information for the shipment with the tracking number 845714490653. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

    Signed For By:   E.SAUNDERS

      Delivered to:   3370 V ST NE

    Delivery Date:   June 06, 2005

    Delivery Time:   09:18 AM

              Shipping Information:

| Tracking No: | 845714490653 | Ship Date: | June 04, 2005 |
|---|---|---|---|
| Shipper: | S.L. CLEMMONS ▬▬▬▬▬▬▬ AGENCY 3725 GEORGE BUSBEE PKWY N KENNESAW, GA 301446617 US | Recipient: | HON ALBERTO GONZALES UNITED STATES ATTORNEY GENERA 950 PENNSYLVANIA AVE N W WASHINGTON, DC 20530 US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2005060600217503060

This information is provided subject to the FedEx Service Guide.

FedEx Express          U.S. Mail: PO Box 727          Telephone 901-369-3600
Customer Support       Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



July 13, 2005

FedEx Customer
(770) 794-1872

Dear FedEx Customer:

Our records reflect the following delivery information for the shipment with the tracking number 851143709120.

Delivery Information:

Signed For By:    M.MILES

Delivered to:    433 W HARRISON 4

Delivery Date:    July 12, 2005

Delivery Time:    01:15 PM

Shipping Information:

Tracking No:    851143709120              Ship Date:    July 11, 2005

Shipper:    MARY L LEE                    Recipient:    VICTOR M REYES
            AGENCY                                      U S POSTAL OFFICE
            3725 GEORGE BUSBEE                          CHICAGO DIST
            PKWY N                                      433 WEST HARRISON ST
            KENNESAW, GA 301446617                      EQUA
            US                                          CHICAGO, IL 60607
                                                        US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2005071300225595771

This information is provided subject to the FedEx Service Guide.

FedEx Express                    U.S. Mail: PO Box 727              Telephone 901-369-3600
Customer Support                 Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



July 13,2005

FedEx Customer
(770) 794-1872

Dear FedEx Customer:

Our records reflect the following delivery information for the shipment with the tracking number 851143709120.

Delivery Information:

Signed For By:   M.MILES

Delivered to:   433 W HARRISON 4

Delivery Date:   July 12, 2005

Delivery Time:   01:15 PM

Shipping Information:

Tracking No:   851143709120          Ship Date:   July 11, 2005

Shipper:   MARY L LEE                 Recipient:   VICTOR M REYES
           AGENCY                                  U S POSTAL OFFICE
           3725 GEORGE BUSBEE                      CHICAGO DIST
           PKWY N                                  433 WEST HARRISON ST
           KENNESAW, GA 301446617                  EQUA
           US                                      CHICAGO, IL 60607
                                                   US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2005071300225597941

This information is provided subject to the FedEx Service Guide.

FedEx Express
Customer Support
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone 901-369-3600



July 13, 2005

FedEx Customer
(770) 794-1872

Dear FedEx Customer:

Our records reflect the following delivery information for the shipment with the tracking number 851143709106.

Delivery Information:

Signed For By:    M.MILES

Delivered to:    433 W HARRISON 4

Delivery Date:    July 12, 2005

Delivery Time:    01:15 PM

Shipping Information:

Tracking No:    851143709106          Ship Date:    July 11, 2005

Shipper:    MARY L LEE                Recipient:    BARBARA J SINGLETON
            AGENCY                                  U S POSTAL SERVICES
            3725 GEORGE BUSBEE                      433 WEST HARRISON ST
            PKWY N                                  4021
            KENNESAW, GA 301446617                  CHICAGO, IL 60607
            US                                      US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2005071300220823243

This information is provided subject to the FedEx Service Guide.

Paralegal Services
**Attn: Mary L. Lee, P.L.L**
P.O. Box 28558
Atlanta, GA 30358

July 14, 2005

U.S. Merit Systems Protection Board
Office of the Clerk of the Board
**Attn: Mr. Bentley M. Roberts, Jr.**
1615 M Street, N.W.
Washington, DC 20419

**Docket Number: CH-0752-99-0118-I-1 (Fraud)**
**OSC file Number: MA-05-1967 (Active)**

Dear Mr. Roberts & The MSPB:

This notice is in response to your letter dated June 22, 2005 in which you are refusing to acknowledge the United States Merit System Protection Board lack of jurisdiction in this matter.

If you carefully review such Appellant's action and the submission of such documentation to the Board you will discovered that the Appellant (Mr. Clemmons) had his Union Collective Bargaining Agreement pending at such time of wrongful submission. Causing such Board not to have jurisdiction to intervene in this matter. According to the law of the Code of Federal Regulation section 1201 the MSPB should have dismissed itself on December 4th, 1998 as an untimely appeal and dismissed as an appeal without merit.

