Case 1:06-cv-00115-RCL    Document 24-26    Filed 05/25/2006    Page 1 of 3

Employee Relations
Conduct

666

## 666 USPS Standards of Conduct

### 666.1 Discharge of Duties

Employees are expected to discharge their assigned duties conscientiously and effectively.

### 666.2 Behavior and Personal Habits

Employees are expected to conduct themselves during and outside of working hours in a manner which reflects favorably upon the Postal Service. Although it is not the policy of the Postal Service to interfere with the private lives of employees, it does require that postal personnel be honest, reliable, trustworthy, courteous, and of good character and reputation. Employees are expected to maintain satisfactory personal habits so as not to be obnoxious or offensive to other persons or to create unpleasant working conditions.

### 666.3 Loyalty

Employees are expected to be loyal to the government and uphold the policies of the Postal Service.

### 666.4 Performance of Public Duties

Employees are expected, when called upon, to serve on juries or to act as witnesses.

### 666.5 Obedience to Orders

### 666.51 Protests

Employees must obey the instructions of their supervisors. If an employee has reason to question the propriety of a supervisor's order, the individual will nevertheless carry out the order and immediately file a protest in writing to the official in charge of the installation, or appeal through official channels.

### 666.52 Reporting of Violations

Violations of postal laws, including irregular practices involving the handling of stamps, funds, accounts, or property will be reported immediately to the postal inspector in charge.

### 666.6 Cooperation in Investigations

Employees will cooperate in any postal investigation.

### 666.7 Furnishing Address

Employees must keep the installation head informed of their current mailing addresses. Any changes in mailing addresses will be reported on Form 1216, *Employee's Current Mailing Address*, to the installation head who will forward copy No. 1 to the Postal Data Center.

### 661.5 Other Prohibited Conduct

#### 661.51 Discrimination

No employee while acting in an official capacity will directly or indirectly authorize, permit, or participate in any action, event, or course of conduct which subjects any person to discrimination, or results in any person being discriminated against, on the basis of race, color, religion, sex, national origin, age (40+), or physical or mental handicap, or any other nonmerit factor.

#### 661.52 Unofficial Use of Government Property or Services

No employee will use, directly or indirectly, or allow the use of Postal Service or government property or services, including property leased to the Postal Service or government agency, for other than officially approved activities. Employees have a positive duty to protect and conserve Postal Service property, including equipment, supplies, and other property entrusted or issued to them.

#### 661.53 Unacceptable Conduct

No employee will engage in criminal, dishonest, notoriously disgraceful or immoral conduct, or other conduct prejudicial to the Postal Service. Conviction of a violation of any criminal statute may be grounds for disciplinary action by the Postal Service, in addition to any other penalty by or pursuant to statute.

#### 661.54 Use of Intoxicating Beverages

No employee will habitually use intoxicating beverages in excess. No employee will drink beer, wine, or other intoxicating beverages while on duty. No employee will begin work or return to duty while intoxicated. No employee will drink intoxicating beverages in a public place while in uniform. Unless the Postmaster General specifically authorizes an exception (as in the case, for example, of an official reception) no employee will have or bring any container of beer, wine, or other intoxicating beverage on premises occupied by a postal facility, whether or not the container has been opened.

#### 661.55 Illegal Drug Use

Illegal use of drugs may be grounds for removal from the Postal Service.

#### 661.56 Gambling

No employee while on property owned or leased by the Postal Service or the United States or while on duty will participate in any gambling activity. This includes the operation of a gambling device, conducting or acting as an agent for a lottery or pool, conducting a game for money or property, or selling or purchasing a numbers slip or ticket.

**Note:** This section does not prohibit participation in activities specified here if participation is necessitated by an employee's law enforcement duties, or if participation is in accordance with section 3 of Executive Order No. 10927, of March 18, 1961 relating to agency-approved solicitations.

Employee Relations
Conduct

661.4

Exhibit 661.21
**Congressional Code of Ethics for Government Service**

**Any person in government service should:**

1. Put loyalty to the highest moral principles and to country above loyalty to persons, party, or government department.
2. Uphold the Constitution, laws, and legal regulations of the United States and of all governments therein and never be a party to their evasion.
3. Give a full day's labor for a full day's pay; giving to the performance of duties earnest effort and best thought.
4. Seek to find and employ more efficient and economical ways of getting tasks accomplished.
5. Never discriminate unfairly by the dispensing of special favors or privileges to anyone, whether for remuneration or not, and never accept, for self or family, favors or benefits under circumstances which might be construed by reasonable persons as influencing the performance of governmental duties.
6. Make no private promises of any kind binding upon the duties of office, since a government employee has no private word which can be binding on public duty.
7. Engage in no business with the government, either directly or indirectly, which is inconsistent with the conscientious performance of governmental duties.
8. Never use any information coming to employee confidentially in the performance of governmental duties as a means for making private profit.
9. Expose corruption wherever discovered.
10. Uphold these principles, ever conscious that public office is a public trust.

### 661.4 Conflicts of Interest

#### 661.41 Conflicts of Interest — Financial

661.411  An employee may own property and engage in financial transactions, except to the extent limited by statute, executive order, or regulations, including this Code. Because of USPS employment, however, no employee may have a financial interest, direct or indirect, that conflicts substantially, or appears to conflict substantially, with an employee's duties and responsibilities to the Postal Service.

661.412  Whether a financial conflict of interest exists often depends on the particular facts of each instance. Detailed rules cannot practically be prescribed that will cover every situation. The following rules, however, provide guidance for