UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAM L. CLEMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-115 (RCL) |
| | ) | |
| AMERICAN POSTAL WORKERS' UNION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of defendant the United States Postal Service's motion [27] to stay discovery, the lack of any opposition thereto, the applicable law and the entire record herein, it is hereby

ORDERED that defendant's motion [27] is GRANTED; and it is further

ORDERED that discovery in this matter is stayed pending resolution of defendant's motion to dismiss or in the alternative for a more definite statement.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 21, 2006.