UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MR. SAM L. CLEMMONS<br>    PLAINTIFF, PRO SE<br><br>vs.<br><br>AMERICAN POSTAL WORKERS<br>UNION, AFL (U.S. POSTAL SERVICE)<br>    DEFENDANTS | )  CIVIL ACTION NO:<br>)<br>)  **06-115 (RCL)**<br>)<br>)<br>)  **July 14, 2006**<br>)<br>)<br>)<br>) |

## MOTION EXTENTION REQUEST TO SUBPOENA DUCES TECUM AND TO ENTER DISCOVERY TO REQUEST FOR SUMMARY JUDGEMENT

Comes the Plaintiff Pro Se, file this motion request requesting an extension in this discovery filing to gather, prove and provide the courts with all the facts in this case against the Defendant for wrongdoing.

The Plaintiff is requesting a <u>thirty days</u> extension from the date of this service. The Plaintiff would like to serve and subpoena others to release such records sought by the Plaintiff after the Defendant has plea to the court not to release such government records needed to see the final and overall outcome of this case under the Freedom of Information Act/Privacy Act.

On July 12, 2006, the Plaintiff received a phone call from the Defendant's counsel stating its stance to stay discovery and requesting if I (the Plaintiff) rejected to such stance. The Plaintiff rejected and received the court order by regular

Page 1

RECEIVED
JUL 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

on same date with a file date of June 21, 2006 granting the Defendant the stay discovery order pending resolution of the Defendant's motion to dismiss or in the alternative for a more definite statement.

As of this date, this motion is filed in the United States District Court for the District of Columbia the Plaintiff has not received any pending resolution from the Defendant and the Defendant's counsel.

Therefore, the Plaintiff is requesting this extension in time to enter the discovery in its entirety.

If the Defendants wish to reject to this MOTION request the Defendant should be allow to do so within 10 days after being served this MOTION request for extension to enter discovery to bring this case matter before the court to a close.

The Plaintiff rests and ends this <u>MOTION REQUEST TO SUBPOENA DUCES TECUM AND TO ENTER DISCOVERY TO REQUEST FOR SUMMARY JUDGEMENT.</u>

Respectfully submitted,

Samuel L. Clemmons
Plaintiff, Pro Se

**ATTACHEMENTS:**

NONE

Sam L. Clemmons vs. American Postal Workers Union. AFL-CIO. United States

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of July 2006, a true copy of this foregoing Response was served by regular mail to:

A copy of the Plaintiff's motion request to extend discovery entrance for validation by the way of requesting a Motion for Summary Judgement was sent to the Defendant's Counsel by regular mail.

Defendant's Counsel

U.S. Attorney's Office
Attn: Attorney Karen L. Melnik
Assistant U.S. Attorney
Civil Division
555 Fourth Street, NW
Washington, DC 20530

And

District Court for the District of Columbia
**Attn: Office of the Clerk & Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 2001

Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601