UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 06-0115 (RCL) |
| ) | |
| AMERICAN POSTAL ) | |
| WORKERS UNION, et al ) | |
| ) | |
| Defendants. ) | |

## PRAECIPE

Defendant, the United States Postal Service, received plaintiff's "Motion Extension Request to Subpoena Duces Tecum and to Enter Discovery to Request for Summary Judgment" on July 20, 2006. Since the Court issued an Order on June 21, 2006, staying discovery in this matter pending resolution of defendant's motion to dismiss or in the alternative for a more definite statement, the Defendant will respond to the instant motion if the Court deems it necessary to do so.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
KAREN L. MELNIK, D.C. Bar # 436452
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 20th day of July, 2006, I caused the foregoing Praecipe on Plaintiff by first-class mail, postage prepaid, addressed as follows:

Sam L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

                                                                     /s/
                                        KAREN L. MELNIK, D.C. BAR # 436452
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 307-0338