UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DEFAULT / FAILURE TO COOPERATE**

_SAM L. CLEMMONS_
Plaintiff

vs.

Civil Action No. _1:06CV0115(RCL)_

_U.S. POSTAL SERVICE, ET AL_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _16TH_ day of _MAY_, 20_07_, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _14TH_ day of _MAY_, 20_07_ in favor of _DEFENDANT (U.S. POSTAL SERVICE, ET AL)_ against said _PLAINTIFF_

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

KAREN L. MELNIK
ASST. U.S. ATTORNEY
CIVIL DIVISION
555 4TH STREET, N.W
WASHINGTON, DC 20001

RECEIVED
MAY 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT