UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL L. CLEMMONS, )
)
    Plaintiff, )
)
v. )  Civil Action No. 1:06cv00115 (RCL)
)
AMERICAN POSTAL WORKERS UNION, )
AFL-CIO, ET. AL. )
)
    Defendants. )
)

DECLARATION OF JOHN HALL

I, John Hall, in lieu of an affidavit as permitted by 28 U.S.C. Section 1746, declare as follows:

1. I am currently a Shop Steward for the Chicago Local, of the American Postal Workers Union, AFL-CIO ("Chicago Local"). Prior to holding my current position as shop steward for the Chicago Local, I served as an officer for the Chicago Local. As a shop steward and officer, I represented members of the Chicago Local in the grievance and arbitration process over violations of the Collective Bargaining Agreement (hereinafter "the National Agreement") between the United States Postal Service (hereinafter "the Postal Service" or "USPS") and the American Postal Workers Union, AFL-CIO (hereinafter "the APWU" or "the National").

-1-

EXHIBIT 4

2. About four years ago, I received a call from someone identifying themselves as Sam Clemmons. He told me he was referred to me for my experience in assisting individuals with complaints they had before the Merit Systems Protection Board ("MSPB"). He told me he was terminated from the Postal Service and wanted to know what avenues he could pursue to challenge his termination. He told me he was a veteran and I told him a possible avenue to challenge his termination was through the MSPB. I am not authorized by the Local or the APWU to represent individuals before the MSPB. I never agreed to represent Mr. Clemmons before the MSPB or any forum for any reason. I was never aware of any pending hearing that Mr. Clemmons had before the MSPB

3. I have never met Mr. Clemmons. The only contact I have of Mr. Clemmons has been over the phone and I have only received about three calls from Mr. Clemmons. As far as I am aware, Mr. Clemmons has never been a member of the Chicago Local. I believe at the time he called about his termination, he was calling from Miami.

4. This lawsuit is the first time I have heard about or from Mr. Clemmons in about three or four years.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 10, 2006.

_____
John Hall