# COLLECTIVE BARGAINING AGREEMENT

Between
**American Postal Workers Union, AFL-CIO**

And
**U.S. Postal Service**

**November 21, 2000**
**November 20, 2006**



Blumberg No. 5119   EXHIBIT 5

Article 1.1

## PREAMBLE

This Agreement (referred to as the **2000** National Agreement) is entered into by and between the United States Postal Service (hereinafter referred to as the "Employer") and the American Postal Workers Union, AFL-CIO (hereinafter referred to as the "Union"), **pursuant to an Arbitration Award issued December 18, 2001 and Supplemental Opinion issued January 11, 2002.** The Agreement is effective as of **December 18, 2001** unless otherwise provided.

## ARTICLE 1
## UNION RECOGNITION

**Section 1. Union**

The Employer recognizes the Union designated below as the exclusive bargaining representative of all employees in the bargaining unit for which each has been recognized and certified at the national level:

American Postal Workers Union, AFL-CIO— Maintenance Employees
American Postal Workers Union, AFCIO— MotorVehicle Employees
American Postal Workers Union, AFL-CIO—Postal Clerks
   - The Special Delivery Messengers were merged into the Clerk Craft by Memorandum of Understanding dated November 20, 1997.
American Postal Workers Union, AFL-CIO—Mail Equipment Shops Employees
American Postal Workers Union, AFL-CIO—Material Distribution Centers Employees

1