# COLLECTIVE BARGAINING AGREEMENT

Between
**American Postal Workers Union, AFL-CIO**

And
**U.S. Postal Service**

**November 21, 2000**
**November 20, 2006**



Blumberg No. 5119  EXHIBIT 6

**Article 1.2**

### Section 2. Exclusions

The employee groups set forth in Section 1 above do not include, and this Agreement does not apply to:

1. Managerial and supervisory personnel;

2. Professional employees;

3. Employees engaged in personnel work in other than a purely non-confidential clerical capacity;

4. Security guards as defined in Public Law 91-375, 1201(2);

5. All Postal Inspection Service employees;

6. Employees in the supplemental work force as defined in Article 7;

7. Rural letter carriers;

8. Mail handlers; or

9. Letter carriers.

### Section 3. Facility Exclusions

This Agreement does not apply to employees who work in other employer facilities which are not engaged in customer services and mail processing, previously understood and expressed by the parties to mean mail processing and delivery, including but not limited to Headquarters, Area Offices, Information Service Centers, Postal Service Training and Development Institute, Oklahoma Postal Training Operations, Postal Academies, Postal Academy Training Institute, Stamped Envelope Agency or Mail Transport Equipment Centers.