UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS UNION, )<br>AFL-CIO, ET. AL. )<br>)<br>Defendants. )<br>)<br> ) | Civil Action No. 1:06cv00115 (RCL) |

**PROPOSED ORDER**

UPON CONSIDERATION of the Motion to Dismiss, or in the Alternative, for Summary Judgment of Defendant American Postal Workers Union, AFL-CIO, it is

ORDERED that the Motion is GRANTED.

Dated:_____    _____
                                UNITED STATES DISTRICT JUDGE

copies to:

Sam L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601
(866) 409-7758

Peter J. Leff
1300 L Street NW Suite 1200
Washington, DC 20005-4126
(202)898-1707/FAX(202)682-9276