IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA
COMPLAINT OF JUDICIAL MISCONDUCT OR DISABLITY

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| 548 SAINT CHARLES PL ) | |
| BROOKHAVEN, MS 39601 ) | |
| ) | |
| PLAINTIFF ) | |
| vs. ) | |
| ) | |
| 1) UNITED STATES POSTAL ) | 1:06CV00115(RCL) |
| SERVICE, et al ) | |
| Karen L. Melkik ) | |
| Assistant United States Attorney ) | |
| United States Attorney's Office ) | |
| Civil Division ) | |
| 555 4th Street, N.W. ) | |
| Washington, DC 20530 ) | |
| ) | |
| 2) AMERICAN POSTAL WORKER ) | |
| UNION, AFL ) | |
| **ATTORNEY OF RECORD** ) | |
| O'Donnell, Schwartz & Anderson, P.C.) | |
| 1300 L. Street, N.W., Suite 1200 ) | |
| Washington, DC 20005 ) | |
| ) | |
| 3) UNITED STATES MERIT SYSTEM ) | |
| PROTECTION BOARD ) | |
| Attn. Attorney Rosa M. Koppel ) | |
| Deputy General Counsel ) | |
| Office of the General Counsel ) | |
| 1615 M. Street, N.W. ) | |
| Washington, DC 20419 ) | |
| ) | |
| DEFENDANTS ) | |

**PLAINTIFF'S CONTINUOUS MOTION FOR A DEMAND JURY TRIAL IN
ACCORDANCE WITH FEDERAL RULES OF CIVIL PROCEDURES, RULE 38**

# RECEIVED

JUL 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In accordance to the last communication or Memorandum & Order attached the Plaintiff or Petitioner is continuous requesting a Demand Jury Trial and not a bench or single judge's trial in accordance to the Plaintiff or Petitioner's Constitutional rights and under the Due Process of Law.

The Federal Rules of Civil Procedures which are the same rules the presiding judge wish to try to use against the Plaintiff or Petitioner for not being in compliance according to the presiding judge or court's communication filed on July 11, 2007. The Plaintiff or Petitioner preserved such right in accordance with the Federal Rules of Civil Procedures, Rule 38 (a) which states the right of trial by jury as declared by the Seventh Amendment to the Constitution or as given by a statue of the United States shall be preserved to the parties inviolate.

Rule 38 (b) states and express in accordance with a demand jury trial request as the Plaintiff or Petitioner once requested in the very initial stage of these proceeding. Such rule clearly states for the record that any party and it says "any party" may demand a trial by jury of any issue triable of right by a jury by (1) serving upon the other parties a demand therefor in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed so such issue, and (2) filing the demand as required by Rule 5(d). Such demand may be indorsed upon a pleading of the party. This is not the first request served upon the Court or the Defendant requesting these rights.

This filing should override any pervious filing and now such trial by jury has to be granted or honored or someone has to take full responsibilities of these violations damages and injuries imposed upon the Plaintiff. In accordance with

This case has been fully briefed and still waits such dispositive motion to be granted or denied trial by jury according to the Plaintiff or Petitioner's constitutional rights is the main focus in these proceeding.

Clemmons' complaint to U.S. COURT OF APPEAL and U.S. DISTRICT COURT TO AMEND RECORD FOR ALTERNATIVE RESOLUTIONS.

Respectfully submitted,

*Sam L. Clemmons*
Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601
Ph: 866-409-7758

**See Attachments:**
**Continuous Petition for Mandamus**
**Continuous Motion for Disqualification**