UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, )<br>)<br>    Plaintiff, )<br>)<br>   v. )<br>)<br>AMERICAN POSTAL WORKERS UNION, )<br>AFL-CIO, ET. AL. )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:06cv00115 (RCL) |

**MOTION TO STAY DISCOVERY OF THE
AMERICAN POSTAL WORKERS UNION, AFL-CIO**

    Defendant American Postal Workers Union, AFL-CIO ("the APWU") respectfully asks that the Court stay discovery pending resolution of the Motion to Dismiss, or in the Alternative, for Summary Judgment of the American Postal Workers Union, AFL-CIO. In support of this motion, the APWU submits the attached memorandum in support of its motion to stay discovery and a proposed order.

Dated: August 3, 2007        Respectfully submitted,

                                  O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                  By:    /s/ Peter J. Leff
                                          Peter J. Leff DC Bar # 457476
                                          1300 L Street NW Suite 1200
                                          Washington, DC 20005-4126
                                          (202)898-1707/FAX(202)682-9276

                                          Attorney for the American Postal
                                          Workers Union, AFL-CIO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN POSTAL WORKERS UNION, ) <br> AFL-CIO, ET. AL. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 1:06cv00115 (RCL) |

**MEMORANDUM IN SUPPORT OF THE MOTION TO STAY DISCOVERY OF THE AMERICAN POSTAL WORKERS UNION, AFL-CIO'S**

Defendant American Postal Workers Union, AFL-CIO ("the APWU") respectfully asks that the Court stay discovery pending resolution of its Motion to Dismiss, or in the Alternative, for Summary Judgment ("Motion to Dismiss"). A stay will not prejudice the plaintiff in any way and will prevent the undue burden and expense of performing discovery for claims that may be disposed of through the APWU's Motion to Dismiss. Granting this motion will merely afford the Court the opportunity to rule on the APWU's Motion to Dismiss to determine whether any claims against the APWU remain in this action. Before Mr. Clemmons engages in discovery, it should be initially determined whether he has stated a claim upon which relief may be granted.

Rule 26(c) of the Federal Rules of Civil Procedures gives the Court broad discretion to deny or limit discovery in order to protect a party from undue burden or expense. See White v.

Fraternal Order of Police, 909 F.2d 512, 516 (D.C. Cir. 1990) (decision whether to stay discovery is committed to the sound discretion of the district court); Brennan v. Local Union No. 639, 494 F.2d 1092, 110 (D.C. Cir. 1974).  As the granting of the APWU's Motion to Dismiss would preclude the need for discovery, the APWU asks the Court to grant this motion and stay discovery pending a ruling on the APWU's Motion to Dismiss.

Dated: August 3, 2007               Respectfully submitted,

                                    O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                    By:    __/s/ Peter J. Leff_____
                                           Peter J. Leff DC Bar # 457476
                                           1300 L Street NW Suite 1200
                                           Washington, DC 20005-4126
                                           (202)898-1707/FAX(202)682-9276

                                           Attorneys for American Postal
                                           Workers Union, AFL-CIO

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Stay Discovery of the American Postal Workers Union, AFL-CIO, and proposed order were sent by First Class Mail, postage prepaid, to:

        Sam L. Clemmons
        548 Saint Charles Place
        Brookhaven, MS 39601

        Karen L. Melnik
        U.S. Attorney's Office
        555 Fourth Street, NW
        Room E4112
        Washington, DC 20530

        Rosa M. Koppel
        U.S. Merit System Protection Board
        1615 M Street, NW
        Washington, DC 20419


August 3, 2007                                 /s/ Peter J. Leff
                                                       Peter Leff