UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06cv00115 (RCL) |
| | ) |
| AMERICAN POSTAL WORKERS UNION, | ) |
| AFL-CIO, ET. AL. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of the Motion to Stay Discovery of the American Postal Workers Union, AFL-CIO, and the Memorandum in Support of, it is

ORDERED that the Motion to Stay Discovery is GRANTED.

Dated:_____     _____
                                United States District Judge