UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>548 SAINT CHARLES PL<br>BROOKHAVEN, MS 39601<br><br>    PLAINTIFF<br>vs.<br><br>1) UNITED STATES POSTAL<br>    SERVICE, et al<br>    Karen L. Melkik<br>    Assistant United States Attorney<br>    United States Attorney's Office<br>    Civil Division<br>    555 4th Street, N.W.<br>    Washington, DC 20530<br><br>2) AMERICAN POSTAL WORKER<br>    UNION, AFL<br>    **ATTORNEY OF RECORD**<br>    O'Donnell, Schwartz & Anderson, P.C.<br>    1300 L. Street, N.W., Suite 1200<br>    Washington, DC 20005<br><br>3) UNITED STATES MERIT SYSTEM<br>    PROTECTION BOARD<br>    Attn. Attorney Rosa M. Koppel<br>    Deputy General Counsel<br>    Office of the General Counsel<br>    1615 M. Street, N.W.<br>    Washington, DC 20419<br><br>4) U.S. DISTRICT COURT<br>    ROYCE C. LAMBERTH<br><br>    DEFENDANTS | CIVIL ACTION NO:<br><br>07-5230<br><br>07-25<br><br>1:06CV00115 |

**PLAINTIFF'S CONTINUOUS MOTION REQUEST FOR A DEMAND JURY TRIAL IN ACCORDANCE WITH FEDERAL RULES OF CIVIL PROCEDURES, RULE 38**

# RECEIVED

AUG 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In accordance with the Due Process of Law and the Plaintiff's seventh Amendment rights under the United States of American Constitution for all citizen born and raised here file this communication before the Court or the United States Court of Appeals in accordance to the last communication or Memorandum & Order attached the Plaintiff or Petitioner is continuous requesting a Demand Jury Trial according to the Plaintiff or Petitioner's Constitutional rights in accordance with the Due Process of Law.

The Federal Rules of Civil Procedures which are the same rules the presiding judge wish to try to use against the Plaintiff or Petitioner for not being in compliance according to the presiding judge's or court's communication filed on <u>August 8, 2007</u>. The Plaintiff or Petitioner preserved such right in accordance with the Federal Rules of Civil Procedures, Rule 38 (a) which states the right to trial by jury as declared by the Seventh Amendment to the United States Constitution or as given by a statue of the United States shall be preserved to the parties inviolate.

Rule 38 (b) states and express in accordance with a demand jury trial request as the Plaintiff or Petitioner once requested in the very initial stage of these proceeding. Such rule clearly states for the record that any party and it says "any party" may demand a trial by jury of any issue triable of right by a jury by (1) serving upon the other parties a demand therefore in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed so such issue, and (2) filing the demand as required by Rule 5(d). Such demand may be indorsed upon a pleading of the party. This is not the first request served upon the Court or the Defendant requesting these rights.

This filing should override any pervious filing and now such trial by jury has to be granted or honored or someone has to take full responsibilities of these violations, damages,

injuries imposed upon the Plaintiff In accordance with Federal Rules of Civil Procedures and the United States Declaration of Independence.

This case now is fully brief and still waits such motion to be granted or denied a jury trial meaning the Plaintiff's Constitutional Rights have not been violated but the Plaintiff's rights for full compensation can be awarded by other means due to these injuries or damages received from these negligence actions imposed upon the Plaintiff in accordance to the Plaintiff or Petitioner's constitutional rights which are the main focus in these proceeding. Therefore, by filing this motion the Plaintiff is still continuous waiting rights to appeal such rights and rights to a demand jury trial in accordance with the United States Constitution.

Respectfully Submitted,

CLEMMONS' ESTATE
C/o Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601
866-409-7758

**See Attachments:**

Continuous Motion Request to Enter Discovery

Plaintiff's Oppositions, Objections and Rebuttals against Defendants untimely Motion

Clemmons' complaint to U.S. COURT OF APPEAL and U.S. DISTRICT COURT TO AMEND RECORD FOR ALTERNATIVE RESOLUTIONS.