UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>548 SAINT CHARLES PL<br>BROOKHAVEN, MS 39601<br><br>    PLAINTIFF<br>vs.<br><br>1) UNITED STATES POSTAL<br>    SERVICE, et al<br>    Karen L. Melkik<br>    Assistant United States Attorney<br>    United States Attorney's Office<br>    Civil Division<br>    555 4th Street, N.W.<br>    Washington, DC 20530<br><br>2) AMERICAN POSTAL WORKER<br>    UNION, AFL<br>    **ATTORNEY OF RECORD**<br>    O'Donnell, Schwartz & Anderson, P.C.<br>    1300 L. Street, N.W., Suite 1200<br>    Washington, DC 20005<br><br>3) UNITED STATES MERIT SYSTEM<br>    PROTECTION BOARD<br>    Attn. Attorney Rosa M. Koppel<br>    Deputy General Counsel<br>    Office of the General Counsel<br>    1615 M. Street, N.W.<br>    Washington, DC 20419<br><br>4) U.S. DISTRICT COURT<br>    ROYCE C. LAMBERTH<br><br>    DEFENDANTS | CIVIL ACTION NO:<br><br>07-5230<br><br>07-25<br><br>1:06CV00115 |

**PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY**

      **Come now the Plaintiff file his motion request to enter discovery now pending on the Court or Court of Appeal's ORDER to grant such motion for the Plaintiff to prove his points as so stated in the Plaintiff's entry before the Court upon receiving such Motion Request GRANTED the Plaintiff will enter valid proof of proper service upon the Defendant(s).**

      Respectfully Submitted,

*/s/ Sam L. Clemmons*
CLEMMONS ESTATE
C/o Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601
866-409-7758

Clemmons' complaint to U.S. COURT OF APPEAL and U.S. DISTRICT COURT TO AMEND RECORD FOR ALTERNATIVE RESOLUTIONS.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August 2007, a true copy of the PLAINTIFF'S MOTION REQUEST TO ENTER DEFAULT AND **SUMMARY JUDGMENT BY DEFAULT** DUE TO FAILURES TO COMPLY WITH ORDERS IN ACCORDANCE WITH FEDERAL RULES OF CIVIL PROCEDURES, RULE 37 (b)was served by regular first-class mail concerning case # **07-5230, 07-25 and 1:06CV00115** (RCL):

To: Defendant's Counsel

UNITED STATES POSTAL SERVICE, et al
Karen L. Melkik
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, DC 20530

AMERICAN POSTAL WORKER UNION, AFL
**ATTORNEY OF RECORD**
O'Donnell, Schwartz & Anderson, P.C.
1300 L. Street, N.W., Suite 1200
Washington, DC 20005

UNITED STATES MERIT SYSTEM PROTECTION BOARD
Attn. Attorney Rosa M. Koppel
Deputy General Counsel
Office of the General Counsel
1615 M. Street, N.W.
Washington, DC 20419

And

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601