UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS UNION, )<br>AFL-CIO, ET. AL. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06cv00115 (RCL) |

**ORDER DENYING MOTION REQUESTING ENTRY OF DEFAULT**

UPON CONSIDERATION of Plaintiff's Motion Requesting Entry of Default, Defendant's Opposition thereto, and the record in this case, it shall be, and it hereby is

ORDERED, Plaintiff's Motion Requesting Entry of Default is denied.

Dated:_____     _____
                                                                United States District Judge