UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SAMUEL L. CLEMMONS,                          )
                                             )
              Plaintiff,                     )
                                             )
       v.                                    )     Civil Action No. 1:06cv00115 (RCL)
                                             )
AMERICAN POSTAL WORKERS UNION,               )
AFL-CIO, ET. AL.                             )
                                             )
              Defendants.                    )
                                             )
_____   )

**OPPOSITION OF THE AMERICAN POSTAL WORKERS UNION, AFL-CIO, TO
PLAINTIFF'S MOTION FOR DISCOVERY**


       The plaintiff has filed a motion for discovery.  The Court has already entered an order

[document 41] staying discovery.  Therefore this motion should be denied.  A proposed order is

annexed.



Dated: August 28, 2007              Respectfully submitted,

                                    O'DONNELL, SCHWARTZ & ANDERSON,  P.C.

                                    By:     /s/Peter J. Leff
                                            Peter J. Leff DC Bar # 457476
                                            1300 L Street NW Suite 1200
                                            Washington, DC 20005-4126
                                            (202)898-1707/FAX(202)682-9276

                                            Attorney for the American Postal
                                            Workers Union, AFL-CIO

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Opposition of the American Postal Workers Union, AFL-CIO, to Plaintiff's Motion for Discovery,  and proposed order were sent by First Class Mail, postage prepaid, to:


Sam L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

Karen L. Melnik
U.S. Attorney's Office
555 Fourth Street, NW
Room E4112
Washington, DC 20530

Rosa M. Koppel
U.S. Merit System Protection Board
1615 M Street, NW
Washington, DC 20419


August 28, 2007                    __/s/Peter J. Leff_____
                                             Peter J. Leff