UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06cv00115 (RCL) |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| AFL-CIO, ET. AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER DENYING MOTION FOR DISCOVERY**

UPON CONSIDERATION of Plaintiff's Motion for Discovery, Defendant's Opposition thereto, and the record in this case, it shall be, and it hereby is ORDERED, Plaintiff's Motion for Discovery is denied.

Dated:_____   _____
United States District Judge