UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN POSTAL WORKERS UNION,<br>AFL-CIO, ET. AL.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06cv00115 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**OPPOSITION OF THE AMERICAN POSTAL WORKERS UNION, AFL-CIO, TO PLAINTIFF'S MOTION REQUESTING ENTRY OF DEFAULT**

    The plaintiff asks the Court to enter a default for failure to comply with the discovery rules in the Federal Rules of Civil Procedure. The Court has already entered an order [document 41] denying the plaintiff's motion for discovery. In the same order the Court stayed discovery pending a ruling on the motion of the American Postal Workers Union, AFL-CIO, for summary judgment. Therefore, the motion for a sanction of judgment in favor of the plaintiff for the alleged failure to engage in discovery should be denied. A proposed order is annexed.

Dated: August 28, 2007

    Respectfully submitted,

    O'DONNELL, SCHWARTZ & ANDERSON, P.C.

    By:   /s/ Peter J. Leff_____
            Peter J. Leff DC Bar # 457476
            1300 L Street NW Suite 1200
            Washington, DC 20005-4126

(202)898-1707/FAX(202)682-9276

Attorney for the American Postal Workers Union, AFL-CIO

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Opposition of the American Postal Workers Union, AFL-CIO, to Plaintiff's Motion requesting Entry of Default, and proposed order were sent by First Class Mail, postage prepaid, to:

>Sam L. Clemmons
>548 Saint Charles Place
>Brookhaven, MS 39601
>
>Karen L. Melnik
>U.S. Attorney's Office
>555 Fourth Street, NW
>Room E4112
>Washington, DC 20530
>
>Rosa M. Koppel
>U.S. Merit System Protection Board
>1615 M Street, NW
>Washington, DC 20419

August 28, 2007                  /s/Peter J. Leff
                                 Peter J. Leff