UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06cv00115 (RCL) |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| AFL-CIO, ET. AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**OPPOSITION OF THE AMERICAN POSTAL WORKERS UNION, AFL-CIO, TO PLAINTIFF'S MOTION FOR JURY TRIAL**

The plaintiff has filed a "continuous motion" demanding a jury trial. The Court has already entered an order [document 41] denying the plaintiff's motion for a jury trial. Therefore this motion should be denied. A proposed order is annexed.

Dated: August 28, 2007          Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:       By: /s/Peter J. Leff
          Peter J. Leff DC Bar # 457476
          1300 L Street NW Suite 1200
          Washington, DC 20005-4126
          (202)898-1707/FAX(202)682-9276

          Attorney for the American Postal
          Workers Union, AFL-CIO

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Opposition of the American Postal Workers Union, AFL-CIO, to Plaintiff's Motion for Jury Trial, and proposed order were sent by First Class Mail, postage prepaid, to:

> Sam L. Clemmons
> 548 Saint Charles Place
> Brookhaven, MS 39601
>
> Karen L. Melnik
> U.S. Attorney's Office
> 555 Fourth Street, NW
> Room E4112
> Washington, DC 20530
>
> Rosa M. Koppel
> U.S. Merit System Protection Board
> 1615 M Street, NW
> Washington, DC 20419

August 28, 2007                    /s/Peter J. Leff
                                   Peter J. Leff