UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN POSTAL WORKERS UNION, ) <br> AFL-CIO, ET. AL. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:06cv00115 (RCL) |

**ORDER DENYING MOTION FOR JURY TRIAL**

UPON CONSIDERATION of Plaintiff's Motion for Jury Trial, Defendant's Opposition thereto, and the record in this case, it shall be, and it hereby is ORDERED, Plaintiff's Motion for Jury Trial is denied.

Dated:_____     _____
                                                                  United States District Judge