UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS<br>    Plaintiff | ) <br> ) | CIVIL ACTION NO: |
| vs. | ) <br> ) | |
| AMERICAN POSTAL WORKER UNION,<br>AFL, et al | ) <br> ) <br> ) | 1:06CV00115 *RCL* |
| ~~U.S. DISTRICT COURT~~<br>~~ROYCE C. LAMBERTH~~ | ) <br> ) <br> ) | |
|     Defendants | | |

## PLAINTIFF'S MOTION TO CONFIRM DEFAULT BEFORE THE COURT DUE TO FAILURES BY THE DEFENDANTS

Plaintiff files this opposition and recommendation after 10 days after filing his OPPOSITION, OBJECTIONS, REBUTTALS AGAINST DEFENDANT'S UNTIMELY MOTION REQUEST TO DISMISS WITHOUT PROPER CAUSE AND WITHOUT MERIT DUE TO VIOLATIONS OF THE FEDERAL RULES OF CIVIL PROCEDURES, RULES 37 CAUSING SECOND DEFAULT INTO THE RECORD.

The Defendant or Respondent failed to defend, counterattack, object or rebuttal the Plaintiff or Petitioner's Claim or stance for summary judgment or summary judgment by default.

Due to such failures by the Defendants or Respondents such default has to be entered due to the facts known and revealed by the Defendants or Respondents' actions or behavior for failing to honor and respect such Court's order, ordered upon the Defendants or Respondents to file such alleged dispositive motion within 10 days.

The Defendant or Respondent did not honor such order and such Defendants or Respondents should be in default after providing the courts with falsity information for the record which constitute **FRAUD** and unconstitutional behavior in according to the United States Constitution of America.

**RECEIVED**

SEP 4  2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

The Defendants or Respondents and the presiding judge have too failed to state a claim of wrongdoing or unacceptable conduct, or harm done by the Plaintiff or Petitioner which makes their conduct unacceptable.

The Plaintiff or Petitioner has stated and expressed claims for relief in accordance with Federal Rules of Civil Procedures, Rule 8. The Defendants or Respondents and the presiding judge denied all claims stated and expressed.

Respectfully submitted,

Sam L. Clemmons
Plaintiff, Pro Se
548 Saint Charles PL
Brookhaven, MS 39601
866-409-7758

_____**I declare under a penalty of perjury that all the statements stated above and evidence submitted, as affidavit is legally correct.**

**See Attached Exhibits:**

# EXHIBIT F

# NEW DISCOVERY EXHIBIT / AFFIDAVIT

# FOR THE RECORD

# PRIOR TO JURY TRIAL OR SUMMARY JUDGMENT

# IN FAVOR OF PLAINTIFF

I pursuant to the Court laws and laws under the Civil Rules and Procedures and the 28 U.S.C. Sec. 1746, I declare under penalty of perjury, under the laws of the United States, that all the evidence, statements and submissions before this court and submitted into the record under the Plaintiff's Motion Request to Enter Discovery, Admission, Interrogatories, Subpoena Duce Tecum requests and any of the foregoing sworn statements made by me or any witness is true, accurate and correct. I agree for such complaint, summons and statements to be placed into the record as an Exhibit that will serve as evidence in case if this case should go before a jury trial. I signed these statements a certified legal notary witnessing me signing to make any but all statements as truthful, legal and binding under oath and making all submissions and any others statements, responses or submissions are sworn Affidavit under oath this date forth for the record. The Court can now verify such signing of documents is the same as pervious before without going before a notary again. In return upon the Defendants answering to such summons and complaint, etc. the Defendants should enter such statements under a sworn statement before a notary.

Respectfully submitted,

*[signature]*
Sam L. Clemmons
Plaintiff, *Pro Se*

*[signature]* Jevesa B. Spruce    3/26/07
Notary Signature                    Notary Date and Seal

**Attachments:**
    Copies of Subpoena Served in a Civil Case Request
    Four Proposed Orders

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MR. SAM L. CLEMMONS ) <br> PLAINTIFF, PRO SE ) <br> ) <br> vs. ) <br> ) <br> ) <br> AMERICAN POSTAL WORKERS ) <br> UNION, AFL (U.S. POSTAL SERVICE) ) <br> DEFENDANTS ) <br> ) <br> _____ ) | CIVIL ACTION NO: <br><br> **06-115 (RCL)** <br><br><br> **August 21, 2006** |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S SUBMISSION FOR PAECIPE AFTER PLAINTIFF'S MOTION EXTENTION REQUEST TO SUBPOENA DUCES TECUM AND TO ENTER DISCOVERY TO MOVE FORWARD TO REQUEST FOR SUMMARY JUDGMENT ORDER**

Comes the Plaintiff *Pro Se*, file this motion request after requesting for an extension in this discovery filing to gather, prove and provide the courts with all the facts in this case against the Defendant for wrongdoing.

