## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
|     Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN POSTAL WORKER UNION, | ) | **1:06CV00115** |
| AFL, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
|     Defendants | ) | |

---

## PLAINTIFF'S OPPOSITIONS AGAINST THE DEFENDANT'S OPPOSITIONS

The Defendant's Counsel has failed to understand what is a timely response to a court or judge's order? What is a late response to a court or judge's order? If anyone failed to submit an answer or response without showing good cause in accordance with the Federal Rules of Civil Procedures it is or shall be deemed that the Defendant is in default. The Court nor the Plaintiff cannot continue to sit around and wait for whenever the Defendant decides to appear to state their claim or attempt to defend such actions or complaint submitted against them.

The Defendant's Counsel has also failed to understand that is **FRAUD** and submitting fraudulent statement to mislead this court and to mislead others. When Fraud is discovered, revealed and proven that automatic destroys the entire case in which the Defendant is trying to defend. The Plaintiff or Petitioner has proven such statements provided by the Defendants and the Defendant's Counsel as **FRAUD**. The Defendants and the Defendant's Counsel failed to prove otherwise in submitting their reply brief. If one is going to reply against such submission one should produce and provide substantial documentation stating that such statements are NOT FRAUD.

**RECEIVED**

SEP 7 − 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Plaintiff or Petitioner is not attacking the court but the Plaintiff or Petitioner is standing up and defending his rights that he is too entitled to in accordance with the United States Constitution as being a citizen in this country. If the Plaintiff or Petitioner did not attack such rights or did not attack such wrongful actions imposed upon the Plaintiff or Petitioner due to the facts that he is representing himself as a *pro se* then such wrongdoing will continue as anyone can see in these activities administrated upon the Plaintiff or Petitioner that all Defendants are clearly responsible for wrongdoing and participating in wrongdoing. The Defendant just failed to believe and understand the Plaintiff's competence level in understanding his rights.

It is the Defendants who are trying to destroy the Plaintiff or Petitioner's integrity and mislabel him as having a conduct problem when it is the Defendant with the conduct problem by creating and producing fraudulent documents and activities to paint the picture to show otherwise.

The Plaintiff or Petitioner has proven he was a member of the bargaining unit if one clearly place close attention to the evidence submitted by the Plaintiff or Petitioner one can see such. Therefore, the Defendant's Counsel needs to cease the continuous of submitting fraudulent statements for the record. The Plaintiff or Petitioner was not a mail handler as the Defendants so tried to persuade or claim to justify their failure to represent. That was a fraudulent submission into the record. The Defendants clearly had an option or an opportunity to set the record straight that the Plaintiff or Petitioner was a **Clerk / Mail Processor**. They failed to attempt such correction which shows they failed to represent the Plaintiff or Petitioner throughout these illegal proceeding set to remove the Plaintiff or Petitioner without proper or just cause.

2

The Plaintiff or Petitioner did not fail to demonstrate that there were issues of material fact preventing issuance of a judgment in the APWU's favor. The Defendants are in default. They are in default for failure to surrender and answer or response in a timely manner. Especially to an order that was clearly administrated upon the Defendant's Counsel to submit such response to such dispositive motion ordered. Thereby giving the Defendant's Counsel only 10 days and not eleven days, or anytime when you're ready, etc. to respond. What else is there to argue and continue to exhaust time and funds when such appears or appearance is untimely and unconstitutional?

The Plaintiff or Petitioner get accused for two incidents in which the Plaintiff can justify his actions by medical means therefore showing good cause for such actions which trigged into a wrongful but illegal removal and activities from a career position. The Defendants get sympathy when failing to appear to represent the Plaintiff or Petitioner throughout such process and failed to appear when properly served with a summons and complaint and once again failure to appear after receiving a court or judge's order instructing the Defendant to submit such dispositive motion no later than July 21, 2007.

These are serious issues and concerns that someone has to pay for and the Plaintiff or Petitioner feels he should not be allowed to continue to pay for other faults, mistakes and intentional acts.

Fraud has been argued by the Plaintiff and such case should be closed as **FRAUD** due to the facts that the Defendants and the Defendant's Counsel cannot proven otherwise but the Plaintiff can continue to prove such if offered the opportunity by means of a jury trial and entering further discovery.

At this point there should not be anything else to add, say or admit concerning this matter. This case is clearly a case that should be closed as the Plaintiff or Petitioner once requested for a summary judgment or summary judgment by default in favor of the Plaintiff or Petitioner because the laws as quoted by the presiding judge as saying *"the law prefers disputes to be determined on the merits, and precludes entry of default when a defendant is willing and able to appear and defend."* The Plaintiff or Petitioner is not saying that such statement is not true but the Defendants did appeared late <u>twice</u> but failed to defend such lawsuit and has been found <u>guilty</u> of submitting fraudulent statements into the docket or record without showing <u>good cause</u> to justify these fraudulent statements. Therefore, the entire case presented by the Defendants is **FRAUD**. **IT IS THE DEFENDANT'S DUTY AND REPONSIBLITIY TO PROVE THE PLAINTIFF'S EVIDENCE IS FRAUD AND THE PLAINTIFF'S STATEMENTS ARE MISLEADING AND TOO FRAUDULENT ONES. THE DEFENDANTS HAVE FAILED TO PROVEN SUCH BUT THE PLAINTIFF HAS PROVEN SUCH...CASE CLOSE**

Respectfully submitted,

Sam L. Clemmons
Plaintiff, pro se
548 Saint Charles PL
Brookhaven, MS 39601
866-409-7758

<u>See Attachment:</u>

Certificate of Service

4

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September 2007, a true copy of the **PLAINTIFF'S OPPOSITIONS AGAINST THE DEFENDANT'S OPPOSITIONS** was served by regular first-class mail concerning case # **07-5230, 07-25 and 1:06CV00115** (RCL):

To: Defendant's Counsel

UNITED STATES POSTAL SERVICE, et al
Karen L. Melkik
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, DC 20530

AMERICAN POSTAL WORKER UNION, AFL
**ATTORNEY OF RECORD**
O'Donnell, Schwartz & Anderson, P.C.
1300 L. Street, N.W., Suite 1200
Washington, DC 20005

UNITED STATES MERIT SYSTEM PROTECTION BOARD
Attn. Attorney Rosa M. Koppel
Deputy General Counsel
Office of the General Counsel
1615 M. Street, N.W.
Washington, DC 20419

And

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601