UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>　　Plaintiff<br><br>vs.<br><br>AMERICAN POSTAL WORKER UNION,<br>AFL, et al<br><br>　　Defendants | ）<br>）　CIVIL ACTION NO:<br>）<br>）<br>）<br>）　1:06CV00115 *RCL*<br>）<br>）<br>）<br>）<br>） |

### PLAINTIFF'S MOTION REQUEST TO RESPONSE AGAINST ADDITIONAL FRAUDULENT STATEMENTS PROVIDED BY THE DEFENDANTS AND DEFENDANT'S COUNSEL IN AN ATTEMPT TO MISLEAD THE COURTS, SEE FEDERAL RULE 26

### (c) FAILURE TO DISCLOSE; FALSE OR MISLEADING DISCLOSURE; REFUSAL TO ADMIT.

The Defendant and the Defendant's Counsel Failures and continuous misleading statements are:

1. The Defendant's Counsel failed to state, elaborate or express before this court justifiable reasons showing good cause as to why he or she failed to honor and respect a court's order clearly written to him or her in plain English to answer or respond to such court's order in a timely manner no later than July 21, 2007. This is a genuine issue and an issue for trial to present to a jury if this case is or not a default case. There is a pattern and consistence behavior for failure to honor and respect written instructions administrated upon the Defendants. If the Defendant is not going to respect the rules and instructions of the courts why should anyone else respect them? Failure to Appear is Failure to Appear. Failure to Answer or Response in a time manner is Failure to Answer or Response in a timely manner. If anyone fails after being properly served such instructions then someone is at fault for such disobedient behavior and someone has to pay for such misconduct or pattern of behavior problems.

2. The Defendant's Counsel failed understands that service was perfected upon the Defendants in accordance with the Federal Rules of Civil Procedures and targets the parties who are or were responsible for this lawsuit. Additional information too was sent to the Defendant's Headquarters after discovery to further advised.

**RECEIVED**

SEP 7 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. The Defendant's Counsel failed to understand that it was the Chicago Local who advised the Plaintiff or Petitioner that they were still working on his return and will be in contact with him after everything has been worked out. Such statue of limitations governing such claims does not apply when Union or Chicago Local has given false and misleading information on such as what the Defendant's Counsel is continuing in giving before these courts. It is the Defendant's Counsel sole duty and responsibility to validate and clarify such before coming into the court with false or fraudulent information.

4. The Defendant and the Defendant's Counsel failed to admit and state for the record that the Plaintiff or Petitioner is a **<u>Clerk / Mail Processor</u>** instead of a Mail Handler and failed to state or informed the courts that the record does show he was a union paying member. This is once again in attempt to conceal the truth.

5. The Defendant's Counsel failed to understand what false representation is and what is misrepresentation? What is liability and who is liable? What is the lemon law and what such laws states and consists of in nature to purchasing something with little or no value. What is a premium paying member and what is a non premium employee who is not affiliated with a union. What is a union duty and responsibility to represent a paying union member after being fully informed and notified of any harassment situation being applied against him or her who is clearly apart and is represented by a union?

6. The Defendant's Counsel failed to state or elaborate that the Plaintiff or Petitioner was not the only one accursed for going outside on approved breaks and lunches but in addition to the Plaintiff or Petitioner there were approximately 50 or more other employees including supervisors who too were found doing the same and some of them too were represented by the Chicago Local but why wasn't the Plaintiff or Petitioner treated the same? Therefore, the Defendant's Counsel Statement in # 2 is **FRAUD** and seriously misleading which is not helping his position at all.

7. The Defendant's Counsel continued to add and admit to **FRAUD** by stating or claiming that the APWU explained that it owed him no legal duty to represent him before the MSPB because his access to the MSPB was not exclusively in the APWU's control. Clemmons did not and cannot demonstrate otherwise. The Defendant's Counsel failed to understand, realize and state on the record that the activity performed by the MSPB was too illegal and is **FRAUD**. What more do the Plaintiff or Petitioner has to demonstrate. **FRAUD** conducts is **FRAUD** conduct the MSPB clearly knew or know they did not have jurisdiction to perform the conduct they performed and the United States Postal Service clearly knew and know they are the ones with the conduct problem and they too know their activities were **FRAUD** and many but multiple forms or harassment. The Plaintiff or Petitioner has clearly demonstrated such in his oppositions before the Courts.

