UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMUEL L. CLEMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06cv00115 (RCL) |
| | ) | |
| AMERICAN POSTAL WORKERS UNION, | ) | |
| AFL-CIO, ET. AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## OPPOSITION OF THE AMERICAN POSTAL WORKERS UNION, AFL-CIO, TO PLAINTIFF'S MOTION TO CONFIRM DEFAULT

The plaintiff asks the Court to "confirm default"[1] for not honoring the Court's order to file a dispositive motion within ten (10) days of its order.  *See* Docket Entry No. 51.  On July 11, 2007, the Court ordered the American Postal Workers Union, AFL-CIO, ("APWU") to file any dispositive motion within ten (10) days of the date of its order.  *See* Docket Entry No. 33.  Under Rule 6 of the Federal Rules of Civil Procedure, when the period of time prescribed by an order of the court is less than eleven (11) days, intermediate Saturdays, Sundays, and legal holidays are excluded in the computation.  Fed. R. Civ. P. 6(a).  Ten days from July 11, 2007, is July 25, 2007.  The APWU filed its motion for summary judgment and memorandum of points and authorities in support of motion on July 25, 2007.  Therefore, the motion to "confirm default" should be denied.  A proposed order is annexed.

---

[1] It should be noted that the Court has vacated the default against the APWU.  *See* Docket Entry No. 33.  In that same order, the Court denied the plaintiff's motion to "sustain the default" against the APWU.  *Id.*

The APWU is also filing a motion for an order prohibiting the plaintiff from filing anything else pending resolution of the APWU's motion to dismiss, or in the alternative, for summary judgment.

Dated: September 13, 2007   Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:   \_\_/s/ Peter J. Leff_____
Peter J. Leff DC Bar # 457476
1300 L Street NW Suite 1200
Washington, DC 20005-4126
(202)898-1707/FAX(202)682-9276

Attorney for the American Postal
Workers Union, AFL-CIO

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Opposition of the American Postal Workers Union, AFL-CIO to Plaintiff's Motion to Confirm Default, and proposed order were sent by First Class Mail, postage prepaid, to:

>Sam L. Clemmons
>548 Saint Charles Place
>Brookhaven, MS 39601
>
>Karen L. Melnik
>U.S. Attorney's Office
>555 Fourth Street, NW
>Room E4112
>Washington, DC 20530
>
>Rosa M. Koppel
>U.S. Merit System Protection Board
>1615 M Street, NW
>Washington, DC 20419

September 13, 2007            _____/s/ Peter J. Leff_____
                                        Peter Leff