UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN POSTAL WORKERS UNION, ) <br> AFL-CIO, ET. AL. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 1:06cv00115 (RCL) |

**ORDER DENYING MOTION TO CONFIRM DEFAULT**

UPON CONSIDERATION of Plaintiff's Motion to Confirm Default, Defendant's Opposition thereto, and the record in this case, it shall be, and it hereby is ORDERED, Plaintiff's Motion to Confirm Default is denied.

Dated:_____    _____
United States District Judge