UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS UNION, )<br>AFL-CIO, ET. AL. )<br>)<br>   Defendants. )<br>)<br>)  | Civil Action No. 1:06cv00115 (RCL) |

**REPLY OF THE AMERICAN POSTAL WORKERS UNION, AFL-CIO,
TO "PLAINTIFF'S OPPOSITIONS AGAINST THE DEFENDANT'S OPPOSITIONS"**

On September 7, 2007, the plaintiff filed "Plaintiff's Oppositions Against the Defendant's Oppositions." *See* Docket Entry No. 52. The plaintiff is opposing all of the pleadings of the American Postal Workers Union, AFL-CIO, ("APWU") because "...the entire case presented by the [APWU] is FRAUD." *Id.* The plaintiff asks the Court to enter sanctions against the APWU because it submitted "fraudulent statements to mislead this court and to mislead others." *Id.* The plaintiff does not support this conclusory allegation with any evidence. Every pleading the APWU has filed has been in good faith and supported by evidence. Therefore, the plaintiff's request to enter sanctions against the APWU should be denied.

The APWU is also filing a motion for an order prohibiting the plaintiff from filing anything else pending resolution of the APWU's motion to dismiss, or in the alternative, for summary judgment.

Dated: September 13, 2007

Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:   \_\_/s/ Peter J. Leff_____
          Peter J. Leff DC Bar # 457476
          1300 L Street NW Suite 1200
          Washington, DC 20005-4126
          (202)898-1707/FAX(202)682-9276

          Attorney for the American Postal
          Workers Union, AFL-CIO

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Reply of the American Postal Workers Union, AFL-CIO to "Plaintiff's Oppositions Against the Defendant's Oppositions" were sent by First Class Mail, postage prepaid, to:

        Sam L. Clemmons
        548 Saint Charles Place
        Brookhaven, MS 39601

        Karen L. Melnik
        U.S. Attorney's Office
        555 Fourth Street, NW
        Room E4112
        Washington, DC 20530

        Rosa M. Koppel
        U.S. Merit System Protection Board
        1615 M Street, NW
        Washington, DC 20419


September 13, 2007                      /s/ Peter J. Leff
                                                            Peter Leff