UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
SAMUEL L. CLEMMONS,                          )
                                             )
            Plaintiff,                       )
                                             )
        v.                                   )     Civil Action No. 1:06cv00115 (RCL)
                                             )
AMERICAN POSTAL WORKERS UNION,               )
AFL-CIO, ET. AL.                             )
                                             )
            Defendants.                      )
                                             )
_____      )

**OPPOSITION OF THE AMERICAN POSTAL WORKERS UNION, AFL-CIO,
TO "PLAINTIFF'S MOTION REQUEST TO RESPONSE AGAINST ADDITIONAL
FRAUDULENT STATEMENTS PROVIDED BY THE DEFENDANTS AND
DEFENDANT'S COUNSEL IN AN ATTEMPT TO MISLEAD THE COURTS,
SEE FEDERAL RULE 26"**

On September 7, 2007, the plaintiff filed "Plaintiff's Motion Request to Response

Against Additional Fraudulent Statements Provided by the Defendants and Defendant's Counsel

in an Attempt to Mislead the Courts, See Federal Rule 26." *See* Docket Entry No. 53.  Rule 26

governs the discovery process.  Fed. R. Civ. P. 26.  The Court has already entered an order

denying the plaintiff's motion for discovery and staying discovery pending a ruling on the motion

of the American Postal Workers Union, AFL-CIO, ("APWU") for summary judgment.

Therefore, the plaintiff's motion asking the court to enter sanctions against the APWU for

discovery violations should be denied.

The APWU is also filing a motion for an order prohibiting the plaintiff from filing

anything else pending resolution of the APWU's motion to dismiss, or in the alternative, for

summary judgment.

Dated: September 13, 2007         Respectfully submitted,

                                  O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                  By:     /s/ Peter J. Leff
                                          Peter J. Leff DC Bar # 457476
                                          1300 L Street NW Suite 1200
                                          Washington, DC 20005-4126
                                          (202)898-1707/FAX(202)682-9276

                                          Attorney for the American Postal
                                          Workers Union, AFL-CIO

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Opposition of the American Postal Workers Union,

AFL-CIO to "Plaintiff's Motion Request to Response Against Additional Fraudulent Statements

Provided by the Defendants and Defendant's Counsel in an Attempt to Mislead the Courts, See

Federal Rule 26" were sent by First Class Mail, postage prepaid, to:


Sam L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

Karen L. Melnik
U.S. Attorney's Office
555 Fourth Street, NW
Room E4112
Washington, DC 20530

Rosa M. Koppel
U.S. Merit System Protection Board
1615 M Street, NW
Washington, DC 20419


September 13, 2007                    _____/s/ Peter J. Leff_____
                                              Peter Leff