UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN POSTAL WORKERS UNION, ) <br> AFL-CIO, ET. AL. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 1:06cv00115 (RCL) |

**ORDER DENYING MOTION TO CONFIRM DEFAULT**

UPON CONSIDERATION of "Plaintiff's Motion Request to Response Against Additional Fraudulent Statements Provided by the Defendants and Defendant's Counsel in an Attempt to Mislead the Courts, See Federal Rule 26," Defendant's Opposition thereto, and the record in this case, it shall be, and it hereby is ORDERED, "Plaintiff's Motion Request to Response Against Additional Fraudulent Statements Provided by the Defendants and Defendant's Counsel in an Attempt to Mislead the Courts, See Federal Rule 26," is denied.

Dated:_____    _____
United States District Judge