UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>AMERICAN POSTAL WORKERS UNION,  )<br>AFL-CIO, ET. AL.  )<br>  )<br>    Defendants.  )<br>  )<br>  ) | Civil Action No. 1:06cv00115 (RCL) |

**MOTION TO PROHIBIT FUTURE MOTIONS BY THE PLAINTIFF
PENDING RESOLUTION OF THE DISPOSITIVE MOTION OF THE
AMERICAN POSTAL WORKERS UNION, AFL-CIO**

Defendant American Postal Workers Union, AFL-CIO respectfully requests an order by the Court that the plaintiff be prohibited from filing anything else pending resolution of the Motion to Dismiss, or in the Alternative, for Summary Judgment of the American Postal Workers Union, AFL-CIO. In support of this motion, attached is a memorandum in support of the motion to prohibit future pleadings by the plaintiff and a proposed order.

Dated: September 13, 2007     Respectfully submitted,

                                    O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                    By:     /s/ Peter J. Leff
                                            Peter J. Leff DC Bar # 457476
                                            1300 L Street NW Suite 1200
                                            Washington, DC 20005-4126
                                            (202)898-1707/FAX(202)682-9276

                                            Attorney for the American Postal
                                            Workers Union, AFL-CIO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS UNION, )<br>AFL-CIO, ET. AL. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06cv00115 (RCL) |

**MEMORANDUM IN SUPPORT OF THE MOTION TO PROHIBIT FUTURE MOTIONS BY THE PLAINTIFF PENDING RESOLUTION OF THE DISPOSITIVE MOTION OF THE AMERICAN POSTAL WORKERS UNION, AFL-CIO**

Defendant American Postal Workers Union, AFL-CIO ("APWU") respectfully requests an order by the Court that the plaintiff be prohibited from filing anything else pending resolution of the Motion to Dismiss, or in the Alternative, for Summary Judgment of the American Postal Workers Union, AFL-CIO.

On April 11, 2006, the plaintiff filed a motion to sustain judgment by default, and a motion to enter discovery. *See* Docket Entry No. 12. On May 24, 2006, the plaintiff filed a motion for summary judgment by default, and a second motion for discovery. *See* Docket Entry No. 28. On May 25, 2006, the plaintiff filed a motion not to dismiss, along with a motion for subpoena duces tecum. *See* Docket Entry Nos. 21-22. On July 18, 2006, the plaintiff filed another motion for subpoena duces, and another motion to enter discovery. *See* Docket Entry No. 30. On July 11, 2007, the Court denied all of the plaintiff's aforementioned motions. *See*

Docket Entry No. 33. On July 25, 2007, the plaintiff filed a motion to demand a jury trial, and his fourth motion to enter discovery. *See* Docket Entry Nos. 38-39. On August 3, 2007, the APWU filed a motion to stay discovery pending resolution of its motion to dismiss, or in the alternative, for summary judgment. *See* Docket Entry No. 40. On August 8, 2007, the Court granted the APWU's motion to stay discovery, and denied the plaintiff's motion to demand a jury trial and his fourth motion to enter discovery. *See* Docket Entry No. 41. On August 22, 2007, the plaintiff filed a motion to request an entry of default, a motion for summary judgment by default, a demand for trial, and his fifth motion to enter discovery. *See* Docket Entry Nos. 43-45. On September 4, 2007, the plaintiff filed a motion to confirm default, an opposition to all of the defendant's oppositions, and a motion requesting a response against additional fraudulent statements. *See* Docket Entry No. 51-53. The APWU has filed oppositions to all of the plaintiff's motions.

Under Rule 11 of the Federal Rules of Civil Procedure, when a party presents a pleading to the court, the party is certifying that the pleading is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation. Fed. R. Civ. P. 11(b)(1). These constant filings by the plaintiff are redundant and waste the time and resources of the parties and the Court. If the Court does not prohibit the plaintiff from filing anything else until the APWU's dispositive motion is decided, the plaintiff's constant motions on the same issues will never end.

For this reason, the APWU respectfully requests that the Court issue an order prohibiting the plaintiff from filing anything else until the APWU's motion to dismiss, or in the alternative, for summary judgment is decided.

Dated: September 13, 2007   Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:     /s/ Peter J. Leff
      Peter J. Leff DC Bar # 457476
      1300 L Street NW Suite 1200
      Washington, DC 20005-4126
      (202)898-1707/FAX(202)682-9276

      Attorneys for American Postal
      Workers Union, AFL-CIO

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Prohibit Future Motions by the Plaintiff Pending Resolution of the Dispositive Motion of the American Postal Workers Union, AFL-CIO, and proposed order were sent by First Class Mail, postage prepaid, to:

      Sam L. Clemmons
      548 Saint Charles Place
      Brookhaven, MS 39601

      Karen L. Melnik
      U.S. Attorney's Office
      555 Fourth Street, NW
      Room E4112
      Washington, DC 20530

      Rosa M. Koppel
      U.S. Merit System Protection Board
      1615 M Street, NW
      Washington, DC 20419


September 13, 2007                _____/s/ Peter J. Leff_____
                                               Peter Leff