UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. CLEMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN POSTAL WORKERS UNION, ) <br> AFL-CIO, ET. AL. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 1:06cv00115 (RCL) |

**ORDER GRANTING MOTION TO PROHIBIT FUTURE MOTIONS BY THE PLAINTIFF PENDING RESOLUTION OF THE DISPOSITIVE MOTION OF THE AMERICAN POSTAL WORKERS UNION, AFL-CIO**

UPON CONSIDERATION of the Motion to Prohibit Future Motions by the Plaintiff Pending Resolution of the Dispositive Motion of the American Postal Workers Union, AFL-CIO, and the record in this case, it shall be, and it hereby is ORDERED, Motion to Prohibit Future Motions by the Plaintiff Pending Resolution of the Dispositive Motion of the American Postal Workers Union, AFL-CIO is granted.

Dated:_____        _____
                                    United States District Judge