## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | CIVIL ACTION NO: |
|     Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN POSTAL WORKER UNION, | ) | **1:06CV00115** *RCL* |
| AFL, et al | ) | |
| | ) | |
| | ) | |
|     Defendants | ) | |
| | ) | |

## PLAINTIFF'S MOTION REQUEST FOLLOWING EVIDENCE SUBMITTED TO COURT REQUESTING CASE TO BE CLOSED FOR SUMMARY JUDGMENT BY DEFAULT DUE TO FRAUD REVEALED, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE DEFENDANTS.

Comes the Plaintiff file this entry before the court requesting the court to close with a Summary Judgment, Summary Judgment by Default or a Jury Trial in the stated case due to Defendants' Defaults after revealing and showcasing to the court fraud submissions and flaws in their arguments before the court. If the Defendant wish to defend such **is not fraud** the Defendant should be given the opportunity to do so. If not, the Plaintiff's requests should be granted and the Defendant too should be sanction in accordance with the Federal Rules of Civil Procedures.

As of this date, this request is submitted into the court nothing else is needed or should be added to overturn such request entry by the Plaintiff.

The Plaintiff has provided such evidence requested to complete this motion request before this honorable court.

Please present such appealable order to the Defendant.

Respectfully Submitted,

Sam L. Clemmons,
Plaintiff, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

**RECEIVED**

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Melvin C. Duniya
ITAO Budget Office
APO AE 09316

September 15, 2007

Clerk's Office
U.S. District Court
District of Columbia
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

To: Court Clerk

Ref: Case No. 1:04-cv-851, Duniya v. Rice (Powell)

Please be advised that my address has changed from:

1212 So. Michigan Ave., Apt. 2504
Chicago, IL 60605
to:

ITAO Budget Office
APO AE 09316

Please make the appropriate change to your records.

Thank you,

Melvin C. Duniya

# RECEIVED

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT