UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAM L. CLEMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN POSTAL WORKERS<br>UNION, AFL, *et al.*,<br><br>    Defendant. | Civil Action No. 06-115 (RCL) |

**MEMORANDUM & ORDER**

On August 8, 2007, the Court stayed discovery herein and ordered plaintiff to respond to the American Postal Workers Union's motions [36, 37] to dismiss or for summary judgment. Plaintiff's opposition was filed on August 22, 2007, and the Union's reply was filed on August 28, 2007.

The Court hereby GRANTS the Union's motion. First, dismissal is warranted due to plaintiff's failure to prove proper service of the Complaint and summons on the Union. Second, in any event, the Court would grant summary judgment in favor of the Union. The alleged breach of the duty of fair representation occurred in 1999, and is therefore barred by the six-month statute of limitations. Moreover, the Union had no legal duty to represent the plaintiff before the Merit Systems Protection Board. Plaintiff's access to the Board was not in the exclusive control of the Union. Additionally, plaintiff failed to establish that the Union was responsible for any alleged misdeeds of the Chicago Local.

At the same time he filed his opposition to the Union's motion, plaintiff again moved for default [43], for alleged failure to engage in discovery. Plaintiff's motion is DENIED, since the

Court had entered an order on August 8, 2007, staying all discovery.

Plaintiff also filed a motion [45] for discovery, which is DENIED in light of the Court's August 8, 2007 Order staying discovery.

On September 4, 2007, plaintiff filed a motion [51] to confirm default, claiming that the Union's summary judgment motion was untimely. Plaintiff is incorrect. The Union's motion was timely, and plaintiff's motion is DENIED.

On September 7, 2007, plaintiff filed a motion [53] regarding alleged fraudulent statements by the Union and its counsel. Plaintiff's motion is DENIED.

The Union thereafter filed a motion [57] to prohibit plaintiff from filing any further motions until the Union's dispositive motion was decided. Having today decided the Union's dispositive motion, the motion to prohibit further motions by plaintiff is DENIED as moot.

Plaintiff thereafter filed a motion [58] to close the record for summary judgment by default against defendants. Plaintiff's motion is DENIED.

This action shall stand DISMISSED WITH PREJUDICE.

This is a final, appealable order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 9, 2008.