If the MSPB failed to acknowledge the law and administrative mistakes in the law then the burden of these mistakes falls upon the shoulders of the Board and not Mr. Clemmons.

Furthermore, any involvement by the MSPB in this matter between the United States Postal Service and Mr. Samuel L. Clemmons is unlawful and is in violation of the Code of Federal Regulation making any communication by the Board to be VOID. The Board cannot force itself to have jurisdiction in any matter that does not fall under its jurisdiction.

For the record, since it appears that such Board has failed to provided you with the necessary paperwork and documentation that reflects arguments and proof of filing that shows lack of jurisdiction. If you carefully review the fax log sheet provided by Mr. Clemmons and compare it to your statement of such date on February 5, 1999. It contradicts your stance and argument and it shows signs for fraud and a cover up into unethical behavior by the Board that should constitutes many investigations according to

federal regulations. (See attached support documentation provided by Mr. Clemmons)

Therefore, it is your right by law to inform such Agency and Board that such activity or involvement by the MSPB is not legal and binding.

If such submission was submitted in error which it has been submitted wrongful with other rights due to Mr. Clemmons. It show that Mr. Clemmons' rights have been violated by the Office of the Clerk of the Board failing to acknowledge the law of lack of jurisdiction and failing to correct the matter of the record.

It is the responsibility of the Clerk of the Board to review the complete record if such Board claimed to have jurisdiction. It is not Mr. Clemmons responsibility to continue to plea when his requests are not been addressed. Mr. Clemmons has done what was right to seek outside help and intervene into this matter.

The Clerk of the Board should have identified such errors and advised the Board located at the Central Regional Office located at 230 South Dearborn Street, 31st Floor, Chicago, IL 60604-1669 that such Board lack jurisdiction. Any attempts to deprived Mr. Clemmons of his right is ground for fraud when such Board is in violation of the law and regulations. There are rights to review of this appeal by the Board thoroughly.

This matter is a congressional inquiry and has rights to be reopened and reviewed according to proper rules, regulation and the Code of Federal Regulation 1201.

I would like to advise your office to recall this matter in it's entirely and review the record. You too will clearly see fraud by the Board that translated into further fraud by you and the U.S. Court of Appeals for the Federal Circuit due to the wrongful actions of the administrative judge in this matter.

Therefore, by rule and by law this matter is not resolve and Mr. Clemmons is still an employee of the United States Postal Service until a full hearing is granted before a court of compete jurisdiction in this matter.

All involvement by the Board, the Office of Clerk of the Board and the U.S. Court of Appeal for the Federal Circuit should be rescinded and channel for proper resolution according to statue 5 U.S.C. $ 1214, 5 C.F.R $ 1800.1, 5 U.S.C. $7121(q), 5 U.S.C. $ 1216 and the statue of the Code of Federal Regulation 1201.

If you still failed to acknowledge our request then members of congress will be notified and further requests will be submitted requesting a full congressional hearing concerning this matter.

I as well as Mr. Clemmons will remain on standby waiting for your reconsideration.

Sincerely,

Mrs. Mary L. Lee
Paralegal Services

/mll

Attachments

CC: Member of Congress
    United States Attorney General Office
    Office of Special Counsel
    Attorney
    Samuel Clemmons

P.O. Box 28558
Atlanta, GA 30358

July 11, 2005

United States Postal Service
**Attn: Mrs. Barbara Singleton**
433 West Harrison, Room 40212
Chicago, IL 60607-9403

**Re: United States Postal Service vs. Samuel Clemmons**

Dear Mrs. Singleton:

This notice is to inform you and your agency that the above subject or subject matter between the United States Postal Service vs. Samuel Clemmons is still not resolved according to the federal government rules and regulations concerning removing a career federal employee whom is employed under the status of a veteran employee.

Please be advised that this matter is under investigation by a member of congress and others. We wish that you advised other parties who have submitted false or inappropriate information regarding Mr. Clemmons that according to the law and at the time this matter was presented to the Merit System Protection Board that such Board did not have jurisdiction to administrate, rule or oversee any activity concerning this matter.

Mr. Clemmons filed his grievance under his union's collective bargaining agreement and did not file this additional grievance properly resulting in the MSPB not having jurisdiction.

Mr. Clemmons was only acting on what was presented to him by your Agency and such time of submission was not accurate and correct according to the Code of Federal Regulation 1201.