The Plaintiff would like to submit the Plaintiff's Exhibits for the records to justify good cause before the court not to dismiss this case but to continue and allow the Plaintiff to seek and submit other evidence the Plaintiff knows that exist that will show the court that there was never any conduct problems on behalf of the Plaintiff. The conduct problems existed within the Defendant's agency which violated the

Plaintiff's right to work under the Plaintiff's union agreement and the Plaintiff's employee handbook.

Therefore, the Plaintiff enters these Exhibits for the record to show good cause why this complaint should not be dismiss and show good cause why the Defendant and the Defendant's counsel should turn over the Plaintiff's request under the Plaintiff's Subpoena Duces Tecum requests so that the court can move forward in working other business matter or issues before this court.

The Plaintiff express for the judge to see the overall but true picture of this case before the court the Stay for Discovery should be remove to allow the Defendant and the Defendant's counsel to entered the Subpoena Duces Tecum request to reveal and release the overall but true picture of the Plaintiff's work ethic, behavior and performance while working in this government facility of the United States Postal Service.

The Plaintiff continued to express before the Court that the court will see that there was never a pattern of inappropriate conduct or behavior. The Plaintiff was an on time employee who worked his tasks according to his supervisor in a very professional manner making him to be an asset to the United States Postal Service and not a liability.

The Plaintiff enters these Exhibits for the records and they are:

**Exhibits for the Records:**

The Plaintiff adds the following exhibits to counter attack the Defendant's counsel argument of proper time in seeking relief from the fraudulent actions by the MSPB and the USPS. These exhibits will justify that such argument is misleading and not appropriate according to the law.

The Exhibits are as follows:

**Exhibit # 1:** The Plaintiff's <u>eleven pages</u> of facts will show the courts or a jury the plaintiff's attendance and pay records which will show the courts or a jury there was never any problems in the Plaintiff attendance or whereabouts. This exhibit consists of 10 pages of facts against the Defendant's counsel statements.

**Exhibit # 2:** <u>Three pages</u> in the exhibits that will show the courts or a jury proven facts of communication to the MSPB that such actions by the Board was not proper, accurate and correct according to the law and the procedures of the Board. This communication was faxed and mail to such Board resulting in a denial by the Board and the USPS thereby resulting in continuous actions of fraud by others. The Board never had jurisdiction according to the law and the Board violated other rights to force itself to have jurisdiction resulting in fraudulent actions by others.

**Exhibit # 3:** <u>Three pages</u> in the exhibits will show the court or a jury that proper grievance procedures where in place at the time the Plaintiff submitted such appeal application given to the Plaintiff by the United States Postal Service. Thereby making such actions before the Board without jurisdiction and fraudulently.

**Exhibit # 4:** <u>Three pages</u> in the exhibits will show the court or a jury the true name of the Agency (USPS) designated representative. This person name should be logged in on every document to make all communication representing the USPS to be legitimate, legal and binding.

**Exhibit # 5:** <u>One page</u> in the exhibits that will show the court or a jury very clear communication provided to the MSPB stating

that the Plaintiff will only represent himself for two or three weeks only. One should see starting from the date of December 9th, 1998 anytime thereafter making the Plaintiff to be without representation according to the law and legal procedure of the Board and the USPS guidelines.

**Exhibit # 6:** Five pages in the exhibits that will show and prove to any court or a jury that even the United States Postal Service were in disagreement with the MSPB policy and procedures and such Board was not in accordance with the law. These exhibits justify that accordance with the Defendant's counsel arguments before the courts is not justified and is not accurate and correct claim that such agency is apart of the MSPB's actions. These agencies' actions are in response in resulting in misleading activity in any fraudulent responses to the courts.

**Exhibit # 7:** Two pages of facts in the exhibits that will show and prove to any court or a jury the Plaintiff attempts to resolve this misunderstanding, actions or illegal activity imposed on the Plaintiff. The exhibit will show the court that the Plaintiff was willing to pay back such time claim by the Defendant even when such whereabouts by the Plaintiff was justified by medical proof.

**Exhibit # 8:** Eleven pages of facts in the exhibits that will show and counter attack such Defendant's counsel claim or argument concerning the Plaintiff Equal Employment Opportunity claim which was denied by the Defendant.