2

What else does the Plaintiff or Petitioner has to prove or demonstrate when the Plaintiff or Petitioner has demonstrated **FRAUD** activities by all four.

8. The Defendant's Counsel failed to review and understand the certificate of service allegedly being served upon each individual parties listed in them. Are these certificates of service correct or fraudulent ones? If they are correct then the Defendant's Counsel Statement assisting that the APWU argued that no alleged misdeeds of the autonomous Chicago Local were attributable to the APWU. Aside from rhetoric, Clemmons failed to prove that the Local was the APWU's agent in any matter he alleged to have been wrong. **FRAUD** is **FRAUD** AND Clemmons has proven many but multiple statements the Defendant's Counsel has submitted under sworn declarations are **FRAUD**. What else need to be proven? The Chicago Local is apart of the APWU and the APWU is a part of the Chicago Local both work together and are not separate therefore, any business presented or delivered to the Chicago Local which should be transferred to the APWU. It is the Policy and Standard Operation of Procedures for the Chicago Local to urgently express such business to the APWU. It doesn't take a "rocket scientist" to figure that out or express the same.

9. The Defendants and the Defendant's Counsel failed to understand and state on the record that the Plaintiff or Petitioner never had a conduct problem and the Plaintiff or Petitioner work ethic was superior and well above average than most of the employee that worked at such facilities. The Plaintiff or Petitioner work ethic as a Mail Handler was superb as well as the Plaintiff or Petitioner as a **Clerk / Mail Processor**. The Defendant or Defendant's Counsel cannot produce one piece of solid evidence to show otherwise but they can produce false evidence to continue to commit **FRAUD**.

10. The Defendant and the Defendant's Counsel failed to state a claim as to why the Plaintiff or Petitioner cannot get or cannot have a trial in accordance with his rights the Plaintiff or Petitioner is entitled to just as the Defendant is entitled to according to the seventh amendment rights of the United States Constitution.

11. The Defendants and the Defendant's Counsel failed to express and state a claim of harm or wrongdoing the Plaintiff or Petitioner has done to cause such hurt and harm upon anyone to be false label as unacceptable conduct and to be removed for good behavior. The Defendant and the Defendant's Counsel have failed to justify such fraudulent label as unacceptable conduct many should wonder why and those who should be allow to see this is a jury of the Plaintiff's peers since the Defendants have tried to prosecute the Plaintiff but is trying to work up other means to add continuous tactics of **FRAUD** and fraudulent behavior by appearing and defending this lawsuit.

12. The Defendants and the Defendants' Counsel failed to express or state a claim as to what make these Defendants' behavior or problem of conduct any difference from other fraudulent conduct that the Courts and the Plaintiff or Petitioner have found other guilty for such same or similar behavior.

13. The Defendants and the Defendants' Counsel failed to understand this is not the only and first time someone have given fraudulent information to a law enforcement authority or a court of law in many but multiple attempts and ways to destroy the Plaintiff or Petitioner's character. Therefore, what is integrity since the Defendant's Counsel Wish to stress and emphasis on Court's integrity? What is integrity when the Defendant's Counsel has failed to demonstrate and prove such by his or her submissions before this court of law?

14. The Defendants and the Defendant's Counsel failed to realize that Federal Rule of the Civil Procedures, Rule 4- 26 becomes before Rule 56 (e).

Therefore, after full review of the Defendant's Counsel Reply or response to the Plaintiff or Petitioner's Motion for Summary Judgment or Summary Judgment by Default is a waste of time everything the Defendant's Counsel has continued to submit is fraudulent and misleading in hope that he or she can persuade the court in a wrong way to miscarriage justice.