Mr. Clemmons' actions were appropriate to rescind or request removal of all submission before the board due to lack of jurisdiction leaving such union collective bargaining open to resolve.

If you should any questions, please review such regulation and consult with Mr. Clemmons' collective bargaining agreement representation to resolve this matter in the most professional manner as possible according to the United States Postal System regulation 435.24 - 436.412 concerning wrongful removal, recall and pay administration. This document is attached for your record for further review.

If you wish not to correct your mistakes for inappropriate removal then state your reasons to congress and be prepare to argue your side in a court of law of competent jurisdiction. If you wish to send me or Mr. Clemmons any information containing to this matter you

may do so to my address listed in this letterhead.

This information was sent to you because according to the rule and regulation you are the Agency acting legal representative.

Sincerely,


Mary L. Lee
Paralegal

//mll

Attachments

CC: EEOC

P.O. Box 28558
Atlanta, GA 30358



**Paralegal Services**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Office of Special Counsel | **From:** | Mary L. Lee, Paralegal Services |
| | **Attn: J. Sandra Thomas** | | |

---

| | | | |
|---|---|---|---|
| **Fax:** | 202-653-0015 | **Date:** | June 15, 2005 |
| **Phone:** | 202-254-3600 | **Pages:** | ~~6~~ 4 |
| **Re:** | Case # MA051967 | **CC:** | Law Office of Byrd, Gibbs & Martin |
| | | | Congresswoman Janice Schakowsky |
| | | | Congressman Jesse L. Jackson |
| | | | Senator Trent Lott |

---

☑ **Urgent**    ☑ **For Review**    ☑ **Please Comment**    ☑ **Please Reply**    ☐ **Please Recycle**

---

•**Comments:**

    **See letter attached.**

    **Mrs. Lee**

P.O. Box 28558
Atlanta, GA 30358

June 15, 2005

U.S. Office of Special Counsel
**Attn: J. Sandra Thomas**
1730 M. Street, NW Suite 218
Washington, DC 20036-4505

<b>Re: Case # MA051967</b>

Dear Ms. Sandra Thomas:

Mr. Clemmons and myself have received your letter dated June 9, 2005 requesting to close such case file listed above. According to your letter your letter does not give specific reasons to close such file in a quickly time frame after receiving the certificate of service to release your finding to all personnel listed on such service request.

According to your paragraph number two; Mr. Clemmons fit within such regulation as you have stated. Mr. Clemmons' allegations are prohibited personnel practices and activities by the Merit System Protection Board concerning violation of law, rule, or regulation and abuse of authority, which justify certain activities prohibited by civil service personnel. According to the law which you quoted and the MSPB regulations the MSPB lack jurisdiction over Mr. Clemmons' matter that makes you have jurisdiction.

Mr. Clemmons and myself were also advised to submit a complaint of fraudulent practices to the United States Office of Special Counsel to investigate.

The Clerk of the Board advised us to do this. You are now telling us differently according to your letter dated June 9, 2005 which is the same type of letter Mr. Clemmons should have received on December 4th, 1998 from the Merit System Protection Board according to the Code of Federal Regulation statue 1201.

Ms. Thomas, as we have previously requested from your office to contact the individuals listed on the certificate of service to inform them of your denial of service to investigate this matter and we ask you to give them the proper channel to submit Mr. Clemmons' complaint. This is definite not fair service to Mr. Clemmons.

Your service will be greatly appreciated. Forward all of Mr. Clemmons' material in relation to this matter to the Law Office of Byrd, Gibbs, & Martin, PLLC.

Sincerely,

Mary L. Lee
Paralegal
        CC:    Attorney Isaac K. Byrd, Jr.
               Records



**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505

Mr. Samuel Clemmons                                          JUN 0 9 2005
c/o Ms. Mary L. Lee
Paralegal Assistant
PO Box 28558
Atlanta, GA 30358

### Re: OSC File No. MA-05-1967

Dear Mr. Clemmons:

This letter acknowledges receipt of the complaint that you submitted to this Office against officials of the U.S. Postal Service. You allege that such officials committed prohibited personnel practices.

The Office of Special Counsel is authorized to investigate allegations of prohibited personnel practices and certain activities prohibited by civil service law, rule, or regulation  5 U.S.C. §§ 1214(a)(1)(A), 1216(a) and 2302(b). We have carefully reviewed your correspondence. Based on our evaluation of the information you submitted, we have made a determination to close our file in this matter for lack of jurisdiction.

Specifically, the provisions of Title 5, United States Code, with certain exceptions not applicable here, do not apply to employees of the U.S. Postal Service. 39 U.S.C. § 410. Therefore, as a postal service employee, we lack jurisdiction over your complainant.  Thus, we have no authority to be of any assistance to you in this matter.