**Exhibit # 9:** Two pages of facts in the exhibits that will show and prove to the court or a jury the Plaintiff's interest in career opportunities within the United States Postal Service and federal employment.

**Exhibit # 10:** 21 pages of facts in the exhibits that will show and prove to the court or a jury the date the Defendants received such wrongful appeal application. The date stamped by the MSPB on December 3rd, 1998 is not in accordance with the law. The Plaintiff was still working at the time of such date stamped on the application. Thereby making such entry an illegal docket and making the Board to be without jurisdiction to administrative anything in relation to this matter before the courts.

**Exhibit # 11:** Five pages of facts in the exhibits that will show and prove to the courts or a jury the Plaintiff's rights to all entitlements of back pay and damages due to this wrongful action by the MSPB and the United States Postal Service.

**Exhibit # 12:** Six pages of facts in the exhibits that will show and prove to the court or a jury that such actions by the Defendants were not proper and not accordance with the Plaintiff's employee handbook. These documents will show proof of discrimination in the work place due to the Defendant's failure to follow and honor the proper procedures according to the hardcopy of facts according to the law. They led to unjustified removal by the Defendants.

**Exhibit # 13:** Five pages of facts added to the exhibits provided by the Plaintiff to show any court or jury that proper attempts were performed to correct this fraudulent record according to the law. The Defendants refused to honor any submission entered by the Plaintiff or the Plaintiff's union representation. They Result in many fraudulent actions by the Defendants.

**Exhibit # 14:** Six pages of facts added to the exhibits that are in the record to show the courts or a jury that the Plaintiff's actions were justified, approved and should have been honored by the Defendant.

**Exhibit # 15:** Six pages of facts added to the exhibits that will show any court or a jury that every attempt was made by the Plaintiff, noble congressman, congresswoman to correct this illegal activity by the MSPB and the United States Postal Service. Communication received from the Defendant was fraudulent, misleading and is not justified according to the law in revealing the truth to a member of congress which make the Defendants to be in violation of many laws and ethical issues.

**Exhibit # 16:** One page of fact added to the exhibits that will show proof that such actions conducted by the MSPB and the USPS were not justified and has no merit.

**Exhibit # 17:** Two pages of facts added to the exhibits. These facts will show a change in the Plaintiff's craft and does not list the Plaintiff as such mail handler at the time of removal which should automatic justify that such action by the MSPB and the USPS is not proper and accordance with the law. The Plaintiff was promoted for good behavior and outstanding work performance but was still terminated from his post for reasons not justified.

Sam L. Clemmons vs. American Postal Workers Union, AFL-CIO, United States Postal Service and The Merit System Protection Board.

**Exhibit # 18:** <u>Forty-seven pages</u> of the Code of Federal Regulations § 1200 - 1209. To show a court or jury the Board standard operation procedures in relation to accepting an appeal application, disqualifying a judge, places where such hearing is to be conducted and who is responsible for providing the appropriate hearing space. Upon reviewing all these sections in the regulation anyone can see that either the Board or the United States Postal service were willing to follow the law according to the policy and procedures. Therefore, Fraud does exist before the courts.

**Exhibits # 19:** These <u>four pages</u> facts of exhibits will show the court and a jury witness statements of illegal activity, unethical conduct on such fraudulent hearing date of February 4th, 1999.

**Exhibits # 20:** <u>Eight pages</u> of redundant papers submitted for a waste cause due to the Board's fraudulent actions and administrating the law according to Code of Federal Regulations. These pages will show the court and a jury the proof by the Plaintiff warning and advising the Merit Protection Board in Washington, DC that such record is not accurate and complete. Now on the record in the docket there is alleged to be a fraudulent formal hearing tape which is most likely cut and edited and does not reveal the full five hours as so stated in the witness' statements. This tape will contradict the Board's statements that both parties settled such matter outside the Board. If so, statement is true, where does the tape come into existence when hearing on the record was not proper?

These documents by the Board will contradict the Board's statement regarding a settlement agreement. If such settlement agreement was in place then why such settlement agreement was not settled on January 27, 1999? This contradiction as well should so signs conducted by the Board and the USPS as Fraud. ***(See the attached notice of removal, notice of removal officially stamped by the Board as of January 25, 1999 and the Settlement Offer presented on January 27, 1999 in Exhibit # 21)***

**Exhibit # 21:** <u>Seven pages</u> of facts to the record that will show the court and a jury that the Board lack jurisdiction base on the Board's legal date stamp on the documents.