The Defendant and the Defendant's Counsel have failed to present anything negative against the Plaintiff or Petitioner showing unacceptable conduct or patterns or history of conduct problems but do choose to think up fraudulent thoughts and behaviors to mislead the courts and others. That alone is **FRAUD** and a serious problem of condition of the minds. (*This is the reason why such stay of discovery has been requested and was granted*)

However due to many but multiple failures by the Defendants the Defendants still wish to make such bogus statement on the record expressing the Plaintiff failure in not disclosing the Plaintiff's discovery but failed to understand that due to his bogus request in filing a motion to stay discovery but he or she still wish to state such bogus statement

expressing that the Plaintiff's failed to submit such discovery showing valid service when such is well beyond such rule and is a serious violation of the Federal Rules of Civil Procedures but the Defendant's Counsel failed to state a claim as to who should be held liable for such violation of the Rule.

The Defendant's Counsel failed to show or produce documentation granting him or her rights to submit such discovery when such order has been given to stay discovery. Who or what give the Defendant's Counsel special rights to submit anything into the docket or record to mislead without a proper order, ordering to submit.

The Plaintiff or Petitioner motion for summary judgment or summary judgment by default should be granted or this case has been fully brief and is now ready and available for a trial by jury as initial requested by the Plaintiff or Petitioner in accordance to the Plaintiff or Petitioner's constitutional rights.

If the Defendants and the Defendants' Counsels feel otherwise the best advice should be presented to the Counsels are to refer to <u>statue U.S.C. § 636 (C), Fed.R.Civ.P73 and Local Rule 502</u> to consent to a jury trial if they strongly feel that their conduct or behavior was proper and accordance with the law.

The Plaintiff or Petitioner has expressed relief just as well as all the others who have been granted relief in accordance with the Federal Rules of Civil Procedures, Rule 8. There is not a legit form of resignation which can express the truth before any court and anyone should wonder why should there be one when this should have be consider such a minor incident and the Plaintiff or Petitioner should have never been harassed or brother in many attempts and hope that the Plaintiff or Petitioner will snap into doing something that is illegal to validate their claims for removal. This did not happen the

Plaintiff or Petitioner has maintain his stance and been well manner throughout which bring the Plaintiff or Petitioner to this point to collect from the damages or injuries the Plaintiff or Petitioner has encountered from all of this nonsense. The Plaintiff or Petitioner was a Clerk / Mail Processor at the time of his removal. Therefore, any and all communication, statements or conduct transpired are **FRAUD** and the law clearly states that no one can prevail in any court of law when **FRAUD** has presented itself.

If this case should have to go before the United States Court of Appeals the issues will be addressed will be: What is Default? What is Failure to Appear? What is contempt and what is not contempt? What is proper service and what is improper service in accordance with the Federal Rules of Civil Procedures? What is a timely Response when responding to a judge's order giving a specific date to response? What is not a timely Response when responding to a judge's order when giving a specific date to response? What are Fraud, Mistake, and Condition of the Mind? What is illegal tampering with the record or docket in order to prevent true justice from prevailing or taking its course but showcases many attempts to miscarriage justice. Who should be held full liable and responsible for this debt that is now due, due to these unethical behaviors and patterns of misconduct by the Defendants? Why are the Defendants not agreeing to a Jury Trial when they should be confident about their actions, behavior, evidence and patterns of conduct? What is having you day in court and what is not having your day in court?

August 30, 2007

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *pro se*
548 Saint Charles PL
Brookhaven, MS 39601
866-409-7758

_____ I declare under a penalty of perjury that all the statements stated above and evidence submitted, as affidavit is legally correct.

**See Attachment:**
Certificate of Service
436 Back Pay

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September 2007, a true copy of the **PLAINTIFF'S OPPOSITIONS AGAINST THE DEFENDANT'S OPPOSITIONS AND PLAINTIFF'S MOTION REQUEST TO RESPONSE AGAINST ADDITIONAL FRAUDULENT STATEMENTS PROVIDED BY THE DEFENDANTS AND DEFENDANT'S COUNSEL IN AN ATTEMPT TO MISLEAD THE COURTS, SEE FEDERAL RULE 26** were served by regular first-class mail concerning case # 07-5230, 07-25 and 1:06CV00115 (RCL):

To: Defendant's Counsel

UNITED STATES POSTAL SERVICE, et al
Karen L. Melkik
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, DC 20530

AMERICAN POSTAL WORKER UNION, AFL
**ATTORNEY OF RECORD**
O'Donnell, Schwartz & Anderson, P.C.
1300 L. Street, N.W., Suite 1200
Washington, DC 20005