Should you wish to discuss this matter, please contact me at (202) 254-3600.

Sincerely,

J. Sandra Thomas
Complaints Examiner

P.O. Box 28558
Atlanta, GA 30358



**Paralegal Services**

# Fax

**To:**   Office of Special Counsel          **From:**  Mary L. Lee, Paralegal Services

**Fax:**   202-653-0015                      **Date:**  June 8, 2005

**Phone:**  202-254-3600                     **Pages:** 3

**Re:**    Case # MA051967                   **CC:**    Certificate of Service

☑ **Urgent**   ☑ **For Review**   ☑ **Please Comment**   ☑ **Please Reply**   ☐ **Please Recycle**

•**Comments:**

**Per your request**

P.O. Box 1001
Brookhaven, MS 39602

June 8, 2005

U.S. Office of Special Counsel
1730 M. Street, NW Suite 218
Washington, DC 20036-4505

**Re: Case # MA051967**

Dear Ms. Sandra Thomas:

Per my conversation this morning with a staff person of OSC to obtain filing status of the above case number listed above.

I would like to request that all information concerning your examination / investigation to be released to the parties listed in the attached certificate of service.

Sincerely,

Samuel Clemmons
Appellant

       CC:   Attorney Isaac K. Byrd, Jr.
              Mary L. Lee
              Records

# CERTIFICATE OF SERVICE

I certify that the assigned **case # MA051967** in the Office of Special Counsel be release to the following parties listed below: I certify that this notice was sent by faxed this day to each of the following:

**Law Office of BYRD, GIBBS & MARTIN, PLLC**
Attorney at Law
427 East Fortification Street
Jackson, MS 39205

**Appellant's Union Representative**
Mr. John Hall, Sr. & Mr. Samuel Anderson, President
2118 South Michigan Avenue
Chicago, IL 60616

**Appellant's Paralegal Representative**
Mary L. Lee
P.O. Box 28558
Atlanta, GA 30358

**Member of Congress**
Congress of the United States
House of Representatives
Congresswoman Janice Schakowsky
5533 N. Broadway, Suite 2
Chicago, IL 60640

And

Congress of the United States
House of Representatives
Congressman Jesse L. Jackson, Jr.
10331 South Halsted
Chicago, IL 60628

**Member of the Senate**
United States Senate
Senator Trent Lott
Suite 487, Russell Senate Office Building
Washington, DC 20510-2403

6/8/05
Date

Mary L. Lee
Paralegal Assistant

P.O. Box 28558
Atlanta, GA 30358

June 3, 2005

Clerk of the Board
U.S. Merit Systems Protection Board
Washington, DC 20419

**Re: Docket Number: CH-0752-99-0118-I-1 (Fraud)**
Requesting Docket to be recall, reopen for a full evaluation or hearing for
a congressional review

Dear U.S. Merit System Protection Board:

This letter or notice is to inform the U.S. Merit System Protection Board after discovering
of a false public record against me which has played a tremendous impact in denying me
my appointment for employment in the Department of Justice.

Upon disputing such wrongful statements or remarks that I "the Appellant" had settled
such matter with the United States Postal Service, I did not fully agree to such settlement
you are proposing on February 4th, 1999. I did agree to such settlement date January 27th,
1999 the date you are given is not correct and if such agreement is legal and binding then
such terms were not met in a timely matter as reflected in such settlement. Therefore
making any such claim or statement from the MSPB is a submission of Fraud. No
agreements could not be work out upon the date of me faxing such documents to the
MSPB notifying that I wish to withdraw **all** documents submitted to such Board after
discovering that such Board did not have jurisdiction over such matter.

I provided such documents of proof through my collective bargaining union
representatives Mr. John Hall, Sr. and such Board advising such. Your record should
reflect all agreements submitted and voided submission.

If you have closed such record, I wish for such record to be reopened according to statute
5 C.F.R. δ 1201.114 (i). The Clerk of the Board should have recognized **fraud** upon
receiving such record from the MSPB after conducting a thorough review of the record.
There are many other issues of concerns that are in violation of the Code of Federal
Regulation statute 1201.

The funds that where exchanged in the lad part of such year were the Appellant's
entitlements according to his Employee Handbook and Policies/according to ELM, Issue
12, 5-1-89, section 435.24 through 436.412. Such funds were late thereby voiding out any
agreements. My appointed representative should have addressed these issues with you
upon receiving any or your correspondences.