**Exhibit # 22:** <u>Thirty-two pages</u> of facts that will counterattack the Defendant's counsel statement that every opportunity was given to resolve this matter within the six year time period the counsel has stated in her response on behalf of the Defendants to the courts. A court, judge or jury will see that every effort

Sam L. Clemmons vs. American Postal Workers Union, AFL-CIO, United States Postal Service and The Merit System Protection Board.

to resolve this matter outside of the courts was exhausted. Therefore, these actions before the courts are justified with merit.

**Exhibit # 23:** Six pages of facts that will counterattack the Defendant's counsel statements that even Members of Congress intervene to correct the illegal activity by the Board and the United States Postal Service. All communication provided by both were misleading, not accurate nor correct making both parties to be in violation of their own standard of conduct.

**Exhibit # 24:** Three pages of facts cut from the United States Postal Service's Employee Relation Conduct Manual. These pages will make them to be in violation of their own Policy and Procedures. These Exhibits should reveal and show anyone before the courts serious issues or concern within the United States Postal Service and unethical conduct by both the Merit System Protection Board and the United States Postal Service.

**Exhibit # 25:** Four pages of facts from a federal investigation that will show the courts that the Plaintiff was not whom the Board and the United States Postal personnel tried to make the Plaintiff out to be. The Plaintiff was a very hard worker within the United States Postal Service and there is no record available in hard copy to show otherwise to justify this unethical removal, violation of the Plaintiff's EEOC rights, etc.

Therefore, these pages of facts added to the exhibits. All these pages of facts will show communication to the record to proven that such response to the courts by the Defendant's counsel is not justified, accurate or correct and such communication is misleading and should not hold any merit toward the Defendant's counsel request to dismiss such lawsuit. These pages do show every pervious attempt to resolve, solve and prevent this lawsuit in the District Court for the District of Columbia. The award should be granted in whole ($300,000.00 entitlement of all back pay including lost of time and grade and $300,000.00 to cover all damages done due to employment discrimination and practices. The Total and complete award amount against the United States Postal Service for illegal activities to be **$600,000.00 after taxes**.

(End of Exhibits) Total of **204 pages** of facts added to the record against the Defendant's counsel statements before the courts or jury.

_____
Plaintiff's Signature

End of Plaintiff's Motion Request to Enter Discovery and Plaintiff's Motion Request to remove Stay for the Defendant's Discovery submission before this Court.

Respectfully submitted,

*[signature]*
Samuel L. Clemmons
Plaintiff, *Pro Se*

**ATTACHEMENTS:**

Exhibits 1 - 25

Sam L. Clemmons vs. American Postal Workers Union, AFL-CIO, United States Postal Service and The Merit System Protection Board.

Melnik
**U.S. Department of Justice**

*United States Attorney*
*District of Columbia*
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 2007 20530

Official Business
Penalty for Private Use $300

06 v 4515

Sam L. Clemons
548 Saint Charles Place
D. Ib   ms 39601

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-0115 (RCL) |
| | ) |
| AMERICAN POSTAL WORKERS UNION, et al | ) |
| | ) |
| Defendants. | ) |

## PRAECIPE

Defendant, the United States Postal Service, received plaintiff's "Motion Extension Request to Subpoena Duces Tecum and to Enter Discovery to Request for Summary Judgment" on July 20, 2006. Since the Court issued an Order on June 21, 2006, staying discovery in this matter pending resolution of defendant's motion to dismiss or in the alternative for a more definite statement, the Defendant will respond to the instant motion if the Court deems it necessary to do so.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

KAREN L. MELNIK, D.C. Bar # 436452
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of July, 2006, I caused the foregoing Praecipe on Plaintiff by first-class mail, postage prepaid, addressed as follows:

Sam L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

/s/
_____
KAREN L. MELNIK, D.C. BAR # 436452
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August 2007, a true copy of the **PLAINTIFF'S MOTION TO CONFIRM DEFAULT BEFORE THE COURT DUE TO FAILURES BY THE DEFENDANTS** was served by regular first-class mail concerning case # 07-5230, 07-25 and 1:06CV00115 (RCL):

To: Defendant's Counsel

UNITED STATES POSTAL SERVICE, et al
Karen L. Melkik
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, DC 20530

AMERICAN POSTAL WORKER UNION, AFL
**ATTORNEY OF RECORD**
O'Donnell, Schwartz & Anderson, P.C.
1300 L. Street, N.W., Suite 1200
Washington, DC 20005

UNITED STATES MERIT SYSTEM PROTECTION BOARD
Attn. Attorney Rosa M. Koppel
Deputy General Counsel
Office of the General Counsel
1615 M. Street, N.W.
Washington, DC 20419

And

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601