UNITED STATES MERIT SYSTEM PROTECTION BOARD
Attn. Attorney Rosa M. Koppel
Deputy General Counsel
Office of the General Counsel
1615 M. Street, N.W.
Washington, DC 20419

And

District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

**435.24 Allowance to Age Over 40.** The employee's basic allowance is increased by 10% for each full year and by 2 1/2% for each 3 full months in excess of a full year that the employee's age exceeds 40 years at the time of separation. For example, if the employee's age at the time of separation is 42 years and 7 months, the basic allowance computed in 435.23 above is increased by 25% (10% for each of the 2 years in excess of 40, and 2 1/2% for each of the two full 3-month periods in excess of the 2 full years).

### 435.3 Pay Rate and Duration

**435.31 Form 50 Information.** The Remarks section on separation Form 50 contains the total amount of severance pay due, the amount of the weekly payments, and the date of the first and last payments.

**435.32 Amount and Intervals.** Employees receive severance pay each bi-weekly pay period in the amount of twice their basic weekly compensation less withholding for taxes. The severance pay continues until (a) the severance pay fund is exhausted or (b) the employee is reemployed by the USPS or another federal agency—whichever occurs first.

### 435.4 Effect of Reemployment

**435.41 Permanent Employment.** If an employee who is receiving severance pay is reemployed by the USPS or another federal agency, the employee is recredited with the portion of creditable service covered by the balance of severance pay fund.

**435.42 Temporary Employment.** If an employee who is receiving severance pay accepts a time-limited federal or postal appointment, severance pay is suspended for the duration of the appointment. Upon termination, severance pay is resumed until the severance pay fund is exhausted. The time which the employee served under the limited appointment is not creditable for purposes of computing the severance pay it interrupts.

## 436 Back Pay

### 436.1 Corrective Entitlement

**436.11** An employee or former employee is entitled to receive back pay for the period during which an unjustified or unwarranted personnel action was in effect which terminated or reduced the basic compensation, allowances, differentials, and employment benefits which the employee normally would have earned during the period.

**436.12** For purposes of entitlement to employment benefits, the employee is considered as having rendered service for the period during which the unjustified or unwarranted personnel action was in effect.

### 436.2 Limitations

**436.21** Any amount which the employee earned in a new employment or in an enlarged part-time employment to replace Postal Service employment must be determined and offset against the amount of the reimbursement to which she or he would be entitled.

**436.22** Back pay is allowed, unless otherwise specified in the appropriate award or decision, provided the person has made reasonable efforts to obtain other employment.

**436.23** No back pay is allowed for any period during which the person was not ready, willing, and able to perform the duties of the postal position.

**436.24** Leave which is recredited as a result of the corrective action may not exceed the maximum amount of leave to which the employee was eligible.

**436.25** The employee is not entitled (a) to increases in pay resulting from deferment of step increases due to unsatisfactory service or (b) to salary increases resulting from ranking action.

**436.26** Any claim made by a postal employee or his or her authorized agent or attorney for back pay must be submitted to the appropriate office within 6 full years after date such claim first accrued.

### 436.3 Corrective Action

The installation head, or other appropriate authority, determining that a previous decision was unjustified or unwarranted, initiates and directs the corrective action to be taken to assure appropriate earnings to the employee for the period affected.

### 436.4 Documents in Support of Claim

**436.41 Statements by Local Official**

*436.411* The local official must provide a tabulation of the number and type of pay hours with which the employee should have been credited during the back pay period, including any annual or holiday leave taken.

   *a.* Overtime hours and/or night differential, as applicable, are determined by averaging the number of hours that other employees of the office with the same employment status were assigned during the back pay period.

   *b.* If the claim is for a part time flexible employee, a tabulation must be provided which shows the number and type of pay hours the employee experienced for a full 13 pay periods prior to the separation or suspension. If the back pay period is less than one full pay period, only a 6 pay period tabulation is required.

*436.412* The local official must provide a statement indicating whether the employee is entitled to the following during the back pay period:

   *a.* Premium pay (see 434).
   *b.* Change in pay rate or salary schedule.
   *c.* Step increase and date effective.
   *d.* Change in leave category and date effective.
   *e.* Other changes in pay of a general application.