I have to inform such Board that this matter has escalated into a full Congressional Inquiry and a complete investigation into the prohibited practices of The Code of Federal Regulations. Therefore, my request should be granted to reopen if such matter or case is closed.

I "the Appellant" have tried to inform you that such Board lack jurisdiction on the issues or arguments. The Administrative Judge of the MSPB did not have jurisdiction in this matter which such Judge has mistakenly interpreted the statue and regulations. Causing anything submitted to such Board is obsolete, tainted or without merit.

Thereby releasing false information to the Clerk of the Board and the United States Court of Appeals for The Federal Circuit creating a **fraudulent** inquiry; therefore I "the Appellant" continue to argue and remain with the following case laws for your review. They are McGinnis v. **USPS, 49 MSPR 521 (1991), Wolff vs. USPS, 37 MSPR 599 (1988), Meyer vs. Dept. of Army, 35 MSPR, 420 n.3 (1987). White v. USPS, 34 MSPR 687 (1987); Alonzo v. Depart. of the Air Force, 4 M. S. P. R., Asberry v. United States Postal Service, 692 F.2d 1378, 1380 (Fed. Cir. 1982) (quoting Callen v. Pennsylvania Railroad Co., 332 U.S. 625, 630 (1948)). The board regulation at 5.C. F. R. 1201.22(b) (1994).**

Yes, the Board did abuse its discretion in this matter. All information along with evidence has been submitted to Congress according to Congressman Ronnie Shows' letter taking a special interest in this matter. Other agencies as well will be brought in for a full investigation and now I "the Appellant" now files this 3rd request before the Clerk of the Board requesting such record to be reopen for proper disposition and relief.

Please send any replies in nature to this request back to me at the address listed above or fax to my fax number that is 770-794-1872 in care of the Appellant.

Sincerely,

Samuel L. Clemmons
Appellant

CC:   United States Congress
      Office of Special Counsel
      United States Attorney General Office
      United States Inspector General Office
      Attorney Office Legal Review
      Records

## CERTIFICATE OF SERVICE

I certify that the attached documents were sent by certified mail and faxed this day to each of the following:

Marjorie Marks
**U.S. Office of Personnel Management**
1900 E Street, NW
Room 7412
Washington, DC 20415

**Clerk of the Board**
Merit System Protection Board
1120 Vermont Avenue, NW Room 806
Washington, DC 20419

**Appellant's Union Representative**
Mr. John Hall, Sr. & Mr. Samuel Anderson, President
2118 South Michigan Avenue
Chicago, IL 60616

**Appellant**
Samuel L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602

**Member of Congress**
Congress of the United States
House of Representatives
Washington, DC 20515-1302

**Member of the Senate**
United States Senate
Suite 487, Russell Senate Office Building
Washington, DC 20510-2403

_6/3/2005_
/Date

_Mary L. Lee_
Mary L. Lee
Appellant's Paralegal Assistant

**U.S. MERIT SYSTEMS PROTECTION BOARD**
**CLERK OF THE BOARD**
1615 M Street, NW
Washington, DC 20419

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

MSPB-E-119 (07/04)

20354-0552





# U.S. MERIT SYSTEMS PROTECTION BOARD

**Office of the Clerk of the Board**
1615 M Street, N.W.
Washington, D.C. 20419

Phone: 202 653 7200; Fax: 202 653 7130; E-Mail: mspb@mspb.gov

**Clerk of the Board**

Ms. Mary L. Lee                                    **JUN 2 2 2005**
P.O. Box 28558
Atlanta, GA 30358

Re:     *Samuel L. Clemmons v. U.S. Postal Servicet*
        MSPB Docket No. CH-0752-99-0118-I-1

Dear Ms. Lee:

This is in response to your request for reconsideration of the Board's order dated August 5, 1999, in the appeal named above.

The Board's records indicate that on November 30, 1998, Samuel L. Clemons (appellant) appealed his removal from the U.S. Postal Service, and on February 5, 1999, the administrative judge assigned to the appeal issued an Initial Decision dismissing the appeal as settled. On February 23, 1999, the appellant petitioned the Board for review of the Initial Decision, and on August 5, 1999, the Board issued a Final Order, denying his petition for review. On September 3, 1999, the appellant filed a request for review to the U.S. Court of Appeals for the Federal Circuit, and on May 2, 2000, the court issued its decision, affirming the Board's decision.

You are now alleging that you have discovered a "fraud submission and [that] such matter before such Board or Court is not legal and binding" and you request that the appeal be reopened on that basis. As noted, the Board has issued its final decision in the above-referenced appeal. The Board's regulations do not provide for your request for reconsideration of the Board's final decision. There is, therefore, no further right to review of this appeal by the Board

To the extent that you are referring to the settlement agreement, the administrative judge found that "the agreement was lawful on its face and entered into freely by both parties," and the Board, as well as the court, affirmed that Initial Decision. If, however, you are claiming that the agency breached the agreement, you may file a Petition for Enforcement to the Board's Central Regional Office at 230 South Dearborn Street, 31st Floor, Chicago, IL 60604-1669.

I hope this information is helpful to you.

Sincerely,

Bentley M. Roberts, Jr.

P.O. Box 28558
Atlanta, GA 30358

**Paralegal Services**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Congressman Jesse L. Jackson, Jr. / Staff | **From:** | Sam Clemmons, Appellant |
| | | | Mary L. Lee, Paralegal Services |
| **Fax:** | 770-794-1872 | **Date:** | May 23, 2005 |
| **Phone:** | 770-422-1224 | **Pages:** | 8 |
| **Re:** | Additional Information to Congressional | **CC:** | Congresswoman Jan Schakowsky / |
| | Complaint filed in your office Concerning | | Mr. Mark Masaracchia |
| | Clemmons vs. The United States Postal | | |
| | Service & The Merit System Protection | | |
| | Board | | |

☑ **Urgent**    ☑ **For Review**    ☑ **Please Comment**    ☑ **Please Reply**    ☐ **Please Recycle**

•**Comments:**

**Please give this fax to the follow person who is working such case matter filed in your office for a Congressional Review and violation of the law.**

**I'm still on standby.**

**Sam Clemmons**

Sam Clemmons
P.O. Box 1001
Brookhaven, MS 39601

May 23, 2005

Congress of the United States
House of Representatives
**Attn: Honorable Jesse L. Jackson, Jr.**
**Attn: Honorable Jan Schakowsky**
**Attn: Mr. Mark Masaracchia**
**Washington, DC 20515-1302**

>   **RE: An Executive Relief and Recall of case of Clemmons v. United**
>   **States Postal Service Docket # CH-0752-99-0118-I-1 for a**
>   **Congressional Investigation into the facts, proper procedures and**
>   **fraud.**

Dear Honorable Jesse L. Jackson, Jr. and Jan Schakowsky:

I understand that your staff has received the FedEx delivery concerning my matter or
complaint that I have had on going concern unethical behavior problems with the Merit
System Protection Board and the United State Postal Service.

I am submitting to your office since you are aware that I have had an ongoing battle with
both agencies and I have provided your office with support documentation to support my
position and claim. I am also attaching additional information that your staff can consider
in recalling these fraudulent events to my record.

For the confidentiality to the record, I suggest your staff to be careful in not revealing any
information that you may have to show such warranting illegal activity to either Agency.
If you can just request from the MSPB the full and complete record. After receiving such
then request additional information that should be there.

I will remain on standby waiting to hear from your office on this matter.

In Kind regards... I remain

Sam Clemmons
The Appellant to Congress

Attachments (5)

2

For immediately contact to me (Sam Clemmons) you can reach me directly through these channels that has been of great assistance to me:

**My phone number is 1-866-409-7758**

Mr. Mary L. Lee
Paralegal Services
P.O. Box 28558
Atlanta, GA 30358
Phone: 770-422-1224
Fax #: 770-794-1872

Or

**My vacation mailing address:**

P.O. Box 1001
Brookhaven, MS 39601

**To Member of Congress, Special Counsel, and Attorney Assigned over matter stated or listed below:**

**Memorandum for the Record:**

The attached case or docket # CH-0752-99-0118-I-1 is a fraud submission by the Agency and the Judge of the Merit System Protection Board.

These documents and these documents alone should be used to identity fraud.

**They are:**

1.    Document dated December 4th, 1998 sent from the MSPB ordering such parties when at this time the Board did **not** have jurisdiction and the case of argument and docket # CH-0752-99-0118-I-1 should have been dismissed **without** merit. No grounds for correction or correction to the record.

2.    Review all documents submit to the MSPB by the USPS (Agency) dated December 22, 1998 and January 26, 1999. These documents should add weight to such claim that such Board did not have jurisdiction to hear or accept anything in relation to this argument before the Board. The Board should have step back and provided the proper written documentation stating **lack of jurisdiction**. No grounds for correction or correction to the record.

3.    Document sent to such Agency with a certificate of authority and to the Board showing that the Appellant settled such matter. The Appellant surrender by sending such money order in amount of $50 to the Agency to resolve such dispute and no resignation or attempt to resign is site or presented during such time period. Settlement agreement should be binding and legal according to the law. No grounds for correction or correction to the record.

4.    Someone from the Agency (Cindy M. Wheeler) steps in and submitted fraudulent paperwork without proper paperwork to do such on behalf of the Agency. This is in violation of section 1201.31. This should automatic warrant a recall of such case. This is clearly an Agency's mistake and a mistake by the Judge to allow any signed by this person to be accepted or entered for the record. Both (the Board and the Agency) should be held liable for the rule of no mistakes or errors both are very compete, experienced and should have been very knowledgeable of the process and procedures. No grounds for correction for correction to the record.

5.    Document dated January 27, 1999 should prevail over any other documents to advised such Board that this matter has been accepted by both parties and that this matter was settled on this date of submission showing the MSPB stamp accepting such document. No grounds for correction to the record.

6.    All these documents should show that such Judge abused such powers of the Board and failed to interpret such statue and regulation. No grounds for correction or correction to the record.

As you can see by these submissions alone there are ethics violation and wrongful treatment to such employee by the Agency that should warrant an investigation by your agency. (Congress and Special Council) Upon review by your agency it should warrant a Federal Agency of a law enforcement authority upon a congressional order to get deposition for the record of everyone who have submitted a fraudulent documents against such person in an attempt to destroy his character, reputation and career.

There are many errors of wrong doing and signs of prejudice by the Administrative Judge behinds these documents and later points should be address to this Judge attention in asking such Judge these questions and to provide proof and back up documents to support such Judge responses.

**They should be:**

1.    Why such Judge over this matter created docket # CH-0752-99-0118-I-1 and failed to dismissed this matter without merit on December 4th, 1998 after the Appellant informed such Board that he was still working and submitted his grievance before such Board as directed by William Oshab, the Agency Operation Manager?

2.    Why wasn't any order of sanction given upon the Agency for failing to honor the Judge's directions and orders given to them in the Judge's document to both sides on December 4th, 1998?

3.    Why wasn't such dismissal given on December 22, 1998 after receiving the Agency's response advising lack of jurisdiction?

4.    If such wrongful arguments was over ruled by the Administrative Judge with the Judge citing that the Board does have jurisdiction. The question should be asked, why not rule in favor to the Appellant informing the Agency that they have failed to provide all documentation on time and order the Agency to reward the Appellant for damages for wrongful removal?

5.    Ask the Administrative Judge that according to his documents directing the Agency to have such matter settled by 35 days from the date of December 4th, 1998 then why was there a need to administrated such document ordering a hearing before the Board? Why the Judge failed to dismissed the matter in favor of the Appellant or place sanction on such Agency according to the Judge's order dated December 4th, 1998?

6.    There was a hearing schedule for some strange reasons after all the Agency's failures to provide the Board with supportive documentation to support their argument. Why was a hearing still schedule?

7.    If a hearing was schedule this means all attempts have failed to resolve this matter according to such Judge's orders even though such Judge or Board does **not** have jurisdiction to hear such matter. Why even bother or continue to deal with such? Why not just dismiss and advise the Appellant to seek in resolving such matter in a court or law?

8.    Why was a hearing schedule and if such parties showed up for a hearing then there should be testimonies for the record and a transcript revealing all testimonies? No hearing should be recalled or dismissed without such reasons stated in writing

showing just case. The Appellant showed up for a hearing to get his job back. The Appellant was there ill on such day for approximately 4.5 hours and there should be 4.5 hours of testimony on record. If there are not then the question anyone should be asking what was going on and it should draw questions toward the Judge to what kind of practice was the Judge administrating? This is a true sign of unethical practice or behavior and such Judge need to be investigated for such wrong doing and tampering with the Merit System Protection Board Due Process according to the standard and proper procedures. This is another level in this case to show fraud.

9. Why was the document dated January 27, 1999 overlooked or was not honor as legal and binding?

10. Why did the Board failed to inform the Appellant's Representative of such hearing notice?

11. Why did the Board failed to honor such Appellant's notice of Representation informing such Board that the Appellant will only represent himself for two to three weeks which such notice expired on December 22, 1998 upon receiving the Agency's Response to the Judge's orders? The Appellant did not have proper legal representation present and requested to such Judge in such document. The Jude denied such Appellant time to bring in such legal representation that is a violation of the procedures of the Board.

12. Where did this resign or resignation issue come from after the Appellant is requesting to rescinded all documents submitted to such Board and such Agency after knowing such Board does not have jurisdiction. That's the Appellant's right to do so under the proper due process to seek such actions to be placed and hear in a competence court of jurisdiction. Why did such Board rush in trying to close the record and prevent the Appellant's request?

13. Why is the Board now fighting or trying to keep such record closed and preventing the Appellant from seeking such grievance in a competence court of jurisdiction?

14. Overall question or concern is why such Board refused to administrate the proper procedures in such a matter as this one? The timeline and the dates of receiving such documents in a timely manner are not in favor of the Board or the Agency but favors the Appellant in timely filing everything without a legal representative in the Appellant corner.

15. This is clearly a mistake on the Judge part in lack of interpreting such statue and procedures. No grounds for correction or correction to the record.

Anyone can see that something happen unethical has happen here to trigger such the Appellant to return to his safety to write such notice to rescind **all** documents submitted to the Merit System Protection Board. The Appellant had the rights to do under law when noticing unethical behavior by such parties that he placed trust in at one point in time.

If you review such fax log sheet provided by the Appellant. The Appellant faxed such documents to the parties involved before either person returned to work. The Agency's Representative returned to work the next work day and such Administrative Judge tried to close the record with the Judge knowing he had **no jurisdiction** to hear, receiving, or accept anything concerning this matter between the Appellant and the Agency.

Therefore, all paperwork or documents submitted concerning this matter or docket number should be considered fraud. A waste of time and effort and this docket number should be recalled and reopen under a new docket number to bring forth **all** the facts in this matter and live testimonies to be placed on the record for a congressional review and actions concerning the parties involved. That's Justice! That's what the Appellant is requesting and asking in this matter. Why would either party want the same?

Members of Congress has been notified of such wrongdoing and complete dismissal request of Docket # CH-0752-99-0118-I-1 due to fraud, tampering and corruption of the file. It's the OSC and the act of Congress to administrated it's actions to recall and removed Docket # CH-0752-99-0118-I-1 as well.

The Appellant has filed the necessary steps in this grievance procedures according to his employee hand book and his union's grievance filing. The Appellant has proved his points in disputing this matter and has brought out key points to support his argument and stance on issues and matters of the law.

The Appellant has also proved his points according to any appeal statue to show a mutual mistake. (The Appellant's mistakes were placing such trust in the Board to administered, receive and hear such matter in a full hearing which later the Appellant was denied his rights to a full hearing which is a violation according to the law). The Appellant has shown the Judge's lack of interpretation of statue and regulation. The Appellant has clearly expressed the Judge's mistakes in interpreting the statue and regulation. This should warrant such request of the Appellant to have such matter recall and reheard before a court of law with the Appellant's attorney and union representative present.

The Appellant has exhausted his attempts and efforts to resolve this matter before his Union, the Board, and many attempts to settle such matter directly with such Agency. Where else can such Appellant seek such grievance when all routes according to documentation has failed to resolve?

The Appellant is waiting on a completed **Congressional Investigation** and his attorney will be representing the Appellant to resolve matters or issues before a court of competence jurisdiction.
The Appellant has provided **all** support documentation to an attorney office for review and submission upon this case being recall to be enter into a court of law and not the process or channels through the Merit Protection Board.

According to the law one cannot force or trick someone into resigning from his or her positions. In this case, there are no records to show that the Appellant had reasons to resign so why would the Appellant resign when such Agency does not have any information to even justify such person to resign. What did the Agency lose from this time they are claiming the Appellant stolen or took away to cause such delay in service?

There is no where in the record that will show just cause against the Appellant forcing or needing the Appellant to resign. Anyone can see just cause in the Agency trying

preventing such matter from going on the record in trying to cover up his or her mistakes. Someone can see and pick up the Judge's action and behavior that is not justified and appropriate by someone of a higher position and serving on such Board to make fair but impartial decision.

The Appellant did nothing that was willfully and intention wrong. The Appellant is still an employee of the United States Postal Service until a court of law review all the evidence and testimonies on the record to determine otherwise. The Appellant has previously stated in documents for the record that he will not resign. The Agency will have to terminate him and show just cause for termination, as they should have done for removing such person from his post.

The Appellant did use all proper channels properly in requesting assistance to his dispute. The Appellant did try to advise the appeal process of such errors in the record and all requests were ignored causing the Appellant still to be away from his assigned duties according to the proper procedures in the grievance process.

The Appellant wishes to use Congress as an avenue to request the complete record of the MSPB without requesting such parties to send in specific documents as listed in this memorandum. Once a member of Congress as requested such record, Congress can investigate and discover such cause to recall such case matter.

The Appellant does has witnesses to state for the record that he never resigned and the documents were not prepared by such Appellant stating such.

See attached documentation attached from Congress express special interest in this matter or case before the appeal body. (End)